☐ **ORIGINAL**

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Renée M Butz

_____

(Name of Plaintiff or Plaintiffs)

v.

Lawns Unlimited Ltd and
Edward Fleming

(Name of Defendant or Defendants)

CIVIL ACTION No. _____

0 5 - - 4 9 5

## _COMPLAINT UNDER TITLE VII_

## _OF THE CIVIL RIGHTS ACT OF 1964_

1.     This action is brought pursuant to _Title VII of the Civil Rights Act of 1964_, as amended, for

**employment discrimination.** Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also

sought under 42 U.S.C. §2000e-5(g).

2.     Plaintiff resides at    58 Hickory Drive
                              (Street Address)

North East    Cecil    MD    21901
(City)       (County)  (State)  (Zip Code)

410 4414300
(Area Code) (Phone Number)

3.     Defendant resides at, or its business is located at  15089 Coastal Highway
                                                            (Street Address)

Milton    Sussex    DE    19968
(City)    (County)  (State)  (Zip Code)

4.     The discriminatory conduct occurred in connection with plaintiff's employment at, or application to

be employed at, defendant's   Edward Fleming (Lawns Unlimited) place of business
                              (Defendant's Name)

located at   15089 Coastal Highway #   _____
            (Street Address)

Milton    Sussex    DE    19968
(City)    (County)  (State)  (Zip Code)

FILED
2005 JUL 15 PM 1:27
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

5.    The alleged discriminatory acts occurred on _01_ 09 2003 to
      _7_ , _01_ , _2004_ ( letter was
      (Day)      (Month)      (Year)    dated on )

6.    The alleged discriminatory practice  O is  ☒ is not continuing.

7.    Plaintiff filed charges with the Department of Labor of the State of Delaware, 1 st

Division of Industrial Affairs & FFOC 4425 N market St Wilmington
(Agency)          (Street Address)          (City)

NewCastle    DF    19802                                              , regarding
(County)    (State)    (Zip Code)    09    2003 to

defendant's alleged discriminatory conduct on _07_ , _01_ , _2004_ .
                                          (Day)    (Month)    (Year)

8.    Plaintiff filed charges with the Equal Employment opportunity Commission of the United States

regarding defendant's alleged discriminatory conduct on: _@17_ . _02_ , _2004_ .
                                                       (Day)    (Month)    (Year)

9.    The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter

which was received by plaintiff on: _30_ , _@04_ , _2005_ .
                                   (Day)    (Month)    (Year)

### (NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)

10.    The alleged discriminatory acts, in this suit, concern:

A.    O   Failure to employ plaintiff.

B.    ☒   Termination of plaintiff's employment.

C.    O   Failure to promote plaintiff.

D.    ☒   Other acts (please specify below)

Canceled health insurance without written notice
and did not offer Cobra. Did not receive Vacation,
Sick, and Personal Time. Related overtime hours
and no pay out on bonuss.

11.    Defendant's conduct is discriminatory with respect to the following:

      A.      O   Plaintiff's race

      B.      O   Plaintiff's color

      C.      ⊗   Plaintiff's sex

      D.      O   Plaintiff's religion

      E.      O   Plaintiff's national origin

12.    A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13.    If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14.    Plaintiff's has no adequate remedy at law to redress the wrongs described above.

**_THEREFORE,_**  **Plaintiff prays as follows: (Check appropriate letter(s))**

      A.    ⊗  That all fees, cost or security attendant to this litigation be hereby waived.

      B.    ⊗  That the Court appoint legal counsel.

      C.    ⊗  That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: __7|15|05__

__Renee M Bitz__
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)