
ORIGINAL

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Renée M Butz

_____

(Name of Plaintiff or Plaintiffs)

v.

Lawns Unlimited Ltd and
Edward Fleming

(Name of Defendant or Defendants)

CIVIL ACTION No. _____

0 5 - - 4 9 5

2005 JUL 15 PM 1:27

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## *COMPLAINT UNDER TITLE VII*

## *OF THE CIVIL RIGHTS ACT OF 1964*

1.    This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination.** Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2.    Plaintiff resides at   58 Hickory Drive
                                        (Street Address)
North East  Cecil      MD      21901
(City)      (County)   (State)   (Zip Code)
410 441 4300
(Area Code) (Phone Number)

3.    Defendant resides at, or its business is located at  15089 Coastal Highway
                                                                        (Street Address)
Milton   Sussex   DE   19968
(City)   (County)  (State)  (Zip Code)

4.    The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's  Edward Fleming (Lawns Unlimited) place of bussiness
                                                    (Defendant's Name)
located at  15089 Coastal Highway #
                (Street Address)
Milton   Sussex   DE   19968
(City)   (County)  (State)  (Zip Code)

5.   The alleged discriminatory acts occurred on _01_ , _09_ . _2003_ to

_7_ , _01_ . _2004_ (letter was

___(Day)___   ___(Month)___   ___(Year)___   dated on)

6.   The alleged discriminatory practice  **O** is  **☒** is not continuing.

7.   Plaintiff filed charges with the Department of Labor of the State of Delaware.

Division of Industrial Affairs & EEOC 4425 N Market st Wilmington

___(Agency)___   ___(Street Address)___   ___(City)___

New Castle   DE   19802 , regarding

___(County)___   ___(State)___   ___(Zip Code)___

defendant's alleged discriminatory conduct on _07_ , _01_ . _2003_ to

_2004_

___(Day)___   ___(Month)___   ___(Year)___

8.   Plaintiff filed charges with the Equal Employment opportunity Commission of the United States

regarding defendant's alleged discriminatory conduct on: _17_ , _02_ . _2004_ .

___(Day)___   ___(Month)___   ___(Year)___

9.   The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter

which was received by plaintiff on: _30_ , _04_ . _2005_ .

___(Day)___   ___(Month)___   ___(Year)___

## (NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)

10.   The alleged discriminatory acts, in this suit, concern:

A.   **O** Failure to employ plaintiff.

B.   **☒** Termination of plaintiff's employment.

C.   **O** Failure to promote plaintiff.

D.   **☒** Other acts (please specify below)

Canceled health insurance without written notice and did not offer Cobra. Did not recieve Vacation, Sick, and Personal Time. Deleted overtime hours and no pay out on bonus.

11.    Defendant's conduct is discriminatory with respect to the following:

    A.    ○  Plaintiff's race

    B.    ○  Plaintiff's color

    C.    ⊗  Plaintiff's sex

    D.    ○  Plaintiff's religion

    E.    ○  Plaintiff's national origin

12.    A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13.    If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14.    Plaintiff's has no adequate remedy at law to redress the wrongs described above.

**_THEREFORE_,  Plaintiff prays as follows: (Check appropriate letter(s))**

    A.   ⊗ That all fees, cost or security attendant to this litigation be hereby waived.

    B.   ⊗ That the Court appoint legal counsel.

    C.   ⊗ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: _7|15|05_

_Renee M Bitz_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)