OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 13, 2005

TO: Renee M. Butz
    58 Hickory Drive
    North East, MD 21901

   RE: **Request for Clarification of Annual Income Provided on Your Application to Proceed Without Prepayment of Fees and Affidavit, CA 05-495 SLR, Butz v. Lawn Unlimited LTD.**

Dear Ms. Butz:

   The purpose of this letter is to seek clarification of your annual income, as stated in question 2.a. of the attached Application to Proceed Without Prepayment of Fees and Affidavit. This information is needed by the Court in order to determine your income status as of 7/15/05, pursuant to 28 USC 1915.

   Please provide the amount of your weekly, bi-weekly, or monthly income and the frequency of payment, so that the Court can determine your annual income and standing for filing for relief under this statute.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging in your complaint.

                                        Sincerely,

/re
                                        PETER T. DALLEO
BY: _____             CLERK
    Deputy Clerk

Attachment:
    Application to Proceed Without Prepayment of Fees
      and Affidavit, dated 7/15/05

cc: The Honorable Sue L. Robinson, CA 05-495 SLR
    nr

~AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of Delaware

Renee M Butz
Plaintiff

V.

Lawns Unlimited, Ltd and
Edward Fleming
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05 - 495

①

I, Renee M Butz, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Cecil County Government, 129 E Main St, Elkton, MD, 21921   Pay End 6/24/05 take home $736

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

FILED 2005 JUL 15 PM 1:17 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.  $600

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   Car - Hyundai Santa Fe  $10000.00
   IRA                    $2000.00 (approx)

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   _____ daughter  $400/month

I declare under penalty of perjury that the above information is true and correct.

7/15/05                         Renee Beitz
Date                            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.