IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-495-SLR |
| ) | |
| LAWNS UNLIMITED LTD and ) | |
| EDWARD FLEMING, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this   10th   day of January, 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $18,639.00.  (D.I. 1 as clarified - 1/10/06)

2. The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

_____
United States District Judge