OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:    C.A.# __O5 - 495__

CASE CAPTION: ___Butz___ v. ___Lawns Unlimited Ltd.___

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

       I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received __2|25|06__
by Plaintiff:

Signed: __Renee Butz__
Pro Se Plaintiff

Date Received __3/1/06__
by Clerk's office:

Signed: _____
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

__1-30-06__
Date mailed

__Beth Dinan__
By Deputy Clerk

cc:  Docketing Clerk



Renee M Butz
58 Hickory Dr
North East, MD 21901

Clerk
U.S District Court
844 N. king street
Lockbox 18
Wilmington DE 19801