LAW OFFICES
# WILSON, HALBROOK & BAYARD
PROFESSIONAL ASSOCIATION
107 WEST MARKET STREET
P. O. BOX 690
GEORGETOWN, DELAWARE 19947

TELEPHONE (302) 856-0015

TELECOPIER (302) 856-7116

EUGENE H. BAYARD
CLAYTON E. BUNTING
DENNIS L. SCHRADER
ROBERT G. GIBBS
ERIC C. HOWARD
MARK D. OLSON

DAVID C. HUTT
ROBERT H. ROBINSON, JR.

HOUSTON WILSON
(1910-1980)
ROBERT L. HALBROOK
RETIRED

March 28, 2006

Renee M. Butz
58 Hickory Drive
Northeast, MD 21901

Re: Renee M. Butz vs. Edward Fleming – Renee M. Butz vs. Lawns Unlimited, LTD - Case No.: 05-495 SLR

Dear Ms. Butz:

This office represents Edward Fleming and Lawns Unlimited, LTD. On March 23, someone, we are not certain who, hand delivered to Mr. Fleming two separate summonses from the U.S. District Court for the District of Delaware. One was designated Renee M. Butz vs. Edward Fleming and the other was designated Renee M. Butz vs. Lawns Unlimited, LTD. They had a designation of case number 05-495 SLR. However, neither summons included with it a copy of the complaint(s). Obviously, Mr. Fleming and Lawns Unlimited, LTD can not (and will not) respond to a complaint until they are served with a copy of it. If you wish to perfect service, you must provide Mr. Fleming and Lawns Unlimited with a copy of the complaint to which they are to respond.

Very truly yours,

WILSON, HALBROOK & BAYARD

Eric C. Howard

ECH/pdb
Cc: U.S. District Court Clerk
    Edward Fleming

LAW OFFICES
WILSON, HALBROOK & BAYARD
PROFESSIONAL ASSOCIATION
107 WEST MARKET STREET
P.O. BOX 690
GEORGETOWN, DELAWARE 19947

U.S. District Court for the
District of Delaware
844 North King Street, Rm 4209
Lock Box 18
Wilmington, DE 19801