AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Renee M. Butz

v.

Edward Fleming

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-495 SLR

TO: (Name and address of Defendant)

Edward Fleming
409 Gills Neck Road
Lewes, DE 19958

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Renee M. Butz Pro Se
52 Hickory Drive
Northeast, MD 21901

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                 3/1/06

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 23, 2006  3:14 p.m |
| NAME OF SERVER (PRINT) Shelly Miles | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Lawns Unlimited Ltd c/o Edward Fleming 15089 Coastal Hwy Milton DE 19968

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/23/06
Date

Signature of Server: Shelly Miles

Address of Server: 32 Loockerman Street Suite 109 Dover DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.