58 Hickory Drive
North East, MD 21901
Cell 410-441-4300
Work 302-367-4447

May 11, 2006

U.S. District Court – District Delaware
Court Clerk's Office
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

To Whom It May Concern:

**Case Number: 05-495 SLR**

I have enclosed the originals and two copies of the Summons and Complaint delivery documents. The original and one copy of the documents are for the Court to keep on file.

If you could be so kind to date stamp and mail the second set of copies in the self addressed and stamped envelope back to me, I would greatly appreciate your assistants.

If you have any questions or concerns, please feel free to call me.

Sincerely,

*[signature]*

Renée Butz