58 Hickory Drive
North East, MD 21901
410-441-4300

June 22, 2006

Chief Judge Sue L. Robinson
Lockbox 31
844 King Street
U.S. Court House
Wilmington, DE 19801

      Re: <u>Butz v. Lawns Unlimited Ltd. Civ. No. 05-495-S</u>

Dear Chief Judge Robinson:

In reply to the letter dated June 15, 2006, I have no objections to the Court's proposed Scheduling Order and also believe that a scheduling conference is not needed.

Respectfully,

*Renée M Butz*

Renée M. Butz

Cc:    Eric C. Howard, Esquire
        Wilson, Halbrook, & Bayard
        107 West Market Street
        P.O. Box 690
        Georgetown, DE 19947

[Stamp: FILED JUN 2 8 2006 SUE L. ROBINSON U.S. DISTRICT JUDGE]



BALTIMORE MD 212

U.S.M.S
X-RAY

Renée Butz
58 Hickory DR
North East MD 21901

Address Correction Requested

Chief Judge Sue L. Robinson
U.S. CourtHouse
Lock box 31
844 King Street
Wilmington DE 19801