LAW OFFICES
## WILSON, HALBROOK & BAYARD
PROFESSIONAL ASSOCIATION
107 WEST MARKET STREET
P.O. BOX 690
GEORGETOWN, DELAWARE 19947

TELEPHONE (302) 856-0015

TELECOPIER (302) 856-7116

EUGENE H. BAYARD
CLAYTON E. BUNTING
DENNIS L. SCHRADER
ROBERT G. GIBBS
ERIC C. HOWARD
MARK D. OLSON

DAVID C. HUTT
ROBERT H. ROBINSON, JR.

HOUSTON WILSON
(1910-1980)
ROBERT L. HALBROOK
RETIRED

July 17, 2006

The Honorable Sue L. Robinson
United States District Court
District of Delaware
Lockbox 31
844 King Street
Wilmington, DE 19801

    Re:    Butz v. Lawns Unlimited Ltd, et al
            Civil No. 05-495-SLR

Dear Chief Judge Robinson:

    Defendants have no objection to the proposed scheduling order Your Honor circulated in the above matter.

    Respectfully,

    WILSON, HALBROOK & BAYARD

    Eric C. Howard

ECH/pdb
Cc: Renee M. Butz
    Lawns Unlimited Ltd.

RECEIVED JUL 18 2006 SUE L. ROBINSON U.S. DISTRICT JUDGE