IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ,<br><br>      Plaintiff,<br><br>v.<br><br>LAWNS UNLIMITED LTD. and<br>EDWARD FLEMING,<br><br>      Defendants. | Civ. No. 05-495-SLR<br>Judge Joseph J. Farnan Jr |

DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Renee M. Butz, Plaintiff, demands trial by jury in this action of all issues triable by jury in this matter.

_____
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410)441-4300
Plaintiff pro se

Dated: 8/8/06.



2006 AUG -9 AM 9:42

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-SLR |
| | ) | Judge Joseph J. Farnan Jr |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Demand for Jury Trial was sent by first-class United States mail, postage duly paid, on this 9th day of August, 2006, to counsel of record as follows:

Eric C. Howard, Esquire
Wilson, Halbrook & Bayard
107 West Market Street
P. O. Box 690
Georgetown, DE 19947

*Renee Butz*
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410)441-4300
Plaintiff pro se

Dated: 8/8/06.