58 Hickory Drive
North East, MD 21901
410-441-4300

August 9, 2006

Judge Joseph J. Farnan Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    Re: <u>Butz v. Lawns Unlimited Ltd.</u>  Civ. No. 05-495-JJF

Dear Judge Farnan:

I am in receipt of the Court's notification that you have replaced Chief Judge Robinson in residing over my civil action. A Scheduling Order has been entered in this matter. In light of the upcoming August 17 deadline for amendment of pleadings, I would like to request a brief conference with the Court to address a joint Stipulation allowing me to file an Amended Complaint. Due to Mr. Howard's distance from the Court, I would have no objection to his attendance by phone.

Respectfully,

*Renée Butz*

Renée M. Butz

Cc:    Eric C. Howard, Esquire
       Wilson, Halbrook, & Bayard
       107 West Market Street
       P.O. Box 690
       Georgetown, DE 19947