IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S FIRST REQUEST FOR
ADMISSIONS DIRECTED TO DEFENDANTS**

TO:   Eric C. Howard, Esquire
      Wilson, Halbrook & Bayard
      107 West Market Street
      P. O. Box 690
      Georgetown, DE 19947
      COUNSEL FOR DEFENDANTS

Pursuant to Rule 35 of the Federal Rules of Civil Procedure, Plaintiff Renee M. Butz (hereinafter "Plaintiff") hereby requests that Defendants Edward Fleming and Lawns Unlimited Ltd. respond to the following requests for admission within 30 days after service of this request.

1.  Admit that you attended plaintiff's wedding on September 6, 2003, and that on that date you were aware that plaintiff was pregnant.

2.  Admit that during a telephone conversation with plaintiff on December 23, 2003, plaintiff advised that her pregnancy leave would begin effective December 23, 2003.

3.  Admit that during a telephone conversation with plaintiff on December 24, 2003, you advised plaintiff that she would be permitted to take a maternity leave, but that she would be

required to sign an employment contract conditioning plaintiff's return to work with Defendant Lawns Unlimited Ltd..

4.  Admit that the following employees had requested, and were granted, a leave of absence from Defendant Lawns Unlimited Ltd. during the period 2002-2004: Raul Ramirez-Castaneda (aka Roberto Gonzalez), David Lopez-Rivas, Juan Ramirez, Antonio Santay, and Gregorio Vazquez.

5.  Admit that no other employee has been required to sign an employment contract as a condition for a leave of absence.

*Renee M Butz*
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 9/27/06

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF SERVICE

I hereby affirm that a true and correct copy of the foregoing Plaintiff's First Request for Admissions Directed to Defendants was sent by first-class United States mail, postage duly paid, on this 27TH day of September, 2006, to counsel of record as follows:

Eric C. Howard, Esquire
Wilson, Halbrook & Bayard
107 West Market Street
P. O. Box 690
Georgetown, DE 19947

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 9/27/06

3