IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-495-JJF |
| ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and ) | |
| EDWARD FLEMING, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION**

TO:   Eric C. Howard, Esquire
      Wilson, Halbrook & Bayard
      107 West Market Street
      P. O. Box 690
      Georgetown, DE 19947
      COUNSEL FOR DEFENDANTS

PLEASE TAKE NOTICE THAT on Monday, November 13, 2006 at 9:00 a.m., at Graver Technologies, 200 Lake Drive, Glasgow, Delaware, 19702 in the 2nd Floor Conference Room, plaintiff shall take the deposition of defendant Edward Fleming and continue thereafter until completed.

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 9/27/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-495-JJF |
| ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and ) | |
| EDWARD FLEMING, ) | |
| ) | |
| Defendants. ) | |

AFFIDAVIT OF SERVICE

I hereby affirm that a true and correct copy of the foregoing Notice of Deposition was sent by first-class United States mail, postage duly paid, on this 27 day of September, 2006, to the following:

Eric C. Howard, Esquire
Wilson, Halbrook & Bayard
107 West Market Street
P. O. Box 690
Georgetown, DE 19947

Susan Milton
Court Reporter
129 East Main Street
Elkton, MD 21921

_/s/ Renee M. Butz_
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 9/27/06

2