IAW OFFICES

# WILSON, HAI.BAOOK & BAYARD

PROFESSIONAL ASSOCIATION

107 WESI MARKEI EIRE EI

P. 0. BOX 690

GEORGEIOWN DELAWARE  19947

LELEPHONE  (302) 856-0015

TELECOPIER  (302) 856-7116

EUGENE H. BAYARD
CLAYTON E. BUNTING
DENNIS L. SCHRADER
ROBERT G. GIBBS
ERIC C. HOWARD
MARK D. OLSON

DAVID C. BUII
ROBERT Ti.ROBINSON. JR

HOUSION WILSON
(1010-1080)
ROBERI L. HALBROOK
RETIRED

October 4, 2006

Renee M.. Butz
58 Hickory Drive
Northeast, MD 21901

Re:    Renee  M..  Butz vs.. Edward Fleming — Renee M. Butz vs. Lawns
Unlimited, LTD - Case No : 05-495 SLR

Dear Ms. Butz:

I received your notice of deposition scheduling the deposition of Mr. Fleming fox November 13, 2006 in Glasgow, Delaware. I do not know if that date and time is convenient with Mr. Fleming I will let you know, Having said that, Mx. Fleming is not willing to travel to Glasgow. Please make anangements to have the deposition taken in Sussex County If you would like to use our office, that is fine with me. I would like to take your deposition as well, It makes sense to me to do them on the same day Assuming that the 13th is alright with Mr. Fleming, are you available that afternoon?

Very truly yours,

WILSON, HALE OOK & BAYARD

Eric C. Howard

ECH/pdb
Cc: U.S District Court Clerk
Edward Fleming