October 12, 2006

Eric C. Howard                                    Sent via Fax and First Class
107 West Market Street
P.O. Box 690
Georgetown, DE  19947

Re:  Butz vs. Lawns Unlimited & Edward Fleming
      Civ. No: 05-495-JJF

Dear Mr. Howard:

I am in receipt of your letter dated October 4, 2006 regarding the taking of defendant's and my deposition, and have been trying to reach you so that we can discuss. As Mr. Fleming is unwilling to travel to Newark, I am as reluctant to travel to Georgetown. Please call me upon receipt of this letter so that we may move forward with the already scheduled November 13th date.

                                                  Regards,

                                                  *Renée M Butz*

                                                  Renée M. Butz
                                                  58 Hickory Drive
                                                  North East, MD  21901
                                                  (410)441-4300

                                                  Plaintiff pro se

CC: U.S. District Court Clerk



Renee Butz
58 Hickory DR
North East MD 21901

U.S. District Court
J. Caleb Boggs Federal Building
Attn: Clerk's office / Judge JJF
844 N. King Street
Wilmington, DE, 19801