58 Hickory Drive
North East, MD 21901
410-441-4300



October 18, 2006

Eric C. Howard, Esquire
Wilson, Halbrook, & Bayard
107 West Market Street
P.O. Box 690
Georgetown, DE 19947

Via Fax and First Class Mail

Re: Butz v. Lawns Unlimited Ltd.  Civ. No. 05-495-JJF

Dear Mr. Howard:

Since receipt of your letter dated October 4, 2006 wherein you indicated that your client may, or may not, be available for his deposition, I have made repeated attempts to contact you by phone, mail and email to discuss some accommodation. I have yet to receive a response. As such, I will proceed with defendant's deposition as set out in the Notice for Monday, November 13th at the location specified in Glasgow.

Cordially,

Renée Butz

Renée M. Butz

cc:  Judge Joseph J. Farnan Jr.
     United States District Court
     844 King Street
     Wilmington, DE 19801