58 Hickory Drive
North East, MD  21901
410-441-4300



October 24, 2006

Eric C. Howard, Esquire                                    Via Fax and First Class Mail
Wilson, Halbrook, & Bayard
107 West Market Street
P.O. Box 690
Georgetown, DE  19947

      Re:  Butz v. Lawns Unlimited Ltd.  Civ. No. 05-495-JJF

Dear Mr. Howard:

Though I am fully prepared to litigate my claims, I am willing to entertain the idea of mediation, but at defendant's cost.  At this late juncture, I do not believe we will be able to utilize the court's mediation system and it will be necessary to engage a private mediator.  I am not willing to use the person you suggest and we will need to mutually agree to a mediator by other means.

As you know, the deadline for dispositive motions is soon approaching.  Therefore, the defendant's deposition must be concluded no later than the November 13th date.  If your client is unavailable on the 13th, what is his availability prior to that date?  Unless your client can make himself available sometime from now until the 13th, I fully expect him to appear as noticed.  If you continue to maintain your client is unavailable until January, you leave me no choice but to take further action.

Finally, I am requesting that you stipulate defendant's consent that Mr. Michael Butz be allowed to be present during both your client's and my deposition as well as the mediation proceeding.  Unless I hear from you to the contrary, it will be so stipulated by agreement.

Cordially,

*Renée M. Butz* (signature)

Renée M. Butz
Pro se

cc:    Judge Joseph J. Farnan Jr.
       United States District Court
       844 King Street
       Wilmington, DE  19801



Renee Butz
58 Hickory Dr
North East MD 21901-3603



United States District Court
Judge Joseph J Farnan Jr
844 King Street
Wilmington
DE 19801