

58 Hickory Drive
North East, MD  21901
410-441-4300

October 27, 2006

Eric C. Howard, Esquire                                    Via Fax and First Class Mail
Wilson, Halbrook, & Bayard
107 West Market Street
P.O. Box 690
Georgetown, DE  19947

    Re:  <u>Butz v. Lawns Unlimited Ltd.  Civ. No. 05-495-JJF</u>

Dear Eric:

I am in receipt of your email note indicating that you are requesting additional time within which to respond to my discovery requests.

As you know, plaintiff's discovery requests were filed September 26th with responses due within 30 days.  Out of professional courtesy, I will consent to a 7-day extension of time within which defendant may file a responsive document, <u>but will not agree to any objection,</u> to the discovery request.  Also, if defendant fails to reply to the admissions by the response deadline, the admissions will be viewed as admitted.

With this extension, I believe that the deadline for defendant's responsive materials is Monday, November 6th.  Since I am preparing to go forward with defendant's deposition on the 13th, it is crucial that the discovery responses be in my hands and I request that you forward the responses overnight or priority mail.

Incidentally, I have not heard from you in response to my letter dated October 23 regarding a stipulation to allow Mr. Michael Butz to attend the upcoming depositions, and discussing possible mediation of my claims.

Cordially,

*Renée M. Butz* (signature)

Renée M. Butz

cc:    Judge Joseph J. Farnan Jr.
       United States District Court
       844 King Street
       Wilmington, DE  19801

Renee Butz
58 Hickory Dr
North East MD 21901-3603

United States District Court
Judge Joseph J Farnan Jr
844 King Street
Wilmington DE 19801