IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>LAWNS UNLIMITED LTD., AND  )<br>EDWARD FLEMING  )<br>)<br>Defendants.  ) | C.A. No.: 05-495 (JJF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Margaret M. DiBianca, Esquire of Young Conaway Stargatt & Taylor, LLP for Eric C. Howard, Esquire of Wilson Halbrook & Bayard as counsel for Defendant in the above-captioned matter.

| WILSON HALBROOK & BAYARD | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Eric C. Howard | /s/ Margaret M. DiBianca |
| Eric C. Howard, Esquire (No. 2066)<br>107 West Market Street<br>P.O. Box 690<br>Georgetown, DE 19947<br>Telephone: (302) 651-7805<br>Facsimile: (302) 651-7701<br>Email: echoward@whblaw.com | Margaret M. DiBianca, Esquire (No. 4329)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-5008<br>Facsimile: (302) 576-3467<br>Email: mdibianca@ycst.com<br>Attorneys for Defendants |

DATED: November 16, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2006, I electronically filed the **Substitution of Counsel** with the Clerk of Court using CM/ECF. I hereby certify that on November 16, 2006, I have mailed by United States Postal Service, Certified Mail, Return Receipt Requested, the same document to the following non-registered participant:

Renee M. Butz, *pro se*
58 Hickory Drive
North East, MD  21901

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
_____
Margaret M. DiBianca, Esquire (No. 4329)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3467
Email:  mdibianca@ycst.com
Attorneys for Defendants

DATED:  November 16, 2006