IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  C.A. No. 05-495 (JJF) |
| | ) |
| LAWNS UNLIMITED LTD., AND, | ) |
| EDWARD FLEMING | ) |
| Defendant. | ) |
| | ) |

## ORDER

**AND NOW**, this _____ day of_____ 2006, the Court having heard and duly considered Defendants' Motion to Extend Discovery, **IT IS HEREBY ORDERED** as follows:

Discovery shall be reopened, beginning on the date this Order is entered, and shall remain open for a period of two months. Dispositive motions shall be served and filed with an opening brief on or before the expiration of thirty (30) days from the close of discovery, at which time briefing shall continue pursuant to D. Del. LR 7.1.2. Any discovery unsuccessfully attempted during the previous discovery period shall be re-served.

_____
United States District Judge

Date: _____ _____, 2006