LAW OFFICES
## WILSON, HALBROOK & BAYARD
PROFESSIONAL ASSOCIATION
107 WEST MARKET STREET
P.O. BOX 690
GEORGETOWN, DELAWARE 19947

TELEPHONE (302) 856-0015

TELECOPIER (302) 856-7116

EUGENE H. BAYARD
CLAYTON E. BUNTING
DENNIS L. SCHRADER
ROBERT G. GIBBS
ERIC C. HOWARD
MARK D. OLSON

DAVID C. HUTT
ROBERT H. ROBINSON, JR.

HOUSTON WILSON
(1910-1980)
ROBERT L. HALBROOK
RETIRED

October 27, 2006

Edward Flemming
Lawns Unlimited, LTD
15089 Coastal Highway
Milton DE 19968

Re:   Renee M. Butz v. Lawns Unlimited LTD et al
      Civil Action No. 05-495-JJF

Dear Ed:

Attached are copies of interrogatories and the request for production of documents where I have marked those that I do not believe we should answer with respect to the others, please collect information which is responsive and be prepared to speak with me about them sometime next week. You should have gotten the request for admissions as well. I need to admit or deny each of those statements. Could you please be prepared also to speak about those with particularity when we speak on the phone.

Very truly yours,

WILSON, HALBROOK & BAYARD

Eric C. Howard

ECH/pdb
Enclosure