IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-495 (JJF) |
| | ) | |
| LAWNS UNLIMITED LTD., AND, | ) | |
| EDWARD FLEMING | ) | |
| Defendant. | ) | |
| | ) | |

**STATEMENT OF COMPLIANCE**

Counsel for Defendants Lawns Unlimited Ltd. and Edward Fleming made reasonable efforts to confer with Plaintiff pursuant to District of Delaware Local Rule 7.1.1 but the Parties have been unable to resolve the matters set forth in this Motion, as Plaintiff states that "as a pro se litigant" she does not "understand the significance" of Defendants' request and, therefore, cannot agree to Defendants' request.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
_____
William W. Bowser (No. 2239)
Margaret M. DiBianca (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendants

DATED: December 29, 2006