```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                )
                              )
              Plaintiff       )
                    ,         )    C.A. No. 05-495 (JJF)
           v.                 )
                              )
LAWNS UNLIMITED LTD. AND,     )
EDWARD FLEMING                )
              Defendant       )
                        .
```

**ORDER**

     **AND NOW**, upon consideration of **Defendants' Motion for Leave to File First Amended Answer**, it is by the Court this _____ day of_____ 2007, **ORDERED** that:

     Defendants' Motion for Leave to File First Amended Answer is hereby **GRANTED.**

_____
United States District Judge

Date: _____ _____, 2007