# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 571-5008
DIRECT FAX: 576-3476
mdibianca@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
    (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

January 26, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

      Re:    Butz v. Lawns Unlimited
              C.A. No. 05-497-JJF

Dear Judge Farnan:

      I write to Your Honor regarding the Pre-trial Hearing in the above-referenced matter, which is scheduled to be heard on February 8, 2007 at 1:00 p.m. Due to the unusual procedural posture in this case, there are currently several motions pending despite the fact that discovery closed in October and the dispositive motion deadline expired without submissions in November. Docket Entries numbered D.I. 36, 38, and 39 are fully briefed and ready for decision. Additionally, Defendants intend to file a Motion for Judgment on the Pleadings pursuant to Rule 12(c) early next week.

      Defendants are currently preparing their pre-trial submissions, which are due to the Court by February 5, 2007. In light of the procedural nature of this case, however, Defendants have concerns about the feasibility of either party being able to fully prepare for the Conference before Your Honor, which is scheduled to be held in less than two weeks. At this time, Defendants have not been contacted by Plaintiff, who is representing herself in this matter *pro se*, to coordinate the pre-trial submissions.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan Jr.
January 26, 2007
Page 2

      At this time, Defendants would ask whether Your Honor would consider postponing the Pre-trial Hearing or if the Court prefers, to use that time to hear the pending motions due to the unusual procedural posture of the case.

      Thank you for your consideration in this matter. As always, Counsel is available at the Court's convenience to provide any additional information.

      Respectfully submitted,

      /s/ Margaret M. DiBianca, Esq.

      Margaret M. DiBianca

MMD:y

cc:    Renee M. Butz (via E-Mail and U.S. Mail)

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on January 26, 2007, I electronically filed a true and correct copy of my *letter to The Honorable Joseph J. Farnan Jr.* regarding the upcoming Pretrial Hearing with the Clerk of the Court using CM/ECF. I further certify that on January 26, 2007, I caused to be served a true and correct copy of the foregoing *letter to The Honorable Joseph J. Farnan Jr.* regarding the upcoming Pretrial Hearing via postage prepaid, First Class Certified U.S. Mail, and per Plaintiff's request, through electronic mail on the following non-registered participant:

>Renee M. Butz
>58 Hickory Drive
>North East, Maryland 21901
>renee@scottbutz.com


>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Margaret M. DiBianca, Esq.
>―――――――――――――――――――――――
>William W. Bowser, Esquire (Bar I.D. 2239)
>Margaret M. DiBianca, Esquire (Bar I.D. 4539)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6601, 571-5008
>Facsimile : (302) 576-3282, 576-3476
>Email: wbowser@ycst.com; mdibianca@ycst.com