**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-495 (JJF) |
| | ) | |
| LAWNS UNLIMITED LTD., AND, | ) | |
| EDWARD FLEMING, | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF FILING OF DISCOVERY**
**PURSUANT TO LOCAL RULE 5.4(f)**

Defendants, by and through their undersigned attorneys, hereby submit this notice of filing of discovery in the above action. The following discovery materials are attached:

1. Defendants' Reply to Plaintiff's First Set of Interrogatories;

2. Defendants' Responses to Plaintiff's First Request for Admissions; and

3. Defendants' Responses to Plaintiff's First Request for Production of Documents.

In accordance with Local Rule 5.4(f), Defendant has filed the discovery because the plaintiff in this action, Renee M. Butz, is appearing pro se. The undersigned attorneys certify that on this date copies of the above documents were caused to be served

on plaintiff by U.S. Mail, Return Receipt Requested, at the following address: Renee M. Butz, 58 Hickory Drive, Northeast, Maryland 21901.

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca, Esq.
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601, 571-5008
Facsimile : (302) 576-3282, 576-3476
Email: wbowser@ycst.com; mdibianca@ycst.com

DATED: January 29, 2007