# **CERTIFICATE OF SERVICE**

I, Margaret M. DiBianca, hereby certify that on January 29, 2007, I electronically filed a true and correct copy of the *Notice of Filing of Discovery Pursuant to Local Rule 5.4(f), Defendants' Reply to Plaintiff's First Set of Interrogatories, Defendants' Responses to Plaintiff's First Request for Admissions ,and Defendants' Responses to Plaintiff's First Request for Production of Documents* with the Clerk of the Court using CM/ECF.  I further certify that on January 29, 2007, I caused to be served a true and correct copys of the foregoing *Notice of Filing of Discovery Pursuant to Local Rule 5.4(f)* and *Defendants' Rule 26 Initial Disclosures*, *Defendants' Reply to Plaintiff's First Set of Interrogatories, Defendants' Responses to Plaintiff's First Request for Admissions, Defendants' Responses to Plaintiff's First Request for Production of Documents* via postage prepaid, First Class Certified U.S. Mail/Return Receipt Requested and, per Plaintiff's request, through electronic mail on the following non-registered participant:

> Renee M. Butz
> 58 Hickory Drive
> North East, Maryland 21901
> renee@scottbutz.com

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Margaret M. DiBianca, Esq.
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca, Esquire (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone:  (302) 571-6601, 571-5008
> Facsimile :  (302) 576-3282, 576-3476
> Email:  wbowser@ycst.com; mdibianca@ycst.com