IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-495-JJF |
| | ) |
| LAWNS UNLIMITED LTD. and | ) |
| EDWARD FLEMING, | ) |
| | ) |
| Defendants. | ) |

**STATEMENT OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1.1**

        Counsel for Defendants Lawns Unlimited, Ltd. and Edward Fleming certifies pursuant to Local Rule 7.1.1., that the parties were unable to reach an agreement on this matter.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Margaret M. DiBianca, Esq.
        William W. Bowser, Esquire (Bar I.D. 2239)
        Margaret M. DiBianca, Esquire (Bar I.D. 4539)
        The Brandywine Building, 17th Floor
        1000 West Street
        P.O. Box 391
        Wilmington, Delaware 19801
        Telephone: (302) 571-6601, 571-5008
        Facsimile : (302) 576-3282, 576-3476
        Email: wbowser@ycst.com; mdibianca@ycst.com

DATED: January 31, 2007