IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-495-JJF |
| | ) |
| LAWNS UNLIMITED LTD. and | ) |
| EDWARD FLEMING, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**AND NOW** this _____ day of _____, 2007, the Court having duly considered Defendants Lawns Unlimited, Ltd. and Edward Fleming's Motion to Compel pursuant to Fed. R. Civ. P. 37 to preclude Michael Butz, father-in-law of *pro se* Plaintiff Renee Butz, from providing Plaintiff with guidance or acting as counsel in this matter, taking the depositions of Defendants' witnesses, from defending the Plaintiff at her deposition or attending such deposition. **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion is GRANTED; and

2. Michael Butz is precluded from engaging in the unauthorized practice of law by providing Plaintiff with guidance or acting as counsel regarding pleadings, filings or other legal strategy in this matter.

3. Michael Butz is precluded from taking the depositions of Defendants' witnesses; and

4. Michael Butz is precluded from attending Plaintiff's deposition.

_____
UNITED STATES DISTRICT JUDGE