IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-495-JJF |
| ) | |
| LAWNS UNLIMITED LTD. and ) | |
| EDWARD FLEMING, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I electronically filed a true and correct copy of **Defendants Lawns Unlimited and Edward Flemings' Motion to Compel, Statement of Compliance Pursuant to Local Rule 7.1.1, and Proposed Order** with the Clerk of the Court using CM/ECF.

I further certify that on January 30, 2007, I served a copy of **Defendants Lawns Unlimited and Edward Flemings' Motion to Compel, Statement of Compliance Pursuant to Local Rule 7.1.1, and Proposed Order** on the *pro se* Plaintiff by Certified Mail, Return Receipt Requested at the following address:

> Renee M. Butz
> 58 Hickory Drive
> Northeast, Maryland 21901

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> /s/ Margaret M. DiBianca, Esq.
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca, Esquire (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601, 571-5008
> Facsimile : (302) 576-3282, 576-3476
> Email: wbowser@ycst.com; mdibianca@ycst.com