IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-495 (JJF) |
| | ) | |
| LAWNS UNLIMITED LTD., AND, | ) | |
| EDWARD FLEMING | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Lawns Unlimited and Edward Fleming, by and through their undersigned counsel, hereby move for dismissal in the above-captioned action pursuant to Federal Rule of Civil Procedure 12(c). The grounds for this Motion are set forth in Defendants' Opening Brief, which is filed simultaneously herewith.

Respectfully submitted,

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (No. 2239)
Margaret M. DiBianca, Esquire (No. 4539)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3467
Email:  mdibianca@ycst.com
Attorneys for Defendants

DATED:  January 31, 2007

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on January 31, 2007, I electronically filed a true and correct copy of the ***Defendants' Motion for Judgment on the Pleadings*** with the Clerk of the Court using CM/ECF. I further certify that on January 31, 2007, I caused to be served a true and correct copy of the foregoing ***Defendants' Motion for Judgment on the Pleadings*** via Certified U.S. Mail/Return Receipt Requested:

> Renee M. Butz
> 58 Hickory Drive
> North East, Maryland 21901
> renee@scottbutz.com

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Margaret M. DiBianca, Esq.
> _____
> William W. Bowser, Esquire (Bar I.D. 2239)
> Margaret M. DiBianca, Esquire (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6601, 571-5008
> Facsimile : (302) 576-3282, 576-3476
> Email: wbowser@ycst.com; mdibianca@ycst.com