IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                          :
                                        :
          Plaintiff,                    :
                                        :
     v.                                 : Civil Action No. 05-495-JJF
                                        :
LAWNS UNLIMITED LTD. and                :
EDWARD FLEMING,                         :
                                        :
          Defendants.                   :

## ORDER

WHEREAS, on January 31, 2007, Defendants filed a Motion For Judgment On The Pleadings (D.I. 44);

WHEREAS, Plaintiff's Answering Brief to the Motion To Dismiss was due February 20, 2007;

WHEREAS, to date, Plaintiff has failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief to the Motion **no later than Friday, March 9, 2007.** If Plaintiff fails to file a response, the Court will decide the Motion on the papers submitted.

February 27, 2007

UNITED STATES DISTRICT JUDGE