IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, | : |
|       Plaintiff, | : |
| v. | : Civil Action No. 05-495-JJF |
| LAWNS UNLIMITED LTD. and<br>EDWARD FLEMING, | : |
|       Defendants. | : |

## ORDER

WHEREAS, on December 29, 2006, Defendants filed a Motion For Leave To File First Amended Answer (D.I. 39) simultaneously with an Amended Answer which includes minor revisions to the original Answer and additional affirmative defenses;

WHEREAS, Plaintiff did not file a response brief in opposition to the Motion;

WHEREAS, the United States Supreme Court has cautioned that leave should be freely granted to amend unless there is an apparent reason for denying a request such as: undue delay, bad faith, dilatory motive, undue prejudice, or futility of the claims, Foman v. Davis, 371 U.S. 178, 182 (1962); Adams v. Gould, Inc., 739 F.2d 858, 864 (3d Cir. 1984);

WHEREAS, in light of the extended period of time for the completion of discovery, the Court concludes that Plaintiff will suffer no prejudice if leave to amend is granted, and the Court finds no reason to otherwise deny Defendants' request;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion For Leave To File First Amended Answer (D.I. 39) is **GRANTED**.

February 27, 2007

_____
UNITED STATES DISTRICT JUDGE