IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-495-JJF |
| ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and ) | |
| EDWARD FLEMING, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' MOTION TO COMPEL**

Plaintiff, Renee M. Butz, hereby responds to Defendants' Motion to Compel on the pleadings as follows:

1. Plaintiff filed a pro se complaint after an exhaustive search for legal representation.

2. The Court denied appointment of counsel stating "Plaintiff has demonstrated the ability to present her own case by making several filings and discovery requests. Additionally, Plaintiff has demonstrated some knowledge of the legal system and ability to participate in factual investigation via the Discovery Process." Plaintiff argues that she was able to represent herself as she has as a result of advice and guidance provided by Michael L. Butz. Plaintiff further argues that Michael L. Butz will not represent Plaintiff, but requests that Michael L. Butz can continue to provide advice and guidance as the case moves forward.

Plaintiff requests that Michael L. Butz be allowed to be present at hearings, depositions, pre-trial conference and trial as an advisor to Plaintiff.

Wherefore, Plaintiff respectfully requests that the Court not sign the order to preclude Michael L. Butz from providing Plaintiff with guidance.

*Renee Butz*

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 3/7/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT OF SERVICE

I hereby affirm that a true and correct copy of the foregoing Response to Defendants' Motion to Compel was sent by email and by first-class United States mail, postage duly paid, on this 7 day of March, 2007, to the following:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
Post Office Box 391
Wilmington, DE 19899-0391
mdibianca@ycst.com

_____
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 3/7/07

4