IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-495 (JJF) |
| | ) |
| LAWNS UNLIMITED LTD., AND, | ) |
| EDWARD FLEMING | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF DEPOSITION

TO:    Renee M. Butz, Pro Se
         58 Hickory Drive
         Northeast, MD 21901

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Renee M. Butz on Friday, April 20, 2007 at 10 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

         YOUNG CONAWAY STARGATT & TAYLOR, LLP

         /s/ Margaret M. DiBianca
         Margaret M. DiBianca, Esquire (No. 4539)
         The Brandywine Building
         1000 West Street, 17th Floor
         P.O. Box 391
         Wilmington, Delaware 19899-0391
         Telephone: (302) 571-5008
         Facsimile: (302) 576-3476
         Email: mdibianca@ycst.com
         Attorneys for Defendant

Dated: March 12, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on **March 12, 2007**, I electronically filed a true and correct copy of the foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Renee M. Butz, Pro Se
>58 Hickory Drive
>Northeast, MD 21901

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. No 2239)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email:  mdibianca@ycst.com
Attorneys for Defendant

Dated:  March 12, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 05-495 (JJF) |
| ) | |
| LAWNS UNLIMITED LTD., AND, ) | |
| EDWARD FLEMING ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF SERVICE

I, Margaret M. DiBianca, Esquire, hereby certify that on March 12, 2007, I caused two (2) copies of **Defendants' Notice of Deposition of Renee M. Butz** to be served upon the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

      Renee M. Butz
      1507 Hickory Lane
      North East, MD  21901

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      /s/ Margaret M. DiBianca, Esq.
      William W. Bowser, Esquire (Bar I.D. No 2239)
      Margaret M. DiBianca, Esquire (Bar I.D. 4539)
      The Brandywine Building, 17th Floor
      1000 West Street
      P.O. Box 391
      Wilmington, Delaware 19899-0391
      Telephone: (302) 571-5008
      Facsimile: (302) 576-3476
      Email: mdibianca@ycst.com
      Attorneys for Defendants