IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED, LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants, | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**MEDICAL RECORD RELEASE**

Plaintiff objects to this request to the extent that Defendants seek the disclosure of information and/or documents protected by HIPPA laws, attorney-client privilege, work product privilege, and/or information not relevant to the subject matter of this action.

Subject to and without waiving the foregoing objections, Plaintiff has provided all medical bills and information pertaining to this case to the Court and Defendants. If there is additional information needed, Defendants must provide this request in writing; including specific document name, dates, and reason for the request to the Plaintiff.

Sincerely,

*/s/ Renée M. Butz*
Renée M. Butz
58 Hickory Drive
North East, MD  21901
(410) 441-4300

Plaintiff pro se

CC: Judge Joseph J. Farnan Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ, )
)
Plaintiff, )
)
v. ) Civ. No. 05-495-JJF
) Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED LTD. and )
EDWARD FLEMING, )
)
Defendants. )

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Response To Defendants' Medical Record Release were sent by first-class United States mail, postage duly paid, on this 23 day of March, 2007, to counsel of record as follows:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
100 West Street
Wilmington, DE 19801

_____
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 3/23/07