IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-495-JJF |
| ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED, LTD. and ) | |
| EDWARD FLEMING, ) | |
| ) | |
| Defendants, ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
REQUEST FOR DETAIL DAMAGES LIST**

Pursuant to Defendants' request under Rule 26 of the Federal Rules of Civil Procedure, Plaintiff is providing the detailed list of damages. Supporting documentation was previously submitted to the Court and Defendants.

Detailed lists include:

    Summary of Expenses

    Medical Expenses

    2003 Lost Wages

    2004 Lost Wages

    2005 Lost Wages

    2006 Lost Wages

    Miscellaneous Expenses

Sincerely,

*Renée Butz* (signature)
Renée M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300

Plaintiff pro se

**Summary of Expenses/Losses**
**As of September 01, 2006**

Medical Costs

| | | |
|---|---|---|
| Medical bills incurred to date | 15,045.69 | |
| Medical premiums paid to date | 2,364.94 | 2004 24wks @ 32.44 = 778.56 |
| | | 2005 26wks @ 35.69 = 927.94 |
| | | 2006 18wks @ 36.58 = 658.44 |
| | 17,410.63 | |

| | |
|---|---|
| 2003 Wages | 2,360.00 |
| 2004 Wages | 29,320.00 |
| 2005 Wages | 30,984.50 |
| 2006 Wages | 32,327.95 |
| Miscellaneous Costs | 460.91 |
| **TOTAL** | **112,863.99** |

| Date | Vendor | Description | Total Amount | For Who | |
|---|---|---|---:|---|---|
| **MEDICAL BILLS WITHOUT INSURANCE (OR WITH LAWNS UNLIMITED INSURANCE)** | | | | | |
| 12/25/03 | Christiana Care Health Services | Labor pains | 223.50 | Renée | 12/25/03-12/26/03 |
| 12/30/03 | Bayside Health OBGYN | C-Section | 3,500.00 | Renée | |
| 12/30/03 | Beebe Medical Center | Hospital Expenses | 6,464.95 | Renée | 12/30/03-1/1/04 |
| 12/30/03 | Beebe Medical Center | Hospital Expenses | 1,723.56 | Renée | 12/30/03-1/1/04 |
| 12/30/03 | TMS | Hospital Expenses | 10.30 | Renée | 12/30/03-1/1/04 |
| 01/02/04 | William B Funk MD | Well Visit | 60.00 | Corrine | |
| 01/04/04 | Christiana Care Health Services | Lab | 11.50 | Corrine | |
| 01/04/04 | Christiana Care VNA | Nurse Visit | 363.00 | Corrine | 1/4/04-1/06/04 |
| 01/05/04 | Christiana Care VNA | Nurse Visit | 150.00 | Corrine | |
| 01/06/04 | Christiana Care VNA | Nurse Visit | 150.00 | Corrine | |
| 01/08/04 | William B Funk MD | Well Visit | 60.00 | Corrine | |
| 01/12/04 | William B Funk MD | Well Visit | 110.00 | Corrine | |
| 01/12/04 | William B Funk MD | Back pain, cough, fever | 110.00 | Renée | |
| 02/01/04 | Happy Harrys | Birth Control | 30.75 | Renée | |
| | | | **12,967.56** | | |
| **MEDICAL BILLS WITH INSURANCE** | | | | | |
| 04/12/04 | William B Funk MD | Breast feeding problems | 60.00 | Renée | |
| 04/12/04 | William B Funk MD | Breast feeding problems | 60.00 | Renée | |
| 04/22/04 | William B Funk MD | Breast feeding problems | 60.00 | Renée | |
| 05/05/04 | LabCorp | Bloodwork | 46.00 | Renée | |
| 05/05/04 | William B Funk MD | Strep Test | 25.00 | Renée | |
| 05/05/04 | William B Funk MD | Office Visit | 100.00 | Renée | |
| 05/25/04 | William B Funk MD | Cough | 60.00 | Renée | |
| 06/28/04 | Union Hospital | Bloodwork | 45.75 | Renée | |
| 06/29/04 | Vision Associates | Eye Exam | 273.00 | Renée | |
| 08/02/04 | Eckerd | Birth Control | 43.69 | Renée | |
| 08/30/04 | Eckerd | Birth Control | 43.69 | Renée | |
| 10/06/04 | Fred L Wright, Jr., D.D.S. | Dentist Visit | 158.00 | Renée | |
| 04/06/05 | Womens Health Associates | OBGYN | 140.00 | Renée | |
| 04/07/05 | LabCorp | Bloodwork | 92.00 | Renée | |
| 05/09/05 | William B Funk MD | Numbness | 60.00 | Renée | |
| 05/11/05 | Fred L Wright, Jr., D.D.S. | Dentist Visit | 115.00 | Renée | |
| 12/19/05 | Fred L Wright, Jr., D.D.S. | Dentist Visit | 117.00 | Renée | |
| 12/23/05 | William B Funk MD | Dizziness | 60.00 | Renée | |
| 02/23/06 | McDermott Chiropractic Centre | Chiropractic Visit | 167.00 | Renée | |
| 02/25/06 | McDermott Chiropractic Centre | Chiropractic Visit | 167.00 | Renée | |
| 04/24/06 | William B Funk MD | Follow Up | 65.00 | Renée | |
| 07/12/06 | Fred L Wright, Jr., D.D.S. | Dentist Visit | 120.00 | Renée | |
| | | | **2,078.13** | | |
| | | **GRAND TOTAL** | **15,045.69** | | |

