IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 05-495-JJF |
| LAWNS UNLIMITED LTD. and EDWARD FLEMING, | : | |
|     Defendants. | : | |

### ORDER

WHEREAS, on January 31, 2007, Defendants filed a Motion To Compel (D.I. 43) requesting the Court to preclude Michael L. Butz, the non-lawyer father-in-law of Plaintiff, from providing Plaintiff with guidance or acting as her counsel, taking depositions, or defending Plaintiff at her deposition;

WHEREAS, on March 7, 2007, Plaintiff filed an untimely response in opposition to the Motion requesting the Court to deny the Motion and allow Michael L. Butz to be present at hearings, depositions, the pretrial conference, and at trial "as an advisor" to Plaintiff;

WHEREAS, Plaintiff is appearing pro se in this action and the Court denied Plaintiff's Motion To Appoint Counsel (D.I. 35);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1)   Defendants' Motion To Compel is **GRANTED**;

2)   Michael L. Butz is precluded from engaging in the unauthorized practice of law by acting as a legal representative of Plaintiff including such activities as

providing legal advice, speaking on Plaintiff's behalf at depositions or other proceeding before the Court, taking depositions, and defending Plaintiff at depositions;

3) Michael L. Butz is not precluded from attending Plaintiff's deposition and other proceedings before the Court.

April 4, 2007

_____
UNITED STATES DISTRICT JUDGE