# Exhibit One

**DiBianca, Margaret**

| | |
|---|---|
| **From:** | RButz@ccgov.org |
| **Sent:** | Friday, April 06, 2007 9:32 AM |
| **To:** | DiBianca, Margaret |
| **Subject:** | Deposition |
| **Attachments:** | Butz Notice of Deposition 2ND MARGARET 2ND REVISED .DOC |

Margaret -

Here is the new deposition date. If you like we can have Ed's and mine at the same time and share costs. Please let me know.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

TO:   Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
COUNSEL FOR DEFENDANTS

PLEASE TAKE NOTICE THAT on Wednesday, May 02, 2007 at 9:00 a.m., at Graver Technologies, 200 Lake Drive, Glasgow, Delaware, 19702 in the 2nd Floor Conference Room, plaintiff shall take the deposition of defendant Edward Fleming and continue thereafter until completed.

                                                              _____
                                                              Renee M. Butz
                                                              58 Hickory Drive
                                                              North East, MD 21901
                                                              (410) 441-4300
                                                              Plaintiff pro se

Dated:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT OF SERVICE

I hereby affirm that a true and correct copy of the foregoing Notice of Deposition was sent by first-class United States mail, postage duly paid, on this _____ day of April, 2007, to the following:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

_____
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated:_____

2