# Exhibit Two

**DiBianca, Margaret**

**From:** Renee [Renee@smokinbutz.com]
**Sent:** Monday, April 09, 2007 9:33 AM
**To:** DiBianca, Margaret
**Cc:** rbutz@ccgov.org; renee@scottbutz.com

Ms. DiBianca:

I am writing in response to your email of April 7, 2007.

First, we need to address our understanding of Judge Farnan's ruling with regards to Michael L. Butz's participation.

The judge ruled that "Michael L. Butz is not precluded from Plaintiff's deposition and other proceedings before the court."

I understand that to mean he can be present at both your deposition of me & others as well as my deposition of Mr. Fleming.

Michael L. Butz has never provided legal advice. He has only provided father-in-law support & common sense reasoning with regards to this case. He is not an attorney.

Second, regarding the Depositions:

I will agree to the time & place of your deposition of me.

In turn, I will expect you to agree to the time & place of my deposition of Mr. Fleming.

Mr. Fleming will be deposed on May 2, 2007 at 9:00AM, at Graver Technologies 200 Lake Drive, Glasgow, DE 19702, second floor conference room.

I chose this location, because I did not have to pay for the conference room.

Michael L. Butz will be present, as per the judge's order, but will not participate.

Third, documents received from the DDOL.

These will be provided with the "Production of Documents" being sent later this week.

Sincerely,

Renee M. Butz