IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-495-JJF |
| | ) |
| LAWNS UNLIMITED LTD. and | ) |
| EDWARD FLEMING, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**AND NOW** this _____ day of _____, 2007, the Court having duly considered Defendants Lawns Unlimited, Ltd. and Edward Fleming's Motion to Compel pursuant to Fed. R. Civ. P. 26(c) to preclude *pro se* Plaintiff Renee Butz taking the deposition of Edward Fleming at Grazer Technologies on May 2, 2007 and from the attendance of Michael L. Butz at any deposition taken in this matter other than Plaintiff's deposition, to be held on April 20, 2007. **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion is GRANTED; and

2. Plaintiff is precluded from taking the deposition of Edward Fleming at Grazer Technologies on May 2, 2007;

3. Plaintiff may elect to take the deposition of Edward Fleming at Defendants' principal place of business, located at 15089 Coastal Highway in Milton, Delaware; at the Georgetown, Delaware law office of Defendants' counsel; or at the Wilmington, Delaware law office of Defendants' counsel; or at another location agreeable to both parties; and

    4.      Michael Butz is precluded from attending any depositions in this matter other than Plaintiff's deposition, at which he may not speak on Plaintiff's behalf or provide legal advice.

_____
UNITED STATES DISTRICT JUDGE

DB02:5895641.1                                                                                                           065789.1001