# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 571-5008
DIRECT FAX: 576-3476
mdibianca@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN

MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
   (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

April 10, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

      Re:    <u>Butz v. Lawns Unlimited, Ltd. et al., C.A. No. 05-495</u>

Dear Judge Farnan:

      I write Your Honor on behalf of Defendants Lawns Unlimited and Edward Fleming to request the Court to issue an order referring the above-referenced matter to Mediation. Prior to my involvement in this case in November 2006, the parties had engaged in limited discovery though the Complaint had been filed in July 2005. It appears from the docket, however, that the case was not referred to Mediation.

      This case, in which Plaintiff Renee M. Butz is acting as a party *pro se*, is especially appropriate for Mediation. Defendants' Motion for Judgment on the Pleadings (D.I. 44) has been fully briefed and would likely provide Judge Thynge with adequate factual and legal background. Further, it is Defendants' position that the potential damages available to Plaintiff total less than $5,000. Due to these factors, Defendants believe that Mediation would be an extremely useful tool in resolving the matter without incurring additional costs for both parties.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Joseph J. Farnan Jr.
April 10, 2007
Page 2

      Defendants, while being cognizant of the limits of Judge Thynge's availability, request the Court to refer the case to Mediation, thereby enabling the parties to further explore the option.  As always, counsel is available at the Court's convenience to provide any clarification or additional information that Your Honor may require.

      Respectfully Submitted,

      /s/ Margaret M. DiBianca
      Margaret M. DiBianca

MMD:y

cc:    Renee M. Butz (via U.S. Mail, First Class and Certified Return Receipt)

## **CERTIFICATE OF SERVICE**

I, Margaret M. DiBianca, hereby certify that on April 10, 2007, I electronically filed a true and correct copy of ***Defendants' Letter to the Court Requesting Referral to Mediation*** with the Clerk of the Court using CM/ECF. I further certify that on April 10, 2007, I caused to be deposited a true and correct copy of the foregoing ***Defendants' Letter to the Court Requesting Referral to Mediation*** in the U.S. Mail and Certified U.S. Mail/Return Receipt Requested to the following non-registered participant:

>Renee M. Butz, Pro Se
>58 Hickory Drive
>North East, Maryland 21901

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Margaret M. DiBianca
>William W. Bowser, Esquire (Bar I.D. No 2239)
>Margaret M. DiBianca, Esquire (No. 4539)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-5008
>Facsimile: (302) 576-3476
>Email: wbowser@ycst.com; mdibianca@ycst.com
>Attorneys for Defendants