March 31, 2007

**Via First Class Mail**
**& E-mail**

Ms. Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

    Re:   Butz v. Lawns Unlimited, LTD. & Edward Fleming (Civ. No. 05-495-JJF)

Dear Ms. DiBianca:

I am writing in responds to your request for Plaintiff's deposition on April 20th, 2007 at 10:00 AM at the office of Young, Conaway, Stargatt, and Taylor.

I have two issues regarding the time and location of the deposition. The time needs to be before 8:30 AM or after 1:00 PM. Also, the deposition should not be held at your office, but a neutral place.

Please contact me via e-mail to indicate new time and location. Thank you for your cooperation in this matter.

                                              Sincerely,

                                              Renée M. Butz
                                              Pro se

CC: Judge Joseph Farnan Jr.

