IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
APR 1 1 2007

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' MOTION FOR JUDGMENT**

Plaintiff, Renee M. Butz, hereby responds to Defendants' Motion for Judgment on the pleadings as follows:

1. Where *pro se* plaintiffs seek to institute legal proceedings before the United States District Court, the Court provides pre-printed complaint forms. Plaintiff herein bears no responsibility in the drafting of such forms – only in the completion of designated "fill in the blanks". The Court form must past muster to state a Title VII claim since the forms are drafted by the Court. The Court pre-printed complaint form also requires that the underlying charge of discrimination filed with the applicable agency be attached to the preprinted form in further support of stating a Title VII claim. (D.I. 2 and D.I. 19).

2. Furthermore, Plaintiff's receipt of a Right to Sue Letter from the Equal Employment Opportunity Commission suggests that her claims of discrimination as stated in the Complaint may have merit.

3. Defendants argue that individual Defendant Edward Fleming is not subject to Title VII liability because he cannot be considered an "employer" under Sec. 2000e(b). The defendants, however, do not address the issue of whether Defendant Fleming could be considered to be an agent of Defendant Lawns Unlimited Ltd. so as to expose Defendant Fleming to Title VII liability. Although the Complaint does not refer to Fleming as the owner of the business and supervisor of plaintiff's work duties, the supporting materials to the Complaint such fact.

4. Although plaintiff's original Complaint and Amended Complaint do not specifically refer to Defendant Fleming as an agent of Lawns Unlimited Ltd., the plaintiff should not be precluded from pursuing that theory for failing to so specify. Title VII's provisions should be construed liberally, see *Harvey v. Blake*, 913 F.2d 226 (5th Cir. 1990), especially in this case where a *pro se* plaintiff may not have mastered the technicalities of the statute. See *Platsky v. Central Intelligence Agency*, Civ. No. 91-6109, 2nd Cir. Slip Op. at 421 (November 25, 1991)(district courts must construe pro se complaints liberally.)

WHEREFORE, plaintiff prays this Court to DENY defendants' Motion for Judgment on the Pleadings.

*Renee Butz*
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 4/9/07

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

I hereby affirm that a true and correct copy of the foregoing Response to Defendants' Motion for Judgment was sent by email and by first-class United States mail, postage duly paid, on this 9 day of April, 2007, to the following:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
Post Office Box 391
Wilmington, DE 19899-0391
mdibianca@ycst.com

_Renee Butz_
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 4/9/07

3



US District Court
Judge Joseph J Farnan Jr
844 N. King Street
Wilmington DE 19801

Ms. Renee M. Butz
58 Hickory Dr
North East, MD 21901

RECEIVED
APR 11 2007