IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
APR 1 1 2007

| | |
|---|---|
| RENEE M. BUTZ,<br><br>    Plaintiff,<br><br>v.<br><br>LAWNS UNLIMITED LTD. and<br>EDWARD FLEMING,<br><br>    Defendants. | Civ. No. 05-495-JJF<br>Judge Joseph J. Farnan Jr. |

## NOTICE OF DEPOSITION

TO:    Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
COUNSEL FOR DEFENDANTS

PLEASE TAKE NOTICE THAT on Wednesday, May 02, 2007 at 9:00 a.m., at Graver Technologies, 200 Lake Drive, Glasgow, Delaware, 19702 in the 2nd Floor Conference Room, plaintiff shall take the deposition of defendant Edward Fleming and continue thereafter until completed.

*Renee Butz* (signature)
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 4/5/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF SERVICE

I hereby affirm that a true and correct copy of the foregoing Notice of Deposition was sent by first-class United States mail, postage duly paid, on this __5__ day of April, 2007, to the following:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

*Renee Butz*
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: __4/5/07__





BALTIMORE MD 212

10 APR 2007 PM 5

S.K.S.M.S. X-RAY

U.S. District Court
Judge Joseph J Farnan Jr
844 N. King Street
Wilmington DE 19801

Ms. Renee M. Butz
58 Hickory Dr
North East, MD 21901