IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO COMPEL CANCELLATION OF PLAINTIFF'S DEPOSITION**

Plaintiff hereby moves this Court to order cancellation of Plaintiff's deposition on April 20, 2007 until decision has been made on the Protective Order that Defendants have filed. Plaintiff relies on the following in support of her motion:

1. Plaintiff requested and was unreasonably refused a neutral location for the taking of her own deposition and threatened sanction of Defendant's attorney fees.

2. To no avail, Plaintiff repeatedly attempted to schedule Defendant Fleming's deposition with Defendant's prior counsel. [DL 24, 27, 28 and 30]

3. Plaintiff has since proposed two separate dates to Defendant Fleming's current counsel and subsequently advised of Defendant's unavailability.

4. Defendants filed Protection Order that is pending. Plaintiff feels due to lack of cooperation on Defendants part, deposition on their part will not happen.

5. Cutoff for the taking of depositions is June 1, 2007.

WHEREFORE, Plaintiff prays this Court enter an Order granting Plaintiff's Motion to Compel the cancellation of Plaintiff's deposition.

*Renee Butz*
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff *pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion To Compel Cancellation of Plaintiff's Deposition were sent by first-class United States mail, postage duly paid, on this __13__ day of __April__, 2007, to counsel of record as follows:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

_Renee Butz_
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 4/13/07