April 9, 2007

**Renee Butz vs. Lawns Unlimited Settlement Offer Summary**

| Description | Calculation | $ Amount | Explanation |
|---|---|---|---|
| Medical Expenses | | | Medical Expenses incurred by Plaintiff that Insurance should have covered |
| Medical Insurance | | | Medical Premiums now paid that were not previously Plaintiff's responsibility |
| Earnings Lost | | | Difference of Unemployment to Regular Earnings |
| Overtime Earnings | Text Redacted | | Unpaid overtime hours actually worked & shorted on last paycheck |
| Vacation | | | 2003 Unpaid Vacation Days (5 Accrued Days) |
| Personal | | | 2003 Personal Days (2 Accrued Days) |
| Holiday Pay | | | Unpaid Christmas 2003 & New Year's Day 2004 |
| Bonus Pay | | | Anticipated 2003 Bonus (2002 Bonus was $500) |
| Miscellaneous | | | Costs incurred relating to lawsuit |
| Pain & Suffering | Very Reasonable | 5,000.00 | Defendant destroyed what should have been the most wonderful time of my life |
| Punitive Damages | Very Reasonable | 5,000.00 | Violation of the Pregnancy Leave Act |

**Total Settlement**            10,000.00