IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ,           )<br>                          )<br>        Plaintiff, )<br>     v.                   )   C.A. No. 05-495 (JJF)<br>                          )<br>LAWNS UNLIMITED LTD., AND,)<br>EDWARD FLEMING           )<br>        Defendants.)<br>                          ) | |

### ORDER

AND NOW, this _____ day of May, 2007, the Court having heard Defendants' Motion to Compel Discovery Responses, IT IS HEREBY ORDERED as follows:

   1.   Plaintiff shall answer interrogatories numbered 10-16 and 18 in Defendants' First Set of Interrogatories Directed to Defendant.

   2.   Plaintiff shall respond fully to all document production requests, including but not limited to numbers 2, 3, and 6-12 of Defendants' First Request for Production Directed to Plaintiff.

   3.   All of the foregoing answers and responses shall be without objection.

   4.   All of the foregoing answers and responses shall be denominated Plaintiff's Second Supplemental Answers or Plaintiff's Second Supplemental Responses and shall be added below previous answers or responses so

that all discovery answers and responses are contained within one document.

     5.   The foregoing shall be served on or before _____ _____, 2007; and

     6.   Plaintiff shall pay to Defendants' counsel the sum of $_____ as reasonable counsel fees and the sum of $_____ in costs incurred in connection with the preparation and presentation of Defendants' Motion to Compel Discovery Responses.

                                    _____
                                      UNITED STATES DISTRICT JUDGE