IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-495-JJF |
| | ) | |
| LAWNS UNLIMITED, LTD. AND | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>STATEMENT OF COMPLIANCE WITH RULE 7.1.3</u>**

Counsel for Defendants hereby certify reasonable but unsuccessful efforts have been made to reach agreement with Plaintiff *pro se* on the matter set forth in this Motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca, Esq.
William W. Bowser (Bar I.D. 2239)
Margaret M. DiBianca (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendant

DATE:  April 26, 2007