IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, | ) |
| | ) |
|        Plaintiff, | ) |
|     v. | )   C.A. No. 05-495-JJF |
| | ) |
| LAWNS UNLIMITED, LTD. AND | ) |
| EDWARD FLEMING, | ) |
| | ) |
|        Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, hereby certify that, on April 26, 2007, I caused to be served two true and correct copies of **Defendants' Motion To Compel Discovery Responses and enclosed Proposed Order**, on the following non-registered participant via U.S. Certified Mail with Return Receipt Requested and via U.S. Mail:

    RENEE M. BUTZ,
    58 Hickory Drive
    Northeast, MD  21901

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Margaret M. DiBianca, Esq.
    William W. Bowser (Bar I.D. 2239)
    Margaret M. DiBianca (Bar I.D. 4539)
    The Brandywine Building, 17th Floor
    1000 West Street
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-5008
    Facsimile: (302) 576-3476
    Email: mdibianca@ycst.com
    Attorneys for Defendant