## *Agenda for Employee Meeting*

Teamwork and Customer Service is #1 in 2003

I. Teamwork
   A. Learning stage
      - New Computer System
         o Routing is being changed – different area everyday
         o New appearance on Invoices and Work Orders
         o **Service Calls** is a new feature
      - New Staff
         o Still learning the job and business
         o Internal changes – policies/procedures
   B. Respect and honesty
      - Tools and Supplies
         o If you use it – put it back in the correct location
         o If something breaks – immediately advise
         o If you see supplies running low – advise
      - Need help?
         o Ask
         o **Do not steal**
      - Be **honest**. Treat people how you want to be treated.
   C. Improvements
      - If you have an idea or suggestion – little or big
         o Always open to hear them from **anyone**
         o Write them down and/or tell Renée or Laurie
         o Complaining does not get results. Ideas Do!

II. Paychecks
   A. Time based on **hundreds** of a minute
   B. Hours incorrect
      - Did you calculate in hundreds?
      - Bring to Ed's attention-bring copy of hours with you

III. Daily Worksheets
   A. Name and Date filled out at the top
   B. Customer Name and Account number
      - Beebe Lewes is not sufficient (there is 4 Beebe's in Lewes)
   C. Work performed – state if work has been Completed or Not
   D. Materials – **include all materials used if its been completed or not**
   E. Time In and Out per Job/Customer
   F. Lunch – must include Time In and Out
   G. Hours – must include Time In and Out for the day
   H. Turn in at the end of the day

IV. **Invoices**
    A. Must have an Invoice per Customer per Job
- Bring to Renée or Laurie's attention right away – we will print one out for you.
- Out in the field? Radio or call us – we will give you account number and Customer's name. We will put the Invoice in your box.

    B. Read directions **always**
- Rounds could change from whole lawn to front lawn
- If it does not state area – it will be **whole lawn**

    C. If you think Invoice is **wrong**
- STOP – do not continue doing job
- CALL office – advise us of any facts you know

    D. Turn in **all** Invoices at the end of day – complete or incomplete

V. **Purchase Orders/Returns**
    A. Name of Vendor/Supplier
    B. Date
    C. Quantity and Product name
    D. What is it for?
- **Always** include the Name and Year of the Truck/Equipment that the PO is for (multiple equipment can be on one PO)
- If you do not know – ask someone

    E. Price

VI. **Radio**
    A. Make sure radio is on Georgetown 1
    B. Ask for **Office** before Ed – 9 out of 10 times, we can help you
    C. Page **2 or 3** times – we could be on the phone or away from our desks to hear the first time
    D. Always be professional on the radio – Customers could be in the office and could hear you

VII. **Tardiness**
    A. Call if you are going to be late – reason must be **acceptable**
- After 5 minutes – will be considered late

    B. No call
- First time – written warning
- Second time – probation
- Third time – termination

VII. **Absence**
    A. Approved Time Off
- Fill out **Request Vacation** form for approval
- This form can be used for doctor, dentist, vacation, etc

    B. No Show and No Call
- First time – written warning
- Second time – probation
- Third time – termination