IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                    )
                                 )
            Plaintiff,            )
                                 )
      v.                         )          Civ. No. 05-495-JJF
                                 )          Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED, LTD. and         )
EDWARD FLEMING,                   )
                                 )
            Defendants,           )

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES

Plaintiff Renee Butz makes the following responses to Defendants' Edward Fleming and Lawns Unlimited, LTD's Motion to Compel Discovery Responses.

### General Responses and Objections

Plaintiff objects in total to Defendants' Motion to Compel Discovery Responses due to the fact that Defendants' have in their possession all documents which were previous provided to Defendants' counsel through Initial Disclosures.

Plaintiff objects to production of documents through Discovery as overly burdensome to reproduce and provide such documents to Defendants'.

1. Agreed

2. Plaintiff served answers to the Defendants First set of Interrogatories.

3. Agreed that Plaintiff makes multiple objections. Not agreed that the objections are baseless.

4. RE: No 9 Plaintiff maintains that income received during the last five years remains irrelevant to this case. RE: No 12 Plaintiff can not provide Cecil County Government manuals, handbooks, etc under the employment guidelines of Cecil County Government.

5. RE: No 8 Plaintiff was unable to seek medical treatment for the emotional injuries resulting from Plaintiff's unlawful termination of employment due to the fact that Defendants' canceled Plaintiff's health insurance. RE: No 10 Plaintiff provided Defendants' counsel with employment seeking information through Initial Disclosures.

6. Plaintiff objects to production of documents through Discovery as overly burdensome to reproduce and provide such documents to Defendants' due to the fact that this information was previous provided.

7. Defendants' counsel misunderstood the Plaintiff's requirements with the regards to copying charges of the DDOL file. Plaintiff requested $30 administrative fee plus $.30 per page. Plaintiff has provided all DDOL documents not previously provided in Initial Disclosures.

8. Plaintiff maintains that information requested under Interrogatories No 10, 13, and 16 remain irrelevant to this case.

9. Plaintiff's answers to Interrogatories No 12, 14, 15, and 18 were complete or had previously been provided in Initial Disclosures.

10. As pro se, it is unclear what Defendants' counsel is stating.


Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410)441-4300
Plaintiff pro se


Dated: 5/5/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Response to

Defendants' Motion to Compel Discovery Responses were sent by first-class United States mail,

postage duly paid, on this ____5____ day of ___May___, 2007, to counsel of record as

follows:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

_Renee M Butz_

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 5/5/07

UNITED STATES POSTAL SERVICE

CALL 1-800-222-1811 FOR PICKUP OR TRACKING OF ALL YOUR PACKAGES

EXPRESS MAIL

EB 300432415 US

U.S. POSTAGE
PAID
NEWARK, DE
MAY 05 '07
1971
AMOUNT
$14.40
00075178-15

PRESS HARD. *YOU ARE MAKING 3 COPIES.*

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 19711
Date Accepted: 05/05/07
Time Accepted: 11:31 AM
Flat Rate or Weight

Day of Delivery
Postage: $4.40
Return Receipt Fee
COD Fee
Insurance Fee: $4.00
Total Postage & Fees: $

**FROM:** (PLEASE PRINT)
Renee Butz
58 Hickory Dr.
North East, MD
21901
PHONE ( 410 )441-4300

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

**UNITED STATES POSTAL SERVICE**

**EXPRESS MAIL**

Mailing Label
Label 11-6, March 2004

Post Office To Addressee

**DELIVERY (POSTAL USE ONLY)**

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or
Postal Service Acct. No.

WAIVER OF SIGNATURE

**TO:** (PLEASE PRINT)     PHONE ( )
THE HONORABLE JOSEPH J.
FARNAN, JR.
United States District Court
844 N. King St. Lock Box 27
Wilmington, DE
ZIP: 19801



FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

RECEIVED
MAY - 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

EP-13F February 2003