IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED, LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants, | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUESTED RELIEF FROM PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Plaintiff Renee Butz makes the following responses to Defendants' Edward Fleming and Lawns Unlimited, LTD's Requested Relief from Plaintiff's Motion for Protective Order.

## FACTUAL & PROCEDRUAL BACKGROUND

1. Agreed

2. Plaintiff is seeking restoration from Defendants' for medical expenses incurred but not paid due to the loss of Plaintiff's medical insurance. Agreed that Plaintiff has demanded damages for "pain and suffering and emotional distress", however the pain and suffering and emotional distress were not the result of any medical treatment. The Plaintiff's pain and suffering resulted from unlawful termination of employment.

## RELIEF REQUESTED

3. Therefore medical information for any period prior to or after December 2003 through March 2004 period is not required and not relevant to this case.

4. Discovery not relevant to the subject matter.

5. Due to the Plaintiff's lack of medical coverage as a result of Defendants' termination on Plaintiff's employment and termination of Plaintiff's medical insurance, Plaintiff was unable seek medical assistance for the distress that Plaintiff was under.

6. Plaintiff is not seeking recovery of damages for harm resulting from factors unrelated to the discrimination.

7. No prior medical conditions or injuries were contributed to the Plaintiff's emotional distress.

8. Plaintiff therefore requests the court to uphold Plaintiff's Motion for Protective Order.

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410)441-4300
Plaintiff pro se

Dated: 5/5/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                          )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )        Civ. No. 05-495-JJF
                                        )        Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED LTD. and                )
EDWARD FLEMING,                         )
                                        )
            Defendants.                 )

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Response to

Defendants' Requested Relief from Plaintiff's Motion for Protective Order were sent by first-

class United States mail, postage duly paid, on this ___5___ day of __May____, 2007, to

counsel of record as follows:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

_____
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 5/5/07

UNITED STATES POSTAL SERVICE

**EXPRESS MAIL**

EB 300492415 US

CALL 1-800-222-1811 FOR PICKUP OR TRACKING OF ALL YOUR PACKAGES

U.S. POSTAGE
PAID
NEWARK, DE
MAY 05, 1971
AMOUNT
$14.40
000 75178-15

PRESS HARD. YOU ARE MAKING 3 COPIES.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 19711
Day of Delivery
Date Accepted: 05 05 07
Time Accepted: 11:31
Flat Rate or Weight

FROM: (PLEASE PRINT)
Renee Butz
58 Hickory Dr.
North East, MD 21901
PHONE (410) 441-4300

Postage $14.40
Total Postage & Fees $14.40

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

**DELIVERY (POSTAL USE ONLY)**

Post Office To Addressee

Mailing Label
Label 11-B, March 2004

TO: (PLEASE PRINT)
THE HONORABLE JOSEPH J.
FARNAN, JR.
United States District Court
844 N. King St. Lock Box 27
Wilmington, DE
ZIP: 19801

RECEIVED
MAY - 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

www.usps.com