IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAWNS UNLIMITED LTD. and )<br>EDWARD FLEMING, )<br>)<br>Defendants. ) | Civ. No. 05-495-JJF<br>Judge Joseph J. Farnan Jr. |

## NOTICE OF DEPOSITION

TO: Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
COUNSEL FOR DEFENDANTS

PLEASE TAKE NOTICE THAT on Tuesday, May 22, 2007 at 9:00 a.m., at Graver Technologies, 200 Lake Drive, Glasgow, Delaware, 19702 in the 2nd Floor Conference Room, Plaintiff shall take the deposition of Defendant Edward Fleming and continue thereafter until completed.

*Renee M Butz*
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 5/5/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Defendants' Deposition were sent by first-class United States mail, postage duly paid, on this ___ 5 day of May, 2007, to counsel of record as follows:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

_____
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 5/5/07


