May 4, 2007

Renee M. Butz
58 Hickory Drive
North East, MD 21901

The Honorable Joseph J. Farnan Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

      Re:     Butz v. Lawns Unlimited, Ltd. Et al., C.A. No. 05-495
                Margaret DiBianaca's letter dated April 10, 2007 regarding
                Mediation

Dear Judge Farnan:

     I write Your Honor in regards to Ms. DiBianaca's request regarding Mediation on the above referenced case. Prior to Ms. DiBianca's involvement in this case, with prior counsel, Plaintiff had requested Mediation. Both prior counsel and Defendants' were less than cooperative in regards to our attempts.

     Plaintiff is agrees to Mediation but it must be noted that damages are considerably more than $5,000. Plaintiff has incurred in excess of $6,000 and seeks punitive and compensatory damages.

     Plaintiff did provide Defendants' counsel a settlement offer which was rejected.

     Plaintiff is available to at the Court's convenience to provide any clarification or additional information that Your Honor may require.

                                             Respectfully Submitted,

                                             Renee M. Butz
                                             Pro se
                                             410-441-4300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Response to Defendants' Mediation Request were sent by first-class United States mail, postage duly paid, on this __5__ day of __May__, 2007, to counsel of record as follows:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

_Renee M Butz_
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 5/5/07



FROM: Renee Butz
58 Hickory Dr.
North East, MD 21901
PHONE: 410-441-4300

TO: THE HONORABLE JOSEPH J. FARNAN, JR.
United States District Court
844 N. King St. Lock Box 27
Wilmington, DE 19801