RECEIVED

MAY ... 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S SECOND REQUEST FOR
ADMISSIONS DIRECTED TO DEFENDANT**

TO:    Margaret M. DiBianca
       Young Conaway Stargatt & Taylor, LLP
       The Brandywine Building
       1000 West Street, 17th Floor
       Wilmington, DE 19899
       COUNSEL FOR DEFENDANT

Pursuant to Rule 35 of the Federal Rules of Civil Procedure, Plaintiff Renee M. Butz

(hereinafter "Plaintiff") hereby requests that Defendants Edward Fleming and Lawns Unlimited

Ltd. (hereinafter collectively "Defendant") respond to the following requests for admission within

30 days after service of this request.

6.    Admit that you were aware of plaintiff's pregnancy before September 2003.

7.    Admit that you were aware of plaintiff's expected due date of early January 2004.

8.    Admit that you and your spouse bought a baby shower gift for plaintiff.

9.    Admit that you spoke to Michael L. Butz in January to discuss termination letter and employment contract.


Renée M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 5/16/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                              )
                                            )
                 Plaintiff,                 )
                                            )
        v.                                  )        Civ. No. 05-495-JJF
                                            )        Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED LTD. and                    )
EDWARD FLEMING,                             )
                                            )
                 Defendants.                )

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Second Request

for Admissions Directed to Defendant were sent by first-class United States mail, postage duly

paid, on this ___16___ day of ___May___, 2007, to counsel of record as follows:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

_Renee M. Butz_
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 5/16/07



U.S. POSTAGE
$5.25
PRIORITY
21921
Date of sale
05/16/07
02  1P00
0231956

APC
PH002480020342Z

USPS® PRIORITY MAIL®

0 lb. 3.70 oz.

SHIP
TO:  US District Court
     Judge Joseph Farnan Jr
     844 N King St
     Wilmington DE 19801     X-RAY

WILMINGTON DE 19801

USPS® DELIVERY CONFIRMATION™

420 19801 9104 1195 0326 6028 0213 07

ZIP

U.S. District Co
District of Delawe
Attn: Judge Joseph
J. Caleb Boggs Fe
844 N. King St.
Wilmington DE 19801

md 21901