May 17, 2007



**Via E-Mail and via First Class**

Young Conaway Stargatt & Taylor, LLP
Margaret M. DiBianca
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

      Re:    <u>Butz v. Lawns Unlimited, Ltd. and Edward Fleming</u>
            C.A. No. 05-495 (JJF)

Dear Ms. DiBianca:

    I write in response to your letter dated May 16, 2007. I am more than a little confused. You threatened sanctions against me for not showing up at a Deposition that you were canceling. Why would I be required to show when these same Discovery Motions were pending? Please explain.

Sincerely,

*Renee M. Butz*

Renee M. Butz
Pro Se

cc: Judge Joseph J. Farnan Jr.

Attachment: Margaret M. DiBianca's letter dated May 16, 2007

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS<br>RICHARD J. A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH | JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR.<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br>M. BLAKE CLEARY<br>CHRISTIAN DOUGLAS WRIGHT<br>DANIELLE GIBBS<br>JOHN J. PASCHETTO<br>NORMAN M. POWELL<br>ELENA C. NORMAN | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338<br>WWW.YOUNGCONAWAY.COM<br>DIRECT DIAL: 571-5008<br>DIRECT FAX: 576-3476<br>mdibianca@ycst.com | JOSEPH M. BARRY<br>SEAN M. BEACH<br>SANJAY BHATNAGAR<br>DONALD J. BOWMAN, JR.<br>JEFFREY T. CASTELLANO<br>KARA HAMMOND COYLE<br>KRISTEN SALVATORE DEPALMA<br>MARGARET M. DIBIANCA<br>MARY F. DUGAN<br>ERIN EDWARDS<br>KENNETH J. ENOS<br>IAN S. FREDERICKS<br>JAMES J. GALLAGHER<br>SEAN T. GREECHER<br>STEPHANIE L. HANSEN<br>DAWN M. JONES<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br>JOHN C. KUFFEL<br>KAREN LANTZ<br>TIMOTHY E. LENGKEEK<br>ANDREW A. LUNDGREN<br><br>SPECIAL COUNSEL<br>JOHN D. MCLAUGHLIN, JR<br>KAREN L. PASCALE<br>PATRICIA A. WIDDOSS | MATTHEW B. LUNN<br>JOSEPH A. MALFITANO<br>ADRIA B. MARTINELLI<br>MICHAEL W. MCDERMOTT<br>TAMMY L. MERCER<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>D. FON MUTTAMARA-WALKER<br>JENNIFER R. NOEL<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>SARA BETH A. REYBURN<br>CHERYL A. SANTANIELLO<br>(NJ & PA ONLY)<br>MICHELE SHERRETTA<br>MONTÉ T. SQUIRE<br>MICHAEL P. STAFFORD<br>CHAD S. C. STOVER<br>JOHN E. TRACEY<br>TRAVIS N. TURNER<br>MARGARET B. WHITEMAN<br>SHARON M. ZIEG<br><br>SENIOR COUNSEL<br>CURTIS J. CROWTHER<br><br>OF COUNSEL<br>BRUCE M. STARGATT<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND |

May 16, 2007

**BY E-MAIL**

Renee M. Butz

Re:   Butz v. Lawns Unlimited, et al.

Dear Ms. Butz:

I am in receipt of Plaintiff's Notice of Deposition of Edward Fleming, filed on May 7, 2007 in the above-referenced matter. As you know, there are several discovery motions pending before the Court. Pursuant to Judge Farnan's Scheduling Order, no party is required to appear for a deposition while a discovery motion is pending. Defendants believe Plaintiff's Notice was filed in error. Mr. Fleming, therefore, will not appear on May 22, 2007, as stated in the deposition notice. Should you have any questions, please contact me at the numbers listed above.

Sincerely,

Margaret M. DiBianca, Esq.

Digitally signed by Margaret M DiBianca, Esq.
DN: CN = Margaret M DiBianca, Esq., C = US, O = YCS&T, LLP
Reason: I am the author of this document
Date: 2007.05.16 19:17:24 -04'00'

Margaret M. DiBianca

DB02:5982929.1                                                                                                                                                                                  065789.1001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Response to Defendants' Response to May 22, 2007 Deposition were sent by first-class United States mail, postage duly paid, on this __17__ day of __May__, 2007, to counsel of record as follows:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

*Renee M. Butz*
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 5/17/07



SS Hickey Dr
NE MD 21901

U.S. District Court
Judge Joseph Farnan JR
844 N King Street
Wilmington DE 19801

U.S.M.S. X-RAY