RECEIVED
MAY 24 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ, )
)
Plaintiff, )
)
v. ) Civ. No. 05-495-JJF
) Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED, LTD. and )
EDWARD FLEMING, )
)
Defendants, )

**PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS DIRECTED TO PLAINTIFF**

Specific Objections & Responses

1. Admit that you do not seek damages for harm that occurred before December 23, 2003 or after April 22, 2007.

**RESPONSE:** Plaintiff objects that period December 23, 2003 through April 22, 2007 is overly broad. Plaintiff admits that she is not seeking damages before December 23, 2003 or after April 22, 2007.

2. Admit that, during your employment with Defendants, your job duties included administration of employee policies.

**RESPONSE:** Plaintiff's job duties did not include administration of employee policies. Plaintiff admits to typing Exhibit 1, Operational Procedures, for a staff meeting that Defendant, Edward Fleming held. Plaintiff presented to field service personnel the procedures I. Teamwork through VI. Radio. Items VII. Tardiness and Absence was presented by Defendant, Edward Fleming. Defendant's wife, Jeanne Fleming was responsible for administration of employee benefits.

3. Admit that the health insurance plan offered by your current employer may, at the option of the employee; be extended to include coverage for the employee's spouse and children in addition to coverage for the employee.

**RESPONSE:** Plaintiff objects to the extent this request is irrelevant to the case.

Plaintiff's current employer does offer optional family coverage.

4. Admit that you did not provide Defendants with the date on which you anticipated your maternity leave to begin.

**RESPONSE:** Plaintiff made Defendants' fully aware of the anticipated due date and

Defendants' understood that maternity leave would commence at this time.

5. Admit that, prior to January 1, 2004, you were aware that employers, under certain circumstances, are required to offer employees continued health care coverage following termination of their employment.

**RESPONSE:** Denied.

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Response to Defendants' First Request for Admissions Directed to Plaintiff were sent by first-class United States mail, postage duly paid, on this 22 day of May, 2007, to counsel of record as follows:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

Renee M. Butz

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 5/22/07


Kenee Butz
58 Hickory Drive
Forest Hill MD 21050
BALTIMORE MD 212
MAY 2007
BALTIMORE MD 212
USA FIRST-CLASS FOREVER
U.S. District Court
Attn: Judge Joseph J. Farnan Jr
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington. DE 19801
U.S.M.S
X-RAY