IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ, )
)
    Plaintiff, )
)
v. ) Civ. No. 05-495-JJF
) Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED LTD. and )
EDWARD FLEMING, )
)
    Defendants. )

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

    Plaintiff, hereby requests that the Defendants' request for an extension of the June 1, 2007 discovery cut-off and modification of the case scheduling order not be granted for the reasons that follow:

1. Plaintiff has provided answers and documentation requested by Defendant's attorney.

2. Plaintiff filed the Complaint within the statute of limitations.

3. Plaintiff provided all related and supporting documentation with the initial Complaint and Disclosures.

4. Plaintiff has been unable to schedule deposition of the Defendant after several attempts and believes that Defendant will not make himself available for deposition in the future.

5. Plaintiff is prepared for immediate mediation.

*Renee Butz*
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 6/13/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Response to Defendant's Motion for Extension of Time to Complete Discovery were sent by first-class United States mail, postage duly paid, on this __13__ day of __June__, 2007, to counsel of record as follows:

Margaret D. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801-0391

_____
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 6/13/07

**FLAT RATE ENVELOPE**
FLAT RATE POSTAGE REGARDLESS OF WEIGHT
DOMESTIC USE ONLY

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**EXTREMELY URGENT** — Please Rush To Addressee

CALL 1-800-222-1811 FOR PICKUP OR TRACKING

www.usps.com

U.S. POSTAGE PAID
ELKTON, MD 21921
JUN 13, '07
AMOUNT $16.25
0003740-09

PRESS HARD. YOU ARE MAKING 3 COPIES.

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 21921
Date Accepted: 06/13/07
Time Accepted: AM
Flat Rate / Weight: 13 lbs
Scheduled Date of Delivery: 6/14
Scheduled Time of Delivery: 3 PM
Postage: $16.25
Total Postage & Fees: $16.25

EB 479548605 US

FROM: (PLEASE PRINT)
Renee Butz
58 Hickory Dr
Northeast MD 21901

TO: (PLEASE PRINT)
US District Court of DE
Judge Joseph Farnan Jr
844 N King St
Wilmington DE 19801

JUN 14 2007