# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

July 13, 2007

Margaret M. DiBianca, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Renee M. Butz
58 Hickory Drive
North East, MD 21901

RE:   Butz v. Lawns Unlimited, Ltd. et al.,
       C.A. No. 05-495-JJF

Dear Ms. DiBianca and Ms. Butz:

The Court is in receipt of the letter from Defendants' counsel dated April 10, 2007, requesting that the Court refer the above-captioned matter to mediation (D.I. 69). Please be advised that, at this time, the Court is not referring mediation matters to Magistrate Judge Thynge. However, the parties should feel free to seek a private mediator.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:srs

cc:   Clerk, United States District Court