IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:  Margaret M. DiBianca
     Young Conaway Stargatt & Taylor, LLP
     The Brandywine Building
     1000 West Street, 17th Floor
     Wilmington, DE 19801
     COUNSEL FOR DEFENDANTS

PLEASE TAKE NOTICE THAT on Thursday, August 30, 2007 and Friday, August 31, 2007 at 9:00 a.m., at Young Conway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware, 19801 in the Conference Room, Plaintiff shall take the deposition of Defendant Edward Fleming and continue thereafter until completed.

*Renee Butz* (signature)
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 8/16/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF SERVICE

I hereby affirm that a true and correct copy of the foregoing Notice of Deposition was sent by first-class United States mail, postage duly paid, on this 16 day of August, 2007, to the following:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

_____
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 8/16/07



58 Hickory Dr
Northeast MD
21901

BALTIMORE MD 211
15 AUG 2007 PM 4 T

U.S District Court
Judge Joseph Farnan Jr
844 N. King Street
Wilmington DE 19801

19801+3513

U.S.M.S.
X-RAY