IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-495 (JJF) |
| | ) | |
| LAWNS UNLIMITED LTD., AND, | ) | |
| EDWARD FLEMING | ) | |
| Defendant. | ) | |
| | ) | |

## **JOINT STIPULATION TO CONFIRM CASE SCHEDULE**

The parties, by and through the undersigned, hereby desire to confirm the dates of the upcoming pretrial conference in this matter and stipulate the following:

1. On July 25, 2007, the Court ruled that case dispositive motions shall be filed and served on or before October 5, 2007. (D.I. 100).

2. Prior to the issuance of that Order, the pretrial conference had been set for September 6, 2007. (D.I. 46).

3. The parties wish to complete discovery within the time allotted and ask that the Court reschedule the pretrial conference at its convenience after dispositive motions have been heard and decided.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Renee M. Butz
Renee M. Butz, Pro Se Plaintiff
58 Hickory Drive
North East, Maryland 21901
Telephone: (410) 441-4300
Email: renee@scottbutz.com
Pro Se Plaintiff

/s/ Margaret M. DiBianca, Esq.
Margaret M. DiBianca (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-495 (JJF) |
| | ) | |
| LAWNS UNLIMITED LTD., AND, | ) | |
| EDWARD FLEMING | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

     **AND NOW**, this _____ day of_____ 2007, the Court having heard and duly considered the Joint Motion to Confirm Case Schedule, **IT IS HEREBY ORDERED** as follows:

     The pretrial conference, previously scheduled for September 6, 2007 (D.I. 46) shall be rescheduled after dispositive motions have been heard and decided.


                            United States District Judge

Date: _____ _____, 2007