IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-495-JJF |
| | ) | |
| LAWNS UNLIMITED LTD., and | ) | |
| EDWARD FLEMING | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I Margaret M. DiBianca, hereby certify that on August 29, 2007 I electronically filed the **Joint Stipulation to Confirm Case Schedule** with the Clerk of Court using CM/ECF, and, on the same day, hand-delivered a copy of such Stipulation to my clients:

Edward Fleming and Lawns Unlimited Ltd.
15089 Coastal Highway
Milton, DE  19968

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca, Esq.
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 571-3476
E-mail: mdibianca@ycst.com
Attorneys for Defendants

DATED: September 4, 2007