IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                           )
                                         )
                    Plaintiff,           )
          v.                             )    C.A. No. 05-495 (JJF)
                                         )
LAWNS UNLIMITED LTD., AND,               )
EDWARD FLEMING                           )
                    Defendant.           )
                                         )

**ORDER**

**AND NOW**, this ⁴/ day of September 2007, the Court having heard

and duly considered the Joint Motion to Confirm Case Schedule, **IT IS HEREBY**

**ORDERED** as follows:

The pretrial conference, previously scheduled for September 6, 2007 (D.I. 46)

shall be rescheduled after dispositive motions have been heard and decided.

_____
United States District Judge

Date: September 4 , 2007