IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ, )
                )
    Plaintiff,  )
                )
    v.          )   Civ. No. 05-495-JJF
                )   Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED LTD. and )
EDWARD FLEMING, )
                )
    Defendants. )

**LETTER TO YCST IN REFERENCE TO REVISED MEDICAL EXPENSE, MEDICAL INSURANCE PREMIUM, LOST WAGES, MISCELLANEOUS EXPESES, PAIN AND SUFFERING, AND PUNITIVE DAMAGES CLAIMSNOTICE OF DEPOSITION**

TO:   Margaret M. DiBianca
      Young Conaway Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, DE 19801
      COUNSEL FOR DEFENDANTS

_____
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 9/18/07

RECEIVED SEP 20 2007

58 Hickory Drive
North East, MD 21901

September 17, 2007

Margaret D. DiBianca
Young Conaway Stargatt, & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Dear Ms. DiBianca:

Enclosed is my revised medical expense claim which you will note includes expenses from January 1, 2004 through February 28, 2004 for my medical expenses and January 1, 2004 through January 30, 2004 for Corrine.

Also attached:

- My Certificate of Group Health Plan Coverage (Statement of HIPAA Portability) which states my medical insurance coverage on November 4, 2002 and ended on December 31, 2003. Your office seemed to have been confused with the coverage period but clearly the coverage ended December 31, 2003.

- An email from a representative of Delaware Insurance Commissioner's Office stating that coverage would have in fact existed for Corrine under my plan for the first thirty (30) days after birth.

- Summary comparison of my health insurance coverage both from Lawns Unlimited, LTD and Cecil County Government which indicates that the coverage may have in fact been better with Lawns Unlimited, LTD than Cecil County Government.

For your convenience I have also enclosed the updated Claims Summary and related work papers.

Should you have any questions concerning this matter, please contact me.

Sincerely,

Renée M. Butz