IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ,<br><br>        Plaintiff,<br><br>v.<br><br>LAWNS UNLIMITED LTD. and<br>EDWARD FLEMING,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 05-495-JJF<br>)  Judge Joseph J. Farnan Jr.<br>)<br>)<br>)<br>) |

**PLAINTIFF'S ADDITIONAL DISCOVERY**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Renee M. Butz [hereinafter referred to as "Plaintiff"], makes the following additional discovery:

1.     <u>Documents</u>. Attached are true and correct copies of those documents, data compilations, and tangible things that Plaintiff may use to support her claims in this case. A brief inventory is set out below:

List of Documents, Data Compilations, and Tangible Items Disclosed

(a) January 2004 Graver Tech phone bill – Defendant's discussion with Michael Butz
(b) Payroll Analysis Report

*Renee M. Butz (signature)*
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300

Plaintiff pro se

Dated: 9/21/07.



RECEIVED
SEP 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Ms. Renee M. Butz
58 Hickory Dr.
North East, MD 21901

U.S. District Court
Judge Joseph Farnan Jr
Court clerk
844 North King Street
Wilmington, DE 19801