IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-495 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWNS UNLIMITED LTD., and | ) | |
| EDWARD FLEMING | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED by Plaintiff Renee M. Butz and Defendants Lawns Unlimited, LTD. and Edward Fleming, subject to the approval of the Court, that the briefing schedule for dispositive motions shall be extended as follows:

1. Defendants' Opening Brief shall be filed on or before Wednesday, October 17, 2007.

2. Plaintiff's Answering Brief shall be filed on or before Monday, November 19, 2007.

3. Defendant's Reply Brief shall be filed on or before Wednesday, December 19, 2007.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | |
|---|---|
| /s/ Renee M. Butz | /s/ Margaret M. DiBianca |
| Renee M. Butz | William W. Bowser, Esquire (Bar I.D. 2293) |
| Plaintiff *Pro Se* | Margaret M. DiBianca, Esquire (Bar I.D. 4539) |
| 58 Hickory Drive | The Brandywine Building, 17th Floor |
| North East, MD 21901 | 1000 West Street |
| renee@scottbutz.com | P.O. Box 391 |
| | Wilmington, Delaware 19801-0391 |
| | Telephone: (302) 571-5008 |
| | Facsimile : (302) 576-3476 |
| | wbowser@ycst.com; mdibianca@ycst.com |
| | Attorneys for Defendants |

IT IS SO ORDERED this ____ day of _____, 2007.

_____
United States District Court Judge