IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-495 (JJF) |
| | ) | |
| LAWNS UNLIMITED, LTD., and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS LAWNS UNLIMITED, LTD. AND EDWARD FLEMING'S
MOTION FOR SUMMARY JUDGMENT**

Defendants Lawns Unlimited, Ltd. and Edward Fleming, by and through the undersigned counsel, hereby move for summary judgment in the above-captioned action pursuant to Federal Rule of Civil Procedure 56. The grounds for this Motion are set forth in Defendants' Opening Brief, which is filed simultaneously herewith.

Respectfully Submitted,

/s/ Margaret M. DiBianca
William W. Bowser, Esquire (Bar I.D. 2293)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19801-0391
Telephone: (302) 571-5008
Facsimile : (302) 576-3476
mdibianca@ycst.com
Attorneys for Defendants

DATE: October 17, 2007