IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWNS UNLIMITED, LTD. and | ) |
| EDWARD FLEMING, | ) |
| | ) |
| Defendants, | ) |

Civ. No. 05-495-JJF
Judge Joseph J. Farnan Jr.

## APPENDIX TO PLAINTIFF'S OPENING BRIEF IN SUPPORT OF
## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR
## SUMMARY JUDGEMENT

*Renee Butz*

Renee M. Butz
Pro Se
58 Hickory Drive
North East, MD 21901
410-441-4300

DATE: November 16, 2007

## TABLE OF CONTENTS

2004.02.17 DDOL Charge of Discrimination…………………………………….......B1

2005.04.25 DDOL Right to Sue Notice………………………………………….....B7

2003.12.24 Butz to Fleming Maternity Leave Email…………………………………B9

2004.00.00 Watson Vacation Request Forms………………………………………..B10

2004.01.08 Fleming Fax to Howard: Termination Letter……………………………B22

2004.02.09 Optimum Choice Certificate of Group Health Plan Coverage…………...B24

2007.00.00 Plaintiff's Claim Expense Summary……………………………………..B26

2007.10.17 Jointly Stipulated Uncontested Facts……………………………………B65

2004.01.07 Fleming to Butz Termination Letter………………………………….…..B68

2007.10.17 Excerpts from Defendant's Motion: Plaintiff's Ceases Communications.B69

2007.11.10 Certification of Dina Alderucci………………………………………….B70

2007.08.30 Excerpts from Fleming Deposition………………………………………B72

2007.10.17 Jointly Stipulated Uncontested Facts……………………………………B78

xxxx.xx.xx Office Manager Job Duties………………………………………………B79

2007.08.30 Excerpts from Fleming Deposition………………………………………B81

2003.03.19 Butz Vacation Request Form……………………………………………B82

2007.08.29 Excerpts from Butz Deposition…………………………………………B83

2007.08.30 Excerpts from Fleming Deposition………………………………………B87

2007.11.05 Certification of Michael Butz……………………………………………B90

2007.08.29 Excerpts from Butz Deposition………………………………………….B92

2005.02.22 Edward Fleming Timeline……………………………………………….B94

2007.01.29 Excerpts from Defendant's Response to First Set of Interrogatories……B95

2007.00.00 Health Insurance Comparison……………………………………………B96

2007.09.13 Delaware Insurance Commissioner's Office Email……………………...B104

xxxx.xx.xx Newborn Children Law…………………………………………………..B105

2007.00.00 Plaintiff's copy of Optimum Choice Prescription Bills…………………B106

2007.00.00 Optimum Choice Group Agreement……………………………………..B107

2007.11.09 Certification of Scott Butz………………………………………………B108

2007.10.17 Excerpts from Defendant's Motion: Employee Benefits………………...B110

2007.08.30 Excerpts of Fleming Deposition…………………………………………B111

2004.01.05 Butz Telephone Bill……………………………………………………...B113

2004.02.18 Cecil County Government Acceptance Letter…………………….…..…B116

2004.01.25 Michael Butz Telephone Bill………………………………………………B118

xxxx.xx.xx Lawns Unlimited Employee Policy………………………………………..B122

2002.12.31 Lawns Unlimited Payroll Reports………………………………………..B132

2004.02.18 Cecil County Government Verification of Former Employment………..B181

2007.10.17 Excerpts from Defendant's Motion: Defendant's Terminated…………..B182

2003.12.29 Butz Absence Excuse……………………………………………….…..B183

2007.08.30 Excerpts from Fleming Deposition………………………………………B185

2007.04.09 Plaintiff to Defendant Settlement Offer…………………………………B189

2007.10.17 Excerpts from Defendant's Motion: Defendants' Terminated…………..B190





STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

## OFFICE OF LABOR LAW ENFORCEMENT APPOINTMENT

NAME  *Reneé M. Butz*

Your scheduled appointment time to have an intake interview with a Labor Law Enforcement Officer concerning the possible filing of a charge of employment discrimination is as follows:

DAY: *Tues.*    DATE: *2/17/04*    TIME: *1:00 p.m.*

**LABOR LAW ENFORCEMENT OFFICER:** *Melinda Shelton*

In order to facilitate the charge taking procedure, you should bring with you relevant notes, documents or letters as well as names, addresses and telephone numbers of any witnesses or other materials that you believe may support your charge. Also, if you have been given a Questionnaire by this office, please complete and bring this with you.

Please note that the intake appointment is normally scheduled for two hours. This length of time is needed to insure that all intake processing and counseling can be completed without the need for you to return again to the office. Therefore, please schedule your other appointments accordingly to permit you to keep this appointment. In addition, please insure that you make travel arrangements suitable to enable you to remain in the office during the allotted interview time.

PLEASE REPORT ON TIME AS INDICATED ABOVE. PLEASE NOTE THAT IF YOU ARRIVE MORE THAN 15 MINUTES AFTER THE SCHEDULED APPOINTMENT TIME, WE WILL MOST LIKELY BE UNABLE TO KEEP YOUR APPOINTMENT TIME AVAILABLE FOR YOU AND YOUR APPOINTMENT WILL NEED TO BE RESCHEDULED.

IF YOU CANNOT KEEP YOUR APPOINTMENT, PLEASE CALL AS SOON AS POSSIBLE TO CANCEL THAT APPOINTMENT AND ARRANGE FOR RESCHEDULING. YOU SHOULD NOTE THAT A RESCHEDULED APPOINTMENT DATE WILL PROBABLY BE SEVERAL WEEKS AFTER YOUR ORIGINAL APPOINTMENT. THUS, IT IS TO YOUR ADVANTAGE TO KEEP THE ORIGINAL APPOINTMENT. CALLS FOR CANCELLATION AND SUBSEQUENT RESCHEDULING SHOULD BE MADE TO LABOR LAW ENFORCEMENT OFFICER ON DUTY AT (302) 761-8200. PLEASE STATE YOUR NAME, SPELL THE LAST NAME, GIVE THE DATE AND TIME OF THE PREVIOUS APPOINTMENT AND LEAVE A PHONE NUMBER WHERE YOU MAY BE REACHED DURING THE DAY. YOUR CALL WILL BE RETURNED AS SOON AS POSSIBLE.

Your signature below indicates your receipt of this document:

Signature: X *Reneé Butz*    Date: X *1-23-04*

*(Present this form to the Receptionist when you arrive at our office)*

Revised 9/03

B1

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTER CHARGE NUMBER

☐ FEPA 04020302

☐ EEOC 17CAU00296

and EEOC

## Delaware Department of Labor

(State, or local Agency, if any)

| | |
|---|---|
| **NAME** (Indicate Mr., Mrs., Ms)<br>Renee Marie Butz | **HOME TELEPHONE NO.** (Include Area Code)<br>(302) 832-1704 |

**STREET ADDRESS**     CITY, STATE AND ZIP CODE     **COUNTY**
2 Cymbal Court   Newark DE 19702   NCC

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one, list below.)

| NAME | NO. OF EMPLOYEES OR | TELEPHONE NUMBER (Incl. Area Code) |
|---|---|---|
| Lawns Unlimited, Ltd. | **MEMBERS** 23 | (302) 645-5296 |

**STREET ADDRESS**     CITY, STATE AND ZIP CODE
15089 Coastal Hwy   Milton, DE   19968

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

**STREET ADDRESS**     CITY, STATE AND ZIP CODE

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ AGE

☐ RETALIATION   ☐ DISABILITY   ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
**EARLIEST** 09/01/03
**LATEST** 12/23/2003
☐ CONTINUING ACTION

**THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):**

I. I am a female individual who began working for Respondent on 09/01/02 most recently as an Office Manager. In April 2003 I informed Respondent that I was pregnant and would be taking maternity leave once the baby was born. During my pregnancy Ed Fleming (President/Owner) and Jeanne Fleming (Owner/Treasurer) made numerous comments about my pregnancy and what I should do after the baby was born in regards to staying home and being a homemaker. On 12/23/03 I went into labor and worked half a day and then went out on maternity leave. That same day in the evening Respondent contacted me at home and demanded I come into work the next day and sign an employment contract. The following day I was contacted by Respondent again and instructed to come to work. That same day I sent Respondent an email stating that I was on maternity leave and would return to work after six weeks. I did not report to work on 12/24/03 and it was during my maternity leave that Respondent terminated my employment.

II. Respondent states that my employment was terminated because I did not inform them of my intended leave from work to take care of my new baby.

III. I believe I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as ammended and the Delaware Discrimination in Employment Act based upon my pregnancy because: 1.Respondent was aware of my pregnancy from the time that I found out I was pregnant, 2. Respondent was aware that I would probably have the baby prior to my due date in January 2004, 3. On the day I went into labor I went to work and before leaving at 2pm I informed Respondent that I would begin my maternity leave effective immediately, 4.I informed Respondent that I would not be back to work until six weeks after the last date I worked and yet Respondent claims I abandoned my job. 5. Raul Rodriguez/Roberto Gonzales was absent from work for a period of 1 week due to a motor vehicle accident and was not terminated while he was out on medical leave.

| | |
|---|---|
| ☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **SIGNATURE OF COMPLAINANT** |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | **NOTARY -** (When necessary to meet State and Local Requirements) |
| 9-17-04          Renee Butz<br>**Date**          **Charging Party** (Signature) | Subscribed and sworn to before me this date          (Day, month, and year) |

B2

# EEOC AFFIDAVIT

| Charge #: | **Date:** 02/17/04 |
|---|---|

## Charging Party Information

**Name:** Renee Marie Butz

**Street:** 2 Cymbal Court          **City:** Newark

**County:** NCC     **State:** DE     **Zip:** 19702

**Tel (H):** (302) 832-1704          **Tel (W):**

**DOB:** 1/1█          **Sex:** Female     **Race:** White

**Nat'l Origin:** U.S.          **SSN:** █-7861

## Contact Person

**Name:** Darlene Rizzo
**Tel (H):** (410) 398-6127          **Tel (W):**
**Address:**

## Employment Information

**Date of Hire:** 09/01/02
**Date of Termination:** 12/23/03
**Date of Alleged Violation:** 12/23/03
**Relief Sought:** Other Damages
**Check One:** ☐ working  ☒ not working  ☐ sought employment at

## Respondent Information

**Name:**  Lawns Unlimited, Ltd.
**Address:** 15089 Coastal Hwy  Milton, DE  19968
**Type of Business:** Lawn Care
**Size of Business:** 23

## Basic Charge Data

| | |
|---|---|
| **Receiving Office:** 17C | **Intake Unit:** 1 |
| **Accountable Office:** 17C | **Intake Officer:** mss |
| **Initial Inquiry:** 01/23/04 | **Respondent Type:** E |
| **Received this Office:** 02/17/04 | **County:** 003 |
| **Source of Complaint:** A | **SMSA:** 9160 |
| **Federal Referral Transfer:** | **SIC:** 078 |
| leged Basis: GP | **Federal Agency:** |
| | **Alleged Issues:** T2, D2 |

B3

**1.    COVERAGE/RESPONDENT'S BUSINESS:**
Lawn Care Services

**2.    RELEVANT WORK HISTORY:**
I. I ama female individual who began working for Respondent on 09/01/02 most recently as an Office Manager. In April 2003 I informed Respondent that I was pregnant and would be taking maternity leave once the baby was born. During my pregnancy Ed Fleming (President/Owner) and Jeanne Fleming (Owner/Treasurer) made numerous comments about my pregnancy and what I should do after the baby was born in regards to staying home and being a homemaker. On 12/23/03 I went into labor and worked half a day and then went out on maternity leave. The following day I was contacted by Respondent and instructed to come to work. I did not return to work and it was during my maternity leave that Respondent terminated my employment.

**3.    PERSONAL HARM:**
I believe I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as ammended and the Delaware Discrimination in Employment Act based upon my pregnancy because: 1.Respondent was aware of my pregnancy from the time that I found out I was pregnant, 2. Respondent was aware that I would probably have the baby prior to my due date in January 2004, 3. On the day I went into labor I went to work and before leaving at 2pm I informed Respondent that I would begin my maternity leave effective immediately, 4.I informed Respondent that I would not be back to work until six weeks after the last date I worked and yet Respondent claims I abandoned my job. 5. Raul Rodriguez/Roberto Gonzales was absent from work for a period of 1 week due to a motor vehicle accident and was not terminated while he was out on medical leave.

**4.    RESPONDENT'S EXPLANATION FOR THE ALLEGED HARM AND ITS POLICIES AND PRACTICES:**
Respondent states that my employment was terminated because I did not inform them of my intended leave from work to take of my new baby.

