1    her mom had cancer and that was based on you and I --

2    you said she was doing a good job. And I said, "Well,

3    how much do you think she's worth?" And you said,

4    "$12 an hour" because you were the office manager at

5    that time.

6    Q.    So safe to say that the office manager and the

7    other office staff was making the same?

8    A.    Yes. Mm-hmm.

9    Q.    And Renee Butz was doing a good job and you

10   rated her pretty high but yet she did not receive a

11   raise?

12          MS. DiBIANCA:  I want to make sure.  Is

13   the question, she did not receive a raise?

14          MS. BUTZ:  Correct.

15          MS. DiBIANCA:  I think it's answered.  We

16   are not disputing it based on the records that we have

17   available.

18          MS. BUTZ:  I guess I'm just confused how

19   an employee receives a $2 an hour increase and another

20   employee got -- supposedly management, with the same

21   reviews, doesn't get an increase.

22          MS. DiBIANCA:  I'm going to object because

23   I don't think we talked about management or the same

24   reviews in Mr. Fleming's testimony with me.  That's

37.    Defendant's appeal of the findings of the Delaware Unemployment Insurance Referee was unsuccessful.

38.    At the time of her termination, Butz was paid $12.00 per hour.

39.    The number of Lawns employees eligible for these employee benefits is low.

40.    The only Field employees who have been eligible for benefits were Miranda and Sanchez, the key foreman.

41.    As owners, the Flemings also receive certain benefits, such as health and life insurance.

42.    Defendants provided its key employees with paid time off as well as paid vacation.

43.    Key employees were paid at their regular rate for certain designated holidays.

44.    Plaintiff was paid for each of the designated holidays during her employment.

45.    Request forms were submitted to Mr, Fleming for approval.

46.    Debbie Watson utilized Vacation Request Form.

47.    Plaintiff had health care coverage immediately after she became a permanent employee without a waiting period.

48.    At the time of Plaintiff's employment, Defendants' health insurance provider was Optimum Choice.

49.    At the time of Plaintiff's employment, Defendants' health care plan provided for "employee-only" coverage.

50.    At the time of Plaintiff's employment, Lawns paid 100% of the health care premium for key personnel.

51.    Plaintiff moved to the Bethany area from Cecil County, Maryland in 2002.

B78



Professional Lawn & Tree Care
P.O. BOX 616    LEWES, DE 19958
302-645-LAWN

## JOB DUTIES – OFFICE MANAGER

1. Motorola radio dispatch
2. Domestic tidying of office – cleaning of office or seeing that it is done, water plants, etc.
3. Completion of day, all files and work put away, desk cleaned off.
4. Completion and start of day, turn all machines on and off, lights, air conditioning, heat, answering machine, copier, time clock.
5. Keep up to date Gross receipts journal.
6. Make deposits daily, collect mail at post office, run small errands, office supplies, etc. with use of personal car
7. Pay all Lawns Unlimited bills accurately and <u>on time</u>.
8. Keep general journal sheets categorized, totalled, balanced and reconciled as each sheet is completed.
9. Answer phone, dispatch messages to employees.
10. Take work orders, estimates on phone & enter in computer.
11. Handle all estimates, work orders, invoices, statements, reports, etc. everything on computer.
12. Handle purchase orders, inventories.
13. Responsible for all computer work, bookkeeping, accounts payable/receivable, quarterly reports, Y/E tax accounting for CPA, W-2's, bank reconciliations.
14. Typing all proposals, letters, correspondence, etc.
15. Keep up rolodex to date (typed cards)
16. Balance and keep up petty cash.
17. Responsible for going over Daily Work Sheets with employees at end of day organizing and recording and billing chargeable time from them and organizing for Ed for payroll by Wednesday of each week.
18. Figuring and writing payroll checks weekly.
19. Going over time cards.
20. Abide by company policy.
21. Neat, clean appearance, no jeans or shorts in office.
22. Keep Ed and Jeanne abreast daily and weekly before leaving office of any message, daily accomplishments, etc.
23. Implement use of payroll, general ledger, accounts payable and inventories on computer.

D00502

A247

B79



**Professional Lawn & Tree Care**
P.O. BOX 816  LEWES, DE 19958
302-645-LAWN

## JOB DUTIES – OFFICE MANAGER – CON'T.

24. Periodically or as necessary maintenance and clean all office equipment, copiers, typewriters, etc.

25. Assist Ed in keeping his desk organized and files.

26. Filing

27. Work up monthly minutes for corporate book.

28. Open mail, distribute, organize, answer any necessary correspondence.

29. Assist walk-in customers, sales reps, employees etc.

30. Enter payments and billings in computer.

31. Word processing, type letters

*Pension plan offered after 1 year of full time employment*

**BENEFITS:**

6 Paid Holidays:   Memorial Day
                   4th of July
                   Labor Day
                   Thanksgiving
                   Christmas
                   New Years

Vacation:   one week after 1 year of service
            "                2 years of service
            two weeks after 3 years of service

            or Unpaid vacation by approval

            Preferrably vacations taken during
            slack time or off season.

Sick Days:  3 Paid Sick Days

Medical Insurance & Life Insurance:
   50% paid by Employer
   50% paid by Employee

*paid on employee*

D00503

A248

BSO

21

1    difficult, then I'll just ask that you be given the

2    opportunity to review two side by side instead of one

3    document together.  Okay?

4             MS. BUTZ:  That's fine.

5    BY MS. BUTZ:

6       Q.   If you can turn to page 2, right there under

7    Renee Butz, it says, "vacation hourly rate" --

8       A.   Mm-hmm.

9       Q.   -- under hours.  Can you state that, please?

10      A.   Vacation hours, 33.75 hours.

11      Q.   When would that have been paid out to the

12   employee?

13      A.   Well, payroll was from January 1 through

14   December 31.

15      Q.   To the best of your knowledge, when did

16   employee take vacation?

17      A.   It had to have been right in the middle of that

18   pay period.  Well, no, January 1 through December 31.

19   I don't know when it was taken.  But there's 33 hours

20   that was paid.

21      Q.   Would it have been before October?

22      A.   October what year?

23      Q.   Of '03.

24      A.   It was whenever you took the vacation.  I don't

B81

LAWNS UNLIMITED, LTD.
Milton, DE 302-645-5296

# VACATION REQUEST FORM
## OR
## LEAVE REQUEST FORM

Name: Renee Beauchemin     Date: 3-19-03

Type of Time off:   PAID VACATION   (UNPAID LEAVE)   PAID LEAVE
(please circle)

Start Date Off: 3 20/03     End Date Off: __/__/__

Return to Work: 3 20/03

If half day, please give time:

Start Time Off: 10:00 am   End Time Off: 11:30am?

Reason for leave: doctors appointment (OB6YN)

THIS FORM IS TO BE USED FOR ALL PAID VACATION AND PAID/UNPAID
LEAVE. EXAMPLES: DOCTORS APPOINTMENTS, GREEN CARDS, PERSONAL
REASONS, FUNERALS, DRIVER'S LICENSE, ETC.
PLEASE REMEMBER THAT LEAVE FOR PERSONAL REASONS AND FOR
APPOINTMENTS SHOULD BE SCHEDULED ON OFF HOURS NOT DURING WORKING
HOURS. REQUESTS MUST BE APPROVED 2 WEEKS PRIOR TO START DATE.
FOR EXTENDED TIME OF MORE THAN 3 DAYS YOU MUST HAVE APPROVAL 4
WEEKS PRIOR TO START TIME.

Authorized:   (YES)   NO
             (Circle One)

Authorized by: Ed Fleming

Date: 3/19/03

This is a Request Form. All vacation and leave requests must be
authorized by Ed Fleming. Authorization depends on time of
year, particular jobs scheduled, and other employee request for
vacation or leave in the same time frame.

B82

D00022

Butz v. Lawns Unlimited, Ltd. and Fleming
Renee M. Butz - DiBianca

Page 270

1   there, I called Jeanne and told her the situation.

2   Saying, "I'm going to the hospital.  I think my water

3   broke.  I might night not come in.  Don't know."

4       Q.    Stand by?

5       A.    So I went there.  That was when they told me my

6   mucus plug came out.  But I was only dilated slightly,

7   to go home.

8             So I went to work because I knew it was --

9   I think it was payroll week.  And so I was like, oh,

10  got I got to get stuff done.  So I wanted to wrap up a

11  whole bunch of other things before I went out on

12  maternity leave, you know, just my loose ends to make

13  sure everything was good and everybody understood.

14      Q.    What time did you get to work?

15      A.    I think it was around eight-ish, maybe a little

16  after.  I wasn't at the hospital very long.

17      Q.    How far is Beebe from Lawns?

18      A.    Five, ten minutes if that.

19      Q.    So you were at Beebe for less than an hour?

20      A.    Yeah.

21      Q.    So 8:00 o'clock.  You get to work.  Go ahead.

22      A.    I told everybody the situation.

23      Q.    Who's everybody?

24      A.    Mr. Fleming and Debby.

Wilcox and Fetzer, Ltd.   Registered Professional Reporters          302-655-0477
Electronically signed by ann calligan (501-267-394-7784)                           b296ea47-b05f-4b5f-a491-e5666b527145

A93

B83

Butz v. Lawns Unlimited, Ltd. and Fleming
Renee M. Butz - DiBianca

Page 279

1    work, right?

2    A.    He asked me why I wasn't there yet.

3    Q.    Okay.

4    A.    I once again told him I can't drive and once

5    again we went kind of into the same situation as the

6    23rd.

7    Q.    Okay.

8    A.    And that's when he said that, you know, well --

9    you're not coming back.  And I kept saying, "I give

10   you my word.  I give you my word."

11   Q.    Did he say why he felt that?

12   A.    I don't know if I can pinpoint.  I don't

13   remember him -- I don't remember if he said anything

14   like that.  I just remember him saying that, you know,

15   "you're not coming back."

16   Q.    And you just said, "Yes, I am."  Your husband

17   said, "Oh, yes, she is."  And then that also ended

18   pretty amicably I guess.

19   A.    Pretty peacefully, yes.

20   Q.    That's 7:00 a.m., and then what happens?

21   A.    Then the 26th, Mr. Fleming called for a

22   computer question.  I talked for about 15, 20 minutes.

23   Q.    That was peaceful also?

24   A.    That's very peaceful.  Nothing was said about

Wilcox and Fetzer, Ltd.   Registered Professional Reporters        302-655-0477
Electronically signed by ann calligan (501-267-394-7784)              b296ea47-b05f-4b5f-a491-e5666b527145

A95

B84

Butz v. Lawns Unlimited, Ltd. and Fleming
Renee M. Butz - DiBianca

Page 283

1    still a little nervous.

2    Q.    And two subsequent phone calls and everything

3    was fine, right?

4    A.    Yes.   There was no screaming, no yelling.   It

5    was all business talk and just --

6    Q.    Pleasant?

7    A.    -- pleasant.

8    Q.    So you were worried but not because anything

9    had happened subsequent to the 24th, is that right?   I

10   want to make sure sort of what your thoughts were as

11   far as uh-oh.   When did you say uh-oh, when you got

12   the letter?

13   A.    When I got the letter, I was devastated.   But

14   in back of my mind I was like, you know, I've seen

15   Mr. Fleming blow up, and I've seen him be very

16   manipulative to employees.   So I was hoping that I was

17   not going to be that type of person that he was going

18   to do that to.

19   Q.    That's exactly what I'm asking.   Did you have

20   any reason to think that, based on the way the

21   conversation ended the 24th and then your two

22   subsequent phone calls, did that give you any

23   indication that there was going to be major problems?

24   A.    There was a little doubt in my mind, but for

B85

Butz v. Lawns Unlimited, Ltd. and Fleming
Renee M. Butz - DiBianca

Page 284

1   overall I really didn't think that this was going to

2   happen.

3       Q.    That's why you would have called and left a

4   message with the baby's measurements and, you know,

5   the baby was born?

6       A.    Yeah.   I mean, why else would I have called?   I

7   was being pleasant.   If I wasn't going to be pleasant,

8   I would have never called him back and give him help

9   with his computer question.   I would have been like F

10  you.

11      Q.    That's exactly what I'm saying.   There was no

12  sort of hostility on your end in the sense what you

13  called them and let them know the good news,

14  et cetera, right?

15      A.    Yes.

16      Q.    That's all I'm trying to find out, sort of when

17  everything happened.   It seems like the letter, that

18  was the trigger, is that pretty fair?

19      A.    Yeah.

20      Q.    So you get the letter.   Then what happened?

21          And the letter we've already admitted.   So

22  we know what that is.

23      A.    I was devastated.   I cried and cried and cried.

24      Q.    Why did you cry, without stating the obvious

Wilcox and Fetzer, Ltd.   Registered Professional Reporters        302-655-0477
Electronically signed by ann calligan (501-267-394-7784)                     b296ea47-b05f-4b5f-a491-e5666b527145

A97



Butz v. Lawns Unlimited, Ltd. and Fleming
Edward William Fleming - Butz

Page 56

1    Lawns Unlimited.  We never had a labor contract in

2    Lawns Unlimited.  All we wanted to do was to hear from

3    you, Renee.  And that's it.  And we couldn't get any

4    correspondence out of you.

5        Q.    So after December 24th, you no longer spoke to

6    plaintiff?

7        A.    I was unable to speak to the plaintiff because

8    she would not return phone calls.  She gave Debby a

9    telephone number that I couldn't use.  I didn't

10   understand that.  Jeanne and I were both devastated.

11   And you know, Jeanne's mom -- the reason why Jeanne

12   wasn't there most of the summer is because her mom had

13   terminal lymphoma cancer, and she had passed away on

14   November 13th.  And she was gone for two to three

15   weeks to the funeral and to take care of the estate.

16             So she had a very traumatic 2003, trying

17   to raise four children plus work in the office plus

18   take care of her mom in Missouri, which was 1200 miles

19   away.  And I had extra responsibilities on myself also

20   because I had to take care of the children, which

21   would have been four children left at home.  Shane was

22   in college in Denver -- University of Colorado at

23   Boulder, Colorado.

24       Q.    So you did not speak to plaintiff on December

Wilcox and Fetzer, Ltd.  Registered Professional Reporters          302-655-047
Electronically signed by ann calligan (501-267-394-7784)          a3c36d78-8ff2-4b4b-b837-29887a82477

A16

B87

Butz v. Lawns Unlimited, Ltd. and Fleming
Edward William Fleming - Butz

Page 57

1   26th or 29th of December?

2   A.   I don't remember.  I don't think I did, but I

3   know Debby did because we had a problem with the

4   computer and Debby had your phone number.

5   Q.   Did Debby have plaintiff's cell phone number?

6   A.   No.  She had another phone number that only she

7   could use.

8          We waited for your call after I talked to

9   your father-in-law.  We did not fill your position.

10  And I guess we were saddened and disappointed that you

11  didn't call to talk to us at all about the baby and

12  about your job.

13  Q.   Did plaintiff call you to let you know the

14  birth of her child?

15  A.   Yes, she did.  She left a message after the

16  baby was born.

17  Q.   Did you call plaintiff to congratulate her?

18  A.   I don't remember.  But all I know is the kids

19  were very excited.  We were very excited.  And it

20  would have been nice to get a phone call so we could

21  come see you at the hospital, and the baby.  But

22  Debby's testimony said that Scott was not going to

23  allow us to see the baby, and if we did go into the

24  room, that he would escort us out of the room.

Wilcox and Fetzer, Ltd.   Registered Professional Reporters        302-655-0477
Electronically signed by ann calligan (501-267-394-7784)                     a3c36d78-8ff2-4b4b-b837-29887a824778

A17

B88

70

1    blank.

2    Q.   Did you indicate that your insurance premium

3    was much higher due to pregnancy medical bills?

4    A.   Actually the lawyer wrote the letter and I

5    signed it.

6    Q.   So you signed something without reading it?

7    A.   I guess I didn't read it carefully enough, but

8    I did sign it.

9    Q.   So you did not write the termination letter?

10   A.   No.

11   Q.   I'm sorry?

12   A.   No.

13   Q.   How would he have gotten the dates?

14        MS. DiBIANCA:   How would who have gotten

15   the dates?

16   Q.   How would his attorney have gotten the date of

17   the termination for --

18   A.   We gave him the dates.  I gave him the dates.

19   Q.   And how could he come up with a $23,000 figure?

20   A.   I don't know.  Maybe I called Beebe hospital on

21   a C-section.  I don't know.

22   Q.   Did plaintiff's spouse promise you on December

23   24 that plaintiff would be returning to work after

24   maternity leave?


B89

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civ. No. 05-495-JJF
                                        )        Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED, LTD. and               )
EDWARD FLEMING,                         )        Certification of
                                        )        Michael L. Butz
            Defendants,                 )

I, Michael L. Butz, of full age, certify as follows:

1.    I am the Father-in-Law of Plaintiff, Renee Butz, and am a citizen of the State
      of Delaware residing at 408 Creek Bend Drive, Newark, DE 19711. I submit
      this Certification in support of Plaintiff's opposition to Defendant's Motion
      for Summary Judgment. I have personal knowledge of the facts set forth
      below.

2.    After Plaintiff, Renee Butz, had received the Termination Letter, I tried three
      times to reach Defendant, Mr. Fleming, to discuss Renee's termination of
      employment with him, leaving voicemails for him each time. These phone
      calls were made on January 15, 2004 & two calls on January 19, 2004.

3.    After the two calls, Mr. Fleming returned my call and I asked Mr. Fleming if
      he realized that he was violating the Pregnancy Discrimination Act by firing
      Renee, a pregnant employee. Mr. Fleming told me that it was his Company
      and he could do whatever he wanted.

4.    I asked Mr. Fleming to reinstate Renee's job and he said he would, but only
      reinstate her under one condition. I asked him what that condition was and he
      said that Renee would have to sign an Employment Contract. He said that the
      Employment Contract would guarantee that Renee would work a certain
      number of years. I said that I doubted that Renee would sign an Employment
      Contract and I asked Mr. Fleming if any of his other employees had ever
      signed Employment Contracts. He said "No".



5.   I asked again if this was the only way Renee's employment would be reinstated and Mr. Fleming told me yes.

6.   I told Mr. Fleming that I would present this to Renee and if she was willing to sign an Employment Contract she would call him.

7.   Mr. Fleming did not share with me any of his feelings regarding these events or make any statement regarding how devastated he and his wife were from these events either.

8.   The entire call did not last more than 5 minutes.

I certify under penalty of perjury, in accordance with 28 U.S.C § 1746, that the forgoing is true and correct.

_____
Michael L. Butz

Date

Dated:    November 5, 2007

B91

Butz v. Lawns Unlimited, Ltd. and Fleming
Renee M. Butz - DiBianca

Page 296

1   saying, no, she's a liar.  Would you really have been

2   friendly on the phone?

3     A.    I told you I yelled.

4     Q.    When you say venting to me, like I vent to my

5   friends.  But you weren't really like more venting to

6   her as much as you are venting at her?

7     A.    I was just yelling.  And I -- it was -- then I

8   realized that I'm being stupid and this is immature

9   and got off the phone because it wasn't going to make

10  a difference.

11    Q.    Okay.  I understand.

12          Then what happened?  Then that's it, the

13  department of labor, and what not, right?

14    A.    Then that's -- all that, and then department of

15  labor asked Mr. Fleming to come in for a mediation.

16    Q.    Right.  Okay.  I don't want to get too far of a

17  time block.

18          Did you respond to this letter, the

19  January 7 letter in writing at all?

20    A.    No.

21    Q.    Did Mr. Butz tell you that might be a good

22  idea, Mr. Michael Butz?

23    A.    I don't think he indicated it was good, bad,

24  or -- I didn't respond.  At that point I a made

Wilcox and Fetzer, Ltd.   Registered Professional Reporters          302-655-0477
Electronically signed by ann calligan (501-267-394-7784)              b296ea47-b05f-4b5f-a491-e5666b527145

A107

Butz v. Lawns Unlimited, Ltd. and Fleming
Renee M. Butz - DiBianca

Page 297

1    decision I wasn't going to come back if I had to sign

2    a labor contract.

3        Q.    But you never got any real information about

4    what that actually meant?

5        A.    No.

6        Q.    And after Mr. Michael Butz called him, got

7    this information about some kind of labor contract,

8    came back to you, told you about it, what was sort of

9    his interpretation of the whole situation?

10       A.    As far as what Fleming said about the labor

11   contract.

12       Q.    Sort of what his thoughts were on it.  Like

13   this is nonsense or, well, I don't know what's going

14   on.

15       A.    He just said it's really up to you.  He

16   actually thought I should go look at the labor

17   contract.  But at that point I'm like, you know, I

18   didn't have a signed labor contract when I was first

19   hired.  I'm not signing one now, no.

20       Q.    Did Mr. Butz -- was he sort of a peacemaker in

21   that sense saying maybe we should move towards some

22   kind of peace making?

23       A.    No.  He just, you know, called Mr. Fleming for

24   me, and he goes, you know, "Here's your option.  Do

B93

Edward W. Fleming time line:

On December 23, 2003, Renee called Jeanne at our house at approx. 6:50 a.m. and told her she was on her way to Beebe Hospital, she thought her water broke. At approx. 8:30 a.m., Renee came to work. She stated to me she lost her mucos plug. At approx. 12:15 p.m., I was walking downstairs in our office and Debbie Watson, our other office employee stopped me and told me that Renee was leaving and was not coming back. I thought Debbie meant that Renee was leaving to have the baby, not that she was permanently not coming back. Renee at that time told me that her contractions were 10 minutes apart. Renee said that she was going to Beebe and that her Mom and Scott were on their way to take her. I told Renee if anyone of her or Scott's family needed to use our house in Lewes to sleep or shower while she was at Beebe Hospital that they were welcomed. Jeanne, our children and I were all excited about Renee having the baby as we have 5 children and love kids. Just before leaving the office I told Renee to fill out the company leave authorization form before she left and I handed her one of the forms. I was leaving the office in my truck. I was stopped at the end of the drive to turn on Route One and Scott and Renee's Mom were pulling into our driveway. I waved but they did not acknowledge me and I thought that was strange. After leaving the office, I called the office, Debbie answered the phone. I asked to speak to Renee, to make sure that she told Scott and her Mom that they could stay at our house that night or the next couple of days while she was having the baby. She said thank you and OK. I returned back to work around 4:00 p.m., Debbie told me to sit down, she had something to tell me. Debbie continued with everything that had transpired that she knew had been told to her by Renee. After hearing what Debbie told me I was devastated. I thought Renee was a caring honest employee and I found out otherwise, that she lied to me about the events that took place earlier that morning.

B94

*INTERROGATY    JANUARY 29, 2007*
*ANSWER*

## Specific Objections and Responses

1.    Describe with particularity all facts supporting Defendant's allegation that Plaintiff abandoned her employment with Defendant in December 2003.

**RESPONSE:** Defendants object to the interrogatory as overly broad, incomprehensibly vague and unduly burdensome. Subject to and without waiving the foregoing objections, Defendants respond that Plaintiff failed to provide Defendant Lawns with an anticipated start or end date for her expected maternity leave. Instead, on December 23, 2003, Plaintiff arrived at work, packed her personal belongings, told a co-worker that she was leaving and never coming back and if pushed for more information, she would sue Defendants Lawns. Plaintiff then left the Lawns facility. Plaintiff did not provide Lawns with any transition plans, a status report for any pending projects or accounts or give any other information that would indicate she was preparing to begin her maternity leave. Plaintiff did not leave her keys to the facility, as employees would be expected to do when beginning a six-week leave of absence. Instead, she simply left when no manager was present and without leaving a note or message to indicate her intentions. Having not been given any notice about Plaintiff's sudden departure, as well as her failure to provide any information to her supervisors about her departure, Defendants telephoned Plaintiff at home, at which time her husband threatened them to cease and desist any further contact with Plaintiff. On December 24, 2003, Plaintiff sent an e-mail stating that she had begun her maternity leave effective the 23th of December, 2003.

