## DiBianca, Margaret

**From:** RButz@ccgov.org
**Sent:** Monday, December 17, 2007 9:47 AM
**To:** DiBianca, Margaret
**Subject:** Re: Lawns Unlimited

Ms. DiBianca;

Courteousness aside, I had thirty days to file my Response to your Motion for Summary Judgment and did not ask for an extension. This was thirty days of working every evening and working every weekend. I was not able to spend time with my husband and daughter during this time. I made personal sacrifices to meet the deadline.

You also have had thirty days to file your answer and you have an entire staff to assist you in preparing your answer.

Sorry, but I cannot agree to an extension.

Sincerely,

Renee

---

"DiBianca, Margaret" <mdibianca@ycst.com>

12/17/2007 08:11 AM

To <RButz@ccgov.org>
cc
Subject Re: Lawns Unlimited

Ms. Butz,

I would like to ask you to reconsider. Given the holidays, a few extra days would be greatly appreciated & would not impose any hardship on you. I do not believe I have been anything but courteous to you throughout this matter so I cannot think of any reason for you to extend me the same.

Thank you,
Molly

-----Original Message-----
From:           RButz@ccgov.org [mailto:RButz@ccgov.org]
Sent:           Monday, December 17, 2007 07:46 AM Eastern Standard Time
To:             DiBianca, Margaret
Subject:        Re: Lawns Unlimited

Ms. DiBianca;

I have no reason to agree to an extension nor will I agree to one.

Sincerely,

Renee Butz

12/17/2007

```
"DiBianca, Margaret" <mdibianca@ycst.com>
12/17/2007 12:27 AM

To
<rbutz@ccgov.org>
cc
<renee@scottbutz.om>
Subject
Lawns Unlimited
```

Dear Ms. Butz;

I am writing to ask if you will agree to an extension of time for me to file Defendants' Reply Brief. Obviously, you are under no obligation to agree. If you are agreeable to any amount of time, even until just after Christmas, I would greatly appreciate it. If so, I can have Shaina prepare and send you a stipulation tomorrow at your instruction with a specific date.

Thank you in advance for your consideration.

Sincerely,

Molly DiBianca

Margaret M. DiBianca, Esq.
Young Conaway Stargatt & Taylor, LLP
(P) 302.571.5008
(F) 302-576-3476
mdibianca@ycst.com

12/17/2007