IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, | ) |
|              Plaintiff, | ) |
| v. | ) C.A. No. 05-495 (JJF) |
| LAWNS UNLIMITED LTD., and, | ) |
| EDWARD FLEMING | ) |
|              Defendants. | ) |

**ORDER**

WHEREFORE, this 20 day of December, 2007,

Defendants' Motion for Extension of Time to File Their Reply Brief in Support of Their Motion for Summary Judgment having been duly heard and considered, is hereby GRANTED. Defendant's Reply Brief shall be filed on or before January 3, 2008.

_____
UNITED STATES DISTRICT JUDGE