IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                  :
                                :
        Plaintiff,              :
                                :
    v.                          : Civ. Action No. 05-495-JJF
                                :
LAWNS UNLIMITED LTD. and        :
EDWARD FLEMING,                 :
                                :
        Defendants.             :

## ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Request For Motion To Add Claim is **GRANTED**. (D.I. 106.) Plaintiff shall file a Third Amended Complaint adding only the new claims as specified in her Motion within **twenty (20) days** from the date of this Order.

2. Plaintiff shall have **forty-five (45) days** from the date of this Order to address the damages issue.

3. Plaintiff's Motion For Extension Of Time To Complete Discovery is **DENIED** as **moot**. (D.I. 115.)

4. Defendants' Motion For Summary Judgment is **GRANTED** as to the claims against Edward Fleming and **DENIED** in all other respects. At the close of the case, the Clerk of the Court is directed to enter judgment in favor of Defendant Edward Fleming and against Plaintiff.

July 30, 2008
_____            _____
        DATE                        UNITED STATES DISTRICT JUDGE