### 2003 Wages

| Description | Calculation | Amount | Notes |
|---|---|---|---|
| Wages | $1008 - $726 | 282.00 | Difference of Unemployment to Regular Earnings |
| Overtime Wages | 10 hours x $18 | 180.00 | Unpaid overtime hours actually worked |
| Wage Increase | 16 weeks x 40 hours x $.75 | 480.00 | Anticipated wage increase to have begun on employment anniversary date |
| Vacation | 40 hours x $12.75 | 510.00 | 2003 Unpaid Vacation Days (5 Accrued Days) |
| Personal | 16 hours x $12.75 | 204.00 | 2003 Personal Days (2 Accrued Days) |
| Christmas | 8 hours x $12.75 | 102.00 | Unpaid Holiday pay |
| New Year's | 8 hours x $12.75 | 102.00 | Unpaid Holiday pay |
| Bonus | Estimated | 500.00 | Anticipated 2003 Bonus (2002 Bonus was $500) |
| | **TOTAL** | **2,360.00** | |

| Description | Calculation | Amount | Notes |
|---|---|---|---|
| | | **2004 Wages** | |
| Wages | 52 weeks x 40 hours x $12.75 | 26,520.00 | Includes paid Holidays |
| Overtime Wages | 50 hours x $19.12 | 956.00 | Anticipated unpaid overtime work hours |
| Wage Increase | 16 weeks x 40 hours x $.75 | 480.00 | Anticipated wage increase to have begun on employment anniversary date |
| Vacation | 40 hours x $13.50 | 540.00 | 2004 Unpaid 5 Accrued Vacation Days |
| Personal | 24 hours x $13.50 | 324.00 | 2004 3 Unpaid Accrued Personal Days |
| Bonus | Estimated | 500.00 | 2004 Bonus (2002 Bonus was $500) |
| **TOTAL** | | **29,320.00** | |

| Calculation | Amount | 2005 Wages |
|---|---|---|
| | | **Notes** |
| 52 weeks x 40 hours x $13.50 | 28,080.00 | Includes paid Holidays |
| 50 hours x $20.25 | 1,012.50 | Anticipated unpaid overtime work hours |
| 16 weeks x 40 hours x $.75 | 480.00 | Anticipated wage increase to have begun on employment anniversary date |
| 40 hours x $14.25 | 570.00 | 2005 Unpaid 5 Accrued Vacation Days |
| 24 hours x $14.25 | 342.00 | 2005 3 Unpaid Accrued Personal Days |
| Estimated | 500.00 | 2005 Bonus (2002 Bonus was $500) |
| **TOTAL** | **30,984.50** | |

## 2006 Wages

| Description | Calculation | Amount | Notes |
|---|---|---|---|
| Wages | 52 weeks x 40 hours x $14.25 | 29,640.00 | Includes paid Holidays |
| Overtime Wages | 35 hours x $21.37 | 747.95 | Anticipated unpaid overtime work hours |
| Wage Increase | 16 weeks x 40 hours x $.75 | 480.00 | Anticipated wage increase to have begun on employment anniversary date |
| Vacation | 40 hours x $15.00 | 600.00 | 2006 Unpaid 5 Accrued Vacation Days |
| Personal | 24 hours x $15.00 | 360.00 | 2006 3 Unpaid Accrued Personal Days |
| Bonus | Estimated | 500.00 | 2006 Bonus (2002 Bonus was $500) |
| | **TOTAL** | **32,327.95** | |

|          |                    | Misc.          |        |                                      |
| Date     | Vendor             | Description    | Amount | For Who                              |
|----------|--------------------|----------------|--------|--------------------------------------|
| 12/22/03 | Happy Harry's      | Staples        | 1.99   | Lawns Unlimited supplies             |
| 07/15/05 | U.S. District Court| Copy Fees      | 20.00  | copy fees                            |
| 01/27/06 | U.S. District Court| Civil Files    | 250.00 | file fee                             |
| 03/22/06 | Parcels            | Court summons  | 100.00 | hand delivery to L.U. & Eric Howard  |
| 03/22/06 | USPS               | Postage        | 3.03   | mail to Parcels                      |
| 04/06/06 | USPS               | Postage        | 5.12   | mail to Eric Howard                  |
| 04/11/06 | USPS               | Postage        | 5.12   | mail to Eric Howard                  |
| 05/11/06 | USPS               | Postage        | 14.40  | mail to U.S. District Court          |
|          | Renee              | Misc. fees     | 61.25  | copying, filing, postage, supplies   |
|          |                    | **TOTAL**      | **460.91** |                                  |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Response To Defendants' Request For Detail Damages List were sent by first-class United States mail, postage duly paid, on this 30 day of March, 2007, to counsel of record as follows:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
100 West Street
Wilmington, DE 19801

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 3/30/07