**5.    DIRECT EVIDENCE:**
See attached

**6.    WITNESSES:**
Jack Westog (302) 644-2098 HOME (302) 381-5707 CELL
Debbie Watson (302) 934-0248 Home (302) 542-2118 Cell; this is the person who was going to be my assistant and would be able to cover my duties while I was on maternity leave, I began training her 6 weeks prior to my beginning my maternity leave
Bruce Tripplet (302) 645-5296, can testify that Respondent was well aware that I was pregnant and would be taking maternity leave
Mauricio Miranda (302) 645-5296  (302) 228-4397 cell ; can testify that Respondent was aware that I was pregnant and would be taking maternity leave

**7.    COMPARATIVE DATA:**
Raul Rodriguez/Roberto Gonzales (same person 2 names) took time off work for medical reasons and was not terminated

**8.    CLASS HARM:**
N/A

**9.    REMEDY/RELIEF SOUGHT:**
Other Damages

2-17-04    KB
**DATE AND INITIAL**

**PAGE #**



## SIGNATURE PAGE

This Affidavit has been prepared by a representative of the EEOC in an official capacity as part of an investigation. It has been read by me and I agree with the contents. Where changes (if any) were necessary, I have initialed such changes.

If affidavit is signed before a Notary Public, complete the following:

_Renee Buty_
Signature of Interviewee

State of _____

County of _____

Subscribed and sworn to before me on

This      day of           ,

20   , at           .

My Commission expires _____

_____
Signature of Notary Public

Sign below if affidavit is signed before an EEO Representative:

| I declare under the penalty that the foregoing is true and correct. | | | |
|---|---|---|---|
| DATE<br>_03/17/04_ | SIGNATURE OF WITNESS | SIGNATURE OF EEOC REPRESENTATIVE<br>_m Shelton_ | PAGE<br>OF |

**PRIVACY ACT STATEMENT: (This form is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting and uses of the personal date are given below.)**

1.    **FORM NUMBER/TITLE/DATE: EEOC FORM 133, EEOC AFFIDAVIT, August 1985.**

2.    **AUTHORITY: 42: USC 2000e(9), 29 USC 201, 29 USC 621.**

3.    **PRINCIPAL PURPOSES. Provides a standardized format for obtaining from the Charging Party, Respondent and Witness sworn statements of information relevant to a charge of discrimination.**

4.    **ROUTINE USES. These affidavits are used to: (1) make an official determination regarding the validity of the charge of discrimination; (2) guide the Commission's investigatory activity; and (3) in Title VII, Equal Pay Act, and Age Discrimination in Employment Act litigation, to impeach or substantiate a witness's testimony.**

5.    **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT UPON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide an affidavit has no effect upon the jurisdiction of the Commission to process a charge. However, sworn statements submitted by the parties are, of course, relied upon more heavily than unsworn statements in making determination as to the existence of unlawful discrimination.**

EEOC FORM 133 (8/85)

B5



STATE OF DELAWARE DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
MEDIATION DEPARTMENT
4425 NORTH MARKET STREET
WILMINGTON, DE 19802
(302) 761-8316/ FAX: (302) 761-6601

## INVITATION TO ENGAGE IN MEDIATION

Your Name (Please Print): Renee Butz

Employer's Name: Lawns Unlimited, Ltd

Yes, I would like to engage in mediation of my charge of employment discrimination.

_____ I would like more information on the program before deciding.

_____ I am not able to decide at this time whether I want to engage in mediation.

You will be contacted by a representative from our mediation unit within the next 30 days.

Signature

2-17-04

Date

CP INVITE FORM.DOC

B6

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION UNIT**

Ms. Renee Butz                              Case Number 04020302
58 Hickory Drive,
North East, MD 21901
vs.
Lawns Unlimited C/o
Wilson, Halbrook & Bayard
15089 Coastal Hwy
Milton, DE 19968
Attn: Eric C. Howard, Esq.

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

#### *Reasonable Cause Determination and Notice of Mandatory Conciliation.*

In this case, the Department has completed its investigation and found that there is reasonable cause to believe that an unlawful employment practice has occurred. Under the provisions of the law, the parties are now required to engage in mandatory conciliation with Theodore R. Robinson. Please be prepared to appear for conciliation on the following date and time _Monday April 11, 2005 at 1:00 p. m._ at the location of 4425 North Market Street Wilmington, DE 19809.

Your cooperation and good faith effort is anticipated. Your corresponding Delaware Right to Sue Notice will be effective one day after your compliance with the conciliation effort.

The reasonable cause finding is based primarily on the following facts:

In a Discrimination case, Charging Party must prove that she was treated less favorably/terminated based on her sex and pregnancy. The evidence provided in this case established that Charging Party was discharged in a discriminatorily biased manner based upon her sex and pregnancy. According to Title VII of the Civil Rights Act of 1964 Charging Party must successfully established that the Respondent did not hold open her employment position for her pregnancy related absence. The evidence did show that the Respondent ended the employment relationship prior to the conclusion of Charging Party's scheduled maternity leave. Respondent offered an explanation but did not provide sufficient evidence to support their position. Therefore, Charging Party has met her burden of proof in this case.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Unit. See the attached Notice of Rights.

3/31/05
Date issued                                    Julie K. Cutler, Administrator

4/25/05
Date conciliation completed            Julie K. Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

DOL Form C-12RC : 12/04



## NOTICE OF DELAWARE RIGHTS

*The Department of Labor Discrimination Unit provides the following excerpt from 19 Del. C. § 710, et seq. as information regarding the Delaware Right to Sue Notice. If you need legal advice, please seek your own legal counsel.*

## § 714. Civil action by the Charging Party; Delaware Right to Sue Notice; election of remedies.

(a)     A Charging Party may file a civil action in Superior Court, after exhausting the administrative remedies provided herein and receipt of a Delaware Right to Sue Notice acknowledging same.

(b)     The Delaware Right to Sue Notice shall include authorization for the Charging Party to bring a civil action under this Chapter in Superior Court by instituting suit within ninety (90) days of its receipt or within ninety (90) days of receipt of a Federal Right to Sue Notice, whichever is later.

(c)     The Charging Party shall elect a Delaware or federal forum to prosecute the employment discrimination cause of action so as to avoid unnecessary costs, delays and duplicative litigation. A Charging Party is barred by this election of remedies from filing cases in both Superior Court and the federal forum. If the Charging Party files in Superior Court and in a federal forum, the Respondent may file an application to dismiss the Superior Court action under this election of remedies provision.

## NOTICE OF FEDERAL RIGHTS

1.     If your case was also filed under federal law and resulted in a "No Cause" finding, you have additional appeal rights with the Equal Employment Opportunity Commission. Under Section 1601.76 of EEOC's regulations, you are entitled to request that EEOC perform a Substantial Weight Review of the DDOL's final finding. To obtain this review, you must request it by writing to EEOC within *15 days of your receipt* of DDOL's final finding in your case. Otherwise, EEOC will generally adopt the DDOL's findings.

2.     If your case was also filed under federal law, you have the right to request a federal Right to Sue Notice from the EEOC. To obtain such a federal Right to Sue Notice, you must make a written request directly to EEOC at the address shown below. Upon its receipt, EEOC will issue you a Notice of Right to Sue and you will have ninety (90) days to file suit. The issuance of a Notice of Right to Sue will normally result in EEOC terminating all further processing.

3.     Requests to the EEOC should be sent to:

Equal Employment Opportunity Commission
The Bourse, Suite 400
21 S. Fifth Street
Philadelphia, PA 19106-2515

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

DOL Form C-13 : 8/04



## Mike Butz

| | |
|---|---|
| **From:** | ReneeMButz@aol.com |
| **Sent:** | Wednesday, December 24, 2003 1:00 PM |
| **To:** | lawnsunlimited@msn.com |
| **Cc:** | ReneeMButz@aol.com |
| **Subject:** | Maternity Leave |

To Ed and Jeanne-

This letter is to follow up with our conversation yesterday, December 23, 2003, concerning my maternity leave. As of 2:00 PM on December 23, 2003, I am officially on maternity leave. My intentions are to return back to work six weeks after the baby is born.

Sincerely,

Rene M. Butz

B9



B10    D00506

OCT-22-2004 FRI 10:34 AM Baltimore Aircoil        FAX NO. 3024228296        P. 01

To: Lawns Unlimited, Ltd.
      Ed and Jeanne Fleming

From: Debbie Watson

Ed and Jeanne,
        The following is copy of my Dr.'s
note for my extended absence. I have my
cell phone with me if you need me. I
am trying different med's to get this
blood pressure under control.
        Take care,

                              Debbie

BII        D00517

Jeanne,

Here are my "chain of events"
Coming up - So you'll Know.

May 17th - Out All day - 830-1230 Test
Then Straight
to Baltimore.

May 20th Out All day - Christiana
my daughters surgery

May 24th Out All day - Baltimore
To Donate Blood
for Surgery

May 27th - Surgery :)

B12  D00516

**LAWNS UNLIMITED, LTD.**
**MILTON, DE (302) 645-5296**

# VACATION REQUEST FORM
## OR
# LEAVE REQUEST FORM

NAME: _Debbie Watson_    DATE: _3·15·04_

Type of Time off:    PAID VACATION    UNPAID LEAVE    PAID LEAVE
(Please Circle One)

Start Date Off: _3 / 15 / 04_    End Date Off: _3 / 15 / 04_

Date Return to Work: _3 / 16 / 04_

If Half Day, Please Give Time: _____:_____

Start Time: ____:____    Time Returning to Work: ____:____

Reason for Leave: _Dr. Appt. in Baltimore, Md._
_____

This form is to be used for all paid vacations and paid/unpaid leave. Examples: Doctors appt., Green Cards, Personal Reasons, Funerals, Driver's License, etc. Please remember that leave for personal reasons and for appt.'s should be scheduled on OFF hours and not during working hours. Requests must be approved two (2) weeks prior to start date. For extended time of more that three (3) days you must have approval four (4) weeks prior to start time.

AUTHORIZED:    YES    NO
(Management will Circle One)

AUTHORIZED BY: _Jeanne Fleming_

DATE: _3 / 10 / 04_

This is a Request Form. All vacations and leave requests must be authorized by Ed Fleming. Authorizations depends on time of year, particular jobs scheduled, and other employee requests for vacation or leave in the same time frame.

B13    D00529

**LAWNS UNLIMITED, LTD.**
**MILTON, DE (302) 645-5296**

# VACATION REQUEST FORM
# OR
# LEAVE REQUEST FORM

NAME: _D. Watson_        DATE: _3·16·04_

Type of Time off:    **PAID VACATION**    UNPAID LEAVE    PAID LEAVE
(Please Circle One)

Start Date Off: _4 /26/04_        End Date Off: _4 /26/04_

Date Return to Work: _4 /27/04_

If Half Day, Please Give Time: _____:_____

Start Time: _____:_____    Time Returning to Work: _____:_____

Reason for Leave: _Return to Baltimore (neck)_

_____

   This form is to be used for all paid vacations and paid/unpaid leave. Examples: Doctors appt., Green Cards, Personal Reasons, Funerals, Driver's License, etc. Please remember that leave for personal reasons and for appt.'s should be scheduled on OFF hours and not during working hours. Requests must be approved two (2) weeks prior to start date. For extended time of more that three (3) days you must have approval four (4) weeks prior to start time.

AUTHORIZED:    YES    NO
(Management will Circle One)

AUTHORIZED BY: _____

DATE: _____/_____/_____

   This is a Request Form. All vacations and leave requests must be authorized by Ed Fleming. Authorizations depends on time of year, particular jobs scheduled, and other employee requests for vacation or leave in the same time frame.

**LAWNS UNLIMITED, LTD.**
**MILTON, DE (302) 645-5296**

# VACATION REQUEST FORM
# OR
# LEAVE REQUEST FORM

NAME: _Delilia Watson_    DATE: _4·27·04_

Type of Time off:    PAID VACATION    UNPAID LEAVE    PAID LEAVE
(Please Circle One)

Start Date Off: ____/____/____    End Date Off: ____/____/____

Date Return to Work: _____/____/_____

If Half Day, Please Give Time: ____:_____

Start Time: ____:_____    Time Returning to Work: ____:_____

Reason for Leave:
_Surgery – Jentinely scheduled last week of_
_may. Will get specifics_

This form is to be used for all paid vacations and paid/unpaid leave. Examples: Doctors appt., Green Cards, Personal Reasons, Funerals, Driver's License, etc. Please remember that leave for personal reasons and for appt.'s should be scheduled on OFF hours and not during working hours. Requests must be approved two (2) weeks prior to start date. For extended time of more that three (3) days you must have approval four (4) weeks prior to start time.

AUTHORIZED:    YES    NO
(Management will Circle One)

AUTHORIZED BY: _Jeanne Fleming_

DATE: _5 / 25/ 04_

This is a Request Form. All vacations and leave requests must be authorized by Ed Fleming. Authorizations depends on time of year, particular jobs scheduled, and other employee requests for vacation or leave in the same time frame.