2.    Identify each and every document supporting, evidencing, or in any way relating to Defendant's allegation that Plaintiff abandoned her employment with Defendant in December 2003.

**RESPONSE:** Defendants object to the interrogatory as overly broad and unduly burdensome. Subject to and without waiving the foregoing objections, Defendants have produced responsive documents in their possession.

B95

## Health Insurance Comparison
### Lawn's Unlimited Optimum Choice vs. Cecil County's Blue Cross / Blue Shield

| | Lawns Unlimited Optimum Choice | Cecil County Blue Cross/Blue Shield |
|---|---|---|
| Annual Deductible | None | $300 In-Network<br>$300 Out-of-Network |
| Out of Pocket Maximum | N/A | $1,500 |
| Lifetime Maximum | Unlimited | $2,000,000 |
| Primary Care Physician | $10 Co-pay | $10 Co-pay |
| Specialty Care Physician | $15 Co-Pay | $20 Co-pay |
| Hospital Room & Board | Covered in Full | 90% After Deductible |
| Inpatient Physician Services | Covered in Full | 90% After Deductible |
| X-Ray & Lab Services | $15 Co-pay | 90% After Deductible |
| Emergency Room | $50 Co-pay | 90% After Deductible |
| Prescription - Retail<br>   Generic<br>   Formulary<br>   Brand | $15 Co-pay - 30 day supply<br>$25 Co-pay - 30 day supply<br>$45 Co-pay - 30 day supply | $10 Co-pay - 30 day supply<br>25% of cost up to $50 - 30 day supply<br>25% of cost up to $50 - 30 day supply |
| Prescription - Mail Order<br>   Generic<br>   Formulary<br>   Brand | Not Available<br>Not Available<br>Not Available | $10 Co-pay - 90 day supply<br>25% of cost up to $50 - 90 day supply<br>25% of cost up to $50 - 90 day supply |



B96

D00390

7A

# OPTIMUM CHOICE, INC. ℠

A MAMSI/UnitedHealthcare Company

# EVIDENCE

# OF

# COVERAGE

0401165-1098DE

10 02 06 228  0604

CW

OPTIMUM CHOICE, INC.℠

A MAMSI/UnitedHealthcare Company

4 Taft Court
Rockville, MD 20850

B97 FROM

D00391



FROM

D00392

# INTRODUCTION

OPTIMUM CHOICE, INC. (OCI) HEALTH PLAN EVIDENCE OF COVERAGE

Welcome to OCI, your Quality Care Health Plan. We appreciate your participation with OCI, and look forward to providing you with comprehensive, coordinated health care.

This Evidence of Coverage was designed to provide you with a detailed explanation of the health care coverage provided through OCI for you and the members of your family.

Your Primary Care Physician is responsible for providing or coordinating your medical care, including referrals for Specialty care and Hospital care, when Medically Necessary. Please note that OCI may not pay for **Medical Services which you obtain without prior approval by your Primary Care Physician (except in a Medical Emergency or an unforeseen Illness or injury which occurs while you are outside of the OCI Service Area).**

To understand exactly what your participation entails, please read this booklet carefully and jot down any points you may not understand or want to have verified. The answers may be as close as your telephone, 24 hours a day, 7 days a week: (301) 380-8115, toll-free (800) 709-7804, or TTY (for the hearing impaired) (301) 309-1710; or feel free to visit our offices during normal business hours: Monday through Friday, 8:30 a.m. to 5:30 p.m. We are located at 4 Taft Court, Rockville, MD 20850 & 800 Oak Street, Frederick, MD 21703.

Sincerely,

Thomas P Barbera

**Thomas Barbera**
**President**

D00393

# Your Health Benefits At a Glance

| Annual Deductible | Individual | |
|---|---|---|
| | Family | None |
| **Lifetime Maximum Benefit** | | Unlimited |
| *Outpatient Services* | | |
| Primary Care Physician Office Visits | | $10 Copayment |
| Specialty Care Physician Office Visits | | $15 Copayment |
| Adult Physicals and Well Child Care. | | $10 Copayment |
| Mammography Screening | | $15 Copayment |
| Allergy Testing/Treatment | | $15 Copayment |
| Annual GYN Exam | | $25 Copayment |
| Maternity Care | | $15 Copayment |
| Diagnostic Laboratory and X-Ray Services | | $15 Copayment |
| Chiropractic Services | | 50% Copayment |
| Norplant Services | | 50% Copayment |
| Infertility Services | | 50% Copayment |
| Physical, Occupation, Speech, Cognitive Therapy - 60 combined visits | | $15 Copayment |
| Emergency Room Services | | $50 Copayment |
| Urgent Care Services | | $15 Copayment |
| Outpatient Hospital Services | | $50 Copayment |
| Durable Medical Equipment | | 50% Copayment |
| Prosthetic Devices/Orthopedic Braces | | 50% Copayment |
| Home Health Care | | Covered in Full |
| *Inpatient Services* | | |
| Hospital Room & Board | | Covered in Full |
| Inpatient Physician's Services | | Covered in Full |
| Other Inpatient Services | | Covered in Full |
| Hospice Care | | Covered in Full |
| Skilled Nursing Facility Care (60 days/year.) | | Covered in Full |



FROM

| | |
|---|---|
| Inpatient Admissions require Preauthorization | Primary Care Physician is Responsible |
| **Mental Health/Substance Abuse** | |
| Inpatient Mental Health Services (30 days/Contract Year.) | |
| Outpatient Mental Health Services (20 visits/Contract Year) | 50% Copayment |
| Inpatient Substance Abuse Services (30 combined days/Contract Year & 90 day limit/lifetime) | OCI pays the first $80, the Member is responsible for the next $50, & OCI will pay remainder up to $130 per inpatient day |
| Outpatient Substance Abuse Services (20 visits/Contract Year) | 50% Copayment |
| **Other Health Care Services** | |
| Organ Transplant Services | liver (for children under 18) kidney, bone marrow, cornea |
| Whole Blood | Not a Covered Service |

*This chart outlines a summary of benefits only. For a detailed description of benefits, limitations and exclusions, please see Section III, Benefits Description, in this Evidence of Coverage Booklet.*

✳ PRESCRIPTION PLAN SUMMARY (TO FOLLOW)

B101

D00394

# CECIL COUNTY EMPLOYEE BENEFIT PLAN
## Effective January 1, 2004

| PLAN DESIGN | Blue Cross and Blue Shield Standard Option PPO Plan | | Blue Cross and Blue Shield High Option PPO Plan | |
|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| **Deductibles** <br> • Individual <br> • Individual +1 <br> • Family | $300 <br> $600 <br> $900 | $300 <br> $600 <br> $900 | $100 <br> $200 <br> $300 | $100 <br> $200 <br> $300 |
| Coinsurance | 75% | 65% | 90% | 75% |
| Copayment | $10 Primary Care Physician (PCP) <br> $20 Specialist | None | $10 Primary Care Physcian (PCP) <br> $20 Specialist | None |
| **Out of Pocket Maximum** <br> • Individual <br> • Individual +1 <br> • Family <br> Includes deductibles and coinsurance | $1,500 <br> $3,000 <br> $4,500 | | $1,100 <br> $2,200 <br> $3,300 <br> *if you pay all deductibles & coinsurance – everything at 100%* | |
| Lifetime Maximum | $2,000,000 | | $2,000,000 | |
| **Preventive Care** | | | | |
| Routine Physical <br> (1 per CY – employee and/or spouse only) | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| Routine GYN <br> (1 per CY – employee and/or spouse only) | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| Well Child Care <br> (through age 12) | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| Immunizations | 100% | 100% | 100% | 100% |
| Routine Mammogram | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| Prostate Cancer Screening | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| Osteoporosis Prevention | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| **Hospitalization** | | | | |
| Pre-Certification-Continued Stay Review | 25% penalty up to a maximum reduction of $500 for failure to pre-certify a hospital admission | | | |
| Room & Board and Inpatient Services | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| **Physician/Hospital Services** | | | | |
| Surgery | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| X-ray and Lab | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| 2nd Surgical Opinion <br> Voluntary | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Emergency Room | 75% after deductible | 75% after deductible | 90% after deductible | 90% after deductible |
| Office Visits | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |



B102

# CECIL COUNTY EMPLOYEE BENEFIT PLAN
## Effective January 1, 2004

| PLAN DESIGN | Blue Cross and Blue Shield Standard Option PPO Plan | | Blue Cross and Blue Shield High Option PPO Plan | |
|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| **Miscellaneous Services** | | | | |
| Physical, Occupational and Speech Therapy (60 visits each per 180 day period) | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Chemotherapy and Radiation | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Chiropractic Care ($1,500 max per CY) | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Durable Medical Equipment | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Skilled Nursing Facility | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Home Health Care (240 days per year) | 75% | 65% | 90% | 75% |
| Hospice Care ($10,000 lifetime maximum) | 100% | | 100% | |
| Ambulance | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Infertility Services Up to $12,000 maximum per CY | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Organ Transplants | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| **Mental Health and Substance Abuse** | | | | |
| Inpatient (30 days per CY) | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Outpatient (45 visits per CY) | **1-20 visits** 60% after deductible<br>**21-45 visits** 50% | | **1-20 visits** 60% after deductible<br>**21-45 visits** 50% | |

| **Prescription Drug** *Cecil County Pharmacy* | |
|---|---|
| **Retail**<br>  Generic<br>  Brand | $10 copayment per prescription or refill –30 days supply<br>25% of the drug cost to a maximum of $50 –30 days supply |
| **Mail Order**<br>  Generic<br>  Brand | $10 copayment per prescription or refill –90 days supply<br>25% of the drug cost to a maximum of $50 –90 days supply |



B103

| | |
|---|---|
| **From:** | "Lockett Ann (DOI)" <Ann.Lockett@state.de.us> |
| **To:** | renee@scottbutz.com |
| **Subject:** | RE: Case DE DOI # 293150 - Renee Butz |
| **Attachments:** | index.txt |

**Date:** Thursday, September 13, 2007 11:20 AM
**HTML |** Plain Text | Header | Raw Content

Dear Renee:

Please access our Delaware Insurance law below by clicking on the link. Once you access it the Title 18 Insurance code will appear. From this point click on "Chapter 33" which says "Health Insurance Contracts". Then it will bring you to all the regulations which are in "Chapter 33" from this point click on regulation # 3335 - Which is titled "Newborn Children". This is the regulation outlining coverage is mandatory from the moment of birth to the 30th day of life. At the employers expense even if they don't offer dependent care.

Thanks,

Ann
The message is ready to be sent with the following file or link attachments:

Shortcut to: http://delcode.delaware.gov/title18/c033/index.shtml#P394_41329

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.
<>

B104

## § 3335. Newborn children.

(a) All individual and group health insurance policies providing coverage on an expense-incurred basis, and individual and group service or indemnity-type contracts issued by a nonprofit corporation, which provide coverage for a family member of the insured or subscriber, shall, as to such family members' coverage, also provide that the health insurance benefits applicable for children shall be payable with respect to a newly born child of the insured or subscriber from the moment of birth.

(b) The coverage for newly born children shall consist of coverage for injury or sickness, including the necessary care and treatment of medically diagnosed congenital defects and birth abnormalities as well as routine care furnished any infant from the moment of birth.

(c) If payment of a specific premium or subscription fee is required to provide coverage for a child, the policy or contract may require that notification of the birth of a newly born child, and payment of the required premium or fees, must be furnished to the insurer or nonprofit service or indemnity corporation within 31 days after the date of birth in order to have the coverage continued beyond such 31 day period. (59 Del. Laws, c. 529, § 1.)

## § 3336. Midwife services reimbursement.

(a) This section shall apply to every individual policy, contract or certificate issued thereunder, of health or sickness or accident insurance delivered or issued for delivery within the State which meets the requirements of subsection (d) of this section.

(b) This section shall apply to all such policies, contracts, certificates or programs issued, renewed, modified, altered, amended or reissued on or after September 9, 1988.

(c) This section shall apply to all private and public programs for health services and facilities reimbursement, including but not limited to any such reimbursement programs operated by the State.

(d) Whenever an insurance policy, contract or certificate or health services reimbursement program provides for reimbursement for any health care service which is within those areas of practice for which a midwife may be licensed pursuant to § 122 of Title 16 or pursuant to statute in the state where the service is delivered, or for the cost of birthing facilities, the insured or any other person covered by the policy, contract or certificate, or health services or facilities reimbursement program shall be entitled to reimbursement for such service or use of the facilities performed by a duly licensed certified nurse midwife practicing within those areas for which the certified nurse midwife is licensed in the state where the licensed certified nurse midwife is practicing. Whenever such service is performed by a licensed certified nurse midwife and reimbursed by a professional health services plan corporation, the licensed certified nurse midwife shall be granted such rights of participation, plan admission and registration as may be granted by the professional health services plan corporation, to a physician or osteopath performing such a service. When payment is made for health care services performed by a licensed certified nurse midwife, no payment or reimbursement shall be payable to a physician or osteopath for the services performed by the licensed certified nurse midwife.

(e) For the purposes of this section, "midwifery" shall only include those having the following qualifications:

(1) Age of 21 years or older;



```
HC125.PBE     M E M B E R  P R O F I L E    15:00:05 17 SEP 2007    Page  2
--------------------------------------------------------------------------------
SUBSCRIBER C0398449   MEM 01 NAME BEAUCHEMIN, RENEE M     SEX F  BIRTH 01-01-
GROUP                                COV          STATUS D EN.DATE
RDR PKG              Not on file                  DISENR DATE 12-31-03
TOTAL REQUESTED PHARMACY CLAIMS FOR CURRENT CONTRACT: $0.00  DED: $0.00
TOTAL DENTAL CLAIMS FOR CURRENT CONTRACT: $0.00  DED: $0.00
----------------------- P H A R M A C Y   C L A I M S -----------------------
*** NO CHECK OR REMITTANCE GENERATED ***        RCVD 07-21-03 PROC 07-21-03
--------------------------------------------------------------------------------
CLAIM PES103268X030814      PHARMACY 0803266    HAPPY HARRY'S #1DOS  09-15-03
NDC CODE    DESCRIPTION     SCRIPT NO.  FILL SUP QTY B/G F/N  DEA NUMBER
60258019601 PRENATAL 19     006162697    2   60  60 GEN FRM   BE4997346
REQ.AMT  DISALLOWED DEDUCT    COPAY ANCILL AMT  PLAN PAID  CHECK # DATE PAID
  22.41     0.00    0.00      22.41    0.00       0.00 68000085  09-25-03
COMMENTS                                          AUDIT #:053429567
STATUSES  E 09-15-03 P 09-25-03
*** NO CHECK OR REMITTANCE GENERATED ***        RCVD 09-15-03 PROC 09-15-03
--------------------------------------------------------------------------------
CLAIM PES103327X001299      PHARMACY 0803507    HAPPY HARRY'S #2DOS  11-21-03
NDC CODE    DESCRIPTION     SCRIPT NO.  FILL SUP QTY B/G F/N  DEA NUMBER
60258019601 PRENATAL 19     006208584    1   60  60 GEN FRM   BE4997346
REQ.AMT  DISALLOWED DEDUCT    COPAY ANCILL AMT  PLAN PAID  CHECK # DATE PAID
  22.41     0.00    0.00      22.41    0.00       0.00 38000085  12-04-03
COMMENTS                                          AUDIT #:003171294
STATUSES  E 11-21-03 P 12-04-03
*** NO CHECK OR REMITTANCE GENERATED ***        RCVD 11-21-03 PROC 11-21-03
--------------------------------------------------------------------------------
CLAIM PES104015X025928      PHARMACY 0802947    KERR DRUG      DOS 01-01-04
NDC CODE    DESCRIPTION     SCRIPT NO.  FILL SUP QTY B/G F/N  DEA NUMBER
49884077905 IBUPROFEN       006469252    1   7   20 GEN FRM   AW8737453
REQ.AMT  DISALLOWED DEDUCT    COPAY ANCILL AMT  PLAN PAID  CHECK # DATE PAID
   3.54     0.00    0.00       3.54    0.00       0.00 15000056  01-15-04
COMMENTS                                          AUDIT #:003047957
STATUSES  E 01-01-04 P 01-15-04
*** NO CHECK OR REMITTANCE GENERATED ***        RCVD 01-01-04 PROC 01-01-04
--------------------------------------------------------------------------------
CLAIM PES104015X025929      PHARMACY 0802947    KERR DRUG      DOS 01-01-04
NDC CODE    DESCRIPTION     SCRIPT NO.  FILL SUP QTY B/G F/N  DEA NUMBER
00406051201 OXYCODONE HCL-AC 002469251   1   2   30 GEN FRM   AW8737453
REQ.AMT  DISALLOWED DEDUCT    COPAY ANCILL AMT  PLAN PAID  CHECK # DATE PAID
   4.96     0.00    0.00       4.96    0.00       0.00 15000056  01-15-04
COMMENTS                                          AUDIT #:003468957
STATUSES  E 01-01-04 P 01-15-04
*** NO CHECK OR REMITTANCE GENERATED ***        RCVD 01-01-04 PROC 01-01-04
--------------------------------------------------------------------------------
ref/tmcelroy
```


B106    D00464

## ARTICLE 3: EFFECTIVE DATE OF COVERAGE

3.1    Subject to receipt by OCI of the applicable monthly Premiums and completed enrollment applications for each employee and their Eligible Dependents, coverage will become effective on the date stated on the Face Sheet or after complying with any probationary or other requirements established by Employer, whichever is later. For those enrolling during the Special Enrollment Period, see Article 3.2. For any newly acquired Dependent of a Subscriber (placement of a child for the purpose of adoption or birth), OCI must be notified within thirty-one (31) days of such an addition in order for coverage to become effective. Coverage of newborn Dependents will be effective from the date of birth provided: 1) at least one family member other than the Subscriber is covered under the Contract; 2) the newborn is added to the Subscriber's coverage within thirty-one (31) days from the date of birth; and 3) any applicable Premium is paid for the addition of a Dependent. Subscribers without "Employee Only" coverage must enroll the newborn Dependent during the thirty-one (31) day period following the birth and make arrangements to convert their Contract to the appropriate level of coverage, for coverage to be effective from the date of birth. For an Eligible Employee or Dependent applying for enrollment during the Group's Open Enrollment Period, the Coverage Effective Date will be the Anniversary Date.

3.2    Subject to receipt by OCI of the applicable monthly Premiums and completed enrollment applications for each Employee and the Employee's Eligible Dependents enrolled during the Special Enrollment Period, coverage will become effective on the date of written application for Employees or Dependents enrolled pursuant to Article 2.4 A of this Group Agreement.

3.3    For a Dependent that the Subscriber has been court or administratively ordered to provide health care coverage, coverage shall be effective on the date of the court or administrative order, provided that written application is furnished to OCI and any additional Premium owed is paid. If the Subscriber is enrolled in OCI but does not include the Dependent in enrollment, the non-covered parent, the child support enforcement agency, or the Social Services Department may apply for enrollment on behalf of the child, and the child will be included under the Subscriber's coverage regardless of enrollment period restrictions.

3.4    Eligible Employees or Retirees applying for coverage for themselves and their Dependents after the initial enrollment period or Open Enrollment Period will be considered Late Enrollees (with the exception of the Special Enrollment Periods) and may not be enrolled until the Group's next Open Enrollment Period. An Eligible Employee, Retiree, or Dependent will not be considered a Late Enrollee if he or she has been court or administratively ordered to provide health care coverage for his or her spouse or minor child/children.

## ARTICLE 4: MONTHLY PAYMENTS

4.1    The Employer shall pay to OCI on behalf of each Subscriber and Dependent the monthly Premium specified on the Face Sheet of this Agreement. If a Member's enrollment status changes during the course of the year, Employe's Premium on behalf of such Member shall change accordingly.

4.2    The Premium is due monthly beginning with the date stated on the Face Sheet. If such Premium payment is not made in full by Group on or prior to the Premium due date, a thirty-one (31) day grace period shall be granted to Group for payment. If payment is not received by the expiration of the grace period, then this Contract may be terminated by OCI   and OCI shall have no liability for benefits as of the Effective Date of termination of the Contract. The Employer shall be liable to OCI for the payment of the Premium for the time the certificate was in force during the grace period. All amounts due OCI outstanding subsequent to the grace period shall be subject to a late penalty charge of 1.50% of the total amount due calculated for each thirty-one (31) day period, or portion thereof, the amount due remains outstanding. Furthermore, in the event of termination of this Contract, Group agrees to reimburse OCI for expenses related to collection of amounts due, including attorney's fees (25% of the amount declared due and owing) subsequent to the last day for which Premiums were paid.

4.3    OCI may change the monthly Premium rate schedule by giving forty (40) days prior written notice to Employer. The monthly Premium rate schedule shall not be revised more often than once in any Contract year. However, notwithstanding the above, if a change in this Agreement is required by statute or regulation which increases OCI's risk under this Agreement, OCI may change the monthly Premium rate schedule upon forty (40) days prior written notice to Employer.

4.4    Employer shall pay the required total monthly premium for additions and terminations of Members during any month as follows:

   (a)   If a Member's coverage is effective within the first fifteen (15) days of the billing period (the period beginning with the date stated on the Face Sheet for which Premiums are due on a monthly basis), the full month's premium will be due for such Member. If a Member's coverage is effective after the fifteenth (15th) day of the billing period, no premium payment will be due for such Member for that month.

   (b)   If a Member's coverage terminates within the first fifteen (15) days of the billing period, no monthly premium payment shall be due for such Member for that month. If the Member's coverage terminates effective after the fifteenth (15th) day of the billing period, the total monthly premium for such Member shall be due.



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                          )
                                        )
              Plaintiff,                )
                                        )
       v.                               )       Civ. No. 05-495-JJF
                                        )       Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED, LTD. and               )
EDWARD FLEMING,                         )
                                        )       Certification of
                                        )       Scott M. Butz
              Defendants,               )

I, Scott M. Butz, of full age, certify as follows:

1.    I am the spouse of Plaintiff, Renee Butz, and am a citizen of the State of
      Maryland residing at 58 Hickory Drive, North East, MD 21901. I submit this
      Certification in support of Plaintiff's opposition to Defendant's Motion for
      Summary Judgment. I have personal knowledge of the facts set forth below.

2.    Renee Butz's pregnancy was high risk due to a low-lying placenta.

3.    I was asked by Ed Fleming to provide some technical support for Lawns
      Unlimited and set up a wireless network for all of the Fleming's family
      computers at Ed Fleming's home. I was not paid for any of these services that
      I provided; during a time when I was unemployed.

4.    Ed Fleming arranged for me to meet with a person with Intervet, but this was
      a meeting in the lobby to give him my resume so the resume could be passed
      on.

5.    On December 23, 2003 Renee called me while she was driving to work and
      told me she thought her water broke. I told her to drive to Beebe since she
      was five minutes away. She contacted me after meeting with the doctor and
      told me she lost her mucus plug and was dilated three centimeters. She then
      decided to drive to work and wait for me to pick her up there. I left work and
      picked up Renee's mother to drive to Lawns Unlimited to pick Renee and the
      car up. At approximately 2:00PM, when we arrived at Lawns Unlimited, Ed
      was leaving. We waived to him while he was on his radio. When we walked



in, Renee and Debbie were laughing. They told us that Ed radioed to Renee that her ambulance was here. Renee grabbed her toothbrush and toothpaste as we left.

6.    Ed Fleming called Renee that evening, I could hear him screaming at Renee and she began to cry. She kept telling Ed that she would return back to work after her maternity leave ended and kept denying Ed's accusations. When the phone call ended, Renee was visibly upset and needed to lie down.