BIS 000523

**LAWNS UNLIMITED, LTD.**
**MILTON, DE (302) 645-5296**

# VACATION REQUEST FORM
# OR
# LEAVE REQUEST FORM

NAME: _Debbie Watson_    DATE: _4·20·04_

Type of Time off:    **PAID VACATION**    UNPAID LEAVE    PAID LEAVE
(Please Circle One)

Start Date Off: _4 / 28 / 04_    End Date Off: _4 / 28 / 04_

Date Return to Work: _4 / 29 / 04_

If Half Day, Please Give Time: _1 : 30p_ ~~need~~ to leave by.

Start Time: _1 : 45_    Time Returning to Work: _next day_

Reason for Leave:
_must get MRI under Sedation 2 - 2½ hrs_
_required for test_

  This form is to be used for all paid vacations and paid/unpaid leave. Examples: Doctors appt., Green Cards, Personal Reasons, Funerals, Driver's License, etc. Please remember that leave for personal reasons and for appt.'s should be scheduled on OFF hours and not during working hours. Requests must be approved two (2) weeks prior to start date. For extended time of more that three (3) days you must have approval four (4) weeks prior to start time.

AUTHORIZED: (YES)  NO
(Management will Circle One)

AUTHORIZED BY: _J. Fleming_

DATE: _4 / 25 / 04_

  This is a Request Form. All vacations and leave requests must be authorized by Ed Fleming. Authorizations depends on time of year, particular jobs scheduled, and other employee requests for vacation or leave in the same time frame.

B16    D00524

**LAWNS UNLIMITED, LTD.**
**MILTON, DE (302) 645-5296**

# VACATION REQUEST FORM
# OR
# LEAVE REQUEST FORM

NAME: Debbie Watson          DATE: 4-27-04

Type of Time off:   **PAID VACATION**      **UNPAID LEAVE**      **PAID LEAVE**
(Please Circle One)

Start Date Off: 5 / 19 / 04        End Date Off: 5 / 20 / 04

Date Return to Work: 5 / 21 / 04

If Half Day, Please Give Time: ____:_____

Start Time: ____:____    Time Returning to Work: ____:____

Reason for Leave:
_____ Dr appt on 5/19 - Daughter having surgery 5·20 _____
_____ Ⱶ Baltimore _____ Ⱶ Christiana _____

This form is to be used for all paid vacations and paid/unpaid leave. Examples: Doctors appt.,
Green Cards, Personal Reasons, Funerals, Driver's License, etc. Please remember that leave for personal
reasons and for appt.'s should be scheduled on OFF hours and not during working hours. Requests must
be approved two (2) weeks prior to start date. For extended time of more that three (3) days you
must have approval four (4) weeks prior to start time.

AUTHORIZED: (YES)  NO
(management will Circle One)

AUTHORIZED BY: _____

DATE: 4 / 23 / 04

This is a Request Form. All vacations and leave requests must be authorized by Ed Fleming.
Authorizations depends on time of year, particular jobs scheduled, and other employee requests for
vacation or leave in the same time frame.

B17    D00525

**LAWNS UNLIMITED, LTD.**
**MILTON, DE (302) 645-5296**

# VACATION REQUEST FORM
## OR
# LEAVE REQUEST FORM

NAME: Debbie Watson    DATE: 7-20-04

Type of Time off:    PAID VACATION    UNPAID LEAVE    PAID LEAVE
(Please Circle One)

Start Date Off: 7/21/04    End Date Off: 7/21/04

Date Return to Work: 7/22/04

If Half Day, Please Give Time: 10:00  Leaving

Start Time: 10:00    Time Returning to Work: 7/22/04

Reason for Leave: Final Follow-up in Baltimore.

This form is to be used for all paid vacations and paid/unpaid leave. Examples: Doctors appt., Green Cards, Personal Reasons, Funerals, Driver's License, etc. Please remember that leave for personal reasons and for appt.'s should be scheduled on OFF hours and not during working hours. Requests must be approved two (2) weeks prior to start date. For extended time of more that three (3) days you must have approval four (4) weeks prior to start time.

AUTHORIZED: YES   NO
(Management will Circle One)

AUTHORIZED BY: _____

DATE: 7/21/04

This is a Request Form. All vacations and leave requests must be authorized by Ed Fleming. Authorizations depends on time of year, particular jobs scheduled, and other employee requests for vacation or leave in the same time frame.

B18    D00522

**LAWNS UNLIMITED, LTD.**
**MILTON, DE (302) 645-5296**

# VACATION REQUEST FORM
# OR
# LEAVE REQUEST FORM

NAME: Debbie Watson    DATE: 8-11-04

Type of Time off:    PAID VACATION    UNPAID LEAVE    PAID LEAVE
(Please Circle One)

Start Date Off: 8 / 11 / 04    End Date Off: 8 / 11 / 04

Date Return to Work: 8 / 11 / 04

If Half Day, Please Give Time: 11 : 00 – 1 : 30

Start Time: 11 : 00    Time Returning to Work: 1 : 30

Reason for Leave: Daughter to Dr.

This form is to be used for all paid vacations and paid/unpaid leave. Examples: Doctors appt., Green Cards, Personal Reasons, Funerals, Driver's License, etc. Please remember that leave for personal reasons and for appt.'s should be scheduled on OFF hours and not during working hours. Requests must be approved two (2) weeks prior to start date. For extended time of more that three (3) days you must have approval four (4) weeks prior to start time.

AUTHORIZED: YES    NO
(Management will Circle One)

AUTHORIZED BY: Jeanne Fleming

DATE: 8 / 9 / 04

This is a Request Form. All vacations and leave requests must be authorized by Ed Fleming. Authorizations depends on time of year, particular jobs scheduled, and other employee requests for vacation or leave in the same time frame.

B19

D00521

**LAWNS UNLIMITED, LTD.**
**MILTON, DE (302) 645-5296**

# VACATION REQUEST FORM
# OR
# LEAVE REQUEST FORM

NAME: _Debbie Watson_    DATE: _10-11-04_

Type of Time off:    PAID VACATION        UNPAID LEAVE        PAID LEAVE
(Please Circle One)

Start Date Off: _10 /13/04_        End Date Off: _10 /13/04_

Date Return to Work: _10 /13/04_

If Half Day, Please Give Time: _____:_____

Start Time: _8_ :_30_    Time Returning to Work: _12_ :_00_

Reason for Leave: _Need to take my mother_
_to the Doctors._ (late - should be here by 12:00 noon) Appt at 9:45a

This form is to be used for all paid vacations and paid/unpaid leave. Examples: Doctors appt., Green Cards, Personal Reasons, Funerals, Driver's License, etc. Please remember that leave for personal reasons and for appt.'s should be scheduled on OFF hours and not during working hours. Requests must be approved two (2) weeks prior to start date. For extended time of more that three (3) days you must have approval four (4) weeks prior to start time.

AUTHORIZED:    YES    NO
(Management will Circle One)

AUTHORIZED BY: _Jeanne M. Fleming_

DATE: _10/11/04_

This is a Request Form. All vacations and leave requests must be authorized by Ed Fleming. Authorizations depends on time of year, particular jobs scheduled, and other employee requests for vacation or leave in the same time frame.

**B20**    D00520

**Certificate to Return to School or Work**

Name: Debra Watson    Date: 10/19/04

is my patient and has been under my care from 10/19/04 to

and is able to return to school work on 10/25/04

Remarks: _____

Dr. _Frederick P. Von Honcen, D.O._
(Signature)

7586 S. DuPont Hwy. • Felton, DE 19943
(302) 284-9642

D00518

B21

01/08/2004 10:48 FAX 3026455276    CANNON    ☒001/002

*file*

15089 Coastal Highway  Milton, DE  19968
(302) 645-5296 (302) 629-8873 (302) 678-5296
FAX (302) 645-5276

**Lawns Unlimited Ltd**
Lawn & Tree Health Care Specialists

# Fax

| To: Eric Howard | From: Ed / Jeanne Fleming |
|---|---|
| Fax: 856-7217 | Pages: 2 |
| Phone: | Date: 1-8-04 |
| Re: | CC: |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Attached, please find a final draft of
the letter to Renee Beauchemin Butz. Please
approve & ok for any liability
reasons etc. Also we found out
after talking to you that she did
have her baby Dec. 30th. The
ins. agent was all for us disenrolling
her on Dec. 23rd until we told him she
thought she was on maternity leave
(unapproved, of course) then it gets into
a gray area + they told us to call
the labor dept. Pls. advise. Jeanne

D000847

January 7, 2004

Renée Beauchemin Butz
2 Cymbal Court                                    **Via Cert. w/ Return Receipt**
Newark, De 19702

RE:  Leave of Absence

Dear Renée;

I am writing in regards to your sudden leave of absence wherein you indicated you would be on maternity leave for six (6) weeks. I have several concerns regarding this issue.

First ~~and foremost~~, you are well aware of our company policy that requires you to have prior written authorization signed by myself before any time off from your duties is permissible. For absences in excess of three (3) days, all employees are required to submit a request at least four (4) weeks prior to your intended date of leave. In accordance with the law, you must provide us with a written doctor's notice indicating that you require such time off. As of this date, you have not provided us with either of the above. ~~Your leave was premature since you left on December 23, 2003 and your baby was not born until December 30, 2003.~~ *and apparantly detained*

*Our greater*
My final concern is that you told fellow co-workers, whom are willing to testify, that you ~~are not~~ returning at all from your maternity leave. In fact you have sought employment elsewhere. At this point, I feel I must make a ~~professional employment~~ decision based on information that I have. I have determined that you have ~~terminated~~ your employment with Lawns Unlimited, effective December 23, 2003, when you left the premises, cleaning out your desk and taking all of your belongings.

Per conversation with our health insurance representative, your coverage disenrollment date is December 23, 2003. However, provided the insurance company will allow, Lawns Unlimited will extend your health insurance coverage through December 31, 2003. We will pay the premium for that extension on your behalf. I believe your main concern was covering the delivery of the baby. Having had your baby on December 30, 2003, this extension will allow those costs to be covered. Lawns Unlimited has now incurred a much higher premium as a result of your working for us for one (1) year and using the insurance to pay bills estimated to be in excess of $23,000.00, then leaving the company. Lawns Unlimited has never been in the practice of denying benefits to any employee. However, it is our belief that an employee will do as they say and stay long term with our company. We are disappointed when we see an employee, such as yourself, take advantage of the benefits, hours and overtime, etc. that we offer and abuse those privileges.

We wish you well with your new baby. If you have any questions or concerns, please feel free to contact me.

Respectfully Submitted,

*never have had any intention fo*

Edward Fleming

CERTIFICATE OF GROUP HEALTH PLAN COVERAGE

1. Date of this Certificate: 02-09-2004

2. Name of group health plan: LAWNS UNLIMITED,LTD.021

3. Name of participant

| RENEE M BEAUCHEMIN | ID Number | Date Coverage Begun | Date Coverage Ended | 18 Months of Creditable Coverage |
|---|---|---|---|---|
| | C039844901 | 11-04-02 | 12-31-03 | N |

4. Date waiting period or affiliation period (if any) began: 11-04-02

5. Name and Address of plan administrator or issuer responsible for providing this certificate:

Optimum Choice, Inc.
4 Taft Court
Rockville, MD  20850

6. For further information, call Member Services at (301) 360-8040 or 1-800-331-2102

Statement of HIPAA Portability Rights

IMPORTANT - KEEP THIS CERTIFICATE.
This certificate is evidence of your coverage under this plan. Under a federal law known as the Health Insurance Portability and Accountability Act (HIPAA), you may need evidence of your coverage to reduce a pre-existing condition exclusion period under another plan, to help you get special enrollment in another plan, or to get certain types of individual health coverage even if you have health problems.

Pre-existing condition exclusions.
Some group health plans restrict coverage for medical conditions present before an individual's enrollment. These restrictions are known as "pre-existing condition exclusions." A pre-existing condition exclusion can apply only to conditions for which medical advice, diagnosis, care or treatment was recommended or received within six months before your "enrollment date". Your enrollment date is your first day of coverage under the plan, or, if there is a waiting period, the first day of your waiting period (typically, your first day of work.) In addition, a pre-existing condition exclusion cannot last for more than 12 months after your enrollment date (18 months if you are a late enrollee). Finally, a pre-existing condition exclusion cannot apply to pregnancy and cannot apply to a child who is enrolled in health coverage within 30 days after birth, adoption or placement for adoption.

If a plan imposes a pre-existing condition exclusion, the length of the exclusion must be reduced by the amount of your prior creditable coverage. Most health coverage is creditable coverage, including group health plan coverage, COBRA continuation coverage, coverage under an individual health policy, Medicare, Medicaid, State Children's Health Insurance Program (SCHIP), and coverage through high-risk pools and the Peace Corps. Not all forms of creditable coverage are required to provide certificates like this one. If you do not receive a certificate for past coverage, talk to your new plan administrator.

B24

You can add up any creditable coverage you have, including the coverage shown on this certificate. However, if at any time you went for 63 days or more without any coverage (called a break in coverage) a plan may not have to count the coverage you had before the break.