7.    On December 24, 2003 Ed called and left a message. Renee called him back. Ed and Renee talked for a few minutes and then I heard Ed screaming at Renee and she started crying uncontrollably. I then grabbed the phone from Renee and tried to have a conversation with Ed. I could not get a word in for quite some time as Ed would not allow me to talk over his yelling. Ed kept yelling at me about what Debbie had told him. I finally had to firmly address Ed to calm down so I could talk about the accusations that he was making. I informed Ed that all information he was given could not be further from the truth. I told him that Renee did not have a job lined up and did not interview with anyone and that Renee would be returning to work for Lawns Unlimited after her maternity leave ended. Ed asked me to give him my word on this and I did. He then told me that he would take Renee's and my word on this and I thought everything was resolved. The conversation ended. Renee sent an email to Ed to confirm that she was officially on maternity leave.

I certify under penalty of perjury, in accordance with 28 U.S.C § 1746, that the forgoing is true and correct.

Scott M. Butz

Date    11-9-07

Dated:        November 9, 2007



(A232; A61; A5). She was also responsible for communicating and developing employee policies. (A5; A235). She encouraged the employees to communicate their ideas or suggestions with her or Laurie Schatz, who was the Office Assistant at that time. (A235; A5). Finally, she discussed the tardiness and absenteeism policies. (A5). She explained that employees must complete and submit a Vacation Request Form prior to taking any scheduled time off. (A236).

After Butz was hired, Lawns created the additional position of Office Assistant. Laurie Schatz was the first Office Assistant, followed by Dina Alderucci, and finally, Debra Watson, who was hired shortly before Butz left. Office positions were considered "key" positions. (A4).

### B. Employee Benefits

Butz was earning $12.00 per hour and received certain benefits at her termination. (A4).

### 1. Paid Vacation, Paid Holidays, and Paid Time Off

After one year of employment, key personnel became eligible for one week of paid vacation. (A23; A54). Only key employees received paid vacation. (A4). Upon completion of their second anniversary year, key personnel became eligible for up to two weeks of paid vacation. (A248).

Employees were required to submit a Vacation Request Form prior to taking scheduled vacation time. (A86; A87). Once Mr. Fleming approved the request, the form was given to Butz for use in payroll, (A8-9; A11, A52-53; A58), ensuring efficient scheduling.

Butz understood and utilized the Vacation Request Form. (A240; A198-A204). Butz took five days of paid vacation in 2003—four days in February and one day in September. (A55). Butz admits that she was fully compensated for all vacation time. (A56). All five days were taken before Butz actually became eligible for paid vacation. (A57).

**BIIO**

19

1      Q.    Did plaintiff receive paid time off for

2    vacation?

3      A.    I don't know.

4      Q.    Why not?

5      A.    I don't do payroll.

6      Q.    But you signed off on payroll?

7      A.    What do you mean by signing off on payroll?

8      Q.    You approved payroll; it's only entered by

9    office staff?

10            MS. DiBIANCA:   Is that a question or some

11    testimony?

12     Q.    It's who signed off on payroll?

13     A.    I approved it.

14     Q.    Correct.  So you're saying you don't know

15    plaintiff had paid time off.  Why don't you not know

16    if you signed off?

17     A.    Because you were not eligible for vacation

18    time --

19     Q.    When was I --

20     A.    -- and time off.

21     Q.    When was I eligible?

22     A.    A year after your start time, 12 months.

23     Q.    Did plaintiff take off on September 5th, 2003?

24     A.    I don't know if you did or not.  If it was

B111

Edward William Fleming - Butz

20

1    before your wedding, which was on the 6th, I guess you

2    did.

3      Q.    Was it paid vacation?

4      A.    I don't know.  I don't have your pay stub in

5    front of me.  I don't know.

6                MS. BUTZ:  Can I submit this as Fleming 2?

7                (Fleming Deposition Exhibit 2 was marked

8    for identification.)

9                MS. DiBIANCA:  Did we do this yesterday or

10   no?

11               MS. BUTZ:  It's combination of two

12   different things.

13               MS. DiBIANCA:  A combination of two

14   different production --

15               MS. BUTZ:  2002 and 2003 put together.

16               MS. DiBIANCA:  Are they intermixed?

17               MS. BUTZ:  Yes.

18               MS. DiBIANCA:  Would it be easier if we

19   had both full documents?

20               MS. BUTZ:  For what I'm doing later, no.

21               MS. DiBIANCA:  I won't object to the

22   admission of those, but if he finds it's

23   complicated -- I mean, it says 2003 and then the next

24   page is '02 and next page is '03.  So if it becomes

B112

# ✕ cingular
### WIRELESS

Account Number:    98186186-001-38
Billing Date:    Jan 05, 2004
Mobile Number:    (302)229-6853
Mobile User:    RENEE BUTZ
Total Mobiles:    2

## AIRTIME AND LONG DISTANCE CHARGES

| | | | | | City | | | Length of | ------CHARGES------ | | |
| Item | Date | Time | CL | No. Called | Called | F | P | Call | Air Time | Long Dist. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 12/20 | 10:41AM | | 443 553-3729 | INCOMI CL | S | N | 2 | 0.00 | | 0.00 |
| 116 | 12/20 | 11:49AM | | 410 275-2188 | CECILT MD | S | N | 1 | 0.00 | | 0.00 |
| 117 | 12/20 | 11:50AM | | 443 309-3170 | ELKTON MD | S | N | 1 | 0.00 | | 0.00 |
| 118 | 12/20 | 11:52AM | | 443 309-3170 | INCOMI CL | S | N | 2 | 0.00 | | 0.00 |
| 119 | 12/20 | 12:14PM | | 443 309-3170 | ELKTON MD | S | N | 5 | 0.00 | | 0.00 |
| 120 | 12/20 | 12:23PM | | 302 345-4010 | WILMIN DE | S | N | 1 | 0.00 | | 0.00 |
| 121 | 12/20 | 12:23PM | | 302 345-4010 | WILMIN DE | S | N | 1 | 0.00 | | 0.00 |
| 122 | 12/20 | 12:24PM | | 302 345-4010 | WILMIN DE | S | N | 2 | 0.00 | | 0.00 |
| 123 | 12/20 | 04:06PM | | 302 345-4010 | INCOMI CL | S | N | 1 | 0.00 | | 0.00 |
| 124 | 12/21 | 11:47AM | | 410 398-6127 | ELKTON MD | S | N | 22 | 0.00 | | 0.00 |
| 125 | 12/21 | 12:09PM | | 410 398-6127 | ELKTON MD | S | N | 9 | 0.00 | | 0.00 |
| 126 | 12/21 | 12:11PM | | 302 423-6245 | VOICE  CL | M | O | 1 | 0.00 | | 0.00 |
| 127 | 12/21 | 12:17PM | | 843 697-0556 | CHARLE SC | S | N | 26 | 0.00 | | 0.00 |
| 128 | 12/22 | 11:13AM | | 302 423-6245 | VOICE  CL | M | P | 2 | 0.00 | | 0.00 |
| 129 | 12/22 | 11:13AM | | 302 367-4447 | INCOMI CL | M | P | 3 | 0.00 | | 0.00 |
| 130 | 12/22 | 12:03PM | | 302 367-4447 | NEW CA DE | M | P | 4 | 0.00 | 0.00 | 0.00 |
| 131 | 12/22 | 05:27PM | | 302 841-0865 | GEORGE DE | S | P | 1 | 0.00 | | 0.00 |
| 132 | 12/22 | 05:28PM | | 302 367-4447 | NEW CA DE | M | P | 22 | 0.00 | 0.00 | 0.00 |
| 133 | 12/22 | 05:46PM | | 443 553-3729 | INCOMI CL | S | P | 1 | 0.00 | | 0.00 |
| 134 | 12/22 | 05:50PM | | 410 398-6127 | ELKTON MD | S | P | 31 | 0.00 | | 0.00 |
| 135 | 12/22 | 06:51PM | | 302 584-0617 | WILMIN DE | S | P | 2 | 0.00 | 0.00 | 0.00 |
| 136 | 12/22 | 07:00PM | | 302 367-4447 | NEW CA DE | M | P | 3 | 0.00 | 0.00 | 0.00 |
| 137 | 12/23 | 06:44AM | | 302 367-4447 | NEW CA DE | M | O | 2 | 0.00 | 0.00 | 0.00 |
| 138 | 12/23 | 06:48AM | | 443 553-3729 | ELKTON MD | S | O | 1 | 0.00 | | 0.00 |
| 139 | 12/23 | 06:48AM | | 443 553-3729 | ELKTON MD | S | O | 2 | 0.00 | | 0.00 |
| 140 | 12/23 | 06:56AM | | 302 892-2710 | WILMIN DE | S | O | 3 | 0.00 | 0.00 | 0.00 |
| 141 | 12/23 | 06:59AM | | 302 892-2710 | WILMIN DE | S | O | 4 | 0.00 | 0.00 | 0.00 |
| 142 | 12/23 | 07:01AM | | 302 367-4447 | INCOMI CL | M | P | 3 | 0.00 | | 0.00 |
| 143 | 12/23 | 07:04AM | | 302 645-7215 | LEWES  DE | S | P | 4 | 0.00 | | 0.00 |
| 144 | 12/23 | 07:09AM | | 302 934-0248 | HILLSB DE | S | P | 3 | 0.00 | | 0.00 |
| 145 | 12/23 | 08:27AM | | 302 367-4447 | NEW CA DE | M | P | 5 | 0.00 | 0.00 | 0.00 |
| 146 | 12/23 | 08:32AM | | 302 892-2710 | WILMIN DE | S | P | 4 | 0.00 | | 0.00 |
| 147 | 12/23 | 08:36AM | | 443 553-3729 | INCOMI CL | S | P | 2 | 0.00 | | 0.00 |
| 148 | 12/23 | 02:56PM | | 302 423-6245 | VOICE  CL | M | P | 1 | 0.00 | | 0.00 |
| 149 | 12/23 | 02:59PM | | 302 367-4447 | INCOMI CL | M | P | 1 | 0.00 | | 0.00 |
| 150 | 12/23 | 03:57PM | | 302 367-4447 | INCOMI CL | M | P | 2 | 0.00 | | 0.00 |
| 151 | 12/23 | 05:08PM | | 443 553-3730 | INCOMI CL | S | P | 3 | 0.00 | | 0.00 |
| 152 | 12/23 | 06:55PM | | 302 228-4395 | INCOMI CL | M | P | 12 | 0.00 | | 0.00 |
| 153 | 12/23 | 07:12PM | | 302 934-0248 | MILLSB DE | S | P | 1 | 0.00 | 0.00 | 0.00 |
| 154 | 12/23 | 07:13PM | | 302 542-2118 | GEORGE DE | S | P | 2 | 0.00 | 0.00 | 0.00 |
| 155 | 12/23 | 07:15PM | | 302 644-2098 | LEWES  DE | S | P | 14 | 0.00 | 0.00 | 0.00 |
| 156 | 12/23 | 07:40PM | | 302 934-0248 | MILLSB DE | S | P | 1 | 0.00 | | 0.00 |
| 157 | 12/23 | 07:41PM | | 410 398-6127 | ELKTON MD | S | P | 14 | 0.00 | | 0.00 |
| 158 | 12/23 | 07:57PM | | 443 553-3729 | INCOMI CL | S | P | 7 | 0.00 | | 0.00 |
| 159 | 12/23 | 08:29PM | | 302 934-0248 | HILLSB DE | S | P | 1 | 0.00 | 0.00 | 0.00 |
| 160 | 12/23 | 09:04PM | | 302 934-0248 | INCOMI CL | S | O | 27 | 0.00 | | 0.00 |
| 161 | 12/24 | 07:15AM | | 302 423-6245 | VOICE  CL | M | P | 1 | 0.00 | | 0.00 |
| 162 | 12/24 | 07:18AM | | 302 228-4395 | INCOMI CL | M | P | 27 | 0.00 | | 0.00 |
| 163 | 12/24 | 09:26AM | | 302 423-6245 | VOICE  CL | M | P | 1 | 0.00 | | 0.00 |
| 164 | 12/24 | 09:49AM | | 410 962-2240 | BALTIM MD | S | P | 4 | 0.00 | | 0.00 |
| 165 | 12/24 | 10:02AM | | 443 553-3729 | INCOMI CL | S | P | 24 | 0.00 | | 0.00 |
| 166 | 12/24 | 02:04PM | | 302 423-6245 | VOICE  CL | M | P | 1 | 0.00 | | 0.00 |
| 167 | 12/25 | 08:45AM | | 302 423-6245 | VOICE  CL | M | P | 1 | 0.00 | | 0.00 |
| 168 | 12/25 | 08:46AM | | 443 553-3495 | ELKTON MD | S | P | 2 | 0.00 | | 0.00 |
| 169 | 12/25 | 08:48AM | | 843 697-0556 | CHARLE SC | S | P | 1 | 0.00 | | 0.00 |
| 170 | 12/25 | 08:50AM | | 843 873-0363 | INCOMI CL | S | P | 20 | 0.00 | | 0.00 |



B113

**Cellular One WIRELESS**

| Account Number: | 98186186-001-38 |
|---|---|
| Billing Date: | Jan 05, 2004 |
| Mobile Number: | (302)229-6853 |
| Mobile User: | RENEE BUTZ |
| Total Mobiles: | 2 |

## AIRTIME AND LONG DISTANCE CHARGES

|  |  |  |  |  |  | City |  |  | Length of | Air | Long |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | Date | Time | CL | No. Called | Called | F | P | Call | Time | Dist. | Total |
| 171 | 12/25 | 12:36PM |  | 410 352-3647 | BISHOP MD | S | P | 11 | 0.00 |  | 0.00 |
| 172 | 12/25 | 12:48PM |  | 410 208-4933 | BERLIN MD | S | P | 6 | 0.00 |  | 0.00 |
| 173 | 12/26 | 09:32AM |  | 302 645-5296 | LEWES DE | S | P | 12 | 0.00 | 0.00 | 0.00 |
| 174 | 12/26 | 09:44AM |  | 302 423-6245 | VOICE CL | M | P | 2 | 0.00 |  | 0.00 |
| 175 | 12/26 | 09:51AM |  | 443 553-3729 | INCOMI CL | S | P | 1 | 0.00 |  | 0.00 |
| 176 | 12/26 | 11:47AM |  | 302 229-6853 | INCOMI CL | S | P | 8 | 0.00 |  | 0.00 |
| 177 | 12/26 | 04:28PM |  | 443 553-3730 | ELKTON MD | S | P | 2 | 0.00 |  | 0.00 |
| 178 | 12/28 | 10:30AM |  | 410 208-4933 | INCOMI CL | S | N | 8 | 0.00 |  | 0.00 |
| 179 | 12/28 | 11:08AM |  | 757 560-2366 | GREAT VA | S | N | 2 | 0.00 |  | 0.00 |
| 180 | 12/28 | 01:40PM |  | 443 553-3729 | INCOMI CL | S | N | 22 | 0.00 |  | 0.00 |
| 181 | 12/28 | 10:07PM |  | 302 423-6245 | VOICE CL | M | O | 4 | 0.00 |  | 0.00 |
| 182 | 12/29 | 11:39AM |  | 302 423-6245 | VOICE CL | M | P | 1 | 0.00 |  | 0.00 |
| 183 | 12/29 | 11:41AM |  | 302 645-5296 | LEWES DE | S | P | 19 | 0.00 |  | 0.00 |
| 184 | 12/29 | 02:49PM |  | 302 367-4447 | NEW CA DE | M | P | 4 | 0.00 | 0.00 | 0.00 |
| 185 | 12/29 | 03:03PM |  | 302 367-4447 | INCOMI CL | M | P | 5 | 0.00 |  | 0.00 |
| 186 | 12/29 | 04:13PM |  | 410 996-1035 | INCOMI CL | S | P | 2 | 0.00 |  | 0.00 |
| 187 | 12/29 | 05:18PM |  | 302 584-0617 | INCOMI CL | S | P | 5 | 0.00 |  | 0.00 |
| 188 | 12/29 | 05:24PM |  | 302 644-2098 | LEWES DE | S | P | 11 | 0.00 | 0.00 | 0.00 |
| 189 | 12/29 | 06:43PM |  | 302 245-5461 | GEORGE DE | S | P | 3 | 0.00 |  | 0.00 |
| 190 | 12/30 | 08:24AM |  | 757 560-2366 | INCOMI CL | S | P | 6 | 0.00 |  | 0.00 |
| 191 | 12/30 | 08:32AM |  | 757 560-2366 | GREAT VA | S | P | 15 | 0.00 |  | 0.00 |
| 192 | 12/30 | 11:21AM |  | 443 309-3170 | ELKTON MD | S | P | 4 | 0.00 |  | 0.00 |
| 193 | 12/30 | 11:24AM |  | 843 697-0556 | CHARLE SC | S | P | 2 | 0.00 |  | 0.00 |
| 194 | 12/30 | 05:13PM |  | 302 423-6245 | VOICE CL | M | O | 2 | 0.00 |  | 0.00 |
| 195 | 12/30 | 05:38PM |  | 410 208-4933 | BERLIN MD | S | P | 2 | 0.00 |  | 0.00 |
| 196 | 12/30 | 05:40PM |  | 443 309-3170 | ELKTON MD | S | P | 2 | 0.00 |  | 0.00 |
| 197 | 12/30 | 06:04PM |  | 843 697-0556 | INCOMI CL | S | P | 11 | 0.00 |  | 0.00 |
| 198 | 12/30 | 06:20PM |  | 443 309-3170 | ELKTON MD | S | P | 3 | 0.00 |  | 0.00 |
| 199 | 12/30 | 06:24PM |  | 410 620-5536 | ELKTON MD | S | P | 1 | 0.00 |  | 0.00 |
| 200 | 12/30 | 06:26PM |  | 302 584-0617 | WILMIN DE | S | P | 2 | 0.00 | 0.00 | 0.00 |
| 201 | 12/30 | 06:33PM |  | 757 560-2366 | GREAT VA | S | P | 2 | 0.00 |  | 0.00 |
| 202 | 12/30 | 06:35PM |  | 410 287-5025 | NORTH MD | S | P | 2 | 0.00 |  | 0.00 |
| 203 | 12/30 | 06:36PM |  | 443 497-3701 | SALISB MD | S | P | 2 | 0.00 |  | 0.00 |
| 204 | 12/30 | 06:38PM |  | 410 641-6453 | BERLIN MD | S | P | 2 | 0.00 |  | 0.00 |
| 205 | 12/30 | 06:40PM |  | 410 641-6453 | BERLIN MD | S | P | 3 | 0.00 |  | 0.00 |
| 206 | 12/31 | 08:40AM |  | 843 747-0070 | CHARLE SC | S | P | 1 | 0.00 |  | 0.00 |
| 207 | 12/31 | 08:43AM |  | 843 697-0556 | CHARLE SC | S | P | 8 | 0.00 |  | 0.00 |
| 208 | 12/31 | 09:14AM |  | 410 208-4933 | INCOMI CL | S | P | 6 | 0.00 |  | 0.00 |
| 209 | 12/31 | 11:27AM |  | 410 996-1035 | INCOMI CL | S | P | 7 | 0.00 |  | 0.00 |
| 210 | 12/31 | 01:30PM |  | 302 324-3501 | INCOMI CL | S | P | 2 | 0.00 |  | 0.00 |
| 211 | 12/31 | 02:23PM |  | 302 345-4010 | WILMIN DE | S | P | 4 | 0.00 | 0.00 | 0.00 |
| 212 | 12/31 | 03:12PM |  | 443 553-3729 | INCOMI CL | S | P | 2 | 0.00 |  | 0.00 |
| 213 | 12/31 | 04:47PM |  | 443 553-3729 | INCOMI CL | S | P | 1 | 0.00 |  | 0.00 |
| 214 | 12/31 | 06:02PM |  | 302 838-1409 | INCOMI CL | S | P | 3 | 0.00 |  | 0.00 |
| 215 | 12/31 | 06:14PM |  | 410 287-5025 | INCOMI CL | S | P | 3 | 0.00 |  | 0.00 |
| 216 | 12/31 | 09:07PM |  | 843 873-0363 | SUMMER SC | S | O | 1 | 0.00 |  | 0.00 |
| 217 | 12/31 | 09:08PM |  | 302 423-6245 | VOICE CL | M | O | 4 | 0.00 |  | 0.00 |
| 218 | 01/01 | 03:56PM |  | 843 697-0556 | INCOMI CL | S | P | 3 | 0.00 |  | 0.00 |
| 219 | 01/02 | 02:06PM |  | 302 229-6853 | INCOMI CL | S | P | 2 | 0.00 |  | 0.00 |
| 220 | 01/02 | 04:18PM |  | 302 367-4447 | NEW CA DE | M | P | 2 | 0.00 |  | 0.00 |
| 221 | 01/02 | 05:38PM |  | 302 367-4447 | NEW CA DE | M | P | 13 | 0.00 |  | 0.00 |
| 222 | 01/03 | 08:53PM |  | 302 423-6245 | VOICE CL | M | O | 2 | 0.00 |  | 0.00 |
| 223 | 01/03 | 08:56PM |  | 410 208-4933 | BERLIN MD | S | N | 34 | 0.00 |  | 0.00 |
| 224 | 01/03 | 09:37PM |  | 843 697-0556 | INCOMI CL | S | N | 10 | 0.00 |  | 0.00 |
| 225 | 01/04 | 10:15AM |  | 410 398-6127 | ELKTON MD | S | N | 3 | 0.00 |  | 0.00 |
| 226 | 01/04 | 02:39PM |  | 443 553-3729 | ELKTON MD | S | N | 16 | 0.00 |  | 0.00 |



✕ cingular
WIRELESS

Account Number:           98186186-001-38
Billing Date:             Jan 05, 2004
Mobile Number:            (302)229-6853
Mobile User:              RENEE BUTZ
Total Mobiles:            2

## AIRTIME AND LONG DISTANCE CHARGES

------CHARGES-------

| Item | Date | Time | CL | No. Called | City Called | F | P | Length of Call | Air Time | Long Dist. | Total |
|------|------|------|----|-----------|-------------|---|---|------|------|------|-------|
| 227 | 01/04 | 04:02PM | 302 | 836-1409 | INCOMI CL | S | N | 2 | 0.00 | | 0.00 |
| 228 | 01/04 | 04:07PM | 302 | 836-1409 | INCOMI CL | S | N | 1 | 0.00 | | 0.00 |
| 229 | 01/04 | 04:10PM | 302 | 584-0474 | INCOMI CL | S | N | 2 | 0.00 | | 0.00 |
| 230 | 01/04 | 06:45PM | 443 | 645-4700 | ELKTON MD | S | N | 22 | 0.00 | | 0.00 |
| 231 | 01/05 | 01:54PM | 302 | 645-4700 | LEWES DE | S | P | 5 | 0.00 | 0.00 | 0.00 |
| 232 | 01/05 | 01:59PM | 302 | 327-5211 | NEW CA DE | S | P | 2 | 0.00 | | 0.00 |
| 233 | 01/05 | 02:10PM | 302 | 645-5296 | LEWES DE | S | P | 3 | 0.00 | 0.00 | 0.00 |
| 234 | 01/05 | 07:00PM | 757 | 560-2386 | INCOMI CL | S | P | 12 | 0.00 | | 0.00 |
| 235 | 01/05 | 07:21PM | 410 | 620-5536 | ELKTON MD | S | P | 15 | 0.00 | | 0.00 |

1444    0.00    0.00    0.00

Feature(F): C=Call Waiting; D=Data Call; F=Call Forwarding; N=Group Mobile to
Mobile Calls; I=Incoming Call; K=Fax Call; M=Mobile to Mobile Discount; R=Roam
with Home; S=Shared Minutes; T=Three Way Calling; W=Nights and Weekends