▷ Therefore, once your coverage ends, you should try to obtain alternative coverage as soon as possible to avoid a 63-day break. You may use this certificate as evidence of your creditable coverage to reduce the length of any pre-existing exclusion if you enroll in another plan.

Right to get special enrollment in another plan.
Under HIPAA, if you lose your group health plan coverage, you may be able to get into another group health plan for which you are eligible (such as a spouse's plan), even if the plan generally does not accept late enrollees, if you request enrollment within 30 days. (Additional special enrollment rights are triggered by marriage, birth, adoption and placement for adoption).

▷ Therefore, once your coverage ends, if you are eligible for coverage in another plan (such as a spouse's plan), you should request special enrollment as soon as possible.

Prohibition against discrimination based on a health factor.
Under HIPAA, a group health plan may not keep you (or your dependents) out of the plan based on anything related to your health. Also, a group health plan may not charge you (or your dependents) more for coverage, based on health, than the amount charged a similarly situated individual.

Right to individual health coverage.
Under HIPAA, if you are an "eligible individual," you have a right to buy certain individual health policies (or, in some states, to buy coverage through a high-risk pool) without a pre-existing condition exclusion. To be an eligible individual, you must meet the following requirements:

○ You have had coverage for at least 18 months without a break in coverage of 63 days or more;
○ Your most recent coverage was under a group health plan (which can be shown by this certificate);
○ Your group coverage was not terminated because of fraud or nonpayment of premiums;
○ You are not eligible for COBRA continuation coverage or you have exhausted your COBRA benefits (or continuation coverage under a similar state provision); and
○ You are not eligible for another group health plan, Medicare or Medicaid, and do not have any other health insurance coverage.

The right to buy individual coverage is the same whether you are laid off, fired or quit your job.

▷ Therefore, if you are interested in obtaining individual coverage and you meet the other criteria to be an eligible individual, you should apply for this coverage as soon as possible to avoid losing your eligible individual status due to a 63-day break.

State flexibility.
This certificate describes minimum HIPAA protection under federal law. States may require insurers and HMOs to provide additional protections to individuals in that state.

For more information.
If you have questions about your HIPAA rights, you may contact your state insurance department or the U.S. Department of Labor's (DOL) Employee Benefits Security Administration (EBSA) toll-free at 1-866-444-3272 (for free HIPAA publications ask for publications concerning changes in health care laws). You may also contact the Centers for Medicare and Medicaid Services' publication hotline at 1-800-633-4227 (ask for "Protecting Your Health Insurance Coverage"). These publications and other useful information are also available on the Internet at: http://www.dol.gov/ebsa, the DOL's interactive web pages, Health Plans, or http://www.cms.hhs.gov/hipaa1.

B25

## CLAIM EXPENSE SUMMARY

| | |
|---|---|
| Medical Expenses | 1,466.25 |
| Medical Insurance Premiums | 3,076.64 |
| Lost Wages | 2,390.00 |
| Miscellaneous Expenses | 1,392.10 |
| Pain and Suffering | 50,000.00 |
| Punitive Damages | 50,000.00 |
| **TOTAL CLAIM** | **108,323.99** |

B26

## MEDICAL INSURANCE CLAIM DETAIL

| Periods | Number of Biweekly Periods | Biweely Premium | Amount of Insurance Claim |
|---|---|---|---|
| March 04 - June 04 | 8 | 32.44 | 259.52 |
| July 04 - June 05 | 24 | 35.69 | 856.56 |
| July 05 - June 06 | 24 | 35.69 | 856.56 |
| July 06 - June 07 | 24 | 36.58 | 877.92 |
| July 07 - September 07 | 6 | 37.68 | 226.08 |
| **TOTAL MEDICAL INSURANCE CLAIM** | | | **3,076.64** |

B27



# CECIL COUNTY EMPLOYEE BENEFIT PLAN
## BIWEEKLY COST SHEET FOR 24 PAYS
### Effective July 1, 2003

## MEDICAL & PRESCRIPTION CARD COVERAGE

|  | EMPLOYEE | 2 PARTY | FAMILY |
|---|---|---|---|
| Standard Option | $25.89 | $56.05 | $64.58 |
| High Option | $32.44 | $70.44 | $81.10 |

## DENTAL COVERAGE

| EMPLOYEE | 2 PARTY | FAMILY |
|---|---|---|
| $2.18 | $4.48 | $4.48 |

## VISION COVERAGE

| EMPLOYEE | 2 PARTY | FAMILY |
|---|---|---|
| $0.38 | $0.59 | $0.59 |

## WORKSHEET

| Medical/Prescription Cost: | $ 81.10 |
|---|---|
| Dental | $ 4.48 |
| Vision | $ .59 |
| Total/pay | $ 86.17 |

B28

# CECIL COUNTY EMPLOYEE BENEFIT PLAN

BI-WEEKLY COST SHEET

EFFECTIVE JULY 1, 2004

### STANDARD

| MEDICAL COVERAGE | 22 PAY | 24 PAY | 26 PAY |
|---|---|---|---|
| EMPLOYEE ONLY | $ 31.07 | $ 28.48 | $ 26.29 |
| EMPLOYEE + ONE | $ 67.27 | $ 61.66 | $ 56.92 |
| FAMILY | $ 77.50 | $ 71.04 | $ 65.58 |

### HIGH

| 22 PAY | 24 PAY | 26 PAY |
|---|---|---|
| $ 38.93 | $ 35.69 | $ 32.94 |
| $ 84.52 | $ 77.48 | $ 71.52 |
| $ 97.32 | $ 89.21 | $ 82.35 |

| DENTAL COVERAGE | 22 PAY | 24 PAY | 26 PAY |
|---|---|---|---|
| EMPLOYEE ONLY | $ 2.38 | $ 2.18 | $ 2.01 |
| EMPLOYEE + ONE | $ 4.89 | $ 4.48 | $ 4.14 |
| FAMILY | $ 4.89 | $ 4.48 | $ 4.14 |

| VISION COVERAGE | 22 PAY | 24 PAY | 26 PAY |
|---|---|---|---|
| EMPLOYEE ONLY | $ 0.41 | $ 0.38 | $ 0.35 |
| EMPLOYEE + ONE | $ 0.64 | $ 0.59 | $ 0.54 |
| FAMILY | $ 0.64 | $ 0.59 | $ 0.54 |


B29

# CECIL COUNTY EMPLOYEE BENEFIT PLAN
### Bi-Weekly Cost Sheet for 24 Payrolls
### Effective July 1, 2006



## MEDICAL & PRESCRIPTION DRUG COVERAGE

| | *EMPLOYEE* | *2-PARTY* | *FAMILY* |
|---|---|---|---|
| Standard Option | $ 29.19 | $ 63.20 | $ 72.82 |
| High Option | $ 36.58 | $ 79.42 | $ 91.44 |

## DENTAL COVERAGE

| *EMPLOYEE* | *2-PARTY* | *FAMILY* |
|---|---|---|
| $ 2.23 | $ 4.59 | $ 4.59 |

## VISION CARE COVERAGE

| *EMPLOYEE* | *2-PARTY* | *FAMILY* |
|---|---|---|
| $ .39 | $ .60 | $ .60 |

## COST WORKSHEET

| | |
|---|---|
| Medical & Prescription Care Cost | $_____ |
| Dental Cost | $_____ |
| Vision Care Cost | $_____ |
| TOTAL DEDUCTION/PAY | $_____ |

B30

# CECIL COUNTY EMPLOYEE BENEFIT PLAN
## Bi-Weekly Cost Sheet for 24 Payrolls
### Effective July 1, 2007



## MEDICAL & PRESCRIPTION DRUG COVERAGE

|  | *EMPLOYEE* | *2-PARTY* | *FAMILY* |
|---|---|---|---|
| Standard Option | $ 30.07 | $ 65.09 | $ 75.00 |
| High Option | $ 37.68 | $ 81.80 | $ 94.18 |

## DENTAL COVERAGE

| *EMPLOYEE* | *2-PARTY* | *FAMILY* |
|---|---|---|
| $   2.30 | $   4.73 | $   4.73 |

## VISION CARE COVERAGE

| *EMPLOYEE* | *2-PARTY* | *FAMILY* |
|---|---|---|
| $   .40 | $   .63 | $   .63 |

## COST WORKSHEET

| | |
|---|---|
| Medical & Prescription Care Cost | $_____ |
| Dental Cost | $_____ |
| Vision Care Cost | $_____ |
| TOTAL DEDUCTION/PAY | $_____ |

R31

# MEDICAL EXPENSE CLAIM DETAIL

| Date | Vendor | Description | Invoice Amount | Amount Paid by Insurance | Amount Written Off | Co-Pay/Deductible Amounts | Amount of Medical Claim | For Whom |
|---|---|---|---|---|---|---|---|---|
| 12/30/03-01/01/04 | Beebe Medical | Delivery | 6,464.95 | 6,114.95 | - | 100% coverage | 350.00 | Renée |
| 12/30/03-01/01/04 | Bayside Health OBGYN | Delivery | 3,500.00 | 1,960.00 | 1,300.00 | 100% coverage | 240.00 | Renée |
| 01/01/04 | Eckerd | Prescription | 3.54 | - | - | 15.00 | - | Renée |
| 01/01/04 | Eckerd | Prescription | 4.98 | - | - | 15.00 | - | Renée |
| 01/02/04 | William B Funk MD | Well Visit | 60.00 | - | - | 15.00 | - | Renée |
| 01/04/04 | Christiana Care Health Services | Lab | 11.50 | - | - | 100% coverage | 45.00 | Corrine |
| 01/04/04-01/06/04 | Christiana Care VNA | Phototherapy | 363.00 | - | - | 100% coverage | 11.50 | Corrine |
| 01/05/04 | Christiana Care VNA | Nurse Visit | 150.00 | - | - | 100% coverage | 363.00 | Corrine |
| 01/06/04 | Christiana Care VNA | Nurse Visit | 150.00 | - | - | 100% coverage | 150.00 | Corrine |
| 01/08/04 | William B Funk MD | Well Visit | 60.00 | - | - | 15.00 | 150.00 | Corrine |
| 01/12/04 | William B Funk MD | Visit | 110.00 | - | - | 15.00 | 45.00 | Corrine |
| 02/01/04 | Happy Harry's | Prescription | 30.75 | - | | 15.00 | 95.00 | Renée |
| | | | | | | | 15.75 | Renée |

**TOTAL MEDICAL EXPENSE CLAIM**   1,465.25





# Beebe Medical Center

**424 SAVANNAH ROAD
LEWES, DE
19958**

BEAUCHEMIN ,RENEE M
Service Date:        12/30/03
Service End:         01/01/04
Last Statement Date: 01/09/04
Account Number:      22622369

For Account Information, Please Call (302)645-3546

## Statement of Account   01/27/04

| Transaction Date | Description | Amount |
|---|---|---|
| | PREVIOUS BALANCE | 6,464.95 |
| 01/23/04 | COMMERCIAL MANAGEDCA A05 MAMSI/OPTIMUM | 5,920.98- |
| 01/23/04 | COMMERCIAL MAN CARE   A05 MAMSI/OPTIMUM | 193.97- |

| imated Insurance Due: | .00 | Total Patient Credits: | .00 | Account Balance: | 350.00 |

**YOUR INSURANCE HAS PAID YOUR CLAIM AND DETERMINED THAT THE ACCOUNT BALANCE IS YOUR RESPONSIBILITY.
PLEASE PAY PROMPTLY.**

Please detach and return with your payment

B33   P000044



## Beebe Medical Center

**424 SAVANNAH ROAD**
**LEWES, DE**
**19958**

| BEAUCHEMIN ,RENEE M | |
|---|---|
| Service Date: | 12/30/05 |
| Service End: | 01/01/04 |
| Last Statement Date: | 01/27/04 |
| Account Number: | 22622369 |

or Account Information, Please Call (302)645-3546

**Statement of Account   02/16/04**

| Transaction Date | Description | Amount |
|---|---|---|
| | **PREVIOUS BALANCE** | 350.00 |

₲75
Chr#547

| Estimated Insurance Due: | .00 | Total Patient Credits: | .00 | Account Balance: | 350.00 |
|---|---|---|---|---|---|

**YOUR ACCOUNT BALANCE IS PAST DUE. IF YOU WISH TO ESTABLISH A PAYMENT PLAN,**
**PLEASE CONTACT US FOR FINANCIAL COUNSELING AT (302)645-3546.**