Period(P): P=Peak; O=Off Peak; N=Nights

## CINGULAR LONG DISTANCE

--CHARGES---

| Item | Date | Time | CL | No. Called | City Called | F | Length of Call | Long Dist. | Total |
|------|------|------|----|-----------|-------------|---|------|------|-------|
| 1 | 12/08 | 04:19PM | 443 | 553-3729 | ELKTON MD | | 4:00 | 0.00 | 0.00 |
| 2 | 12/08 | 04:26PM | 443 | 309-3170 | ELKTON MD | | 10:00 | 0.00 | 0.00 |
| 3 | 12/09 | 04:36PM | 443 | 553-3729 | ELKTON MD | | 2:00 | 0.00 | 0.00 |
| 4 | 12/09 | 04:38PM | 410 | 208-4933 | BERLIN MD | | 25:00 | 0.00 | 0.00 |
| 5 | 12/10 | 12:38PM | 443 | 553-3729 | ELKTON MD | | 2:00 | 0.00 | 0.00 |
| 6 | 12/10 | 06:25PM | 410 | 398-6127 | ELKTON MD | | 25:00 | 0.00 | 0.00 |
| 7 | 12/10 | 07:59PM | 443 | 553-3496 | ELKTON MD | | 2:00 | 0.00 | 0.00 |
| 8 | 12/11 | 04:09PM | 443 | 553-3496 | ELKTON MD | | 1:00 | 0.00 | 0.00 |
| 9 | 12/11 | 06:17PM | 757 | 560-2386 | GREAT VA | | 4:00 | 0.00 | 0.00 |
| 10 | 12/11 | 06:21PM | 757 | 560-2386 | GREAT VA | | 1:00 | 0.00 | 0.00 |
| 11 | 12/11 | 06:25PM | 336 | 558-3051 | GREENS NC | | 15:00 | 0.00 | 0.00 |
| 12 | 12/11 | 07:42PM | 410 | 620-5536 | ELKTON MD | | 27:00 | 0.00 | 0.00 |
| 13 | 12/12 | 04:15PM | 410 | 398-6127 | ELKTON MD | | 1:00 | 0.00 | 0.00 |
| 14 | 12/12 | 04:17PM | 443 | 553-3729 | ELKTON MD | | 2:00 | 0.00 | 0.00 |
| 15 | 12/13 | 05:55PM | 302 | 229-6853 | INCOMI CL | | 1:00 | 0.00 | 0.00 |
| 16 | 12/15 | 12:05PM | 443 | 553-3729 | ELKTON MD | | 2:00 | 0.00 | 0.00 |
| 17 | 12/15 | 04:03PM | 443 | 553-3729 | ELKTON MD | | 1:00 | 0.00 | 0.00 |
| 18 | 12/15 | 04:38PM | 410 | 398-6127 | ELKTON MD | | 1:00 | 0.00 | 0.00 |
| 19 | 12/15 | 05:44PM | 410 | 620-5536 | ELKTON MD | | 15:00 | 0.00 | 0.00 |
| 20 | 12/16 | 06:54AM | 443 | 553-3729 | ELKTON MD | | 2:00 | 0.00 | 0.00 |
| 21 | 12/16 | 12:13PM | 443 | 553-3729 | ELKTON MD | | 1:00 | 0.00 | 0.00 |
| 22 | 12/16 | 04:04PM | 843 | 697-0556 | CHARLE SC | | 2:00 | 0.00 | 0.00 |
| 23 | 12/16 | 04:14PM | 443 | 309-3170 | ELKTON MD | | 9:00 | 0.00 | 0.00 |
| 24 | 12/16 | 08:17PM | 410 | 275-2180 | CECILT MD | | 8:00 | 0.00 | 0.00 |
| 25 | 12/17 | 04:43PM | 410 | 398-6127 | ELKTON MD | | 1:00 | 0.00 | 0.00 |
| 26 | 12/18 | 04:33PM | 410 | 398-6127 | ELKTON MD | | 1:00 | 0.00 | 0.00 |
| 27 | 12/21 | 12:17PM | 843 | 697-0556 | CHARLE SC | | 26:00 | 0.00 | 0.00 |
| 28 | 12/22 | 05:50PM | 410 | 398-6127 | ELKTON MD | | 31:00 | 0.00 | 0.00 |
| 29 | 12/23 | 06:47AM | 443 | 553-3729 | ELKTON MD | | 1:00 | 0.00 | 0.00 |



William C. Manlove
1st Commissioner District

Nelson K. Bolender, President
2nd Commissioner District

Larry A. Hepbron
3rd Commissioner District

Phyllis Kilby, Vice-President
4th Commissioner District

Mark H. Guns
5th Commissioner District



Alfred C. Wein, Jr.
County Administrator
410-996-5203

Board of County Commissioners
107 North Street, Elkton, MD 21921
410-996-5201 Fax: 410-996-1014

Cecil County Information
410-996-5200
410-658-4041

**CECIL COUNTY GOVERNMENT**
129 East Main Street
Elkton, MD 21921
February 18, 2004

Renee M. Butz
2 Cymbal Court
Newark, DE 19702

Dear Ms. Butz:

Please be advised that the Treasurer of Cecil County has appointed you as a Junior Accountant effective March 1, 2003, pending the results of your physical and drug screen. Your hourly rate will be $12.88 (Grade 6). In accordance with the Personnel Policies & Procedures Manual, Article VII, Section A277-13 "Unclassified Positions", you will serve at the pleasure of the Treasurer.

As you know, your physical examination and drug screen was scheduled for 10:30 a.m., Wednesday, February 18, 2004, in the Occupational Medicine Department at 111 Railroad Avenue, Elkton, MD. We will confirm your starting date and time once Union Hospital notifies this office that you are medically qualified for hire without restrictions.

Please review the enclosed paperwork and complete as much as you can. **Bring the entire folder with you to your employee orientation scheduled for Monday, March 1, 2004, at 8 a.m.** in the Human Resources Office, 129 East Main Street, Room 122. You must also present evidence of your authorization to work in the United States by presenting your driver's license and social security card or birth certificate. Should you have any questions regarding the required paperwork, please call my office.

Your first paycheck will be issued on March 19, 2004, for the hours worked from 03/01/04 through 03/05/04 and every other Friday thereafter. Please note that 2% of your base salary will be deducted from each payroll and remitted to the State Retirement Agency as your contribution towards this benefit.

Wishing you much success in your employment and with kind regards.

Sincerely,

HUMAN RESOURCES DEPARTMENT

Donna M. Nichols
Director

cc: Pamela Howard, Treasurer

**B116**

Budget Manager     Department of Aging     Economic Development     Emergency Services     Human Resources     Permits & Inspections     Planning, Zoning & Parks     Public Works
410-996-5291          410-996-5295              410-996-6292                  410-996-5350              410-996-5250            410-996-5237                410-996-5220                    410-996-5265



**PAMELA R. HOWARD**
CECIL COUNTY TREASURER
129 EAST MAIN STREET, ROOM 117
ELKTON, MARYLAND 21921-5970
———
TELEPHONE: (410) 996-5385 OR (410) 658-4041
FAX: (410) 996-5319

February 11, 2004

Ms. Renee Butz
2 Cymbal Court
Newark, DE 19702

Dear Ms. Butz:

Pending satisfactory results of your pre-employment physical and drug-screening, I am pleased to appoint you to the position of Junior Accountant in the Accounting Section of the Treasurer's Office.

The beginning salary for this position is $26,790 (grade 6) with all applicable County benefits.

A representative from the Department of Human Resources will be contacting you to discuss your official starting date.

We in the Treasurer's Office look forward to working with you and I wish you much success.

Sincerely,

Pamela Howard

Pamela Howard

B117

02025530,YNNNNN,197023319,1,1,E,3027311700,

2004 01 3027311700

| ACCOUNT NAME | ACCOUNT# | PERIOD ENDING | DUE DATE | PAGE |
|---|---|---|---|---|
| Graver Chemical CompanyThomas | 3027311700 | January 25, 2004 | February 20, 2004 | 1 |

| ACCOUNT SUMMARY | | CURRENT CHARGES | |
|---|---|---|---|
| Previous Balance | 6908.17 | Internet Access | 561.82 |
| Payments Received | 6908.17CR | Private Line | 3230.18 |
| | | | |
| Balance Forward | 0.00 | Smartpack & CoreConnect Srvcs | 1824.92 |
| Current Charges | 7426.37 | National Access Fees | 3.78 |
| | | | |
| Total Amount Due | 7426.37 | Operator Services | 0.54 |
| | | Paging | 14.44 |
| | | Conference Calling | 1055.56 |
| ----- Current Tax Summary ----- | | Dedicated Long Distance | 360.96 |
| Federal Tax | 108.50 | Switched Long Distance | 192.50 |
| | | Toll-Free | 181.67 |
| USF Contribution | 411.79 | | |
| State Tax | 96.07 | Total Current Charges | 7426.37 |
| Local Tax | 1.13 | | |
| | | | |
| Total Taxes | 617.49 | | |

IMPORTANT INFORMATION

EXPANSION TO NEW HEADQUARTERS NEARING COMPLETION
We are pleased to announce that the majority of our headquarters personnel have
successfully moved into our new facility at 2100 Renaissance Boulevard in King of
Prussia, PA!
This exciting move allows us to consolidate the majority of our corporate operations
under one roof in a state-of-the-art environment, with room for additional growth.
Occupying the entire three-floor office building in suburban Philadelphia, we have
nearly 500 people fully operational, with an additional 100 individuals joining team in
the next month.

Founded in 1985, ATX's headquarters spent the past ten years at 50 Monument Road in
Bala Cynwyd, PA. ATX currently has approximately 1,200 employees in ten states
throughout the Mid-Atlantic and Midwest regions. The unified operations includes
premier on-site Technical Assistance and Customer Care Centers, illustrating ATX's
active commitment to customer support and service excellence.

We look forward to an exciting future in our new home, and many years growing along
with your business!

P 1

B118

| ACCOUNT NAME | | ACCOUNT# | PERIOD ENDING | DUE DATE | | PAGE |
|---|---|---|---|---|---|---|
| Graver Chemical CompanyThomas | | 3027311700 | January 25, 2004 | February 20, 2004 | | 66 |

NEWARK DE Jan-15-2004 10:27a D D    270/886-9251 HOPKINSVL KY 2.8 0.08

2004 01 3027311700

Call Detail For 06-0855-05891

| From City | | Date | Time | Per | Typ | SC | Called Number | Called City | | Minutes | Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEWARK | DE | Jan-15-2004 | 10:30a | D | D | | 540/967-2600 | LOUISA | VA | 0.8 | 0.02 |
| NEWARK | DE | Jan-15-2004 | 10:32a | D | | | 803/831-8379 | LAKE WYLIE | SC | 0.3 | 0.01 |
| NEWARK | DE | Jan-15-2004 | 10:48a | D | | | 502/491-9009 | LOUISVILLE | KY | 1.6 | 0.04 |
| NEWARK | DE | Jan-15-2004 | 10:50a | D | | | 803/407-7171 | COLUMBIA | SC | 4.1 | 0.11 |
| NEWARK | DE | Jan-15-2004 | 10:57a | D | | | 860/872-7000 | ROCKVILLE | CT | 1.6 | 0.04 |
| NEWARK | DE | Jan-15-2004 | 11:04a | D | | | 410/242-7404 | ARBUTUS | MD | 2.6 | 0.07 |
| NEWARK | DE | Jan-15-2004 | 11:15a | D | | | 410/398-6596 | ELKTON | MD | 0.4 | 0.01 |
| NEWARK | DE | Jan-15-2004 | 11:16a | D | | | 860/610-7149 | HARTFORD | CT | 0.4 | 0.01 |
| NEWARK | DE | Jan-15-2004 | 11:29a | D | | | 203/933-8654 | NEW HAVEN | CT | 2.8 | 0.08 |
| NEWARK | DE | Jan-15-2004 | 11:33a | D | | | 630/250-9222 | ITASCA | IL | 1.7 | 0.04 |
| NEWARK | DE | Jan-15-2004 | 11:42a | D | | | 410/472-9159 | SPARKSGLNC | MD | 1.7 | 0.04 |
| NEWARK | DE | Jan-15-2004 | 11:52a | D | | | 856/241-0010 | SWEDESBORO | NJ | 2.7 | 0.07 |
| NEWARK | DE | Jan-15-2004 | 12:03p | D | | | 410/398-7978 | ELKTON | MD | 6.4 | 0.18 |
| NEWARK | DE | Jan-15-2004 | 12:08p | D | | | 856/241-0010 | SWEDESBORO | NJ | 0.6 | 0.02 |
| NEWARK | DE | Jan-15-2004 | 12:18p | D | | | 303/816-1060 | BATLEY | CO | 2.6 | 0.07 |
| NEWARK | DE | Jan-15-2004 | 12:22p | D | | | 609/970-4032 | WOODBURY | NJ | 5.5 | 0.15 |
| NEWARK | DE | Jan-15-2004 | 12:31p | D | | | 856/470-1200 | HADDONFLD | NJ | 13.8 | 0.38 |
| NEWARK | DE | Jan-15-2004 | 12:46p | D | | | 410/392-2323 | ELKTON | MD | 3.3 | 0.09 |
| NEWARK | DE | Jan-15-2004 | 12:55p | D | | R | 716/652-7870 | EASTAURORA | NY | 8.6 | 0.24 |
| NEWARK | DE | Jan-15-2004 | 12:57p | D | | R | 215/657-8000 | WILLOW GRV | PA | 1.8 | 0.05 |
| NEWARK | DE | Jan-15-2004 | 01:12p | D | | R | 904/737-9411 | JACKSONVL | FL | 0.7 | 0.02 |
| NEWARK | DE | Jan-15-2004 | 01:19p | D | | | 716/652-7870 | EASTAURORA | NY | 1.1 | 0.03 |
| NEWARK | DE | Jan-15-2004 | 01:45p | D | | | 518/392-1700 | CHATHAM | NY | 1.8 | 0.05 |
| NEWARK | DE | Jan-15-2004 | 01:49p | D | | | 763/577-0102 | MINNEAPOLS | MN | 3.3 | 0.09 |
| NEWARK | DE | Jan-15-2004 | 01:55p | D | | R | 610/212-4082 | KINGPRUSSI | PA | 1.8 | 0.05 |
| NEWARK | DE | Jan-15-2004 | 02:06p | D | | | 281/983-0040 | ALIEF | TX | 1.1 | 0.03 |
| NEWARK | DE | Jan-15-2004 | 02:08p | D | | | 864/947-8335 | PELZER | SC | 1.5 | 0.04 |
| NEWARK | DE | Jan-15-2004 | 02:24p | D | | | 914/333-7828 | TARRYTOWN | NY | 2.5 | 0.07 |
| NEWARK | DE | Jan-15-2004 | 02:27p | D | | | 815/385-0001 | MCHENRY | IL | 1.5 | 0.04 |
| NEWARK | DE | Jan-15-2004 | 02:39p | D | | | 319/851-7755 | PALO | IA | 10.8 | 0.30 |
| NEWARK | DE | Jan-15-2004 | 02:40p | D | | | 319/851-7265 | PALO | IA | 0.7 | 0.02 |
| NEWARK | DE | Jan-15-2004 | 02:42p | D | | | 319/851-7104 | PALO | IA | 1.1 | 0.03 |
| NEWARK | DE | Jan-15-2004 | 03:00p | D | | | 859/261-1990 | COVINGTON | KY | 1.5 | 0.04 |
| NEWARK | DE | Jan-15-2004 | 03:01p | D | | | 919/304-9191 | MEBANE | NC | 1.5 | 0.04 |
| NEWARK | DE | Jan-15-2004 | 03:03p | D | | | 609/636-6948 | CAMDEN | NJ | 0.5 | 0.01 |
| NEWARK | DE | Jan-15-2004 | 03:07p | D | | T | 213/367-2334 | LOSANGELES | CA | 0.5 | 0.01 |
| NEWARK | DE | Jan-15-2004 | 03:09p | D | | T | 302/645-5236 | LEWES | DE | 1.6 | 0.04 |
| NEWARK | DE | Jan-15-2004 | 03:13p | D | | E | 604/986-2811 | NOVANCOUVR | BC | 0.8 | 0.52 |
| NEWARK | DE | Jan-15-2004 | 03:31p | D | | R | 610/265-6111 | KINGPRUSSI | PA | 2.0 | 0.05 |
| NEWARK | DE | Jan-15-2004 | 03:37p | D | | R | 757/258-2451 | WILLIAMSBG | VA | 1.1 | 0.03 |
| NEWARK | DE | Jan-15-2004 | 03:47p | D | | R | 215/646-7220 | AMBLER | PA | 1.5 | 0.04 |
| NEWARK | DE | Jan-15-2004 | 03:50p | D | | | 805/343-3294 | GUADALUPE | CA | 1.6 | 0.04 |
| NEWARK | DE | Jan-15-2004 | 03:52p | D | D | | 763/847-9900 | MINNEAPOLS | MN | 4.3 | 0.12 |
| NEWARK | DE | Jan-15-2004 | 04:05p | D | D | | 817/860-5663 | ARLINGTON | TX | 1.3 | 0.04 |

B119

ACCOUNT NAME Graver Chemical Company Thomas
ACCOUNT# 3027311700

2004 01 3027311700

PERIOD ENDING January 25, 2004    DUE DATE February 20, 2004    PAGE 68

Call Detail For 06-0855-05891

| From City | Date | Time | Per | Typ | SC | Called Number | Called City | | Minutes | Charges |
|-----------|------|------|-----|-----|----|--------------|-------------|--|---------|---------|
| NEWARK DE | Jan-16-2004 | 03:00p | D | D | | 562/229-9727 | NORWALK | CA | 1.0 | 0.03 |
| NEWARK DE | Jan-16-2004 | 03:06p | D | D | | 410/392-2450 | ELKTON | MD | 19.4 | 0.54 |
| NEWARK DE | Jan-16-2004 | 03:26p | D | D | | 972/422-2450 | ELKTON | MD | 10.9 | 0.30 |
| NEWARK DE | Jan-16-2004 | 03:42p | D | D | | 715/386-0160 | PLANO | TX | 1.7 | 0.05 |
| NEWARK DE | Jan-16-2004 | 03:44p | D | D | | 856/470-1200 | HUDSON | WI | 5.1 | 0.14 |
| NEWARK DE | Jan-16-2004 | 03:58p | D | D | | 919/546-6883 | RALEIGH | NC | 1.4 | 0.04 |
| NEWARK DE | Jan-16-2004 | 04:03p | D | D | | 856/470-1200 | HADDONFLD | NJ | 4.0 | 0.11 |
| NEWARK DE | Jan-16-2004 | 04:16p | D | D | | 970/858-3900 | FRUITA | CO | 3.2 | 0.09 |
| NEWARK DE | Jan-16-2004 | 04:26p | D | D | | 562/802-0025 | NORWALK | CA | 3.9 | 0.11 |
| NEWARK DE | Jan-16-2004 | 04:56p | D | R | | 712/277-7496 | STOUX CITY | IA | 2.1 | 0.06 |
| NEWARK DE | Jan-16-2004 | 05:08p | D | E | | 775/883-1336 | CARSONCITY | NV | 1.5 | 0.04 |
| NEWARK DE | Jan-16-2004 | 08:26a | D | R | | 610/347-1637 | UNIONVILLE | PA | 47.8 | 1.33 |
| NEWARK DE | Jan-19-2004 | 09:21a | D | D | | 856/470-7370 | HADDONFLD | NJ | 1.0 | 0.03 |
| NEWARK DE | Jan-19-2004 | 09:24a | D | D | | 203/861-7370 | GREENWICH | CT | 1.6 | 0.02 |
| NEWARK DE | Jan-19-2004 | 09:30a | D | D | | 856/392-1700 | CHATHAM | NY | 1.4 | 0.04 |
| NEWARK DE | Jan-19-2004 | 09:37a | D | D | | 518/392-1700 | CHATHAM | NY | 1.2 | 0.03 |
| NEWARK DE | Jan-19-2004 | 09:39a | D | D | | 856/727-9909 | MOORESTOWN | NJ | 1.2 | 0.03 |
| NEWARK DE | Jan-19-2004 | 09:43a | D | D | | 609/924-1115 | PRINCETON | NJ | 1.7 | 0.04 |
| NEWARK DE | Jan-19-2004 | 09:53a | D | D | | 860/610-7149 | HARTFORD | CT | 0.7 | 0.02 |
| NEWARK DE | Jan-19-2004 | 10:03a | D | T | | 315/488-3200 | SYRACUSE | NY | 0.6 | 0.02 |
| NEWARK DE | Jan-19-2004 | 10:03a | D | D | | 302/645-5296 | LEWES | DE | 0.6 | 0.01 |
| NEWARK DE | Jan-19-2004 | 10:04a | D | D | | 803/851-8379 | LAKE WYLIE | SC | 1.4 | 0.04 |
| NEWARK DE | Jan-19-2004 | 10:11a | D | D | | 856/241-0010 | SWEDESBORO | NJ | 11.5 | 0.32 |
| NEWARK DE | Jan-19-2004 | 10:27a | D | D | | 402/825-5746 | BROWNVILLE | NE | 4.1 | 0.11 |
| NEWARK DE | Jan-19-2004 | 10:36a | S | D | | 410/620-2667 | ELKTON | MD | 1.8 | 0.05 |
| NEWARK DE | Jan-19-2004 | 10:39a | S | H | | 447730051466 | UNITED KIN | GD | 20.0 | 20.01 |
| NEWARK DE | Jan-19-2004 | 11:56a | D | D | | 803/214-5844 | COLUMBIA | SC | 75.1 | 20.01 |
| NEWARK DE | Jan-19-2004 | 12:08p | D | D | | 803/347-1637 | UNIONVILLE | PA | 0.1 | 0.01 |
| NEWARK DE | Jan-19-2004 | 12:53p | D | D | | 803/214-5844 | COLUMBIA | SC | 0.7 | 0.02 |
| NEWARK DE | Jan-19-2004 | 12:08p | D | R | | 610/347-1637 | COLUMBIA | SC | 0.7 | 0.02 |
| NEWARK DE | Jan-19-2004 | 12:57p | D | D | | 803/214-5844 | BALDWIN | SC | 0.7 | 0.02 |
| NEWARK DE | Jan-19-2004 | 01:10p | D | D | | 618/785-3244 | MEMPHIS | TN | 0.7 | 0.02 |
| NEWARK DE | Jan-19-2004 | 01:28p | D | D | | 901/396-3625 | GREENWICH | CT | 0.7 | 0.02 |
| NEWARK DE | Jan-19-2004 | 01:30p | D | D | | 203/861-7370 | ARLINGTON | TX | 0.8 | 0.02 |
| NEWARK DE | Jan-19-2004 | 01:49p | D | D | | 817/860-5663 | COLUMBIA | SC | 0.8 | 0.02 |
| NEWARK DE | Jan-19-2004 | 01:52p | D | D | | 803/214-5844 | GREENWICH | CT | 1.3 | 0.04 |
| NEWARK DE | Jan-19-2004 | 01:54p | D | D | | 203/861-7370 | GREENWICH | CT | 1.6 | 0.04 |
| NEWARK DE | Jan-19-2004 | 01:55p | D | D | | 203/861-7370 | DUBLIN | OH | 0.4 | 0.01 |
| NEWARK DE | Jan-19-2004 | 01:57p | D | D | | 614/792-1607 | DUBLIN | OH | 0.6 | 0.02 |
| NEWARK DE | Jan-19-2004 | 01:57p | D | D | | 609/371-1000 | HIGHTSTOWN | NJ | 0.4 | 0.01 |
| NEWARK DE | Jan-19-2004 | 02:09p | D | D | | 609/371-1000 | MOORESTOWN | NJ | 1.9 | 0.05 |
| NEWARK DE | Jan-19-2004 | 02:14p | D | D | | 856/727-9909 | TORONTO | ON | 2.8 | 0.08 |
| NEWARK DE | Jan-19-2004 | 02:16p | D | E | | 416/366-3561 | PLANO | TX | 3.3 | 0.09 |
| NEWARK DE | Jan-19-2004 | 02:22p | D | D | | 972/422-1212 | DUNNELLON | FL | 1.32 | 0.09 |
| NEWARK DE | Jan-19-2004 | 02:30p | D | D | | 352/465-2000 | PLANO | TX | 1.1 | 0.03 |
| NEWARK DE | Jan-19-2004 | 02:31p | D | T | | 940/627-2121 | DECATUR | TX | 1.1 | 0.03 |
| NEWARK DE | Jan-19-2004 | 02:34p | D | D | | 612/607-6339 | MINNEAPOLS | MN | 3.1 | 0.09 |
| NEWARK DE | Jan-19-2004 | 02:38p | D | D | | 856/241-0010 | SWEDESBORO | NJ | 0.7 | 0.02 |