B34

| DIAG. CODE | SERVICE DATE | PROCEDURE REFERENCE | PATIENT NAME | LOC | DESCRIPTION | CHARGES/PAYMENTS/AD PATIENT | INSURANCE |
|---|---|---|---|---|---|---|---|
| 633.1 | 08/05/02 | 59120 | RENEE | OH | TREATMENT OF ECTOPIC PREGNANCY | 1600.00 | |
| | 07/30/03 | SAR421 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 08/06/03 | SAR427 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 09/26/03 | SAR452 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 10/22/03 | SAR502 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 09/10/02 | SAR138 | | | PRIVATE CHECK PMT. | -20.00 | |
| | 10/05/02 | SAR149 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 11/21/02 | SAR301 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 12/18/02 | SAR313 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 01/17/03 | SAR324 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 03/04/03 | SAR344 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 03/12/03 | SAR350 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 04/09/03 | SAR364 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 05/21/03 | SAR389 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 06/20/03 | SAR405 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 11/14/03 | SAR514 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 12/12/03 | AS526 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 01/06/04 | BAM540 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 01/20/04 | | | | MISC. CREDIT ADJUSTME | -210.00 | |
| | 01/28/04 | C#554 | | | PRIVATE CHECK PMT. | -15.00 | |
| | THANK YOU FOR YOUR RECENT | | PAYMENT ! | | | | |
| 641.01 | 12/30/03 | 59510 | RENEE | IH | C-SECTION | 3500.00 | |
| | 02/23/04 | BAM10764021 | | | MDIPA PAYMENT | -1960.00 | |
| | 02/23/04 | BAM10764021 | | | MDIPA WRITE-OFF | -1300.00 | |

3/21  #15  chk#
5660

THANK YOU FOR KEEPING YOUR ACCOUNT CURRENT. BALANCES
ARE DUE WHEN BILLED.

| CURRENT | 30-60 | 60-90 | 90-120 | OVER 120 | | PATIENT | INSURANCE |
|---|---|---|---|---|---|---|---|
| 1355.00 | 0.00 | 0.00 | 0.00 | 0.00 | PLEASE PAY THIS AMOUNT > > > | $1355.00 | 0.00 |

| ANALYSIS OF PATIENT NEW BALANCE | | | BAYSIDE HEALTH OBGYN |
|---|---|---|---|
| 03/10/04 | 30.00 | 82490 | |
| STATEMENT DATE | PATIENT PAID YTD | ACCOUNT NUMBER | |

16466-MS95*16Q10RPPD000323



B35



**ECKERD**

*Right there with you*℠

STORE# 6377
701 GOVERNORS PLACE
BEAR, DE 19701
(302) 836-2966

YOUR CASHIER TODAY IS JACOB
ASSOC #05246      REG #005      DRAWER #1
TRANS #02524      TYPE #01      STORE #6377
NORMAL SALE

952820 RX 246925100        4.96
952820 RX 646925200        3.54
TOTAL                      8.50
DEBIT CARD                 8.50
DEBIT CARD#: XXXXXXXXXXXX5704

```
**************************************
**   THANK YOU FOR SHOPPING AT ECKERD   **
**      1-800-ECKERDS    www.eckerd.com   **
**************************************
```

January 01, 2004      04:53 PM







**Be** Date: 01/01/04
(302)229-6853
DOB 01/01/XX
**Beauchemin, Renee**
Bear
Bear, DE 19701

Rx#: 6469252-00
$3.54
Tx#: 0843712
MDIPA

| Call | 01/04/04 | | Call | 01/08/04 | | Pull | 01/15/04 | |

# ECKERD
*A pharmacy. first.*

# Rx Advisor

CHECK with ME

## Valuable Information Inside
### About Your
### Prescription Medication

Rx#: 6469252
Tx#: 0843712
**OBTAIN ACK**

Renee B Chemin
01/01/04
Patient Pay: $3.54
Baker #0021

B37



**Be** Date: 01/01/04
(302)229-6853
DOB 01/01/XX
**Beauchemin, Renee**
Bear
Bear, DE 19701

Rx#: 2469251-00
$4.96
MDIPA
Tx#: 0843711

| Call | 01/04/04 | Call | 01/08/04 | Pull | 01/15/04 |

Rx#: 2469251
Tx#: 0843711

**OBTAIN ACK**

Renee Beauch.
01/01/04
Patient Pay: $4.96

B38

DRS. FUNK & METZGER & WALTON          08-01-06
665 CHURCHMANS ROAD
NEWARK DE 19702
5102492275(F)
TAX ID #: 5102702420(H)

CORRINE BUTZ        010083
58 HICKORY DR
NORTH EAST MD 21901

| DATE | PROC | DESCRIPTION | DR | PL | DIAGNOSES | CHARGES |
|------|------|-------------|----|----|-----------|---------|
| 01-02-04 | 99213 | OV LEVEL 3 EST PT | WBF | 0 | 774.6 | 60.00 |

| | | |
|--|--|--|
| TOTAL CHARGES | | 60.00 |
| VISA PAYMENT | | 60.00 |
| TOTAL BALANCE DUE | | .00 |

DIAGNOSES:
774.6    JAUNDICE, NEWBORN

B39

 **CHRISTIANA CARE**
HEALTH SERVICES

## STATEMENT OF ACCOUNT

51011627-001/AO

BUTZ, CORRINE
2 CYMBOL CT
NEWARK          DE 19702

THESE CHARGES ARE FOR LABORATORY
TESTING REQUESTED BY YOUR
PHYSICIAN.  PLEASE PAY THE
BALANCE IN FULL PROMPTLY.
(302) 623-7000

| ACCOUNT NO. | PATIENT NAME | FROM DATE | THRU DATE |
|---|---|---|---|
| 51011627 | BUTZ, CORRINE | 01/04/04 | 01/04/04 |

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE FORWARD | 11.50 |
| | $11.50 |

*pd scott #634 2/26*

 B40

Optimum Choice, Inc.
HEALTH PLAN

If you have any questions please contact the
Member Services Department at::
(301) 360-8040 or 1-800-331-2102

**Explanation of Benefits (EOB)**

**\*\*\* THIS IS NOT A BILL \*\*\***

Page 2

Member Number:    C039849*01
Member Name:      RENEE M BEAUCHEMIN

| Reference Number | Check Number | Provider Number | Provider Name | Dates of Service From | To | Service Provided | Requested Charges | Allowable Charges | Plan Obligation | Par Dr. Savings | Copay | Deductible | Exp1 Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H04029028272 | | 247507 | VNA HOME MEDICAL EQUIPMEN | 01-04-04 | 01-06-04 | PHOTOTHERAPY LIGHT W/PHOTOM | $363.00 | $0.00 | $0.00 | $0.00 | $363.00 | $0.00 | 24 |
| Totals: | | | | | | | $363.00 | $0.00 | $0.00 | $0.00 | $363.00 | $0.00 | |

Member obligation is the sum of Copay and Deductible columns.

**Your total obligation to Vna Home Medical Equipment is $363.00.**

If you have other insurance coverage in addition to this Plan's coverage, and you need an explanation of the Plan's benefit determination
for submission to your other insurance coverage, please call the above telephone number.

Please see reverse side for the Explanation codes.

B41

ONE READS WAY SUITE 100
NEW CASTLE, DE 19720
(302) 327-5200

APPROVED OMB NO. 093

00191118

| | | 3 | |
|---|---|---|---|

12 PATIENT NAME

5 FED. TAX NO. **510064334**

6 STATEMENT COVERS PERIOD
FROM **010104** THROUGH **013104**

7 COV D.  8 N-C D.  9 C-I D.  10 L-R D.  11

13 PATIENT ADDRESS

BUTZ, CORRINE                    2 CYMBAL COURT, NEWARK, DE 19702

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 DATE | ADMISSION 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | 24 | 25 | 26 | CONDITION CODES 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12302003 | F | S | 010504 | | | | | 01 | 00125814 | | | | | | | | |

| CODE | OCCURRENCE DATE | 34 CODE | OCCURRENCE DATE | 36 CODE | OCCURRENCE SPAN FROM | THROUGH | 37 A B C |
|---|---|---|---|---|---|---|---|

BEAUCHEMIN BUTZ, RENEE
2 CYMBAL COURT

NEWARK, DE 19702

| 38 | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|
| | a | 61 | 9160 00 | | | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 551 | SKILLED NURSING MCH HT | 150.00 | 010504 | 1 | 150 00 | | |
| 551 | SKILLED NURSING MCH HT | 150.00 | 010604 | 1 | 150 00 | | |
| 001 | TOTAL | 150.00 | | 2 | 300 00 | | |

Paid $50
Chk# 590   6/1/04

| 0 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| BEAUCHEMIN BUTZ   RENEE | | Y | | | | |

**DUE FROM PATIENT ▶**                    300 00

| INSURED'S NAME | 59 P.REL | 60 CERT. - SSN - HIC. - ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|

| TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|

| PRIN. DIAG. CD. | 68 CODE | 69 CODE | OTHER DIAG. CODES 70 CODE | 72 CODE | 74 CODE | 76 ADM. DIAG. CD. | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|---|
| 774.6 | | | | | | | | |

| C. 80 | PRINCIPAL PROCEDURE CODE / DATE | 81 | OTHER PROCEDURE CODE / DATE | | 82 ATTENDING PHYS. ID **D01020** |
|---|---|---|---|---|---|

FUNK, WILLIAM B

| OTHER PROCEDURE CODE / DATE | | OTHER PROCEDURE CODE / DATE | 83 OTHER PHYS. ID |
|---|---|---|---|

OTHER PHYS. ID

**B42**

REMARKS   FOR BILLING INQUIRIES PLEASE CALL:
302 327-5200

85 PROVIDER REPRESENTATIVE
X  CAROL GLASS

86 DATE
052104

4  BRIGGS, Des Moines, IA 50306 (800) 247-2343     OCR/ORIGINAL     UB-92 HCFA-1450   I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

DRS. FUNK & METZGER & WALTON          08-01-06
665 CHURCHMANS ROAD
NEWARK DE 19702
5102492275(F)
TAX ID #: 510270242(N)

CORRINE BUTZ        010083
59 HICKORY DR
NORTH EAST MD 21901

| DATE | PROC | DESCRIPTION | DR PL DIAGNOSES | CHARGES |
|------|------|-------------|-----------------|---------|
| 01-08-04 | 99213 | OV LEVEL 3 EST PT<br>CC STATES WE ARE NOT PCP | WBF 0  774.6 | 60.00 |

|  |  |
|--|--|
| TOTAL CHARGES | 60.00 |
| VISA PAYMENT | 60.00 |
| OPTIMUM CHOICE PYMT | .00 |
| TOTAL BALANCE DUE | .00 |

DIAGNOSES:
774.6    JAUNDICE, NEWBORN

B43

LIAM B. FUNK, M.D., P.A.
CHURCHMANS ROAD
WARK, DE 19702-1918
2) 731-0900

**STATEMENT**

| STATEMENT DATE | PAGE |
|---|---|
| 02-17-04 | 1 |

TAX I.D. #51-0408155

| ISACTION DATE | INV. NO. | DESCRIPTION OF SERVICES | | DOCTOR | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|---|
| -12-04 | 1 | OV, NEW PT, LEVEL 3 | RENEE | WBF | 110.00 | | 110.00 |
| -12-04 | 1 | VISA PAYMENT | | | | -15.00 | 95.00 |
| -20-04 | 1 | OPTIMUM CHOICE PYMT | 011604 | | | .00 | 95.00 |
| -20-04 | 1 | OC STATES WE ARE NOT PCP | | | | | |

Pif
Chck#533
2/20

35.57
95.00
170.57

| 95.00 | .00 | .00 | .00 | .00 | ACCOUNT AGE ANALYSIS | TOTAL AMOUNT DUE | 95.00 |
|---|---|---|---|---|---|---|---|
| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | | | |

B44     P000050

STAPLE
HE!

**HAPPY HARRY'S**

1120 PULASKI HIGHWAY
BEAR, DE 19701
(302) 832-2300

02/01/04

AMOUNT $  30.75

01011976

Rx: 6403864
BEAUCHEMIN-BUTZ, RENEE

2 CYMBAL CT
NEWARK, DE 19702

BALANCE DUE $  30.75



Rx Num: 6403864
Tx Num:
Tq Num: 1958675          Carri
  Fill: 02/01/2004        Patie
Status: RECEIVED           Dr
  Paid: REJT               P
  Type: P5C               Refe
Passwd:                    C
PROCESS CLAIM WITH NEW I
For assistance to resolv
"For Pharmacists"

S    **INSURANCE**    t

# Card In Bag

68 :COVERAGE EXPIRED

B45

HₐPPY HARRY'S GLENDALE PLAZA
1120 PULASKI HWY
BEAR, DE  19701
302-832-2300

```
          65 PHARMACEUTICAL      30.75
TAX        0.00  DUE     30.75
           CREDIT           (30.75)

           CHANGE            0.00
```

DEBIT: XXXXXXXXXXXX5704
APPR:
I agree to pay above total amount
according to card issuer agreement.