Page 74



| ACCOUNT NAME | | ACCOUNT# | PERIOD ENDING | DUE DATE | PAGE |
|---|---|---|---|---|---|
| Graver Chemical Company | Thomas | 3027311700 | January 25, 2004 | February 20, 2004 | 55 |

2004 01 3027311700

Call Detail For 06-0855-05890

| From City | Date | Time | Per | Typ | SC | Called Number | Called City | | Minutes | Charges |
|---|---|---|---|---|---|---|---|---|---|---|
| NEWARK DE | Jan-15-2004 | 03:09p | D | | T | 302/228-4395 | MILFORD | DE | 0.1 | 0.01 |
| NEWARK DE | Jan-15-2004 | 03:47p | D | | T | 716/542-4505 | AKRON | NY | 2.5 | 0.07 |
| NEWARK DE | Jan-15-2004 | 03:53p | D | | R | 215/657-8000 | WILLOW GRV | PA | 3.0 | 0.08 |
| NEWARK DE | Jan-16-2004 | 08:32a | D | | R | 215/646-7220 | AMBLER | PA | 0.6 | 0.02 |
| NEWARK DE | Jan-16-2004 | 08:56a | D | | D | 803/831-8379 | LAKE WYLIE | SC | 0.7 | 0.02 |
| NEWARK DE | Jan-16-2004 | 09:33a | D | | D | 312/845-5357 | CHICAGO | IL | 5.5 | 0.15 |
| NEWARK DE | Jan-16-2004 | 09:56a | D | | D | 650/372-0900 | SAN MATEO | CA | 0.4 | 0.01 |
| NEWARK DE | Jan-16-2004 | 09:58a | S | | H | 497|131|059731 | GERMANY | | 23.3 | 8.78 |
| NEWARK DE | Jan-16-2004 | 11:03a | D | | H | 718/644-5783 | NWYRCYZN05 | NY | 0.4 | 0.04 |
| NEWARK DE | Jan-16-2004 | 11:48a | D | | R | 610/485-3458 | MARCUSHOOK | PA | 55.4 | 1.54 |
| NEWARK DE | Jan-16-2004 | 01:27p | D | | R | 775/886-1336 | CARSONCITY | NV | 1.6 | 0.04 |
| NEWARK DE | Jan-16-2004 | 01:32p | D | | D | 805/545-4255 | SNLSOBISPO | CA | 2.3 | 0.06 |
| NEWARK DE | Jan-16-2004 | 01:54p | D | | D | 864/882-8674 | SENECA | SC | 2.6 | 0.06 |
| NEWARK DE | Jan-16-2004 | 01:55p | D | | D | 864/882-5821 | SENECA | SC | 0.2 | 0.02 |
| NEWARK DE | Jan-16-2004 | 01:56p | D | | D | 864/882-8674 | SENECA | SC | 0.4 | 0.01 |
| NEWARK DE | Jan-16-2004 | 02:01p | D | | D | 813/620-0900 | TAMPACNTRL | FL | 1.2 | 0.03 |
| NEWARK DE | Jan-16-2004 | 02:03p | D | | E | 416/754-1100 | TORONTO | ON | 4.9 | 1.94 |
| NEWARK DE | Jan-16-2004 | 02:09p | D | | D | 585/321-4760 | HENRIETTA | NY | 6.3 | 0.17 |
| NEWARK DE | Jan-16-2004 | 02:23p | D | | D | 973/466-6495 | NEWARK | NJ | 0.5 | 0.01 |
| NEWARK DE | Jan-16-2004 | 03:08p | D | | D | 757/220-2955 | WILLIAMSBG | VA | 7.4 | 0.21 |
| NEWARK DE | Jan-16-2004 | 03:20p | D | | D | 864/882-8674 | SENECA | SC | 3.0 | 0.08 |
| NEWARK DE | Jan-16-2004 | 03:29p | D | | T | 302/463-5896 | WILMINGTON | DE | 1.0 | 0.03 |
| NEWARK DE | Jan-16-2004 | 04:05p | D | | D | 614/792-1607 | DUBLIN | OH | 0.8 | 0.02 |
| NEWARK DE | Jan-16-2004 | 04:22p | D | | D | 909/677-2060 | MURRIETA | CA | 2.0 | 0.06 |
| NEWARK DE | Jan-16-2004 | 04:24p | D | | D | 919/690-0008 | DUBLIN | OH | 1.4 | 0.04 |
| NEWARK DE | Jan-16-2004 | 04:45p | D | | T | 614/792-1607 | DUBLIN | OH | 3.7 | 0.10 |
| NEWARK DE | Jan-19-2004 | 08:41a | D | | D | 856/470-1200 | HADDONFLD | NJ | 1.1 | 0.02 |
| NEWARK DE | Jan-19-2004 | 09:03a | D | | D | 803/214-5844 | COLUMBIA | SC | 1.8 | 0.06 |
| NEWARK DE | Jan-19-2004 | 09:11a | D | | E | 905/335-4057 | BURLINGTON | ON | 0.8 | 0.66 |
| NEWARK DE | Jan-19-2004 | 09:30a | D | | D | 302/228-4395 | MILFORD | DE | 2.7 | 0.08 |
| NEWARK DE | Jan-19-2004 | 10:05a | D | | T | 302/645-7215 | LEWES | DE | 2.7 | 0.01 |
| NEWARK DE | Jan-19-2004 | 10:12a | D | | T | 502/493-9099 | LOUISVILLE | KY | 1.3 | 0.04 |
| NEWARK DE | Jan-19-2004 | 10:15a | D | | D | 803/831-8379 | LAKE WYLIE | SC | 0.6 | 0.02 |
| NEWARK DE | Jan-19-2004 | 10:20a | D | | D | 303/816-1060 | BATLEY | CO | 1.9 | 0.05 |
| NEWARK DE | Jan-19-2004 | 10:30a | D | | D | 856/727-9909 | MOORESTOWN | NJ | 1.6 | 0.04 |
| NEWARK DE | Jan-19-2004 | 10:37a | D | | D | 901/396-3625 | MEMPHIS | TN | 1.6 | 0.04 |
| NEWARK DE | Jan-19-2004 | 10:40a | D | | D | 803/214-5844 | COLUMBIA | SC | 0.2 | 0.01 |
| NEWARK DE | Jan-19-2004 | 10:42a | D | | D | 215/362-1275 | LANSDALE | PA | 7.5 | 0.21 |
| NEWARK DE | Jan-19-2004 | 10:45a | D | | D | 817/860-5663 | ARLINGTON | TX | 0.7 | 0.02 |
| NEWARK DE | Jan-19-2004 | 11:01a | D | | D | 908/653-4248 | CRANFORD | NJ | 1.1 | 0.03 |
| NEWARK DE | Jan-19-2004 | 11:02a | D | | D | 215/519-5791 | PHILA | PA | 0.5 | 0.01 |
| NEWARK DE | Jan-19-2004 | 11:09a | D | | R | 919/690-0008 | OXFORD | NC | 24.3 | 0.67 |
| NEWARK DE | Jan-19-2004 | 11:14a | D | | D | 704/367-0086 | CHARLOTTE | NC | 0.8 | 0.02 |
| NEWARK DE | Jan-19-2004 | 12:09p | D | | D | 614/792-1607 | DUBLIN | OH | 0.8 | 0.02 |
| NEWARK DE | Jan-19-2004 | 02:24p | D | | D | 609/970-4032 | WOODBURY | NJ | 2.3 | 0.06 |

B121

LAWNS UNLIMITED LTD.
EMPLOYEE POLICY

It is the intent of this Company to provide each employee of Lawns Unlimited Ltd. with a written guideline of acceptable and non-acceptable acts, actions, and behavior during their employment by Lawns Unlimited Ltd. It is to be understood that this Employee Policy is not limited to those acts, actions and behavior described herein, but rather, each employee's conduct will, at all times, be in the best interest of Lawns Unlimited Ltd. Any act, action or behavior considered by Lawns Unlimited Ltd. not to be in the best interest of Lawns Unlimited Ltd. will be subject to disciplinary action. It is understood that this disciplinary action will be at the discretion of the president of Lawns Unlimited Ltd. and may include termination of employment.

1.    Consumption of any alcoholic beverage is prohibited prior to or during company business hours, or while on company property, at a jobsite, or in company equipment, either on or off work.

2.    Use of drugs or any mind-altering device is prohibited prior to or during business hours, or while on company property, at/to a jobsite or in company equipment, either on or off work. Use of drugs by prescription of a licensed physician is permissible only if prior notice and written clearance is obtained from the president of Lawns Unlimited Ltd.

3.    Smoking cigarettes is prohibited in all company vehicles, office and shop, on and off work. Smoking will be allowed only at designated lunch or break periods.

1

B122

4.  Misuse or damage to company property, at any time is prohibited. Any damage to company property resulting from misuse shall be the sole responsibility of that employee, and Lawns Unlimited Ltd. shall be held harmless in all cases. Therefore, such damage, replacement or repair will be charged to employee.

5.  Absolutely and under no circumstances, will an employee without a valid driver's license be allowed or authorized to drive or operate any Lawns Unlimited Ltd. vehicles either on or off company time. If any employee chooses to drive their own vehicles or anyone else's without a valid driver's license, on or off work, it is the sole responsibility of that employee; Lawns Unlimited Ltd. assumes no responsibility.

6.  Personal use of company equipment, vehicles or property is prohibited at all times.

7.  **Absenteeism** - Normal business hours are 7:00 a.m. through 5:30 p.m. Each employee is expected to be at the designated work place at those times and prepared to perform their assigned duties. In the event the employee is unable to attend work for that business day, the employee is required to telephone his supervisor at least one hour prior to the start of business for that day. Any absenteeism that involves more than three days will require a doctor's note prior to returning to the work place. Unless the employee has made previous arrangements with the President of Lawns Unlimited Ltd. and those arrangements are in writing and signed by the President of Lawns Unlimited Ltd., those employees will not receive wage compensation for those missed days.

2

**B123**

D00092

8. Tardiness/Lateness - Unexcused tardiness will not be tolerated. Any employee failing to arrive to and be prepared for work in a timely manner will receive a verbal warning. On the second offense, the employee shall receive a written warning. Any unexcused tardiness thereafter shall result in immediate termination of employment.

9. Appearance - Each employee will arrive at and maintain during the work day a neat, clean appearance. If uniforms are provided, it is the employee's responsibility to keep the items clean and pressed at all times. Sloppy, dirty and unclean employees will not be tolerated. Following two warnings by Lawns Unlimited Ltd., employment may be terminated. Denim jeans or shorts will not be accepted as part of any office employee's attire.

10. Language - At no time will any abusive, profane, obscene or indecent language or jestures be permitted. Such action shall result in immediate termination.

11. Records/Recordkeeping - Each employee is required to complete his respective time and daily worksheets each day. Those sheets are to be turned into the employee supervisor and, in turn, the employee supervisor will turn the completed daily worksheets into the office manager at the close of each business day. Failure to do so will cause withholding of wages for that day during that pay week; those wages will be paid on the regular pay day for the following pay week, but only after receipt of the completed daily worksheet or sheets. In case of withholding any wages for this reason, for purposes of determining whether an employee is entitled to overtime wages, hours of labor for the

3

**B124**

D00093

week are calculated on the basis of when performed, not when paid.

12.  Paid Travel - Lawns Unlimited Ltd. provides a maximum of 1/2 hour paid travel time to the work place from the Lawns Unlimited Ltd. current place of business (shop). ~~Time incurred returning to the shop or home begins at normal business closing time and is not paid for by Lawns Unlimited Ltd~~. Misuse of this time allowance may result in employee termination.

13.  Wages - Lawns Unlimited Ltd. will set the respective wages with each employee.  Discussion with other employees regarding their wages is prohibited.

14.  Probation - Each employee when hired will work under a six-month probationary period at the beginning of (or rehiring of) their employment with Lawns Unlimited Ltd.

15.  Criminal Activities - Any employee convicted of any crime during employment of Lawns Unlimited Ltd. which, in the sole discretion of Lawns Unlimited, Ltd. bears on that employee's credibility or trustworthiness or otherwise adversely effects Lawns Unlimited Ltd. shall be terminated.

16.  Falsification - Any employee that falsifies any business records, applications, or other documents in connection with their employment shall be terminated.

17.  Overtime - Overtime will only be allowed when necessary and only when approved in advance by Lawns Unlimited Ltd. supervisors or President in writing, signed by that supervisor or President.

B125

18. Benefits - Lawns unlimited Ltd. is responsible to provide compensation for work performed. Any arrangement beyond that compensation must be in writing and signed by the President of Lawns Unlimited Ltd.

19. Confidential Information - All information of Lawns Unlimited Ltd. designated or treated as proprietary and/or confidential will remain the confidential property of Lawns Unlimited Ltd. and will not be discussed outside of work or disclosed to anyone. Violation of this confidentiality may result in termination.

20. Termination - Any Lawns Unlimited Ltd. employee wishing to terminate his employment with Lawns Unlimited Ltd. will be required to give no less than two weeks notice.

21. Work Week - The Lawns Unlimited Ltd. work week begins on Monday and ends on Sunday. Overtime is calculated at over 40 hours per week for hourly employees only. The week ends on Sunday and paychecks for that week are distributed the following Friday at 5:00 p.m. At no time will paychecks be distributed earlier unless Friday falls on a holiday in which case the paychecks will be distributed on Thursday at 5:00 p.m.

22. Lunches - Each employee is asked to bring a sack lunch unless they have their own personal transportation from the jobsite to lunch. A 30-minute lunch is designated from 12:00 noon to 12:30 p.m. daily for employees on a jobsite. All these employees will automatically be charged with a 30-minute lunch. Office employees lunch period is designated from 12:00 noon to

B126

1:00 p.m. daily. It is prohibited to take company vehicles to lunch and is grounds for immediate termination.

23. <u>Business</u> – Other than their employment with Lawns Unlimited Ltd. it is prohibited for any employee to work for compensation on doing lawn work or work associated with lawns, which is considered a conflict of interest. Any employee doing so will automatically be terminated.

24. <u>Sick Pay/Time Off</u> – Salary employees: It is understood that from time to time, time off will be necessary – following approval from the owners, this time will be allowed. It is important to note that the owners of Lawns Unlimited require any and all medical and or personal appointments be conducted during lunch time or off business hours whenever possible. Abuse of time off will not be tollerated. If necessary to be off work for doctors appointments, sickness or immediate relatives funeral (ex. mother, father, wife, daughter, son, brother, sister, grand-mother, grandfather) will be compensated for by Lawns Unlimited after approval from owners. A maximum number of paid days off will be 3 days/year. Any days off over the allowed amount will be deducted from employees salary. Likewise any personal time off (or unapproved time – not in writing by owners of Lawns Unlimited) will be automatically deducted from employees salary. Being off work for any other reasons other than those listed above are considered unexcusable and will not be compensated for/ Hourly employees: Hourly employees are paid only for actual hours worked and therefore not paid for sick days, or any personal or medical time off.

6

**B127**

D00096

25. Employee recognizes the very personal nature of Employer's business and agrees to the following covenants with respect to competition:

(a) Employee acknowledges that the Employer has been required to train and to continue to train Employee with respect to its business and to impart to his confidential information and knowledge about its business policies, accounts, procedures and methods. He acknowledges that such policies and the like have been developed at considerable expense in terms of time, money and experience to the Employer. The nature of the business is such that the relationship of the customers or clients with the Employer must be maintained through the close personal contact of its representatives.

(b) The Employee agrees that by virtue of his employment, he will become familiar with and possessed of the manner, methods, secrets and confidential information pertaining to Employer's business and with the names and lists of its customers and clients. He further acknowledges that he will continue to receive additional confidential information of the same kind.

**B128**

D00097

(c)   In consideration of the employment and con-
tinued employment of Employee, and the training of and
disclosure to his of the knowledge and information described
above, that the covenants in this paragraph and in this
agreement are required for the fair and reasonable pro-
tection of the Employer and that without the limited re-
strictions on his activities imposed by the covenants in
this Agreement, the Employer's business would suffer
irreparable and immeasurable damage.  Accordingly, the
covenants in this paragraph shall be construed as an
Agreement independent of any other provision of this
Agreement and the existence of any claim or course of action
whether predicated on this Agreement or otherwise shall not
constitute a defense to the enforcement by Employer of the
said covenants.

(d)   Employee does expressly covenant and agree
that during the term of his employment, and for a period of
three (3) years thereafter, he will not within the territory
defined hereafter, directly or indirectly, for hisself or on
behalf of others, as an individual in his account, or as an
employee, agent or representative for any person, partner-
ship, firm or corporation solicit orders or plans for
projects of the same kind and nature as the Employer regard-
less of whether it is institutional or industrial, commer-
cial or private and residential; contact for the purposes of
diverting any of the clients or customers of Employer, or
own, manage, control, operate, or participate in the

**B129**

D00098

ownership, management, or control, or engage as a sales or design representative of any business, regardless of how constituted which engages in any phase of the business described in this Agreement.

(e) The territory referred to in this section shall include that area comprising a fifty (50) mile radius from the cities of Rehoboth, Delaware, Lewes, Delaware, and Fenwick Island, Delaware or any other place the Employer shall have a place of business.

(f) Employee agrees that during the period of his employment and during the three year period thereafter, he will not use, give or divulge to any person, firm or entity anywhere who is not then an authorized employee of Employer, any trade secrets, customer lists, price lists, or other specialized information or data learned, acquired, or coming to her knowledge while in the employ of the Employer.

26. Employee agrees not to attempt to induce any other employee of Employer to leave their employ or by any other effort to interfere with the Employer's relationship with any other employees and that to do so would be harmful and damaging to the Employer. The Employee further agrees that the covenant expressed in this paragraph shall continue for a period of three years (3) after the termination of his employment.

**B130**

27. Loans/Advances - There will be absolutely no company or personal loans or advances given to the employees.

Holidays - Holidays will be designated each year by Lawns Unlimited Ltd. at the beginning of the year. Hourly employees are paid only for actual hours worked and therefore not paid for holidays, but will be given those days off. (See attached list of holidays.)

By signing this Employee Policy you agree you have read or have had it read to you in its entirety and fully understand and agree with items above and will hold to its contents.

_____

Employee's Name

_____                    _____

Employee Signature                                    Date

D00100

**Lawns Unlimited Payroll Analysis**

| Employee Name | 2002 Total Hours | 2002 Regular Pay Rate | 2002 Bonus / Pay Incentive | 2002 Paid Time Off or Vacation | 2003 Total Hours | 2003 Regular Pay Rate | 2003 Bonus / Pay Incentive | 2003 Paid Time Off or Vacation | Increase Amt | Increase % | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee 1 | 2,283 | $ 10.00 | | | 644 | $ 10.00 | - | | | | Left LU in 2003 |
| Employee 2 | 1,331 | $ 8.00 | $ 217 | | 1,771 | $ 9.00 | | | $ 1.00 | 12.5% | |
| Employee 3 | | | | | 263 | $ 10.00 | | | | | Started & left LU in 2003 |
| Employee 4 | | | | | 1,114 | $ 8.00 | $ 217 | | | | Started LU in 2003 |
| Employee 5 | | | | | 1,058 | $ 8.00 | $ 217 | | | | Started LU in 2003 |
| Employee 6 | 121 | $ 7.00 | | | | | | | | | Did not work at LU in 2003 |
| Plaintiff | 469 | $ 12.00 | $ 379 | | 2,224 | $ 12.00 | | 34 hrs $405 | $ - | 0.0% | |
| Employee 8 | 787 | $ 7.50 | | | 38 | $ 7.50 | | | | | Left LU in 2003 |
| Employee 9 | 2,435 | $ 11.00 | $ 1,083 | | 2,458 | $ 12.00 | $ 1,624   217 | | $ 1.00 | 9.1% | |
| Employee 10 | | | | | 1,357 | $ 9.00 | | | | | Started LU in 2003 |
| Employee 11 | | | | | 1,046 | $ 8.00 | | | | | Started LU in 2003 |
| Employee 12 | 53 | $ 7.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 13 | 281 | $ 8.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 14 | 33 | $ 10.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 15 | 165 | $ 7.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 16 | 520 | $ 8.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 17 | 2,613 | $ 9.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 18 | 12 / Salary | $ 6.15 / $ 7,800 | | | Salary | $ 6.15 / $ 10,400 | | | | | Family Payroll |
| Employee 19 | Salary | $ 52,000 | | | Salary | $ 52,000 | | | | | Owner |
| Employee 20 | 5 / Salary | $ 6.15 / $ 7,800 | | | Salary | $ 6.15 / $ 10,400 | | | | | Family Payroll |
| Employee 21 | Salary | $ 7,600 | | | Salary | $ 9,225 | | | | | Owner |
| Employee 22 | 96 / Salary | $ 7.00 / $ 7,800 | | | 8 / Salary | $ 7.00 / $ 2,400 | | | | | Family Payroll |
| Employee 23 | 162 / Salary | $ 12.00 / $ 7,800 | | | Salary | $ 12.00 / $ 2,400 | | | | | Family Payroll |
| Employee 24 | | | | | Salary | $ 5,400 | | | | | Family Payroll |
| Employee 25 | 744 | $ 8.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 26 | 1,875 | $ 14.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 27 | 1,103 | $ 9.50 | $ 108 | | 853 | $ 10.50 | | | $ 1.00 | 10.5% | |
| Employee 28 | 222 | $ 8.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 29 | | | | | 220 | $ 10.00 | | | | | Started LU in 2003 |
| Employee 30 | | | | | | | | | | | Did not work at LU in 2003 |
| Employee 31 | 91 | $ 14.00 | | | 224 | $ 7.00 | | | | | Started LU in 2003 |
| Employee 32 | | | | | | | | | | | Did not work at LU in 2003 |
| Employee 33 | 137 | $ 7.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 34 | 24 | $ 9.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 35 | 220 | $ 7.00 | | | 848 | $ 8.50 | | | | | Started LU in 2003 |