Cashier: amyb        634      # 52
         (REPRINT #1)
Register: REG5 Feb  1 2004  3:13 PM


THANK YOU FOR SHOPPING
HAPPY HARRY'S
Visit our Website www.happy.com

RY'S  HAPPY HARRY'S  HAPPY HARRY'S  HAPPY HARRY'S  HAPPY HARRY'S  HAPPY HA

B46

## LOST WAGES CLAIM DETAIL

### 2003 Wages

| Description | Calculation | Amount | Notes |
|---|---|---|---|
| Wages | $1008 - $726 | 282.00 | Difference of Unemployment to Regular Earnings |
| Overtime Wages | 6 hours x $18 | 108.00 | Unpaid overtime hours actually worked |
| Wage Increase | 16 weeks x 40 hours x $.75 | 480.00 | Anticipated wage increase to have begun on employment anniversary date |
| Vacation | 40 hours x $12.75 | 510.00 | 2003 Unpaid Vacation Days (5 Accrued Days) |
| Personal | 24 hours x $12.75 | 306.00 | 2003 Personal Days (3 Accrued Days) |
| Christmas | 8 hours x $12.75 | 102.00 | Unpaid Holiday pay |
| New Year's | 8 hours x $12.75 | 102.00 | Unpaid Holiday pay |
| Bonus | Estimated | 500.00 | Anticipated 2003 Bonus (2002 Bonus was $379 only employed 2 months) |
| **TOTAL** | | **2,390.00** | |



B47

**WNS UNLIMITED, LTD**

Renee M Butz
2 Cymbal Court
Newark, DE 19702

⬛1

Used / Available
Sick 0.00 / 0.00
Vac 33.75 / 0.00

14698
YTD

12/12/2003

|  |  |  |
|---|---|---|
| Hourly Rate 1 (86.00@$12.00) | 1,032.00 | 23,286.36 |
| Employee IRA | -50.00 | -1,200.00 |
| Federal Tax Withholding | -74.00 | -2,958.00 |
| Social Security Employee | -63.99 | -1,693.14 |
| Medicare Employee | -14.97 | -395.98 |
| DE - Withholding | -26.71 | -871.53 |
| Hourly Rate 2 | 0.00 | 3,617.28 |
| Vacation Hourly Rate | 0.00 | 405.00 |

802.33

11/24/2003 - 12/07/2003 Pay Period

B48

## MISCELLANEOUS EXPENSE CLAIM DETAIL

| Vendor | Description | Amount | For Who |
|---|---|---|---|
| Colonial Parking | 12 trips x $2 | 24.00 | Parking |
| USPS | Postage | 16.25 | mail to U.S. District Court & YCST |
| USPS | Postage | 6.39 | mail to U.S. District Court & YCST |
| USPS | Postage | 14.40 | mail to U.S. District Court & YCST |
| USPS | Postage | 5.12 | mail to Eric Howard |
| USPS | Postage | 3.03 | mail to Parcels |
| U.S. District Court | Copy Fees | 20.00 | copy fees |
| U.S. District Court | Civil Files | 250.00 | file fee |
| Parcels | Court summons | 100.00 | hand delivery to L.U. & Eric Howard |
| Happy Harry's | Staples | 1.99 | Lawns Unlimited supplies |
| USPS | Postage | 17.22 | mail to U.S. District Court & YCST |
| USPS | Postage | 6.14 | mail to U.S. District Court & YCST |
| USPS | Postage | 6.39 | mail to U.S. District Court & YCST |
| USPS | Postage | 7.24 | mail to U.S. District Court & YCST |
| USPS | Postage | 5.25 | mail to U.S. District Court |
| USPS | Postage | 16.25 | mail to PA Process Services |
| USPS | Postage | 0.58 | mail to YCST |
| Sugar Foot | Lunch | 17.00 | Renee & Mike Butz |
| Quiznos | Lunch | 18.35 | Renee & Mike Butz |
| Mileage | 75 miles x 12 trips | 436.50 | trips YCST & court house |
| Renee | Miscellaneous Costs | 300.00 | copying, filing, supplies, stamps |
| Tolls | $10 x 12 trips | 120.00 | I95 tolls MD to DE and return |
| **TOTAL** | | **1,392.10** | |



```
COLONIAL
 PARKING
WILM, DEL

   PAID
      1#
 02·4505No.
 07-03·►5DT
⊙30-15:26EK
 07-03·►5DT
⊙30-15:16EM
A····1,00$
 ····1,00$
```

```
COLONIAL
 PARKING
WILM, DEL

   PAID
      1#
 01·6957No.
 07-04·►5DT
⊙13-13:S5EK
 07-04·►5DT
⊙13-13:15EM
A····1,00$
 ····1,00$
```

B50

```
COLONIAL
PARKING
WILM. DEL


PAID
      1#
 01·4189No.
  06-09·▶3DT
 ⊙27-13:06EX
  06-09·▶3DT
 ⊙27-12:52EN
 A····1.00$
    ····1.00$
```

BSI

Saturday, September 15, 2007 1:23:23 PM

## Account Detail

Below is detailed information for the following account's activities.

To view the detail for another account, please make a selection from the drop-down box. The following information may not reflect pending transactions.

Click here to view your @ccess Account Statement.

Select another account:  ACCESS CHECKING 

### ACCESS CHECKING DETAIL

 
**Current Balance:**

Account Type:
**Available Balance:** 

Click here to view pending activity.

Select another statement:  Current Statement

### STATEMENT ACTIVITY

| Date | Check Number | Description | Credit Amount | Debit Amount |
|------|-------------|-------------|---------------|--------------|
| 09/14/2007 | | QUICKCHECK PURCHASE ON 09-13 USPS 2303830515 ELKTON MD | | $16.25 |
| | | | | |
| 09/14/2007 | | | | |
| 09/14/2007 | | | | |
| 09/14/2007 | | | | |
| 09/13/2007 | | | | |
| 09/13/2007 | | QUICKCHECK PURCHASE ON 09-12 COL PRKNG JSTCE CTR Q08 WILMINGTON DE | | $4.00 |
| 09/13/2007 | | | | |
| 09/12/2007 | | | | |
| 09/12/2007 | | QUICKCHECK PURCHASE ON 09-11 USPS 2303830515 ELKTON MD | | $6.39 |
| 09/12/2007 | | | | |
| 09/12/2007 | | | | |
| 09/11/2007 | | | | |
| 09/11/2007 | | | | |
| 09/11/2007 | | | | |
| 09/11/2007 | | | | |
| 09/11/2007 | | | | |

BS2

```
              Elkton Main Post Office
                  Elkton, Maryland
                     219219998
                 2303830515-0097
05/11/2006      (410)398-4040      12:55:29 PM
```

```
------------- Sales Receipt -------------
Product          Sale    Unit      Final
Description      Qty     Price     Price

63c Stamp          1    $0.63      $0.63
WILMINGTON DE 19801                $14.40
Express Mail PO-ADD
 4.40 oz.
  Label #:       EQ606554287US
  Next Day 3PM   / Normal
  Delivery
                                 ========
            Issue PVI:            $14.40

.80 Ndn            1    $7.80      $7.80
Lib/Flag PS
Bk
7.80 Ndn           1    $7.80      $7.80
Lib/Flag PS
Bk
                                 --------
                                  $30.63
Total:

Paid by:                          $30.63
Visa
   Account #        XXXXXXXXXXXX5979
   Approval #:      476779
   Transaction #:   756
   23 902860501
```

```
Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to
USPS.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.
Bill#:  1000302421168
Clerk:  05

        ...es final on stamps and postage.
          ...for guaranteed services only.
            ...you for your business.
              Customer Copy
```

B53

North East Post Office
NORTH EAST, Maryland
219019998
2303830534-0097
04/06/2006    (410)287-6644    02:33:15 PM

—— Sales Receipt ——

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| EP 10x13 Env - RP | 1 | $0.49 | $0.49 |
| GEORGETOWN DE 19947 First-Class 2.80 oz. | | | $0.87 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: | | 70051820000461519162 | |
| Issue PVI: | | | $5.12 |
| 7.80 Ndn Lv TruBlu PSBk | 1 | $7.80 | $7.80 |
| Total: | | | $13.41 |

Paid by:
Cash                                 $20.00
Change Due:                          -$6.59

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#: 1000301407143
Clerk: 10

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

---

NEWARK PO
NEWARK, Delaware
197119998
3379300711-0094
03/22/2006    (800)275-8777    02:30:25 PM

—— Sales Receipt ——

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| EP 6x9 Env - RP | 1 | $0.39 | $0.39 |
| DOVER DE 19904 First-Class 1.10 oz. | | | $0.63 |
| Certified | | | $2.40 |
| Label #: | | 70053110000336956973 | |
| Issue PVI: | | | $3.03 |
| 7.80 Ndn Lib/Flag PS Bk | 1 | $7.80 | $7.80 |
| Total: | | | $11.22 |

Paid by:
Cash                                 $50.00
Change Due:                         -$38.78

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#: 1000602924739
Clerk: 08

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

BS4

UNITED STATES
DISTRICT COURT
District of Delaware
Wilm. Division

# 139972 — RE
July 15, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| COPY FEE 1-05-CV-495 | | 40 @ | 0.50 |
| | | | 20.00 CA |

Total->                    20.00

FROM: RENEE BUTTS

UNITED STATES
DISTRICT COURT
District of Delaware
Wilm. Division

# 142083 — ED
January 27, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| CIVIL FI 1-05-CV-495 | | 1 @ | 250.00 |
| | | | 250.00 CH |

Total->                    250.00

FROM: RENEE BUTZ
      CK 2118 THIOKOL ELKTON FEDERAL
      58 HICKORY DRIVE
      NORTH EAST MD 21901

BSS



# Parcels, Inc.
### DELAWARE DOCUMENT RETRIEVAL

**Parcels, Inc.**
P.O. Box 27
4 East Seventh Street
Wilmington, DE 19899
302-658-9911
800-479-0075
302-658-9164 Fax

**Delaware Document
Retrieval, Inc.**
4 East Seventh Street
Wilmington, DE 19801
302-658-9971
800-343-1742
302-658-9951 Fax

437 Chestnut Street
Lafayette Building
Suite 612
Philadelphia, PA 19106
215-829-0492
888-829-0492
215-829-0679 Fax

**Virtual Docket, LLC**
103 West Seventh Street
Wilmington, DE 19801
302-427-3908
800-998-2666
302-658-9165 Fax

**Copy Facility**
105 West Seventh Street
Wilmington, DE 19801
302-658-0900
302-658-6275 Fax

**First State
Corporate Services, Inc.**
32 Loockerman Square
Suite 109
Dover, DE 19901
302-736-1777
888-736-6398
302-736-9883 Fax

**ParcelsInc.com**

**VirtualDocket.com**

Renee M Butz
58 Hickory Drive
North East MD 21901

This invoice states that we received a check in the amount of $100.00.
Check number being 2197.

Thank you for your business.

Parcels, Inc.
32 Loockerman Street Suite 109
Dover DE 19904
302-736-1777





```
                          STAPLES DOOCT        1.99
       TAX       0.00  DUE              1.99
                       CREDIT                 (1.99)

                       CHANGE                  0.00

       VISAC: XXXXXXXXXXXX2213
       APPR: 017239
       I agree to pay above total amount
       according to card issuer agreement.

       Cashier: Heather    854      # 186
                (REPRINT #1)
       Register: REG1 Dec 22 2003 12:13 PM


              THANK YOU FOR SHOPPING
                   HAPPY HARRY'S
            Visit our Website www.happy.com
```

HAPPY HARRY'S    HAPPY HARRY'S    HAPPY HARRY'S    HAPPY HAR

BS7

```
          Elkton Main Post Office
             Elkton, Maryland
               219219998
            2303830515 -0096
06/13/2007    (410)398-4040    01:14:50 PM
```

```
                 Sales Receipt
Product              Sale  Unit      Final
Description          Qty   Price     Price

WILMINGTON DE                         $0.97
19801-0391 Zone-1
First-Class Large Env
 1.10 oz.
                                   ========
 Issue PVI:                           $0.97

WILMINGTON DE 19801                  $16.25
Zone-1 Express Mail
PO-Add Flat Rate
 3.40 oz.
 Label #:      EB479548605US
 Next Day 3PM  / Normal
 Delivery
                                   ========
 Issue PVI:                          $16.25

Total:                               $17.22

Paid by:                             $17.22
Visa
 Account #:       XXXXXXXXXXXXX0814
 Approval #:      005510
 Transaction #:   311
 23 902860501
```

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000403266595
Clerk: 09

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
********************************************
********************************************
        HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

         YOUR OPINION COUNTS
********************************************
********************************************


              Customer Copy

```
          Elkton Main Post Office
             Elkton, Maryland
               219219998
            2303830515 -0098
04/10/2007    (410)398-4040    01:31:27 PM
```

```
                 Sales Receipt
Product              Sale  Unit      Final
Description          Qty   Price     Price

WILMINGTON DE 19801                   $4.05
Priority Mail
11.30 oz.
 Delivery Confirmation                $0.50
 Label #:    03052710000120131451
                                   ========
 Issue PVI:                           $4.55

WILMINGTON DE 19801                   $1.59
First-Class
 5.80 oz.
                                   ========
 Issue PVI:                           $1.59

Total:                                $6.14

Paid by:                              $6.14
Visa
 Account #:       XXXXXXXXXXXXX5979
 Approval #:      806988
 Transaction #:   442
 23 902860501
```

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000203207823
Clerk: 18

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
       Thank you for your business.