B123

**Lawns Unlimited Payroll Analysis**

| Employee Name | 2002 Total Hours | 2002 Regular Pay Rate | 2002 Bonus / Pay Incentive | 2002 Paid Time Off or Vacation | 2003 Total Hours | 2003 Regular Pay Rate | 2003 Bonus / Pay Incentive | 2003 Paid Time Off or Vacation | Increase Amt | Increase % | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee 36 | 0 | $ 10.00 | | | | | | | | | Did not work at LU oin 02 or 03 |
| Employee 37 | 252 | $ 8.00 | | | 1,146 | $ 8.50 | | | $ 0.50 | 6.3% | |
| Employee 38 | 353 | $ 7.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 39 | 686 / Salary | $ 14.50 / $ 29,871 | $ 3,249 | 71 hrs $ 945 | 696 / Salary | $ 15.50 / $ 30,875 | $ 8,121 | 104 hrs $ 1,331 | $ 1.00 | 6.9% | |
| Employee 40 | 402 | $ 7.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 41 | | | | | 249 | $ 9.00 | | | | | Began LU in 2003 |
| Employee 42 | 262 | $ 7.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 43 | 322 | $ 7.00 | | | 108 | $ 7.00 | | | | | Left LU in 2003 |
| Employee 44 | | | | | 704 | $ 8.00 | | | | | Began LU in 2003 |
| Employee 45 | 683 | $ 7.00 | | | 317 | $ 7.50 | | | $ 0.50 | 7.1% | |
| Employee 46 | 84 / Salary | $ 13.00 / $ 14,180 | | 69 hrs $ 861 | | | | | | | Did not work at LU in 2003 |
| Employee 47 | | | | | 1,398 | $ 10.50 | 379 | | | | Began LU in 2003 |
| Employee 48 | | | | | 2,112 | $ 7.75 | 217 | | | | Began LU in 2003 |
| Employee 49 | 719 | $ 8.00 | | | 1,828 | $ 9.00 | | | $ 1.00 | 12.5% | |
| Employee 50 | 427 | $ 8.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 51 | 28 | $ 7.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 52 | 629 / Salary | $ 12.50 / $ 25,179 | $ 1,624 | 72 hrs $ 732 | 644 / Salary | $ 13.00 / $ 26,067 | $ 1,624 | 104 hrs $ 1,193 | $ 0.50 | 4.0% | |
| Employee 53 | 35 | $ 6.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 54 | 1,594 | $ 10.00 | 541 | | 2,721 | $ 12.00 | 541 | 24 hrs $ 288 | $ 2.00 | 20.0% | |
| Employee 55 | 104 | $ 10.00 | | | 975 | $ 12.00 | | | $ 2.00 | 20.0% | |
| Employee 56 | 232 | $ 9.00 | | | 19 | $ 9.00 | | | | | Left LU in 2003 |
| Employee 57 | 2,135 | $ 8.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 58 | | | | | 1,748 | $ 8.50 | | | | | Started LU in 2003 |
| Employee 59 | 795 | $ 7.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 60 | 2,089 | $ 9.00 | | | 159 | $ 9.00 | | | | | Left LU in 2003 |
| Employee 61 | | | | | 1,868 | $ 8.50 | 217 | | | | Started LU in 2003 |
| Employee 62 | 1,205 | $ 15.00 | 541 | | 0 | $ 15.00 | | | | | Did not work at LU in 2003 |
| Employee 63 | | | | | 1,517 | $ 13.00 | 379 | | | | Started LU in 2003 |
| Employee 64 | | | | | 133 | $ 14.50 | | | | | Stated LU in 2003 |
| Employee 65 | | | | | 1,111 | $ 12.00 | | | | | Started LU in 2003 |
| Employee 66 | | | | | 1,811 | $ 12.00 | 217 | | | | Started LU in 2003 |
| Employee 67 | | | | | 2,012 | $ 9.00 | 217 | | | | Started LU in 2003 |
| Employee 68 | | | | | 2,264 | $ 10.00 | 217 | | | | Started LU in 2003 |
| Employee 69 | | | | | 253 | $ 10.00 | 108 | | | | Started LU in 2003 |
| Employee 70 | 1,110 | $ 12.00 | | | 884 | $ 12.00 | | | | | Left LU in 2003 |

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 1                                          EMPLOYEE 2

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 1,854.71 | 10.00 | 17,279.62 | 1,026.36 | 8.00 | 7,970.88 |
| Hourly Rate 2 | 428.75 | 15.00 | 6,042.40 | 304.69 | 12.00 | 3,525.24 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 541.42 | | | 216.57 |
| **Total Gross Pay** | | | 23,863.44 | | | 11,712.69 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 23,863.44 | | | 11,712.69 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -249.00 | | | -24.00 |
| Medicare Employee | | | -346.02 | | | -169.83 |
| Social Security Employee | | | -1,479.53 | | | -726.19 |
| DE - Withholding | | | -115.04 | | | -10.99 |
| **Total Taxes Withheld** | | | -2,189.59 | | | -931.01 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 21,673.85 | | | 10,781.68 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 346.02 | | | 169.83 |
| Social Security Company | | | 1,479.53 | | | 726.19 |
| DE - Unemployment Company | | | 25.50 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 1,907.05 | | | 977.52 |

B134

D00194

**Lawns Unlimited, Ltd.**
**Pay Day Date**
Pay Period: January 1 thru December 31, 2002

EMPLOYEE 6

PLAINTIFF
Butz, Renee M

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 106.5 | 7.00 | 745.50 | 407.67 | 12.00 | 5,020.29 |
| Hourly Rate 2 | 14.5 | 10.50 | 152.25 | 61.13 | 18.00 | 1,100.34 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 379.00 |
| **Total Gross Pay** | | | 897.75 | | | 6,499.63 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 897.75 | | | 6,499.63 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -88.00 | | | -773.00 |
| Medicare Employee | | | 0.00 | | | -94.24 |
| Social Security Employee | | | 0.00 | | | -402.98 |
| DE – Withholding | | | -19.77 | | | -205.45 |
| **Total Taxes Withheld** | | | -107.77 | | | -1,475.67 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 789.98 | | | 5,023.96 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 52.00 |
| Medicare Company | | | 0.00 | | | 94.24 |
| Social Security Company | | | 0.00 | | | 402.98 |
| DE – Unemployment Company | | | 2.69 | | | 19.50 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 2.69 | | | 568.72 |

Created by: Jeanne Fleming

Pa

B135

D0019

**Lawns Unlimited, Ltd.**
**Pay Day Date**
Pay Period: January 1 thru December 31, 2002

EMPLOYEE 8    EMPLOYEE 9

| | Hours | Rate | Jan - Dec 02 | Hours | Rate | Jan - Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 787.43 | 7.50 | 5,905.77 | 1,993.3 | 11.00 | 20,877.55 |
| Hourly Rate 2 | | 11.25 | 0.00 | 441.7 | 16.50 | 6,964.84 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 1,082.84 |
| **Total Gross Pay** | | | 5,905.77 | | | 28,925.23 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 5,905.77 | | | 28,925.23 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -787.00 | | | -462.00 |
| Medicare Employee | | | -85.63 | | | -419.42 |
| Social Security Employee | | | -366.16 | | | -1,793.36 |
| DE - Withholding | | | -249.09 | | | -222.38 |
| **Total Taxes Withheld** | | | -1,487.88 | | | -2,897.16 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 4,417.89 | | | 26,028.07 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 47.25 | | | 56.00 |
| Medicare Company | | | 85.63 | | | 419.42 |
| Social Security Company | | | 366.16 | | | 1,793.36 |
| DE - Unemployment Company | | | 17.72 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 516.76 | | | 2,294.28 |

Created by: Jeanne Fleming

Page

B136

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 12

EMPLOYEE 13

| | Hours | Rate | Jan - Dec 02 | Hours | Rate | Jan - Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 52 | 7.50 | 390.00 | 280.5 | 8.00 | 2,244.00 |
| Hourly Rate 2 | 0.75 | 11.25 | 8.44 | | 12.00 | 0.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 398.44 | | | 2,244.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 398.44 | | | 2,244.00 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -18.00 | | | -31.00 |
| Medicare Employee | | | -5.78 | | | -32.54 |
| Social Security Employee | | | -24.70 | | | -139.13 |
| DE - Withholding | | | -1.47 | | | 0.00 |
| **Total Taxes Withheld** | | | -49.95 | | | -202.67 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 348.49 | | | 2,041.33 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 3.19 | | | 17.95 |
| Medicare Company | | | 5.78 | | | 32.54 |
| Social Security Company | | | 24.70 | | | 139.13 |
| DE - Unemployment Company | | | 1.20 | | | 6.73 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 34.87 | | | 196.35 |

B137

D00197

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 14

EMPLOYEE 15

| | Hours | Rate | Jan - Dec 02 | Hours | Rate | Jan - Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 32.75 | 10.00 | 327.50 | 164.75 | 7.00 | 1,153.25 |
| Hourly Rate 2 | | 15.00 | 0.00 | | 10.50 | 0.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 327.50 | | | 1,153.25 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 327.50 | | | 1,153.25 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | 0.00 | | | -54.00 |
| Medicare Employee | | | -4.75 | | | 0.00 |
| Social Security Employee | | | -20.31 | | | 0.00 |
| DE - Withholding | | | 0.00 | | | -5.66 |
| **Total Taxes Withheld** | | | -25.06 | | | -59.66 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 302.44 | | | 1,093.59 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 2.62 | | | 6.72 |
| Medicare Company | | | 4.75 | | | 12.18 |
| Social Security Company | | | 20.31 | | | 52.08 |
| DE - Unemployment Company | | | 0.98 | | | 3.46 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 28.66 | | | 74.44 |

B138

D00198

## Lawns Unlimited, Ltd.
## Pay Day Date
Pay Period: January 1 thru December 31, 2002

EMPLOYEE 16        EMPLOYEE 17

|  | Hours | Rate | Jan - Dec 02 | Hours | Rate | Jan - Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 470.94 | 8.50 | 4,003.01 | 1,977.57 | 9.00 | 17,798.13 |
| Hourly Rate 2 | 48.85 | 12.75 | 622.85 | 635.78 | 13.50 | 8,583.09 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 4,625.86 | | | 26,381.22 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 4,625.86 | | | 26,381.22 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -385.00 | | | -405.00 |
| Medicare Employee | | | -67.07 | | | -382.53 |
| Social Security Employee | | | -286.80 | | | -1,635.64 |
| DE - Withholding | | | -93.09 | | | -197.15 |
| **Total Taxes Withheld** | | | -831.96 | | | -2,620.32 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 3,793.90 | | | 23,760.90 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 37.01 | | | 56.00 |
| Medicare Company | | | 67.07 | | | 382.53 |
| Social Security Company | | | 286.80 | | | 1,635.64 |
| DE - Unemployment Company | | | 13.88 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 404.76 | | | 2,099.67 |

Created by: Jeanne Fleming

Page

B139

D00199

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 18    EMPLOYEE 19

| | Hours | Rate | Jan - Dec 02 | Hours | Rate | Jan - Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 52,000.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 7,800.00 | | | 0.00 |
| Hourly Rate 1 | 11.5 | 6.15 | 70.73 | | | 0.00 |
| Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 7,870.73 | | | 52,000.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | -7,000.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | -7,000.00 |
| **Adjusted Gross Pay** | | | 7,870.73 | | | 45,000.00 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -551.00 | | | -2,044.00 |
| Medicare Employee | | | -114.13 | | | -754.00 |
| Social Security Employee | | | -487.99 | | | -3,224.00 |
| DE - Withholding | | | -76.00 | | | -1,090.25 |
| **Total Taxes Withheld** | | | -1,229.12 | | | -7,112.25 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 6,641.61 | | | 37,887.75 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 114.13 | | | 754.00 |
| Social Security Company | | | 487.99 | | | 3,224.00 |
| DE - Unemployment Company | | | 23.61 | | | 34.00 |
| 401K | | | 0.00 | | | 1,560.00 |
| **Total Employer Taxes and Contributions** | | | 681.73 | | | 5,628.00 |

Created by: Jeanne Fleming

Page

B140    D00200

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 20                    EMPLOYEE 21

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 7,600.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 7,800.00 | | | 0.00 |
| Hourly Rate 1 | 4.75 | 6.15 | 29.21 | | | 0.00 |
| Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 7,829.21 | | | 7,600.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | -7,000.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | -7,000.00 |
| **Adjusted Gross Pay** | | | 7,829.21 | | | 600.00 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -533.00 | | | 0.00 |
| Medicare Employee | | | -113.52 | | | -110.20 |
| Social Security Employee | | | -485.41 | | | -471.20 |
| DE - Withholding | | | -76.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -1,207.93 | | | -581.40 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 6,621.28 | | | 18.60 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 113.52 | | | 110.20 |
| Social Security Company | | | 485.41 | | | 471.20 |
| DE - Unemployment Company | | | 23.49 | | | 22.80 |
| 401K | | | 0.00 | | | 228.00 |
| **Total Employer Taxes and Contributions** | | | 678.42 | | | 888.20 |

### Lawns Unlimited, Ltd.
### Pay Day Date
Pay Period: January 1 thru December 31, 2002

EMPLOYEE 22                    EMPLOYEE 23

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 7,800.00 | | | 7,800.00 |
| Hourly Rate 1 | 96.08 | 7.00 | 672.56 | 149.75 | 12.00 | 1,363.50 |
| Hourly Rate 2 | | 10.50 | 0.00 | 12 | 18.00 | 162.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 8,472.56 | | | 9,325.50 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 8,472.56 | | | 9,325.50 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -722.00 | | | -1,358.00 |
| Medicare Employee | | | -122.85 | | | -135.22 |
| Social Security Employee | | | -525.30 | | | -578.18 |
| DE – Withholding | | | -114.00 | | | -282.66 |
| **Total Taxes Withheld** | | | -1,484.15 | | | -2,354.06 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 6,988.41 | | | 6,971.44 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 122.85 | | | 135.22 |
| Social Security Company | | | 525.30 | | | 578.18 |
| DE – Unemployment Company | | | 25.42 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 729.57 | | | 794.90 |

B142

D00202

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 25 ▮▮▮▮  EMPLOYEE 26 ▮▮▮▮

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 556.5 | 8.00 | 4,452.00 | 1,614.25 | 14.00 | 21,254.00 |
| Hourly Rate 2 | 187 | 12.00 | 2,244.00 | 260.5 | 21.00 | 5,085.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 6,696.00 | | | 26,339.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 6,696.00 | | | 26,339.00 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -560.00 | | | -3,726.00 |
| Medicare Employee | | | -97.09 | | | -381.92 |
| Social Security Employee | | | -415.15 | | | -1,633.02 |
| DE - Withholding | | | -168.48 | | | -991.80 |
| **Total Taxes Withheld** | | | -1,240.72 | | | -6,732.74 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 5,455.28 | | | 19,606.26 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 53.57 | | | 56.00 |
| Medicare Company | | | 97.09 | | | 381.92 |
| Social Security Company | | | 415.15 | | | 1,633.02 |
| DE - Unemployment Company | | | 20.09 | | | 30.73 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 585.90 | | | 2,101.67 |

Created by: Jeanne Fleming

B143

D00203

## Lawns Unlimited, Ltd.
### Pay Day Date
Pay Period: January 1 thru December 31, 2002

EMPLOYEE 27                                     EMPLOYEE 28

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| Employee Wages, Taxes and Adjustments | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 942.4 | 9.50 | 8,872.81 | 215.95 | 8.00 | 1,807.60 |
| Hourly Rate 2 | 160.69 | 14.25 | 2,243.34 | 6 | 12.00 | 81.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 108.29 | | | 0.00 |
| **Total Gross Pay** | | | 11,224.44 | | | 1,888.60 |
| Deductions from Gross Pay | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 11,224.44 | | | 1,888.60 |
| Taxes Withheld | | | | | | |
| Federal Tax Withholding | | | -122.00 | | | -120.00 |
| Medicare Employee | | | -162.75 | | | -27.38 |
| Social Security Employee | | | -695.92 | | | -117.09 |
| DE – Withholding | | | -46.57 | | | -25.09 |
| **Total Taxes Withheld** | | | -1,027.24 | | | -289.56 |
| Deductions from Net Pay | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| Additions to Net Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 10,197.20 | | | 1,599.04 |
| Employer Taxes and Contributions | | | | | | |
| Federal Unemployment | | | 56.00 | | | 15.11 |
| Medicare Company | | | 162.75 | | | 27.38 |
| Social Security Company | | | 695.92 | | | 117.09 |
| DE – Unemployment Company | | | 25.50 | | | 5.67 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 940.17 | | | 165.25 |

B144

D00204

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 30          EMPLOYEE 32

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 2,423.07 | | | 0.00 |
| Hourly Rate 1 | 83.5 | 14.00 | 1,169.00 | 137 | 7.00 | 959.00 |
| Hourly Rate 2 | 7.25 | 21.00 | 152.25 | | 10.50 | 0.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 3,744.32 | | | 959.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 3,744.32 | | | 959.00 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -268.00 | | | -30.00 |
| Medicare Employee | | | -54.29 | | | 0.00 |
| Social Security Employee | | | -232.15 | | | 0.00 |
| DE – Withholding | | | -101.94 | | | -2.72 |
| **Total Taxes Withheld** | | | -656.38 | | | -32.72 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 3,087.94 | | | 926.28 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 29.95 | | | 7.67 |
| Medicare Company | | | 54.29 | | | 9.39 |
| Social Security Company | | | 232.15 | | | 40.15 |
| DE - Unemployment Company | | | 11.23 | | | 2.88 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 327.62 | | | 60.09 |

Created by:Jeanne Fleming

Page 1


D00205

**Lawns Unlimited, Ltd.**
**Pay Day Date**
Pay Period: January 1 thru December 31, 2002

EMPLOYEE 33        EMPLOYEE 34

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| Employee Wages, Taxes and Adjustments | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 23.75 | 9.00 | 213.75 | 213.75 | 7.00 | 1,496.25 |
| Hourly Rate 2 | | 13.50 | 0.00 | 6.5 | 10.50 | 68.26 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| Total Gross Pay | | | 213.75 | | | 1,564.51 |
| Deductions from Gross Pay | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| Total Deductions from Gross Pay | | | 0.00 | | | 0.00 |
| Adjusted Gross Pay | | | 213.75 | | | 1,564.51 |
| Taxes Withheld | | | | | | |
| Federal Tax Withholding | | | 0.00 | | | -103.00 |
| Medicare Employee | | | -3.10 | | | 0.00 |
| Social Security Employee | | | -13.25 | | | 0.00 |
| DE – Withholding | | | 0.00 | | | -32.13 |
| Total Taxes Withheld | | | -16.35 | | | -135.13 |
| Deductions from Net Pay | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Total Deductions from Net Pay | | | 0.00 | | | 0.00 |
| Additions to Net Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| Total Additions to Net Pay | | | 0.00 | | | 0.00 |
| Net Pay | | | 197.40 | | | 1,429.38 |
| Employer Taxes and Contributions | | | | | | |
| Federal Unemployment | | | 1.71 | | | 8.67 |
| Medicare Company | | | 3.10 | | | 15.72 |
| Social Security Company | | | 13.25 | | | 67.22 |
| DE – Unemployment Company | | | 0.64 | | | 4.69 |
| 401K | | | 0.00 | | | 0.00 |
| Total Employer Taxes and Contributions | | | 18.70 | | | 96.30 |

Created by: Jeanne Fleming

B146

D00206

**Lawns Unlimited, Ltd.**
**Pay Day Date**
Pay Period: January 1 thru December 31, 2002

EMPLOYEE 36    EMPLOYEE 87

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 10.00 | | 0.00 | 213.75 | 8.00 | 1,710.00 |
| Hourly Rate 2 | 15.00 | | 0.00 | 37.83 | 12.00 | 453.96 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 0.00 | | | 2,163.96 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 0.00 | | | 2,163.96 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | 0.00 | | | 0.00 |
| Medicare Employee | | | 0.00 | | | -31.38 |
| Social Security Employee | | | 0.00 | | | -134.17 |
| DE - Withholding | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | 0.00 | | | -165.55 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 0.00 | | | 1,998.41 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 17.31 |
| Medicare Company | | | 0.00 | | | 31.38 |
| Social Security Company | | | 0.00 | | | 134.17 |
| DE - Unemployment Company | | | 0.00 | | | 6.49 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 0.00 | | | 189.35 |

B147

D00207

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 38          EMPLOYEE 39

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | 70.57 | | 944.86 |
| Salary | | | 0.00 | 2,104.93 | | 29,871.38 |
| Hourly Rate 1 | 274.75 | 7.50 | 2,060.63 | 300.63 | 14.50 | 4,359.14 |
| Hourly Rate 2 | 77.75 | 11.25 | 874.69 | 385.56 | 21.75 | 8,385.97 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 3,248.51 |
| **Total Gross Pay** | | | 2,935.32 | | | 46,809.86 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | -1,300.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | -1,300.00 |
| **Adjusted Gross Pay** | | | 2,935.32 | | | 45,509.86 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -66.00 | | | -7,161.00 |
| Medicare Employee | | | -42.56 | | | -678.74 |
| Social Security Employee | | | -181.99 | | | -2,902.21 |
| DE - Withholding | | | -21.31 | | | -1,778.63 |
| **Total Taxes Withheld** | | | -311.86 | | | -12,520.58 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 2,623.46 | | | 32,989.28 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 23.48 | | | 56.00 |
| Medicare Company | | | 42.56 | | | 678.74 |
| Social Security Company | | | 181.99 | | | 2,902.21 |
| DE - Unemployment Company | | | 8.81 | | | 34.00 |
| 401K | | | 0.00 | | | 1,300.00 |
| **Total Employer Taxes and Contributions** | | | 256.84 | | | 4,970.95 |

Created by: Jeanne Fleming

Page 1

B148

D00208

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 40    EMPLOYEE 42

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 370.75 | 7.50 | 2,780.64 | 230.25 | 7.00 | 1,611.75 |
| Hourly Rate 2 | 31.5 | 11.25 | 354.39 | 32 | 10.50 | 336.01 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 3,135.03 | | | 1,947.76 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 3,135.03 | | | 1,947.76 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -314.00 | | | -160.00 |
| Medicare Employee | | | -45.46 | | | 0.00 |
| Social Security Employee | | | -194.37 | | | 0.00 |
| DE – Withholding | | | -67.51 | | | -37.54 |
| **Total Taxes Withheld** | | | -621.34 | | | -197.54 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 2,513.69 | | | 1,750.22 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 25.08 | | | 9.87 |
| Medicare Company | | | 45.46 | | | 17.89 |
| Social Security Company | | | 194.37 | | | 76.49 |
| DE – Unemployment Company | | | 9.41 | | | 5.84 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 274.32 | | | 110.09 |

Created by: Jeanne Fleming

. Page 1

B149

D00209

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 43                              EMPLOYEE 45

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 240 | 7.00 | 1,680.00 | 670.63 | 7.00 | 4,444.53 |
| Hourly Rate 2 | 57.5 | 10.50 | 603.75 | 12 | 10.50 | 111.61 |
| Office Hourly Rate 2 | 24.5 | 10.50 | 257.25 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 2,541.00 | | | 4,556.14 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 2,541.00 | | | 4,556.14 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -302.00 | | | -325.00 |
| Medicare Employee | | | 0.00 | | | -66.06 |
| Social Security Employee | | | 0.00 | | | -282.48 |
| DE - Withholding | | | -79.00 | | | -57.41 |
| **Total Taxes Withheld** | | | -381.00 | | | -730.95 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 2,160.00 | | | 3,825.19 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 36.45 |
| Medicare Company | | | 0.00 | | | 66.06 |
| Social Security Company | | | 0.00 | | | 282.48 |
| DE - Unemployment Company | | | 7.62 | | | 13.67 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 7.62 | | | 398.66 |

BISO

D00210

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 46 _(handwritten)_      EMPLOYEE 49 _(handwritten)_

| | Hours | Rate | Jan - Dec 02 | Hours | Rate | Jan - Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | 69 | | 860.50 | | | 0.00 |
| Salary | 1,131 | | 14,179.50 | | | 0.00 |
| Hourly Rate 1 | 57.25 | 13.00 | 735.25 | 686.72 | 8.00 | 5,493.76 |
| Hourly Rate 2 | 27 | 19.50 | 515.26 | 32.6 | 12.00 | 391.20 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 16,290.51 | | | 5,884.96 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | -150.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | -150.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 16,140.51 | | | 5,884.96 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -2,138.00 | | | -343.00 |
| Medicare Employee | | | -236.21 | | | -85.33 |
| Social Security Employee | | | -1,010.01 | | | -364.87 |
| DE - Withholding | | | -552.17 | | | -89.80 |
| **Total Taxes Withheld** | | | -3,936.39 | | | -883.00 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 12,204.12 | | | 5,001.96 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 47.08 |
| Medicare Company | | | 236.21 | | | 85.33 |
| Social Security Company | | | 1,010.01 | | | 364.87 |
| DE - Unemployment Company | | | 27.85 | | | 17.65 |
| 401K | | | 150.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 1,480.07 | | | 514.93 |