              Customer Copy

B58

Elkton Main Post Office
Elkton, Maryland
219219998
2303830515 -0096
09/11/2007    (410)398-4040    12:40:37 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WILMINGTON DE 19801 Zone-1 Priority Mail 4.40 oz. | | | $4.60 |
| Delivery Confirmation Label #: 03061070000322501312 | | | $0.65 |
| Issue PVI: | | | $5.25 |
| WILMINGTON DE 19801 Zone-1 First-Class Large Env 2.40 oz. | | | $1.14 |
| Issue PVI: | | | $1.14 |
| Total: | | | $6.39 |

Paid by:
Visa                                        $6.39
  Account #:          XXXXXXXXXXXX0814
  Approval #:         006058
  Transaction #:      274
  23 902860501

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000403375909
Clerk: 03

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
*****************************************
*****************************************
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*****************************************
*****************************************

Customer Copy

----

****
137 W
E. TON, MD
00-13/07

Transaction Number                        15
USPS ®                        232988-9550

1. First-Class Mail® Flat        1.99
   Destination:    19801
   Weight:         0 lb. 8.00 oz.
   Total Cost:     1.99
   Base Rate:      1.99
2. Priority Mail® service         5.25
   Destination:    19801
   Weight:         0 lb. 13.80 oz.
   Total Cost:     5.25
   Base Rate:      4.60
   Label #:
   0411 9503 2680 2802 2632
          SERVICES
   Delivery Confirmation™          .65

Subtotal                          7.24
Total Charged                     7.24

VISA                              7.24

<23-901860098-99>

VISA
ACCT. NUMBER         TRANS #    AUTH
XXXX XXXX XXXX 0814    572      007381

To check on the delivery status of
your Delivery Confirmation™ article,
visit our Track & Confirm website at
www.usps.com, use this Automated
Postal Center® (or any Automated
Postal Center® at other Postal
locations) or call 1-800-222-1811.

Thanks.
It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
*****************************************
*    Your opinion matters to us.       *
*           Please visit               *
*                                      *
*    http://gx.gallup.com/apc          *
*****************************************

B59

```
***** WELCOME TO *****
           ELKTON
        137 W MAIN ST
    ELKTON, MD 21921-9998
      09/17/07 01:17PM

                               23
Transaction Number
USPS® #              232988-9550


 1. Priority Mail® service      5.25
    Destination:      19801
    Weight:         0 lb. 3.30 oz.
    Total Cost:         5.25
    Base Rate:          4.60
    Label #:
    0411 9503 2860 2802 3158
          SERVICES
    Delivery Confirmation™      .65

                               5.25
Subtotal                       5.25
Total Charged

                               5.25

VISA

        <23-901860098-99>

VISA            TRANS #   AUTH
ACCT. NUMBER     215    813173
XXXX XXXX XXXX 5979

To check on the delivery status of
your Delivery Confirmation™ article,
visit our Track & Confirm website at
www.usps.com, use this Automated
Postal Center® (or any Automated
Postal Center® at other Postal
locations) or call 1-800-222-1811.

            Thanks.
    It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

*****************************
*                           *
*   Thanks for using the    *
*   Automated Postal Center®.*
*                           *
*   Enter today to win $10,000*
*   or $250 in daily prizes! *
*                           *
*   Visit www.apcsweeps.com  *
*   and enter this code:     *
*                           *
*     ############## *
*     #  APCSWEEPS  #        *
*     ############## *
*                           *
*   See website for official rules*
*                           *
*     No Purchase Necessary  *
*   Sweepstakes ends 10/31/07*
*****************************

*****************************
*                           *
*  Your opinion matters to us.*
*       Please visit         *
*                           *
*   http://gx.gallup.com/apc *
*****************************
```

```
      Elkton Main Post Of.
        Elkton, Maryland
          219219998
       2303830515 -0097
09/13/2007   (410)398-4040   03:25:51 PM

             Sales Receipt
Product        Sale  Unit     Final
Description    Qty   Price    Price

CARLISLE PA 17013              $16.25
Zone-2 Express Mail
PO-Add Flat Rate
2.30 oz.
Label #:        EB479583709US
Next Day 3PM  / Normal
Delivery
                            ========
Issue PVI:                    $16.25

                            ========
                              $16.25
Total:

Paid by:                      $16.25
Visa
  Account #:     XXXXXXXXXXXX0814
  Approval #:    004447
  Transaction #: 495
  23 902860501

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000302870109
Clerk: 18

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
      Thank you for your business.
*****************************

      HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

      YOUR OPINION COUNTS
*****************************
*****************************


          Customer Copy
```

B60

```
***** WELCOME TO *****
          ELKTON
        137 W MAIN ST
    ELKTON, MD 21921-9998
     09/17/07 01:19PM

Transaction Number            25
USPS® #              232988-9550


1. First-Class Mail® Letter    .58
    Destination:    19801
    Weight:         0 lb. 1.50 oz.
    Total Cost:     .58
    Base Rate:      .58
2. 18 First-Class™ Stamps     7.38

Subtotal                       7.96
Total Charged                  7.96

VISA                           7.96

       <23-901860098-99>
VISA
ACCT. NUMBER      TRANS #   AUTH
XXXX XXXX XXXX 5979   216    969304

            Thanks.
    It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

**************************************
*      Thanks for using the        *
*     Automated Postal Center®.     *
*                                  *
*    Enter today to win $10,000     *
*    or $250 in daily prizes!       *
*                                  *
*    Visit www.apcsweeps.com        *
*      and enter this code:         *
*                                  *
*      ##############              *
*      #  APCSWEEPS  #             *
*      ##############              *
*                                  *
*  See website for official rules   *
*                                  *
*    No Purchase Necessary          *
*    Sweepstakes ends 10/31/07      *
**************************************


**************************************
*    Your opinion matters to us.    *
*         Please visit              *
*                                  *
*     http://gx.gallup.com/apc      *
**************************************
```



# Delaware National Bank

 You live in the real world. Your bank should,

| Accounts | Transfer Funds | Bill Pay | Stop Payments | Maintenance |
|---|---|---|---|---|
| | Account Summary · | Create Nicknames · | Charting · | Reports |

## Checking Account Detail

Click here for a printable version.

**Account Details for** ████████

Delaware National Bank – Checking   [ Go ]
   [ CHART ]

### Summary Information

| | | | |
|---|---|---|---|
| Ledger Balance | | Ledger Balance as of | 09/14/2007 |
| Available Balance | | Next Statement Date | 09/17/2007 |
| Balance as of Last Statement | | Last Statement Date | 08/17/2007 |
| Last Deposit (Excluding online transfers) | | Last Deposit On | 09/14/2007 |
| Interest Accrued this Statement | $0.00 | Interest Paid Year-To-Date | $0.00 |
| Interest Paid Last Year | $0.00 | | |
| Memo Credits | $0.00 | Memo Debits | $0.00 |

[ Edit Transactions ]   [ Advanced Search ]

**Account History**   Transactions from 06/19/2007  [ Go ]   to 09/17/2007   Transactions for the last 90 [ Go ]

| Post Date | Check Number | Description | Category | Amount |
|---|---|---|---|---|
| 09/14/2007 | | ████████ | Balance | ████ |
| 09/14/2007 | | ████████ | Credit | ████ |
| 09/06/2007 | | ████████ | Balance | |
| 09/06/2007 | | ████████ | Bank Card Purchase | ████ |
| 09/05/2007 | | ████████ | Balance | |
| 09/05/2007 | | ████████ | Bank Card Purchase | ████ |
| 09/05/2007 | | ████████ | Bank Card Purchase | ████ |
| 09/05/2007 | | ████████ | Balance | |
| 09/04/2007 | | ████████ | Bank Card Purchase | |
| 09/04/2007 | | ████████ | Bank Card Purchase | ████ |
| 09/04/2007 | | ████████ | Balance | |
| 08/31/2007 | | ████████ | Credit | ████ |
| 08/31/2007 | | ████████ | Balance | |
| 08/30/2007 | | D████ | | |

 B62



| 08/30/2007 | CHK CARD PUR 986759 SUGARFOOT SUGARFOOTD WILMINGTON DE | Bank Card Purchase | -$17.00 |
| 08/17/2007 | | | |
| 08/17/2007 | | Balance | |
| 08/13/2007 | | Credit | |
| 08/13/2007 | | Balance | |
| | | Bank Card Purchase | |
| 08/06/2007 | | Balance | |
| 08/06/2007 | | Bank Card Purchase | |
| 08/03/2007 | | Balance | |
| 08/03/2007 | | Credit | |
| 07/31/2007 | | Balance | |
| 07/31/2007 | | Bank Card Purchase | |
| 07/30/2007 | | Balance | |
| 07/30/2007 | | Bank Card Purchase | |
| 07/20/2007 | | Balance | |
| 07/20/2007 | | Credit | |
| 07/06/2007 | | Balance | |
| 07/06/2007 | | Credit | |
| 06/29/2007 | | Balance | |
| 06/29/2007 | | Bank Card Purchase | |
| 06/28/2007 | | Balance | |
| 06/28/2007 | | Bank Card Purchase | |
| 06/25/2007 | | Balance | |
| 06/25/2007 | | Bank Card Purchase | |
| 06/25/2007 | | Bank Card Purchase | |
| 06/22/2007 | | Balance | |
| 06/22/2007 | | Credit | |

< < Back  Page 1 of 1  Next > >

QIF          Download

---

Home · Privacy Policy · SecureMark · Terms of Service · Security Policy · FAQ · Help · Bill Pay Application · Co
Copyright © 2007. All Rights Reserved.

Information on this site is a representation of your accounts and updates may occur more than once a day.



QUIZNOS#5825
TELL US HOW WE ARE DOING!

ORDER # 01607

| | |
|---|---|
| RG TRKY RANCH | 5.79 |
| RG PRIME CHZSTK | 7.99 |
| BTL SODA | 1.69 |
| SOBE | 1.99 |
| CHIPS | 0.89 |

EAT-IN

| | | |
|---|---|---|
| | $ | 18.35 |
| TAX TOTAL | $ | 0.00 |
| TOTAL | $ | 18.35 |
| VISA | $ | 18.35 |
| CHARGE TIP | $ | 0.00 |
| ACCOUNT# | : | |
| AUTH# | : | |

9259        COUNTER        AUG.30,2007
              REG1-AM          12:38

GO TO WWW.TELLQUIZNOS.COM
OR CALL(800)798 3989
AND WIN CASH OR GIFT CARDS!

WIN CASH! SEE REVERSE.    WIN CASH! SEE REVERSE.    WIN CASH! SEE REVERSE.



7.    Mr. Fleming, who holds the title of President of Lawns, works hands-on in the Field. He also shares the responsibilities for Office employees with his wife.

8.    Defendants hired Plaintiff in September 2002 to replace the previous Office Manager.

9.    Plaintiff held the position of Office Manager for her entire period of employment.

10.    Dina Alderucci was hired after Ms. Schatz left in June 2003.

11.    Debbie Watson replaced Ms. Alderucci in November 2003.

12.    In the Field, the Foremen are key employees.

13.    Mauricio Miranda and Hugo Sanchez have been Lawns' two Foreman.

14.    Plaintiff began working at Lawns on September 4, 2002, as a temporary employee with permanent employment as the final goal.

15.    Plaintiff became a full-time Lawns employee on October 16, 2002.

16.    Defendant terminated Plaintiff effective December 23, 2003.

17.    Beginning in approximately October 2003 until the time of her termination, Plaintiff commuted to Defendants' office in Milton from her home in Newark, Delaware.

18.    Plaintiff began her new job as a Junior Accountant for the Cecil County Government on March 1, 2004.

19.    Plaintiff received a bonus in 2002.

20.    Plaintiff did not receive a bonus in 2003.

21.    Plaintiff did not receive a pay increase on or after her first anniversary date.

22.    Plaintiff received unemployment compensation after her termination from Lawns.

23.    There are two full-time Office positions, Office Manager and Office Assistant.

24.    Plaintiff announced her pregnancy in approximately April 2003.

25.    Defendants knew that Plaintiff intended to take maternity leave following the birth of her child.

26.    In an e-mail dated December 24, 2003, Plaintiff told Defendants that her maternity leave had begun, effective December 23, 2003.

27.    Defendants believed that Plaintiff had secured other employment prior to December 23, 2003.

28.    For the past twenty years, the Flemings have operated the business and actively manage its operations.

29.    Office employees handle the payroll, accounting, and other administrative duties.

30.    Mrs. Fleming, who holds the titles of Secretary and Treasurer, shares responsibilities for the behind-the-scenes operations of the business.