B151 _(handwritten)_

D00211

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 50        EMPLOYEE 51

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 325.75 | 8.00 | 2,606.00 | 27.75 | 7.50 | 208.13 |
| Hourly Rate 2 | 100.75 | 12.00 | 1,209.00 | | 11.25 | 0.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 3,815.00 | | | 208.13 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 3,815.00 | | | 208.13 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -38.00 | | | -11.00 |
| Medicare Employee | | | -55.32 | | | -3.02 |
| Social Security Employee | | | -236.53 | | | -12.90 |
| DE - Withholding | | | -12.02 | | | -0.14 |
| **Total Taxes Withheld** | | | -341.87 | | | -27.06 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 3,473.13 | | | 181.07 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 30.52 | | | 1.67 |
| Medicare Company | | | 55.32 | | | 3.02 |
| Social Security Company | | | 236.53 | | | 12.90 |
| DE - Unemployment Company | | | 11.45 | | | 0.62 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 333.82 | | | 18.21 |

Created by:Jeanne Fleming        Page

B152     D00212

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 58 ▓▓▓          EMPLOYEE 53 ▓▓▓

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | 72.17 | | 732.13 | | | 0.00 |
| Salary | 2,104.83 | | 25,179.35 | | | 0.00 |
| Hourly Rate 1 | 273.25 | 12.50 | 3,241.89 | 35 | 6.50 | 227.50 |
| Hourly Rate 2 | 355.8 | 18.75 | 6,518.63 | | 9.75 | 0.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 1,624.26 | | | 0.00 |
| **Total Gross Pay** | | | 37,296.26 | | | 227.50 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 37,296.26 | | | 227.50 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -1,995.00 | | | 0.00 |
| Medicare Employee | | | -540.80 | | | -3.30 |
| Social Security Employee | | | -2,312.37 | | | -14.11 |
| DE - Withholding | | | -883.18 | | | 0.00 |
| **Total Taxes Withheld** | | | -5,731.35 | | | -17.41 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | -187.50 | | | 0.00 |
| **Total Additions to Net Pay** | | | -187.50 | | | 0.00 |
| **Net Pay** | | | 31,377.41 | | | 210.09 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 1.82 |
| Medicare Company | | | 540.80 | | | 3.30 |
| Social Security Company | | | 2,312.37 | | | 14.11 |
| DE - Unemployment Company | | | 34.00 | | | 0.91 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 2,943.17 | | | 20.14 |

B153    D00213

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 54       EMPLOYEE 55

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 1,307.54 | 10.00 | 12,478.40 | 80 | 10.00 | 800.00 |
| Hourly Rate 2 | 286.8 | 15.00 | 4,095.02 | 23.65 | 15.00 | 354.75 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 541.41 | | | 0.00 |
| **Total Gross Pay** | | | 17,114.83 | | | 1,154.75 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 17,114.83 | | | 1,154.75 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -308.00 | | | -95.00 |
| Medicare Employee | | | -248.17 | | | -16.74 |
| Social Security Employee | | | -1,061.12 | | | -71.59 |
| DE – Withholding | | | -124.01 | | | -29.59 |
| **Total Taxes Withheld** | | | -1,741.30 | | | -212.92 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | -422.50 |
| **Total Additions to Net Pay** | | | 0.00 | | | -422.50 |
| **Net Pay** | | | 15,373.53 | | | 519.33 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 9.24 |
| Medicare Company | | | 248.17 | | | 16.74 |
| Social Security Company | | | 1,061.12 | | | 71.59 |
| DE – Unemployment Company | | | 25.50 | | | 3.46 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 1,390.79 | | | 101.03 |

B154     D00214

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 56                          EMPLOYEE 57

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 211.98 | 9.00 | 1,907.82 | 1,533.93 | 8.00 | 11,931.69 |
| Hourly Rate 2 | 20.25 | 13.50 | 273.38 | 600.6 | 12.00 | 6,989.32 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 2,181.20 | | | 18,921.01 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 2,181.20 | | | 18,921.01 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | 0.00 | | | -342.00 |
| Medicare Employee | | | -31.63 | | | -274.35 |
| Social Security Employee | | | -135.23 | | | -1,173.10 |
| DE – Withholding | | | 0.00 | | | -133.73 |
| **Total Taxes Withheld** | | | -166.86 | | | -1,923.18 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 2,014.34 | | | 16,997.83 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 17.45 | | | 56.00 |
| Medicare Company | | | 31.63 | | | 274.35 |
| Social Security Company | | | 135.23 | | | 1,173.10 |
| DE – Unemployment Company | | | 6.54 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 190.85 | | | 1,528.95 |

BISS

D00215

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 59                                         EMPLOYEE 60

| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 693.25 | 7.50 | 5,199.39 | 1,426.34 | 9.00 | 12,837.06 |
| Hourly Rate 2 | 101.75 | 11.25 | 1,144.70 | 662.53 | 13.50 | 8,944.20 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 6,344.09 | | | 21,781.26 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 6,344.09 | | | 21,781.26 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -550.00 | | | -496.00 |
| Medicare Employee | | | -91.99 | | | -315.83 |
| Social Security Employee | | | -393.33 | | | -1,350.44 |
| DE – Withholding | | | -172.69 | | | -243.81 |
| **Total Taxes Withheld** | | | -1,208.01 | | | -2,406.08 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 5,136.08 | | | 19,375.18 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 50.75 | | | 56.00 |
| Medicare Company | | | 91.99 | | | 315.83 |
| Social Security Company | | | 393.33 | | | 1,350.44 |
| DE – Unemployment Company | | | 19.03 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 555.10 | | | 1,747.77 |

Created by: Jeanne Fleming

B156                                                D00216

## Lawns Unlimited, Ltd.
## Pay Day Date
Pay Period: January 1 thru December 31, 2002

EMPLOYEE 62      EMPLOYEE 70

| | Hours | Rate | Jan - Dec 02 | Hours | Rate | Jan - Dec 02 |
|---|---|---|---|---|---|---|
| Employee Wages, Taxes and Adjustments | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 1,141.73 | 15.00 | 17,125.95 | 1,109.81 | 12.00 | 12,761.22 |
| Hourly Rate 2 | 63.48 | 22.50 | 1,428.33 | | 18.00 | 0.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 541.42 | | | 0.00 |
| **Total Gross Pay** | | | **19,095.70** | | | **12,761.22** |
| Deductions from Gross Pay | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | **0.00** | | | **0.00** |
| **Adjusted Gross Pay** | | | **19,095.70** | | | **12,761.22** |
| Taxes Withheld | | | | | | |
| Federal Tax Withholding | | | -782.00 | | | -761.00 |
| Medicare Employee | | | -276.89 | | | -185.04 |
| Social Security Employee | | | -1,183.93 | | | -791.20 |
| DE - Withholding | | | -331.40 | | | -80.26 |
| **Total Taxes Withheld** | | | **-2,574.22** | | | **-1,817.50** |
| Deductions from Net Pay | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | **0.00** | | | **0.00** |
| Additions to Net Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | **0.00** | | | **0.00** |
| **Net Pay** | | | **16,521.48** | | | **10,943.72** |
| Employer Taxes and Contributions | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 276.89 | | | 185.04 |
| Social Security Company | | | 1,183.93 | | | 791.20 |
| DE - Unemployment Company | | | 25.50 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | **1,542.32** | | | **1,057.74** |

B157

D00217

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 1    EMPLOYEE 2

| | Hours | Rate | Jan - Dec 03 | Hours | Rate | Jan - Dec 03 |
|---|---|---|---|---|---|---|
| Employee Wages, Taxes and Adjustments | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 533.19 | 10.00 | 5,331.90 | 1,377.61 | 9.00 | 11,760.88 |
| Hourly Rate 2 | 111.08 | 15.00 | 1,666.20 | 393.08 | 13.50 | 5,101.45 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | **6,998.10** | | | **16,862.33** |
| Deductions from Gross Pay | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | **0.00** | | | **0.00** |
| **Adjusted Gross Pay** | | | **6,998.10** | | | **16,862.33** |
| Taxes Withheld | | | | | | |
| Federal Tax Withholding | | | -216.00 | | | -565.00 |
| Medicare Employee | | | -101.47 | | | -244.50 |
| Social Security Employee | | | -433.88 | | | -1,045.46 |
| DE - Withholding | | | -78.63 | | | -209.48 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | **-829.98** | | | **-2,064.44** |
| Deductions from Net Pay | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | **0.00** | | | **0.00** |
| Additions to Net Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | **0.00** | | | **0.00** |
| **Net Pay** | | | **6,168.12** | | | **14,797.89** |
| Employer Taxes and Contributions | | | | | | |
| Federal Unemployment | | | 55.98 | | | 56.00 |
| Medicare Company | | | 101.47 | | | 244.50 |
| Social Security Company | | | 433.88 | | | 1,045.46 |
| DE - Unemployment Company | | | 20.99 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | **612.32** | | | **1,371.46** |

BI58

D0017

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 3                          EMPLOYEE 4

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 257.76 | 10.00 | 2,577.60 | 840 | 8.00 | 6,720.00 |
| Hourly Rate 2 | 5.63 | 15.00 | 84.45 | 274.29 | 12.00 | 3,291.48 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 216.57 |
| **Total Gross Pay** | | | 2,662.05 | | | 10,228.05 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 2,662.05 | | | 10,228.05 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -212.00 | | | -182.00 |
| Medicare Employee | | | -38.60 | | | -148.31 |
| Social Security Employee | | | -165.05 | | | -634.14 |
| DE - Withholding | | | -53.39 | | | -91.54 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -469.04 | | | -1,055.99 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 2,193.01 | | | 9,172.06 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 21.30 | | | 56.00 |
| Medicare Company | | | 38.60 | | | 148.31 |
| Social Security Company | | | 165.05 | | | 634.14 |
| DE - Unemployment Company | | | 7.99 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 232.94 | | | 863.95 |

Created by: Jeanne Fleming

B159

D00171

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEES

PLAINTIFF

Butz, Renee M

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| Employee Wages, Taxes and Adjustments | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 825.47 | 8.00 | 6,603.76 | 2,020.53 | 12.00 | 24,246.36 |
| Hourly Rate 2 | 232.46 | 12.00 | 2,789.52 | 203.37 | 18.00 | 3,660.66 |
| Vacation Hourly Rate | | | 0.00 | 33.75 | 12.00 | 405.00 |
| Bonus | | | 216.57 | | | 0.00 |
| **Total Gross Pay** | | | 9,609.85 | | | 28,312.02 |
| Deductions from Gross Pay | | | | | | |
| Employee IRA | | | 0.00 | | | -1,250.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | -1,250.00 |
| **Adjusted Gross Pay** | | | 9,609.85 | | | 27,062.02 |
| Taxes Withheld | | | | | | |
| Federal Tax Withholding | | | -69.00 | | | -3,027.00 |
| Medicare Employee | | | -139.34 | | | -410.52 |
| Social Security Employee | | | -595.81 | | | -1,755.35 |
| DE - Withholding | | | -43.29 | | | -896.87 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -847.44 | | | -6,089.74 |
| Deductions from Net Pay | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| Additions to Net Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 8,762.41 | | | 20,972.28 |
| Employer Taxes and Contributions | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 139.34 | | | 410.52 |
| Social Security Company | | | 595.81 | | | 1,755.35 |
| DE - Unemployment Company | | | 25.50 | | | 25.50 |
| 401K | | | 0.00 | | | 819.14 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 816.65 | | | 3,066.51 |

Created by: Jeanne Fleming

BK60

D0(

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

|  | Hours | Rate | Jan - Dec 03 | Hours | Rate | Jan - Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 1,624.26 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 37.8 | 7.50 | 283.50 | 1,988.67 | 12.00 | 23,266.05 |
| Hourly Rate 2 | | 11.25 | 0.00 | 469.65 | 18.00 | 8,315.04 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 283.50 | | | 33,205.35 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 283.50 | | | 33,205.35 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -50.00 | | | -1,285.00 |
| Medicare Employee | | | -4.11 | | | -481.48 |
| Social Security Employee | | | -17.58 | | | -2,058.74 |
| DE - Withholding | | | -20.10 | | | -583.90 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -91.79 | | | -4,409.12 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 191.71 | | | 28,796.23 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 2.27 | | | 56.00 |
| Medicare Company | | | 4.11 | | | 481.48 |
| Social Security Company | | | 17.58 | | | 2,058.73 |
| DE - Unemployment Company | | | 0.85 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 24.81 | | | 2,621.71 |

Created by: Jeanne Fleming



D0017

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 10                                    EMPLOYEE 11

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 216.57 | | | 0.00 |
| Salary | | | 0.00 | | | 5,439.23 |
| Hourly Rate 1 | 988.23 | 9.00 | 8,454.07 | 693.23 | 8.00 | 5,439.23 |
| Hourly Rate 2 | 368.83 | 13.50 | 4,718.71 | 352.57 | 12.00 | 4,121.63 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 13,389.35 | | | 9,560.86 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 13,389.35 | | | 9,560.86 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -33.00 | | | -88.00 |
| Medicare Employee | | | -194.15 | | | -138.63 |
| Social Security Employee | | | -830.14 | | | -592.77 |
| DE - Withholding | | | -38.38 | | | -59.04 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -1,095.67 | | | -878.44 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 12,293.68 | | | 8,682.42 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 194.15 | | | 138.63 |
| Social Security Company | | | 830.14 | | | 592.77 |
| DE - Unemployment Company | | | 25.50 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 1,105.79 | | | 812.90 |

Created by:Jeanne Fleming

B162

D0017

**Lawns Unlimited, Ltd.**
**Pay Day Date**
Pay Period: January 1 thru December 31, 2003

EMPLOYEE 18                                    EMPLOYEE 19

| | Hours | Rate | Jan - Dec 03 | Hours | Rate | Jan - Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 52,000.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 10,400.00 | | | 0.00 |
| Hourly Rate 1 | | 6.15 | 0.00 | | | 0.00 |
| Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 10,400.00 | | | 52,000.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | -7,942.25 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | -7,942.25 |
| **Adjusted Gross Pay** | | | 10,400.00 | | | 44,057.75 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -323.50 | | | -2,543.00 |
| Medicare Employee | | | -150.80 | | | -754.00 |
| Social Security Employee | | | -644.80 | | | -3,224.00 |
| DE - Withholding | | | -62.00 | | | -2,575.20 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -1,181.10 | | | -9,096.20 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 9,218.90 | | | 34,961.55 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 150.80 | | | 754.00 |
| Social Security Company | | | 644.80 | | | 3,224.00 |
| DE - Unemployment Company | | | 25.50 | | | 25.50 |
| 401K | | | 0.00 | | | 1,560.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 877.10 | | | 5,619.50 |

Created by: Jeanne Fleming

B163

D0017

**Lawns Unlimited, Ltd.**
**Pay Day Date**
Pay Period: January 1 thru December 31, 2003

EMPLOYEE 20                                    EMPLOYEE 21

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 9,225.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 10,400.00 | | | 0.00 |
| Hourly Rate 1 | | 6.15 | 0.00 | | | 0.00 |
| Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 10,400.00 | | | 9,225.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | -8,500.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | -8,500.00 |
| **Adjusted Gross Pay** | | | 10,400.00 | | | 725.00 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -318.50 | | | 0.00 |
| Medicare Employee | | | -150.80 | | | -133.76 |
| Social Security Employee | | | -644.80 | | | -571.95 |
| DE - Withholding | | | -62.00 | | | 0.00 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -1,176.10 | | | -705.71 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 9,223.90 | | | 19.29 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 150.80 | | | 133.76 |
| Social Security Company | | | 644.80 | | | 571.95 |
| DE - Unemployment Company | | | 25.50 | | | 25.50 |
| 401K | | | 0.00 | | | 276.75 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 877.10 | | | 1,063.96 |

B164

D0017

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 22 | EMPLOYEE 23

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| Employee Wages, Taxes and Adjustments | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 2,400.00 | | | 2,400.00 |
| Hourly Rate 1 | 8.47 | 7.00 | 59.29 | | 12.00 | 0.00 |
| Hourly Rate 2 | | 10.50 | 0.00 | | 18.00 | 0.00 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 2,459.29 | | | 2,400.00 |
| Deductions from Gross Pay | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 2,459.29 | | | 2,400.00 |
| Taxes Withheld | | | | | | |
| Federal Tax Withholding | | | -269.50 | | | -412.00 |
| Medicare Employee | | | -35.66 | | | -34.80 |
| Social Security Employee | | | -152.48 | | | -148.80 |
| DE - Withholding | | | -54.00 | | | -92.50 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -511.64 | | | -688.10 |
| Deductions from Net Pay | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| Additions to Net Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 1,947.65 | | | 1,711.90 |
| Employer Taxes and Contributions | | | | | | |
| Federal Unemployment | | | 19.67 | | | 19.20 |
| Medicare Company | | | 35.66 | | | 34.80 |
| Social Security Company | | | 152.48 | | | 148.80 |
| DE - Unemployment Company | | | 7.38 | | | 7.20 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 215.19 | | | 210.00 |

Created by: Jeanne Fleming

Pa

B165

D0017

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 34                                      EMPLOYEE 27

| | Hours | Rate | Jan - Dec 03 | Hours | Rate | Jan - Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 5,400.00 | | | 0.00 |
| Hourly Rate 1 | | | 0.00 | 700.42 | 10.50 | 6,699.90 |
| Hourly Rate 2 | | | 0.00 | 152.74 | 15.75 | 2,214.78 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 5,400.00 | | | 8,914.68 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 5,400.00 | | | 8,914.68 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | 0.00 | | | -119.00 |
| Medicare Employee | | | -78.30 | | | -129.26 |
| Social Security Employee | | | -334.80 | | | -552.71 |
| DE - Withholding | | | 0.00 | | | -51.64 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -413.10 | | | -852.61 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 4,986.90 | | | 8,062.07 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 43.20 | | | 56.00 |
| Medicare Company | | | 78.30 | | | 129.26 |
| Social Security Company | | | 334.80 | | | 552.71 |
| DE - Unemployment Company | | | 16.20 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 472.50 | | | 763.47 |

Created by:Jeanne Fleming

B166

D0017

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 29

EMPLOYEE 31

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 189.82 | 10.00 | 1,898.20 | 200 | 7.00 | 1,400.00 |
| Hourly Rate 2 | 30.61 | 15.00 | 459.15 | 24.32 | 10.50 | 255.37 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 2,357.35 | | | 1,655.37 |
| Deductions from Gross Pay | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 2,357.35 | | | 1,655.37 |
| Taxes Withheld | | | | | | |
| Federal Tax Withholding | | | -221.00 | | | -118.00 |
| Medicare Employee | | | -34.18 | | | -24.00 |
| Social Security Employee | | | -146.16 | | | -102.63 |
| DE – Withholding | | | -57.99 | | | -28.58 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -459.33 | | | -273.21 |
| Deductions from Net Pay | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| Additions to Net Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 1,898.02 | | | 1,382.16 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 18.86 | | | 13.24 |
| Medicare Company | | | 34.18 | | | 24.00 |
| Social Security Company | | | 146.16 | | | 102.63 |
| DE – Unemployment Company | | | 7.07 | | | 4.97 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 206.27 | | | 144.84 |

Created by: Jeanne Fleming

Page

B167

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 85          EMPLOYEE 37

|  | Hours | Rate | Jan - Dec 03 | Hours | Rate | Jan - Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 626.07 | 8.50 | 5,321.60 | 755.99 | 8.50 | 6,247.92 |
| Hourly Rate 2 | 222.34 | 12.75 | 2,834.85 | 390.32 | 12.75 | 4,827.92 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 8,156.45 | | | 11,075.84 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 8,156.45 | | | 11,075.84 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -34.00 | | | -134.00 |
| Medicare Employee | | | -118.27 | | | -160.60 |
| Social Security Employee | | | -505.70 | | | -686.70 |
| DE - Withholding | | | -31.10 | | | -91.27 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -689.07 | | | -1,072.57 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 7,467.38 | | | 10,003.27 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 118.27 | | | 160.60 |
| Social Security Company | | | 505.70 | | | 686.70 |
| DE - Unemployment Company | | | 24.47 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 704.44 | | | 928.80 |

B168

D00180

## Lawns Unlimited, Ltd.
### Pay Day Date
Pay Period: January 1 thru December 31, 2003

EMPLOYEE 39 ▮▮▮▮▮▮    EMPLOYEE 41 ▮▮▮▮▮▮

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | 104 | | 1,330.65 | | | 0.00 |
| Performance Incentive | | | 8,121.29 | | | 0.00 |
| Salary | 2,106.23 | | 30,875.17 | | | 0.00 |
| Hourly Rate 1 | 300.83 | 15.50 | 4,439.35 | 175.57 | 9.00 | 1,580.13 |
| Hourly Rate 2 | 395.5 | 23.25 | 8,958.28 | 76.55 | 13.50 | 1,033.43 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 53,724.74 | | | 2,613.56 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | -1,300.00 | | | 0.00 |
| Time Off | | | -32.55 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | -1,332.55 | | | 0.00 |
| **Adjusted Gross Pay** | | | 52,392.19 | | | 2,613.56 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -7,460.00 | | | -282.00 |
| Medicare Employee | | | -778.54 | | | -37.90 |
| Social Security Employee | | | -3,328.93 | | | -162.04 |
| DE - Withholding | | | -1,890.30 | | | -85.21 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -13,457.77 | | | -567.15 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 38,934.42 | | | 2,046.41 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 20.91 |
| Medicare Company | | | 778.54 | | | 37.90 |
| Social Security Company | | | 3,328.92 | | | 162.04 |
| DE - Unemployment Company | | | 25.50 | | | 7.84 |
| 401K | | | 1,300.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 5,488.96 | | | 228.69 |

Created by: Jeanne Fleming

B169

D0018

### Lawns Unlimited, Ltd.
### Pay Day Date
Pay Period: January 1 thru December 31, 2003

EMPLOYEE 43          EMPLOYEE 44

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 80 | 7.00 | 560.00 | 493.48 | 8.00 | 3,587.84 |
| Hourly Rate 2 | 28.15 | 10.50 | 295.58 | 210.48 | 12.00 | 2,282.17 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 855.58 | | | 5,870.01 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 855.58 | | | 5,870.01 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -99.00 | | | -681.00 |
| Medicare Employee | | | 0.00 | | | 0.00 |
| Social Security Employee | | | 0.00 | | | 0.00 |
| DE - Withholding | | | -26.64 | | | -184.13 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -125.64 | | | -865.13 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 729.94 | | | 5,004.88 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 0.00 |
| Medicare Company | | | 0.00 | | | 0.00 |
| Social Security Company | | | 0.00 | | | 0.00 |
| DE - Unemployment Company | | | 2.57 | | | 17.61 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 2.57 | | | 17.61 |

Created by: Jeanne Fleming          Page

B170

D0018

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 45       EMPLOYEE 47

| | Hours | Rate | Jan - Dec 03 | Hours | Rate | Jan - Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 379.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 316.61 | 7.50 | 2,347.83 | 1,119.08 | 10.50 | 11,750.35 |
| Hourly Rate 2 | | 11.25 | 0.00 | 279.28 | 15.75 | 4,398.68 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 2,347.83 | | | 16,528.03 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 2,347.83 | | | 16,528.03 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -135.00 | | | -1,358.00 |
| Medicare Employee | | | -34.04 | | | -239.66 |
| Social Security Employee | | | -145.57 | | | -1,024.74 |
| DE - Withholding | | | -15.34 | | | -479.60 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -329.95 | | | -3,102.00 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 2,017.88 | | | 13,426.03 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 18.78 | | | 56.00 |
| Medicare Company | | | 34.04 | | | 239.66 |
| Social Security Company | | | 145.57 | | | 1,024.74 |
| DE - Unemployment Company | | | 7.04 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 205.43 | | | 1,345.90 |

Created by: Jeanne Fleming

B171

D001

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 48          EMPLOYEE 49

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 216.57 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 1,573.65 | 7.75 | 11,937.38 | 1,793.23 | 9.00 | 14,633.78 |
| Hourly Rate 2 | 538.75 | 11.63 | 6,113.11 | 34.4 | 13.50 | 413.13 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 18,267.06 | | | 15,046.91 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 18,267.06 | | | 15,046.91 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -315.00 | | | -787.00 |
| Medicare Employee | | | -264.87 | | | -218.18 |
| Social Security Employee | | | -1,132.56 | | | -932.91 |
| DE - Withholding | | | -144.55 | | | -438.14 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -1,856.98 | | | -2,376.23 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 16,410.08 | | | 12,670.68 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 264.87 | | | 218.18 |
| Social Security Company | | | 1,132.56 | | | 932.91 |
| DE - Unemployment Company | | | 25.50 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 1,478.93 | | | 1,232.59 |