31.    During the December 24, 2003, telephone conversation, Plaintiff told Mr. Fleming that she intended to return to work after her maternity leave.

32.    During the December 24, 2003, telephone conversation, Plaintiff's husband told Mr. Fleming that she intended to return to work after her maternity leave.

33.    Plaintiff called the Lawns office on January 5, 2004 after the birth of her child, and left a message.

34.    Plaintiff's father-in-law called Defendant after Plaintiff received her termination letter.

35.    In the Termination Letter, Defendants cited increased health care premiums as a reason for Plaintiff's termination.

36.    Plaintiff believes that Defendants terminated her due to increased health care premiums.

52.     Plaintiff moved to Bethany area to be with her now-husband, Scott Butz, who had moved to the area for a job.

53.     As Office Manager, Plaintiff was responsible for accounts receivable and accounts payable, payroll, and general clerical duties such as taking phone messages and filing paperwork.

54.     As Office Manager, Plaintiff was responsible for communicating and developing workplace procedures.

55.     In 2003, Defendants held a staff meeting that all employees were required to attend.

56.     At the meeting Plaintiff spoke/addressed workplace procedures and practices including the importance of teamwork and the value of feedback and employee suggestions.

57.     At the staff meeting, Plaintiff encouraged the employees to communicate their ideas or suggestions with her or Laurie Schatz.

58.     At the meeting, Plaintiff explained the importance to accurately record time worked on a Lawns production sheet.

59.     At the meeting, Plaintiff explained that accounts payable invoices must be kept current and that any problems should be brought to her attention right away.

60.     At the meeting, Plaintiff discussed the tardiness and absenteeism policies.

61.     Plaintiff invited the Fleming family to her wedding.

62.     Plaintiff invited Mrs. Fleming and their children to her baby shower.

63.     Mrs. Fleming spent most of the summer of 2003 visiting her mother in Missouri, who was suffering from terminal lymphoma cancer.

64.     Mrs. Fleming's mother passed away on November 13, 2003.

B67



**Lawn & Tree Health Care Specialists**
15089 COASTAL HWY.  MILTON, DE 19968
(302) 645-5296   (302) 629-8873   (302) 678-5296
FAX (302) 645-5276

January 7, 2004

Renée Beauchemin Butz
2 Cymbal Court                                    **Via Cert. w/ Return Receipt**
Newark, De  19702

                        RE:  Leave of Absence

Dear Renée;

    I am writing in regards to your sudden leave of absence wherein you indicated you would be on maternity leave for six (6) weeks.  I have several concerns regarding this issue.

    First, you are well aware of our company policy that requires you to have prior written authorization signed by myself before any time off from your duties is permissible.  For absences in excess of three (3) days, all employees are required to submit a request at least four (4) weeks prior to your intended date of leave.  In accordance with the law, you must provide us with a written doctor's notice indicating that you require such time off.  As of this date, you have not provided us with either of the above.

    Our greater concern is that you told fellow co-workers, whom are willing to testify, that you never had any intentions of returning at all from your maternity leave.  In fact you have sought and apparently accepted employment elsewhere.  At this point, I feel I must make a professional employment decision based on information that I have.  I have determined that you have terminated your employment with Lawns Unlimited, effective December 23, 2003, when you left the premises cleaning out your desk and taking all of your belongings.

    Per conversation with our health insurance representative, your coverage disenrollment date is December 23, 2003.  However, provided the insurance company will allow, Lawns Unlimited will extend your health insurance coverage through December 31, 2003.  We will pay the premium for that extension on your behalf.  I believe your main concern was covering the delivery of the baby.  Having had your baby on December 30, 2003, this extension will allow those costs to be covered.  Lawns Unlimited has now incurred a much higher premium as a result of your working for us for one (1) year and using the insurance to pay bills estimated to be in excess of $23,000.00, then leaving the company.  Lawns Unlimited has never been in the practice of denying benefits to any employee.  However, it is our belief that an employee will do as they say and stay long term with our company.  We are disappointed when we see an employee, such as yourself, take advantage of the benefits, hours and overtime, etc. that we offer and abuse those privileges.

    We wish you well with your new baby.  If you have any questions or concerns, please feel free to contact me.

                        Respectfully Submitted,

                        *Edward Fleming*

                        Edward Fleming

P000117

and Shane's swim meets. You went to business meetings with the family. We went to your wedding." (A15).

### 4.    Plaintiff Ceases All Communication With Lawns

Butz did not return to work. She stayed at home until the birth of her daughter on December 30, 2003. Before the baby was born, Ms. Watson called Butz twice to ask work-related questions. (A16-17). Butz testified that both of the conversations were "peaceful" and ended "pleasantly." (A94; A95; A11).

Despite these "pleasant" interactions, Butz never attempted to contact Mr. Fleming to clarify what she now contends was a misunderstanding. She testified that she never called, wrote, or otherwise tried to reach out to Mr. or Mrs. Fleming to assure them of her intent to return. (A99; A101; A22-23). Although Butz now alleges that loss of work would have been financially devastating, she never made any attempt to ensure that Lawns would keep her job open until she returned.

Unable to reach Butz, the anxiety-ridden Flemings felt they had no choice but to believe Watson even though they were never able to confirm or deny the veracity of her claims. Plus, if Watson's story was to be believed, Butz would have to be officially terminated. In it's 16-year history, Lawns had never terminated a single employee. The Flemings sought counsel from Lawns' attorney, Eric Howard.

Mr. Fleming spoke with Howard shortly after Christmas. He shared the Flemings' concerns and believed it was highly unlikely that Butz would return as promised. Howard recommended they send Butz a letter setting forth their concerns (the "Termination Letter"). (A21; A194-95). The Termination Letter would conclude that Butz's refusal to communicate with Lawns left the Flemings with no alternative but to believe she had abandoned her job. They hoped that the letter would be the motivation Butz needed to at last contact Lawns.

B69

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-495-JJF |
| | ) Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED, LTD. and | ) |
| EDWARD FLEMING, | ) Certification of |
| | ) Dina Alderucci |
| Defendants, | ) |

I, Dina Alderucci, of full age, certify as follows:

1.  I am a former employee at Lawns Unlimited and co-worker of Plaintiff, Renee
    Butz, and am a citizen of the State of Delaware residing at 34510 Bushnell
    Court, Apartment 6, Lewes, DE 19958. I submit this Certification in support
    of Plaintiff's opposition to Defendant's Motion for Summary Judgment. I
    have personal knowledge of the facts set forth below.

2.  I was employed at Lawns Unlimited from June 2003 through October 2003.

3.  I was trained by Renee Butz to relieve Renee during her maternity leave.

4.  I knew Plaintiff was pregnant and with an approximate due date of late
    December 2003 early January 2004.

5.  Edward and Jeanne Fleming knew Renee was pregnant and knew her
    approximate due date. Renee's pregnancy was discussed often in the office.

6.  I was never given a Lawns Unlimited Employee Policy Manual and never
    knew that an Employee Policy Manual existed.

7.  Laurie Schatz took a leave of absence to have surgery. She missed a couple of
    days and then returned to work. Mr. Fleming approved and allowed this leave
    of absence without any repercussions.

8.  In October 2003, I informed Mr. Fleming I was leaving the company and gave
    him a two week notice. Mr. Fleming took me upstairs and later Mrs. Fleming
    joined him, and both yelled at me over and over again for three to four hours
    because they had spent money training me to relieve Renee during her



maternity leave and they did not know what they were going to do. They
upset me so much that I did not work the two weeks but left the very next day.

I certify under penalty of perjury, in accordance with 28 U.S.C § 1746, that the
forgoing is true and correct.

Dina Alderucci

Dina Alderucci

Date

Dated:      November 10, 2007

**B71**

68

1    Q.   Was it sent certified?

2    A.   Yes.

3    Q.   What date did you terminate plaintiff's health

4    insurance?

5    A.   Based on the letter, it was December 31st of

6    2003.  Coverage was extended to January 14th of 2004.

7    Q.   When was she notified of cancellation?

8    A.   I don't know.

9    Q.   Was plaintiff offered COBRA?

10        MS. DiBIANCA:  I'm going to object because

11.  actually the judge did rule in the order that COBRA

12   was not an issue.  But go ahead and answer.

13   A.   I don't know.

14   Q.   Did plaintiff ever tell you she was not coming

15   back to work?

16   A.   No, but she would not return our phone calls.

17   Q.   Prior to termination, did you ask plaintiff for

18   a doctor's note concerning plaintiff's time off?

19   A.   Can you repeat that again please.

20   Q.   Prior to termination, did you ask plaintiff for

21   a doctor's note concerning plaintiff's time off?

22   A.   On December 23rd, I handed you a vacation

23   request form for time off so that you could put down

24   exactly when you were going to be back.  I left before



B72

69

1    you left, and you did not fill it out.  So I didn't

2    know when you were planning on coming back.  I

3    requested this.  You did not fill it out.  And we did

4    not get a doctor's notice when your maternity leave

5    was started.

6    Q.   Do you know why plaintiff would not fill out

7    the form at best?

8    A.   I don't know why you didn't fill it out.  No, I

9    don't know why you didn't fill it out.  Can you tell

10   me?

11   Q.   Did you provide any documentation of the fact

12   that you asked for this information?

13   A.   Can you repeat that, please.

14   Q.   Can you provide any documentation of the fact

15   that you gave the form to the plaintiff or asked for a

16   doctor's note?

17   A.   When you were in the office getting your

18   things -- you were in the office that morning to get

19   the some of the paperwork that you had done, and I

20   went over and handed you the paper.  I said, "Renee,

21   please fill this out.  I know you're going to be going

22   on maternity leave.  I need to know how long and when

23   you are going to be back."  When I got back to the

24   office, the form was sitting right there, and it was

B73

53

1   you were unable to be reached by telephone.

2   Q.    So you never spoke to plaintiff?

3           MS. DiBIANCA:  Objection.  Misrepresents

4   his testimony.  Go ahead and speak.

5   Q.    Well, defendant said many, many phone calls not

6   being returned.  When were these messages left?

7   A.    I talked to you on December 23rd.  We were very

8   excited for you to have this baby.  We were -- I

9   offered for your family and your mother-in-law and

10  father-in-law and your mom and dad, if they needed to

11  use our house to shower or whatever the case may be,

12  which is only a mile from Beebe hospital.

13           I left the day that you were leaving to go

14  to the hospital.  Scott and your mom came into the

15  driveway.  I waved to them real big, and they didn't

16  react at all.  I went Christmas shopping, came back,

17  and Debby said, "Ed, sit down.  I need to tell you

18  something."

19           Debby only was with us a very short time,

20  as you know.  And she told me that you were leaving;

21  you weren't coming back.  You have my letter my

22  timeline in there.  And we were headed -- I was

23  leaving the office.  And I was headed down to church

24  to go to confession with my family.

Edward William Fleming - Butz

70

1    blank.

2      Q.    Did you indicate that your insurance premium

3    was much higher due to pregnancy medical bills?

4      A.    Actually the lawyer wrote the letter and I

5    signed it.

6      Q.    So you signed something without reading it?

7      A.    I guess I didn't read it carefully enough, but

8    I did sign it.

9      Q.    So you did not write the termination letter?

10     A.    No.

11     Q.    I'm sorry?

12     A.    No.

13     Q.    How would he have gotten the dates?

14            MS. DiBIANCA:    How would who have gotten

15   the dates?

16     Q.    How would his attorney have gotten the date of

17   the termination for --

18     A.    We gave him the dates.  I gave him the dates.

19     Q.    And how could he come up with a $23,000 figure?

20     A.    I don't know.  Maybe I called Beebe hospital on

21   a C-section.  I don't know.

22     Q.    Did plaintiff's spouse promise you on December

23   24 that plaintiff would be returning to work after

24   maternity leave?

B75

Edward William Fleming - Butz

102

1   paid were the equivalent amount.

2               The performance appraisal we did give to

3   you was on 10/16.  It was an unfortunate time for

4   Jeanne.  Her mother was diagnosed with lymphoma

5   cancer, having stage 4, so she was dying.  She was in

6   Missouri three different times before she passed away.

7   And then she was -- she had the opportunity to fly out

8   right away before her mom passed away.  And then we

9   had to go through the funeral and take care of the

10  estate.  So that's the problem why there wasn't any

11  second evaluation done.

12  Q.   So Laurie Schaltz was paid through Lawns

13  Unlimited and also the temp agency for these 80 hours?

14  A.   I don't -- I don't know.  I don't know -- no.

15  She was hired under the temp agency.  She would have

16  been hired under the temp agency.

17  Q.   So it's safe to assume that because she was

18  paid by Lawns Unlimited for 80 hours at $10 an hour,

19  that's what her starting rate was?

20  A.   Yes.  Mm-hmm.

21  Q.   Then, in 2003, she received a $2 increase to

22  $12 a hour.

23  A.   Yes.  Because at that time Jeanne was not in

24  the office that much because that was the time that

B76