Created by: Jeanne Fleming

B172    D0018

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 52                          EMPLOYEE 54

| | Hours | Rate | Jan - Dec 03 | Hours | Rate | Jan - Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | 104 | | 1,193.11 | | | 0.00 |
| Performance Incentive | | | 1,624.25 | | | 541.42 |
| Salary | 2,090.52 | | 26,067.09 | | | 0.00 |
| Hourly Rate 1 | 267.13 | 13.00 | 3,375.14 | 1,996.44 | 12.00 | 22,812.10 |
| Hourly Rate 2 | 376.72 | 19.50 | 7,219.58 | 724.47 | 18.00 | 12,704.91 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 39,479.17 | | | 36,058.43 |
| Deductions from Gross Pay | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 39,479.17 | | | 36,058.43 |
| Taxes Withheld | | | | | | |
| Federal Tax Withholding | | | -2,223.00 | | | -1,561.00 |
| Medicare Employee | | | -572.45 | | | -522.85 |
| Social Security Employee | | | -2,447.71 | | | -2,235.62 |
| DE - Withholding | | | -1,004.37 | | | -727.39 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -6,247.53 | | | -5,046.86 |
| Deductions from Net Pay | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| Additions to Net Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 33,231.64 | | | 31,011.57 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 572.45 | | | 522.85 |
| Social Security Company | | | 2,447.71 | | | 2,235.62 |
| DE - Unemployment Company | | | 25.50 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 3,101.66 | | | 2,839.97 |

Created by:Jeanne Fleming

B173

D0018

### Lawns Unlimited, Ltd.
### Pay Day Date
Pay Period: January 1 thru December 31, 2003

EMPLOYEE 55                                    EMPLOYEE 56

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 920.94 | 12.00 | 10,313.04 | 19.48 | 9.00 | 175.32 |
| Hourly Rate 2 | 54.21 | 18.00 | 877.98 | | 13.50 | 0.00 |
| Vacation Hourly Rate | 24 | 12.00 | 288.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 11,479.02 | | | 175.32 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 11,479.02 | | | 175.32 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -885.00 | | | 0.00 |
| Medicare Employee | | | -166.45 | | | -2.54 |
| Social Security Employee | | | -711.70 | | | -10.87 |
| DE - Withholding | | | -254.75 | | | 0.00 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -2,017.90 | | | -13.41 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 9,461.12 | | | 161.91 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 1.40 |
| Medicare Company | | | 166.45 | | | 2.54 |
| Social Security Company | | | 711.70 | | | 10.87 |
| DE - Unemployment Company | | | 25.50 | | | 0.53 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 959.65 | | | 15.34 |

Created by: Jeanne Fleming

B174

D00186

## Lawns Unlimited, Ltd.
### Pay Day Date
Pay Period: January 1 thru December 31, 2003

EMPLOYEE 58                          EMPLOYEE 60

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 1,199.58 | 8.50 | 9,876.43 | 131.33 | 9.00 | 1,181.97 |
| Hourly Rate 2 | 548.3 | 12.75 | 6,745.65 | 27.17 | 13.50 | 366.80 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 16,622.08 | | | 1,548.77 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 16,622.08 | | | 1,548.77 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -343.00 | | | -3.00 |
| Medicare Employee | | | -241.02 | | | -22.46 |
| Social Security Employee | | | -1,030.57 | | | -96.02 |
| DE - Withholding | | | -191.20 | | | -5.08 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -1,805.79 | | | -126.56 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | -802.90 | | | 0.00 |
| **Total Additions to Net Pay** | | | -802.90 | | | 0.00 |
| **Net Pay** | | | 14,013.39 | | | 1,422.21 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 12.39 |
| Medicare Company | | | 241.02 | | | 22.46 |
| Social Security Company | | | 1,030.57 | | | 96.02 |
| DE - Unemployment Company | | | 25.50 | | | 4.65 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 1,353.09 | | | 135.52 |

Created by: Jeanne Fleming

B175

D001

### Lawns Unlimited, Ltd.
### Pay Day Date
#### Pay Period: January 1 thru December 31, 2003

Employee 61                              Employee 62

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 216.56 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 1,347.69 | 8.50 | 11,135.38 | | 15.00 | 0.00 |
| Hourly Rate 2 | 520.49 | 12.75 | 6,412.93 | | 22.50 | 0.00 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 17,764.87 | | | 0.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 17,764.87 | | | 0.00 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -453.00 | | | 0.00 |
| Medicare Employee | | | -257.59 | | | 0.00 |
| Social Security Employee | | | -1,101.42 | | | 0.00 |
| DE – Withholding | | | -201.97 | | | 0.00 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -2,013.98 | | | 0.00 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 15,750.89 | | | 0.00 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 0.00 |
| Medicare Company | | | 257.59 | | | 0.00 |
| Social Security Company | | | 1,101.42 | | | 0.00 |
| DE – Unemployment Company | | | 25.50 | | | 0.00 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 1,440.51 | | | 0.00 |

Created by: Jeanne Fleming

Page



D00188

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 63                                   EMPLOYEE 64

| | Hours | Rate | Jan - Dec 03 | Hours | Rate | Jan - Dec 03 |
|---|---|---|---|---|---|---|
| Employee Wages, Taxes and Adjustments | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 379.00 | | | 0.00 |
| Salary | 100 | | 1,021.74 | | | 0.00 |
| Hourly Rate 1 | 1,266.68 | 13.00 | 16,186.84 | 91.52 | 14.50 | 1,327.04 |
| Hourly Rate 2 | 250.31 | 19.50 | 4,769.66 | 41.25 | 21.75 | 897.19 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | **22,357.24** | | | **2,224.23** |
| Deductions from Gross Pay | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | **0.00** | | | **0.00** |
| Adjusted Gross Pay | | | 22,357.24 | | | 2,224.23 |
| Taxes Withheld | | | | | | |
| Federal Tax Withholding | | | -933.00 | | | -397.00 |
| Medicare Employee | | | -324.18 | | | -32.25 |
| Social Security Employee | | | -1,386.15 | | | -137.90 |
| DE – Withholding | | | -445.31 | | | -92.37 |
| DE Division of Child Support | | | 0.00 | | | -203.05 |
| **Total Taxes Withheld** | | | **-3,088.64** | | | **-862.57** |
| Deductions from Net Pay | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | -40.00 |
| **Total Deductions from Net Pay** | | | **0.00** | | | **-40.00** |
| Additions to Net Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | **0.00** | | | **0.00** |
| Net Pay | | | **19,268.60** | | | **1,321.66** |
| Employer Taxes and Contributions | | | | | | |
| Federal Unemployment | | | 56.00 | | | 17.79 |
| Medicare Company | | | 324.18 | | | 32.25 |
| Social Security Company | | | 1,386.15 | | | 137.90 |
| DE – Unemployment Company | | | 25.50 | | | 6.67 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | **1,791.83** | | | **194.61** |

Created by: Jeanne Fleming

B177

D001

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 65        EMPLOYEE 66

| | Hours | Rate | Jan – Dec 03 | Hours | Rate | Jan – Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 0.00 | | | 216.56 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 1,105.56 | 12.00 | 13,266.72 | 1,336.53 | 12.00 | 14,760.60 |
| Hourly Rate 2 | 5.8 | 18.00 | 104.40 | 474.51 | 18.00 | 7,719.99 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 13,371.12 | | | 22,697.15 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 13,371.12 | | | 22,697.15 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -711.00 | | | -806.00 |
| Medicare Employee | | | -193.88 | | | -329.11 |
| Social Security Employee | | | -829.01 | | | -1,407.22 |
| DE - Withholding | | | -202.08 | | | -406.33 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -1,935.97 | | | -2,948.66 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 11,435.15 | | | 19,748.49 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 193.88 | | | 329.11 |
| Social Security Company | | | 829.01 | | | 1,407.22 |
| DE - Unemployment Company | | | 25.50 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 1,104.39 | | | 1,817.83 |

Created by: Jeanne Fleming

BI78

D001

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

| | EMPLOYEE 67 | | | EMPLOYEE 68 | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | Jan - Dec 03 | Hours | Rate | Jan - Dec 03 |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 216.57 | | | 216.57 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 1,474.63 | 9.00 | 12,493.71 | 1,471.98 | 10.00 | 13,739.80 |
| Hourly Rate 2 | 537.29 | 13.50 | 6,721.51 | 791.66 | 15.00 | 10,942.63 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 19,431.79 | | | 24,899.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 19,431.79 | | | 24,899.00 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -87.00 | | | -455.00 |
| Medicare Employee | | | -281.76 | | | -361.04 |
| Social Security Employee | | | -1,204.77 | | | -1,543.74 |
| DE - Withholding | | | -78.13 | | | -312.14 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -1,651.66 | | | -2,671.92 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 17,780.13 | | | 22,227.08 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 281.76 | | | 361.04 |
| Social Security Company | | | 1,204.77 | | | 1,543.74 |
| DE - Unemployment Company | | | 25.50 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 1,568.03 | | | 1,986.28 |

B179    D0019

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE LA                         EMPLOYEE 70

| | Hours | Rate | Jan - Dec 03 | Hours | Rate | Jan - Dec 03 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 108.28 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 250.16 | 10.00 | 2,501.60 | 884.27 | 12.00 | 10,611.24 |
| Hourly Rate 2 | 3.05 | 15.00 | 45.75 | | 18.00 | 0.00 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 2,655.63 | | | 10,611.24 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 2,655.63 | | | 10,611.24 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -92.50 | | | -683.00 |
| Medicare Employee | | | -38.51 | | | -153.86 |
| Social Security Employee | | | -164.65 | | | -657.90 |
| DE - Withholding | | | -28.70 | | | -62.71 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -324.36 | | | -1,557.47 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 2,331.27 | | | 9,053.77 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 21.25 | | | 56.00 |
| Medicare Company | | | 38.51 | | | 153.86 |
| Social Security Company | | | 164.65 | | | 657.90 |
| DE - Unemployment Company | | | 7.97 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 232.38 | | | 893.26 |

Created by: Jeanne Fleming

B180

# Verification of Former Employment

**A – Employee**  (Complete Section A only. Print all information)

Name and Address of Former Employer: Lawns Unlimited 15089 Coastal Hwy Milton DE 19968

**Cecil County Government**
**Attn: Human Resources**
**129 E. Main Street, Room 122**
**Elkton, MD 21921**
**410-996-5250, FAX: 410-996-5327**

Your Name: Renee Butz

If this name differs from name used at your previous employer, please indicate name used:

Social Security Number: -786

THE FOLLOWING INFORMATION IS REQUIRED FOR VERIFICATION BY YOUR FORMER EMPLOYER:

| DEPARTMENT | JOB TITLE | BASE SALARY | BONUS | OTHER COMPENSA-TION (i.e. car Allowance, etc.) | DATES: FROM: | TO: |
|---|---|---|---|---|---|---|
| | Office Manager | $12/hrs | $500.00 | | 9/02 | 12/03 |

Reason for Leaving: discharged - owner did not think I was coming back after maternity leave

Authorization for Release of Information  Signature: Renee Betz  Date: 2-6-04

Cecil County Gov't. Human Resources  Signature: Meryl Sottnick  Date: 8/12/04

**B – Former Employer**  (Please complete this section for the above individual who has applied for employment with Cecil County Government and return in the enclosed envelope.)

CIRCLE ONE

WAS THE JOB TITLE, AS STATED?  (YES)  NO
EXPLAIN:

WAS THE BASE SALARY, AS STATED?  (YES)  NO
EXPLAIN:

WAS THE BONUS AS STATED?  (YES)  NO
EXPLAIN:

IS THE PERIOD OF EMPLOYMENT AS STATED?  YES  (NO)
EXPLAIN: 11/4/02 - 12/24/03 (full time) - worked for them

IS THE REASON FOR LEAVING CORRECT?  YES  (NO) through temp. agency. since 9/02
EXPLAIN: She quit

IS THIS INDIVIDUAL ELIGIBLE FOR REHIRE?  (YES)  NO
EXPLAIN:

OTHER COMMENTS: Spoke to: Debbie - office manager

*Thank you!*

| Signature: | Title: | Date: |
|---|---|---|
| | | Phone Number: |



## III.    PLAINTIFF CANNOT DEMONSTRATE THAT DEFENDANTS' PROFFERED LEGITIMATE, NON-DISCRIMINATORY REASONS WERE PRETEXTUAL

Although Butz disagrees with the prudence of the decision to terminate her, she does not point to any evidence tending to show that the reasons for the decision were not true. Lawns terminated Butz when she refused to communicate with them. Lawns believed that Butz had abandoned her job. Butz may have been insulted or hurt by Lawns' decision. She may have been disappointed that Lawns did not give her the benefit of the doubt despite her refusal to return Mr. Fleming's calls. What Butz cannot do is show that Lawns made the decision for any unlawful reason.

Thus, even assuming, *arguendo*, that Butz could meet her *prima facie* burden, her claim is still subject to dismissal. Lawns has articulated legitimate, non-discriminatory reasons for its decision to terminate Butz. See Fuentes, 32 F.3d at 763 (describing the burden-shifting framework). Lawns believed Butz had lied about her intentions and had abandoned her job. Butz does not dispute that this belief is the true reason motivating the decision to terminate her employment. Because she agrees that this was the reason for the decision, she cannot satisfy her burden to demonstrate pretext. See Mauro v. S. New Eng. Telecomms., 208 F.3d 384, 388 (2d Cir. 2000).

### A. Defendants Terminated Plaintiff Because She Abandoned Her Job

Lawns has satisfied its "extremely light" burden to "articulate a legitimate, non-discriminatory reason for terminating Plaintiff." See Kowalski, 82 F.3d at 1289. On December 23, 2003, Butz packed her personal belongings and left. She did not tell Mr. or Mrs. Fleming that she was going to begin her planned leave. She did not leave her keys to the office or any instructions for Watson to use during her absence. She did not tell Lawns the length of time she expected to be out.

B182

**RETURN TO WORK OR SCHOOL**

**BAYSIDE HEALTH ASSOCIATION**

Lewes, DE ............................................................(302) 645-4700
Georgetown, DE....................................................(302) 856-3597
Ocean View, DE....................................................(302) 537-5395

Date _12/29/03_

This is to certify that

_Renee Beauchemin_

has been under my care for the following:

_Pregnancy_

and is able to return to    work    on_____
                            school

Remarks: _Please excuse from_
_work 12/29/03 and 12/30/03_

_Berlin, M.D. /98, LPN_
(SIGNATURE)

#13107 — Medical Arts Press  1-800-328-2179

B183

## RETURN TO WORK OR SCHOOL

## BAYSIDE HEALTH ASSOCIATION

Lewes, DE .............................................................(302) 645-4700
Georgetown, DE.....................................................(302) 856-3597
Ocean View, DE......................................................(302) 537-5395

Date __1/14/04__

This is to certify that

_Renee Beauchemin_

has been under my care for the following:

_Pregnancy_

_delivered  12/30/03_

and is able to return to  work / school  on_____

Remarks:__Unable to work from__
__12/22/03 until 6-8__
__weeks post partum.__

_Neural Westbury_ MD
(SIGNATURE)

#13107 — Medical Arts Press  1-800-328-2179

B184

Edward William Fleming – Butz

77

1    review?

2    A.    This is your performance appraisal, yes.

3    Q.    How was she rated?

4    A.    Very good to outstanding.

5    Q.    Would you consider plaintiff a good employee?

6    A.    I'm sorry?

7    Q.    I'm sorry.  Would you consider plaintiff a very

8    good employee?

9    A.    Yes.

10              This was taken when?  You became permanent

11   with Lawns Unlimited on 10/16/02.

12   Q.    If plaintiff deserted her job, why would she be

13   helping with business issues?

14              MS. DiBIANCA:  Did we get on the record

15   that she was helping with business issues?

16   Q.    So why would she be returning phone calls and

17   helping?

18   A.    You did not return all the phone calls and all

19   the questions that I had.  You returned, I think, two

20   phone calls.  One with Debby for the computer and then

21   another problem that happened.

22   Q.    So, if plaintiff deserted her job, why would

23   she call Debby back?

24   A.    I don't know.  I don't know.  All I do know is,

78

1   based on a person that had a performance appraisal of

2   outstanding to very good, you would be able to contact

3   her immediately, get an answer immediately, and she

4   would still care about her responsibilities at Lawns

5   Unlimited.

6       Q.   If plaintiff told you she was coming back why

7   did you not believe her?

8       A.   Again, Renee, it comes back to the same thing.

9   You would not correspond with Jeanne or I.  We could

10  not reach you.

11      Q.   Who was responsible for managing the office

12  staff?

13      A.   You were.

14      Q.   I'm sorry.  Did you answer?

15          MS. DiBIANCA:  Oh, he did.  You didn't

16  hear too.

17      Q.   I didn't.  I'm sorry.

18      A.   You were.

19      Q.   Who was responsible for managing the employees

20  in the field?

21      A.   When I was there, I was.  When I was not there,

22  Mauricio was.

23      Q.   Butz 23, would this have been given to the

24  plaintiff at the time of hiring?



Edward William Fleming - Butz

50

1    A.    I remember when you were pregnant we were very

2    happy for you, yes.  You were very excited and happy

3    also.  And our kids -- my wife was very excited for

4    you too.  My children.

5    Q.    Do you remember when you -- when did you

6    discuss her pregnancy?

7    A.    Do I remember when I discussed your pregnancy

8    with whom?

9    Q.    Was it daily, weekly, every day, or you know,

10    all ninth months?

11    A.    No.  I don't remember.  But I'm -- when you

12    went on your check-ups, we always asked you how

13    things -- how you were doing and you would bring in

14    the pictures, the sonograms.  And we were excited to

15    see those.  Having five children of our own, we are

16    very happy and excited for you and Scott.

17    Q.    How often would you have discussed her

18    pregnancy?

19    A.    I don't know, Renee.

20    Q.    Did plaintiff discuss maternity leave with you?

21    A.    Yes.

22    Q.    Did plaintiff train employees to perform her

23    job during her maternity leave?

24    A.    As much as you could, yes.

B187

51

1    Q.    How many people did she train?

2    A.    One.

3    Q.    Who were these individuals?

4    A.    Debra Watson.

5    Q.    Did she train Laurie Schaltz?

6    A.    Are you referring to prior to -- just prior to

7    your leave?  You trained Laurie not for -- not for --

8    Laurie was hired as the customer service

9    representative.  And you were the office manager that

10   took care of the accounts payable, payroll, billing

11   statements, all the payments, and then Laurie was

12   hired to take care of the customers and to do the

13   estimates and to do all the customer service type

14   functions in the office.

15   Q.    So plaintiff was not pregnant when Laurie was

16   there?

17   A.    I didn't say that.  But you didn't train her

18   for your job because you were doing -- you were in

19   charge of -- Laurie did not do payroll.  Laurie did

20   not do accounts payable.  Laurie did not do

21   statements.  Laurie was in charge of the customer

22   service.  You did train her for the customer service

23   part.  And you were pregnant at that time.

24   Q.    Was she cross trained in plaintiff's position

## Main Identity

**From:**     "DiBianca, Margaret" <mdibianca@ycst.com>
**To:**       <Renee@smokinbutz.com>
**Sent:**     Monday, April 09, 2007 8:15 AM
**Subject:**  RE: Settlement

Your offer is rejected.  I will file my Motion for a Protective Order today.

Thank you,

Thank you,
Molly.

Margaret M. DiBianca, Esq.
YCS&T
1000 West Street 17th Fl.
Wilmington, DE 19801
P:  302.571.5008
F:  302.576.3476
C:  302.494.3369
Mdibianca@ycst.com

 -----Original Message-----
From: Renee [mailto:Renee@smokinbutz.com]
Sent: Monday, April 09, 2007 09:07 AM Eastern Standard Time
To: DiBianca, Margaret
Cc: rbutz@ccgov.org; renee@scottbutz.com
Subject: Settlement


Margaret -

Attached is my settlement offer. The offer totals $16,339.49.

This is a very reasonable offer, considering the costs that Mr. Fleming will incur as a result of
your time pertaining to deposition preparation, depositions, trial preparation and the trial.

And you must take into consideration that Mr. Fleming could have to pay all of those legal fees,
together with a Jury's decision that could award me with much more.

This Settlement Offer dated April 9, 2007 will be withdrawn on April 16, 2007.

The settlement number will go up after the depositions.

B189

11/14/2007

Lawns did not have a leave policy. Lawns did not provide for paid or unpaid "maternity leave." (A91). In fact, Lawns did not provide for any type of leave. No Lawns employee had ever requested or taken any type of leave before.

Although Lawns hoped that Butz would return to work full-time after her child was born, she certainly was not under any obligation to do so. Nor did Lawns have any obligation to keep Butz employed during an unpaid leave of an undetermined duration. Thus, when Mr. Fleming learned that Butz had left without notice and under false pretenses, he was well within his managerial rights to consider the possibility of termination. Butz's uncooperative attitude and hostility towards Mr. Fleming just hours later seemed to confirm Ms. Watson's story.

According to Watson, Butz had secured another job. Mr. Fleming tried to contact Butz in the hope that she would deny this allegation. Instead, he was met with forceful resistance from Butz and her husband. Having been cut off from further communications with Butz, Mr. Fleming was left without many options, despite his strong desire to have her return as planned. Further evidence of Lawns' desire to have Butz return is seen in the fact that it held open her job and offered her reinstatement on more than one occasion.

As Butz herself alleges, she was terminated as a result of Ms. Watson's assertion that Butz intended to abandon her job. Yet, when she learned that Lawns had been given what she now contends was inaccurate information, Butz ceased all communication with both Lawns and the Flemings. Her total and complete refusal to correct this allegedly incorrect information provided further support for the decision to terminate her employment.

Other facts supported the conclusion that she had no intention to return to Lawns. Butz was commuting seventy miles each way to work at Lawns from Newark. This meant she had to drive 140 miles per day, 700 miles per week to get to a job that paid $12.00 an hour. And, Butz

B190



nely Urgent

0-PICK-UPS® (1-800-742-5877) or visit UPS.com®.

This box is for use with the following services:

UPS Next Day Air
UPS Worldwide Express℠
UPS 2nd Day Air®
UPS WorldWide Expedited℠

UPS Ground
UPS Standard
UPS 3 Day Select℠

Do not use this box for:

P:RED    S:LEFT
AM1-1500

U.S. DISTRICT COURT
844 N KING ST
STE 18
WILMINGTON DE 19801-3519

6 LBS   1 OF 1
SHP WT : 6 LBS
DATE: 16 NOV 2007

RENEE BUTZ
(410) 441-4300
THE UPS STORE #1855
560 PEOPLES PLAZA
NEWARK DE 19702

SHIP JUDGE JOSEPH FARNAN JR.
TO: U.S. DISTRICT COURT
844 N KING ST
STE 18
WILMINGTON DE 19801-3570

DE 197 9-20

UPS NEXT DAY AIR    1

TRACKING #: 1Z 017 71F 01 0920 2268

BILLING: P/P

U.S.M.S
X-RAY

FILED
NOV 19 2007
U.S.
DISTRICT COURT DELAWARE

SS

I Box

(1" x 2")

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                          )
                                        )
                 Plaintiff,             )
                                        )
        v.                              )        Civ. No. 05-495-JJF
                                        )        Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED LTD. and                )
EDWARD FLEMING,                         )
                                        )
                 Defendants.            )

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Response to

Defendants' Motion for Summary Judgment and Plaintiff's Request for Denial of Defendant's

Motion for Summary Judgment were sent by first-class United States mail, postage duly paid, on

this 16th day of November, 2007, to counsel of record as follows:

Margaret M. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 11/16/07