IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                      )
                                   )
              Plaintiff,            )
                                   )
       v.                          )          Civ. No. 05-495-JJF
                                   )          Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED LTD.               )
                                   )
                                   )
              Defendant.           )

```
┌─────────────────────────┐
│         FILED           │
│                         │
│      AUG 1 5 2008        │
│                         │
│   U.S. DISTRICT COURT    │
│   DISTRICT OF DELAWARE   │
└─────────────────────────┘
```

## THIRD AMENDED COMPLAINT

Plaintiff is submitting this Third Amended Complaint which combines the Second Amended Complaint and Motion to Add New Claim. Plaintiff has included in the Prayer for Relief, Paragraph D which includes both Pain and Suffering and Punitive Damages.

1.     This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, for employment discrimination. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2.     Plaintiff resides at 58 Hickory Drive, North East, Cecil County, MD 21901. Telephone number 410-441-4300.

3.     Defendant is located at 15089 Coastal Highway, Milton, Sussex County, DE 19968.

4.     The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's Lawns Unlimited) place of business located at 15089 Coastal Highway, Milton, Sussex County, DE 19968.

5.     The alleged discriminatory acts occurred [on] from [01-09-2003 to 07-01-2004] September 1, 2003 to January 7, 2004.

6.      The alleged discriminatory practice is not continuing.

7.      Plaintiff filed charges with the Department of Labor of the State of Delaware, Division of Industrial Affairs & EEOC, 4425 N. Market St., Wilmington, New Castle County, DE 19802, regarding defendant's alleged discriminatory conduct [on] from [01-09-2003 to 07-01-2004] September 1, 2003 to January 7, 2004.

8.      Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on [17-02-2004] February 17, 2004.

9.      The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which was received by plaintiff on [09-06-06] June 9, 2006. See attached.

10.     The alleged discriminatory acts, in this suit, concern: termination of plaintiff's employment and other acts including but not limited to cancel health insurance without written notice and did not offer Cobra. Did not receive vacation, sick, and personal time. Deleted overtime hours and no pay out on bonus.

11.     Defendant's conduct is discriminatory with respect to the following: Plaintiff's sex.

12.     A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13.     If relief is not granted, plaintiff[s] will be irreparable denied rights secured by Title VII of the 1964 Civil Rights Act, as amended.

14.     Plaintiff['s] has no adequate remedy at law to redress the wrongs described above.


THEREFORE, Plaintiff prays as follows:

A.      That all fees, cost or security attendant to this litigation by hereby waived.

B.      That the Court appoint legal counsel.

C.      That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

D.      Judgment against Defendant for all manner of equitable, compensatory, pain and suffering, punitive, and other damages permitted by law, including costs and attorneys fees, and for interest on such damages at the maximum rate permitted by law.

I declare under penalty of perjury that the foregoing is true and correct.

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410)441-4300
Plaintiff pro se

Dated: 8-14-08




**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS**
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

## OFFICE OF LABOR LAW ENFORCEMENT APPOINTMENT

NAME _Reneē M. Butz_

Your scheduled appointment time to have an intake interview with a Labor Law Enforcement Officer concerning the possible filing of a charge of employment discrimination is as follows:

DAY: _Tues._    DATE: _2/17/04_    TIME: _1:00 p.m._

LABOR LAW ENFORCEMENT OFFICER: _Melinda Shelton_

In order to facilitate the charge taking procedure, you should bring with you relevant notes, documents or letters as well as names, addresses and telephone numbers of any witnesses or other materials that you believe may support your charge. Also, if you have been given a Questionnaire by this office, please complete and bring this with you.

Please note that the intake appointment is normally scheduled for two hours. This length of time is needed to insure that all intake processing and counseling can be completed without the need for you to return again to the office. Therefore, please schedule your other appointments accordingly to permit you to keep this appointment. In addition, please insure that you make travel arrangements suitable to enable you to remain in the office during the allotted interview time.

PLEASE REPORT ON TIME AS INDICATED ABOVE. PLEASE NOTE THAT IF YOU ARRIVE MORE THAN 15 MINUTES AFTER THE SCHEDULED APPOINTMENT TIME, WE WILL MOST LIKELY BE UNABLE TO KEEP YOUR APPOINTMENT TIME AVAILABLE FOR YOU AND YOUR APPOINTMENT WILL NEED TO BE RESCHEDULED.

IF YOU CANNOT KEEP YOUR APPOINTMENT, PLEASE CALL AS SOON AS POSSIBLE TO CANCEL THAT APPOINTMENT AND ARRANGE FOR RESCHEDULING. YOU SHOULD NOTE THAT A RESCHEDULED APPOINTMENT DATE WILL PROBABLY BE SEVERAL WEEKS AFTER YOUR ORIGINAL APPOINTMENT. THUS, IT IS TO YOUR ADVANTAGE TO KEEP THE ORIGINAL APPOINTMENT. CALLS FOR CANCELLATION AND SUBSEQUENT RESCHEDULING SHOULD BE MADE TO LABOR LAW ENFORCEMENT OFFICER ON DUTY AT (302) 761-8200. PLEASE STATE YOUR NAME, SPELL THE LAST NAME, GIVE THE DATE AND TIME OF THE PREVIOUS APPOINTMENT AND LEAVE A PHONE NUMBER WHERE YOU MAY BE REACHED DURING THE DAY. YOUR CALL WILL BE RETURNED AS SOON AS POSSIBLE.

Your signature below indicates your receipt of this document:

Signature: _X Renee Butz_    Date: _X 1-23-04_

*(Present this form to the Receptionist when you arrive at our office)*

Revised 9/03

B1

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTER  ..IARGE NUMBER

☐ FEPA 0402O3O2
☐ EEOC 17CAY00296

**Delaware Department of Labor**                    and **EEOC**

(State, or local Agency, if any)

| NAME (Indicate Mr., Mrs., Ms)  Renee Marie Butz | HOME TELEPHONE NO. (Include Area Code)  (302) 832-1704 |
|---|---|

| STREET ADDRESS        CITY, STATE AND ZIP CODE  2 Cymbal Court   Newark DE 19702   NCC | COUNTY |
|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (*If more than one, list below.*)

| NAME  Lawns Unlimited, Ltd. | NO. OF EMPLOYEES OR  MEMBERS 23 | TELEPHONE NUMBER (Incl. Area Code)  (302) 645-5296 |
|---|---|---|

| STREET ADDRESS        CITY, STATE AND ZIP CODE  15089 Coastal Hwy   Milton, DE   19968 | | |
|---|---|---|

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|

| STREET ADDRESS        CITY, STATE AND ZIP CODE | |
|---|---|

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE

☐ RETALIATION    ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
**EARLIEST** 09/01/03
**LATEST** 12/23/2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I. I am a female individual who began working for Respondent on 09/01/02 most recently as an Office Manager. In April 2003 I informed Respondent that I was pregnant and would be taking maternity leave once the baby was born. During my pregnancy Ed Fleming (President/Owner) and Jeanne Fleming (Owner/Treasurer) made numerous comments about my pregnancy and what I should do after the baby was born in regards to staying home and being a homemaker. On 12/23/03 I went into labor and worked half a day and then went out on maternity leave. That same day in the evening Respondent contacted me at home and demanded I come into work the next day and sign an employment contract. The following day I was contacted by Respondent again and instructed to come to work. That same day I sent Respondent an email stating that I was on maternity leave and would return to work after six weeks. I did not report to work on 12/24/03 and it was during my maternity leave that Respondent terminated my employment.

II. Respondent states that my employment was terminated because I did not inform them of my intended leave from work to take care of my new baby.

III. I believe I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as ammended and the Delaware Discrimination in Employment Act based upon my pregnancy because: 1.Respondent was aware of my pregnancy from the time that I found out I was pregnant, 2. Respondent was aware that I would probably have the baby prior to my due date in January 2004, 3. On the day I went into labor I went to work and before leaving at 2pm I informed Respondent that I would begin my maternity leave effective immediately, 4.I informed Respondent that I would not be back to work until six weeks after the last date I worked and yet Respondent claims I abandoned my job. 5. Raul Rodriquez/Roberto Gonzales was absent from work for a period of 1 week due to a motor vehicle accident and was not terminated while he was out on medical leave.

| ☒ | I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SIGNATURE OF COMPLAINANT |
|---|---|---|
| | | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

| I declare under penalty of perjury that the foregoing is true and correct. | NOTARY - (When necessary to meet State and Local Requirements) |
|---|---|
| 2-17-04   *Renee Butz*  Date        Charging Party (Signature) | Subscribed and sworn to before me this date        (Day, month, and year) |

EEOC FORM 5
REV 6/92

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

B2

## EEOC AFFIDAVIT

| Charge #: | Date:   02/17/04 |
|---|---|

### Charging Party Information

**Name:**     Renee Marie Butz

| **Street:**  2 Cymbal Court | **City:**     Newark |
|---|---|
| **County:** NCC      **State:**  DE | **Zip:**      19702 |
| **Tel (H):** (302) 832-1704 | **Tel (W):** |
| **DOB:**      1/1/█████    **Sex:**  Female | **Race:**     White |
| **Nat'l Origin:** U.S. | **SSN:**    ██████-7861 |

### Contact Person

**Name:**     Darlene Rizzo
**Tel (H):** (410) 398-6127          **Tel (W):**
**Address:**

### Employment Information

**Date of Hire:** 09/01/02
**Date of Termination:** 12/23/03
**Date of Alleged Violation:** 12/23/03
**Relief Sought:** Other Damages
**Check One:** ☐ working   ☒ not working   ☐ sought employment at

### Respondent Information

**Name:**     Lawns Unlimited, Ltd.
**Address:** 15089 Coastal Hwy  Milton, DE   19968
**Type of Business:** Lawn Care
**Size of Business:** 23

### Basic Charge Data

| Receiving Office: 17C | Intake Unit: 1 |
|---|---|
| Accountable Office: 17C | Intake Officer: mss |
| Initial Inquiry: 01/23/04 | Respondent Type: E |
| Received this Office: 02/17/04 | County: 003 |
| Source of Complaint: A | SMSA: 9160 |
| Federal Referral Transfer: | SIC: 078 |
| Alleged Basis: GP | Federal Agency: |
| | Alleged Issues: T2, D2 |

B3

**CONTINUATION OF AFFIDAVIT**

**1.    COVERAGE/RESPONDENT'S BUSINESS:**
Lawn Care Services

**2.    RELEVANT WORK HISTORY:**
I. I ama female individual who began working for Respondent on 09/01/02 most recently as an Office Manager. In April 2003 I informed Respondent that I was pregnant and would be taking maternity leave once the baby was born. During my pregnancy Ed Fleming (President/Owner) and Jeanne Fleming (Owner/Treasurer) made numerous comments about my pregnancy and what I should do after the baby was born in regards to staying home and being a homemaker. On 12/23/03 I went into labor and worked half a day and then went out on maternity leave. The following day I was contacted by Respondent and instructed to come to work. I did not return to work and it was during my maternity leave that Respondent terminated my employment.

**3.    PERSONAL HARM:**
I believe I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as ammended and the Delaware Discrimination in Employment Act based upon my pregnancy because: 1.Respondent was aware of my pregnancy from the time that I found out I was pregnant, 2. Respondent was aware that I would probably have the baby prior to my due date in January 2004, 3. On the day I went into labor I went to work and before leaving at 2pm I informed Respondent that I would begin my maternity leave effective immediately, 4.I informed Respondent that I would not be back to work until six weeks after the last date I worked and yet Respondent claims I abandoned my job. 5. Raul Rodriguez/Roberto Gonzales was absent from work for a period of 1 week due to a motor vehicle accident and was not terminated while he was out on medical leave.

**4.    RESPONDENT'S EXPLANATION FOR THE ALLEGED HARM AND ITS POLICIES AND PRACTICES:**
Respondent states that my employment was terminated because I did not inform them of my intended leave from work to take of my new baby.

**5.    DIRECT EVIDENCE:**
See attached

**6.    WITNESSES:**
Jack Westog (302) 644-2098 HOME (302) 381-5707 CELL
Debbie Watson (302) 934-0248 Home (302) 542-2118 Cell; this is the person who was going to be my assistant and would be able to cover my duties while I was on maternity leave, I began training her 6 weeks prior to my beginning my maternity leave
Bruce Tripplet (302) 645-5296, can testify that Respondent was well aware that I was pregnant and would be taking maternity leave
Mauricio Miranda (302) 645-5296  (302) 228-4397 cell ; can testify that Respondent was aware that I was pregnant and would be taking maternity leave

**7.    COMPARATIVE DATA:**
Raul Rodriguez/Roberto Gonzales (same person 2 names) took time off work for medical reasons and was not terminated

**8.    CLASS HARM:**
N/A

**9.    REMEDY/RELIEF SOUGHT:**
Other Damages

2-17-04    KB
**DATE AND INITIAL**

**PAGE #**



CONTINUATION OF EEOC AFFIDAVIT

## SIGNATURE PAGE

**This Affidavit has been prepared by a representative of the EEOC in an official capacity as part of an investigation. It has been read by me and I agree with the contents. Where changes (if any) were necessary, I have initialed such changes.**

If affidavit is signed before a Notary Public, complete the following:

_Renee Bety_
Signature of Interviewee

State of _____            My Commission expires _____

County of _____

Subscribed and sworn to before me on

This    day of         ,

20   , at         .                          _____
                                             Signature of Notary Public

Sign below if affidavit is signed before an EEO Representative:

| I declare under the penalty that the foregoing is true and correct. | | | |
|---|---|---|---|
| DATE 02/17/04 | SIGNATURE OF WITNESS | SIGNATURE OF EEOC REPRESENTATIVE _Shelton_ | PAGE OF |

**PRIVACY ACT STATEMENT: (This form is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting and uses of the personal date are given below.)**

1.    **FORM NUMBER/TITLE/DATE: EEOC FORM 133, EEOC AFFIDAVIT, August 1985.**

2.    **AUTHORITY: 42: USC 2000e(9), 29 USC 201, 29 USC 621.**

3.    **PRINCIPAL PURPOSES. Provides a standardized format for obtaining from the Charging Party, Respondent and Witness sworn statements of information relevant to a charge of discrimination.**

4.    **ROUTINE USES. These affidavits are used to: (1) make an official determination regarding the validity of the charge of discrimination; (2) guide the Commission's investigatory activity; and (3) in Title VII, Equal Pay Act, and Age Discrimination in Employment Act litigation, to impeach or substantiate a witness's testimony.**

5.    **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide an affidavit has no effect upon the jurisdiction of the Commission t process a charge. However, sworn statements submitted by the parties are, of course, relied upon more heavil than unsworn statements in making determination as to the existence of unlawful discrimination.**

EEOC FORM 133 (8/85)

B5



STATE OF DELAWARE DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
MEDIATION DEPARTMENT
4425 NORTH MARKET STREET
WILMINGTON, DE 19802
(302) 761-8316/ FAX: (302) 761-6601

## INVITATION TO ENGAGE IN MEDIATION

Your Name (Please Print): Reneé Butz

Employer's Name: Lawns Unlimited, Ltd

_____ Yes, I would like to engage in mediation of my charge of employment discrimination.

_____ I would like more information on the program before deciding.

_____ I am not able to decide at this time whether I want to engage in mediation.

You will be contacted by a representative from our mediation unit within the next 30 days.

Signature                                    Date  2-17-04

CP INVITE FORM.DOC

B6

## STATE OF DELAWARE
## DEPARTMENT OF LABOR
## DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION UNIT

Ms. Renee Butz                                    Case Number 04020302
58 Hickory Drive,
North East, MD 21901
vs.
Lawns Unlimited C/o
Wilson, Halbrook & Bayard
15089 Coastal Hwy
Milton, DE 19968
Attn: Eric C. Howard, Esq.

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

### *Reasonable Cause Determination and Notice of Mandatory Conciliation.*

In this case, the Department has completed its investigation and found that there is reasonable cause to believe that an unlawful employment practice has occurred. Under the provisions of the law, the parties are now required to engage in mandatory conciliation with Theodore R. Robinson. Please be prepared to appear for conciliation on the following date and time   Monday April 11, 2005 at 1:00 p. m.  at the location of 4425 North Market Street Wilmington, DE 19809.

Your cooperation and good faith effort is anticipated. Your corresponding Delaware Right to Sue Notice will be effective one day after your compliance with the conciliation effort.

The reasonable cause finding is based primarily on the following facts:

In a Discrimination case, Charging Party must prove that she was treated less favorably/terminated based on her sex and pregnancy. The evidence provided in this case established that Charging Party was discharged in a discriminatorily biased manner based upon her sex and pregnancy. According to Title VII of the Civil Rights Act of 1964 Charging Party must successfully established that the Respondent did not hold open her employment position for her pregnancy related absence. The evidence did show that the Respondent ended the employment relationship prior to the conclusion of Charging Party's scheduled maternity leave. Respondent offered an explanation but did not provide sufficient evidence to support their position. Therefore, Charging Party has met her burden of proof in this case.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Unit. See the attached Notice of Rights.

___3/31/05___                              _Julie K. Cutler_
Date issued                                Julie K. Cutler, Administrator

___4/25/05___                              _Julie K. Cutler_
Date conciliation completed                Julie K. Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

DOL Form C-12RC : 12/04

B7

## NOTICE OF DELAWARE RIGHTS

*The Department of Labor Discrimination Unit provides the following excerpt from 19 Del. C. § 710, et seq. as information regarding the Delaware Right to Sue Notice. If you need legal advice, please seek your own legal counsel.*

### § 714. Civil action by the Charging Party; Delaware Right to Sue Notice; election of remedies.

(a)    A Charging Party may file a civil action in Superior Court, after exhausting the administrative remedies provided herein and receipt of a Delaware Right to Sue Notice acknowledging same.

(b)    The Delaware Right to Sue Notice shall include authorization for the Charging Party to bring a civil action under this Chapter in Superior Court by instituting suit within ninety (90) days of its receipt or within ninety (90) days of receipt of a Federal Right to Sue Notice, whichever is later.

(c)    The Charging Party shall elect a Delaware or federal forum to prosecute the employment discrimination cause of action so as to avoid unnecessary costs, delays and duplicative litigation. A Charging Party is barred by this election of remedies from filing cases in both Superior Court and the federal forum. If the Charging Party files in Superior Court and in a federal forum, the Respondent may file an application to dismiss the Superior Court action under this election of remedies provision.

## NOTICE OF FEDERAL RIGHTS

1.    If your case was also filed under federal law and resulted in a "No Cause" finding, you have additional appeal rights with the Equal Employment Opportunity Commission. Under Section 1601.76 of EEOC's regulations, you are entitled to request that EEOC perform a Substantial Weight Review of the DDOL's final finding. To obtain this review, you must request it by writing to EEOC within *15 days of your receipt* of DDOL's final finding in your case. Otherwise, EEOC will generally adopt the DDOL's findings.

2.    If your case was also filed under federal law, you have the right to request a federal Right to Sue Notice from the EEOC. To obtain such a federal Right to Sue Notice, you must make a written request directly to EEOC at the address shown below. Upon its receipt, EEOC will issue you a Notice of Right to Sue and you will have ninety (90) days to file suit. The issuance of a Notice of Right to Sue will normally result in EEOC terminating all further processing.

3.    Requests to the EEOC should be sent to:

Equal Employment Opportunity Commission
The Bourse, Suite 400
21 S. Fifth Street
Philadelphia, PA 19106-2515

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_2005 JUL 15 PM 1:27_

Renée M Butz
_____
(Name of Plaintiff or Plaintiffs)

v.                                    CIVIL ACTION No. _0 5 - 4 9 5_

Lawns Unlimited Ltd and
Edward Fleming
_____
(Name of Defendant or Defendants)

## _COMPLAINT UNDER TITLE VII_

## _OF THE CIVIL RIGHTS ACT OF 1964_

1.     This action is brought pursuant to _Title VII of the Civil Rights Act of 1964_, as amended, for **employment discrimination.** Jurisdiction exists by virtue of 42 U.S.C. $2000e-5. Equitable and other relief are also sought under 42 U.S.C. $2000e-5(g).

2.     Plaintiff resides at _58 Hickory Drive_
                          (Street Address)
_North East_   _Cecil_   _MD_   _21901_
(City)        (County)   (State)   (Zip Code)
_410 4414300_
(Area Code) (Phone Number)

3.     Defendant resides at, or its business is located at _15089 Coastal Highway_
                                                          (Street Address)
_Milton_   _Sussex_   _DE_   _19968_
(City)    (County)   (State)   (Zip Code)

4.     The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's _Edward Fleming (Lawns Unlimited_ place of business
                                              (Defendant's Name)
located at _15089 Coastal Highway #_ _____ _2_
           (Street Address)
_Milton_   _Sussex_   _DE_   _19968_
(City)    (County)   (State)   (Zip Code)

5.    The alleged discriminatory acts occurred on ___01___ , ___09___ , __2003 to__ (letter
                                                  (Day)      (Month)     (Year)      dated o
                                                  __7__      __01__     __2004__

6.    The alleged discriminatory practice    **○** is    **✗** is not continuing.

7.    Plaintiff filed charges with the Department of Labor of the State of Delaware, + st
Division of Industrial Affairs +EEOC  4425 N market  Wilmington
   (Agency)        (Street Address)      (City)
New Castle    DE    19802    (Zip Code)   __09__    __2003 to__      , regarding
 (County)      (State)                              __07__    __01__    __2004__
defendant's alleged discriminatory conduct on ___ , ___ , ___
                                              (Day)   (Month)   (Year)

8.    Plaintiff filed charges with the Equal Employment opportunity Commission of the United States
regarding defendant's alleged discriminatory conduct on: __17__ , __02__ , __2004__ .
                                                          (Day)    (Month)    (Year)

9.    The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter
which was received by plaintiff on: __3 0__ , __04__ , __2005__ .
                                    (Day)    (Month)    (Year)

### (NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)

10.    The alleged discriminatory acts, in this suit, concern:

   A.    **○**  Failure to employ plaintiff.

   B.    **✗**  Termination of plaintiff's employment.

   C.    **○**  Failure to promote plaintiff.

   D.    **✗**  Other acts (please specify below)

Canceled health insurance without written notice
and did not offer Cobra. Did not receive Vacation,
Sick, and Personal Time. Deleted overtime hours
and no pay out on bonus.

11. Defendant's conduct is discriminatory with respect to the following:

    A. ⭕ Plaintiff's race

    B. ⭕ Plaintiff's color

    C. ⊗ Plaintiff's sex

    D. ⭕ Plaintiff's religion

    E. ⭕ Plaintiff's national origin

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above.

*THEREFORE*, Plaintiff prays as follows: (Check appropriate letter(s))

    A. ⊗ That all fees, cost or security attendant to this litigation be hereby waived.

    B. ⊗ That the Court appoint legal counsel.

    C. ⊗ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: __7│15│05__

__Renee M Bitz__
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

EEOC Form 161-B (10/96)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: Renee Butz<br>58 Hickory Drive<br>North East, MD 21901 | From: Equal Employment Opportunity Commission<br>Philadelphia District Office<br>The Bourse<br>21 S. Fifth Street, Suite 400<br>Philadelphia, PA 19106-2515 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>[   ]  CONFIDENTIAL (29 CFR § 1601.7(a)) |

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2004-00296(formerly 17CA400296) | Legal Unit | (215) 440-2828 |

*(See also the additional information attached to this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ] More than 180 days have passed since the filing of this charge.

[   ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[ X ] The EEOC is terminating its processing of this charge.

[   ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[   ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[   ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the
Commission

*Marie M. Tomasso, District Director*

*(Date Mailed)*

Enclosure(s)

Information Sheet

cc:    Director of Human Resources, Lawns Unlimited

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT
ISTRICT OF DELAWARE

2006 AUG 17  PM 12: 55

| | |
|---|---|
| RENEE M. BUTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civ. No. 05-495-JJF |
| | )     Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) |
| EDWARD FLEMING, | ) |
| | ) |
| Defendants. | ) |

### FIRST AMENDED COMPLAINT

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, for employment discrimination. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2.    Plaintiff resides at 58 Hickory Drive, North East, Cecil County, MD 21901. Telephone number 410-441-4300.

3.    Defendant resides at, or its business is located at 15089 Coastal Highway, Milton, Sussex County, DE 19968.

4.    The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's Edward Fleming (Lawns Unlimited) place of business located at 15089 Coastal Highway, Milton, Sussex County, DE 19968.

5.    The alleged discriminatory acts occurred [on] from [01-09-2003 to 07-01-2004] September 1, 2003 to January 7, 2004.

6.    The alleged discriminatory practice is not continuing.

7.    Plaintiff filed charges with the Department of Labor of the State of Delaware, Division of Industrial Affairs & EEOC, 4425 N. Market St., Wilmington, New Castle County,

DE 19802, regarding defendant's alleged discriminatory conduct [on] from [01-09-2003 to 07-01-2004] September 1, 2003 to January 7, 2004.

8.      Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on [17-02-2004] February 17, 2004.

9.      The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which was received by plaintiff on [30-04-2005] June 9, 2006. See attached.

10.     The alleged discriminatory acts, in this suit, concern: termination of plaintiff's employment and other acts including but not limited to canceled health insurance without written notice and did not offer Cobra. Did not receive vacation, sick, and personal time. Deleted overtime hours and no pay out on bonus.

11.     Defendant's conduct is discriminatory with respect to the following: Plaintiff's sex.

12.     A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13.     If relief is not granted, plaintiff[s] will be irreparable denied rights secured by Title VII of the 1964 Civil Rights Act, as amended.

14.     Plaintiff['s] has no adequate remedy at law to redress the wrongs described above.


THEREFORE, Plaintiff prays as follows:

A.      That all fees, cost or security attendant to this litigation by hereby waived.

B.      That the Court appoint legal counsel.

C.      That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

I declare under penalty of perjury that the foregoing is true and correct.

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410)441-4300
Plaintiff pro se

Dated: 8\17\06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE M. BUTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-495-JJF |
| | ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. and | ) | |
| EDWARD FLEMING, | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND AMENDED COMPLAINT

Consist with Judge Joseph J. Farnan Jr. memorandum order of July 23, 2007, Plaintiff is submitting this Second Amended Complaint which combines the Original (D.I. 2) and Amended Complaint (D.I. 19).

1.     This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, for employment discrimination. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2.     Plaintiff resides at 58 Hickory Drive, North East, Cecil County, MD 21901. Telephone number 410-441-4300.

3.     Defendant resides at, or its business is located at 15089 Coastal Highway, Milton, Sussex County, DE 19968.

4.     The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's Edward Fleming (Lawns Unlimited) place of business located at 15089 Coastal Highway, Milton, Sussex County, DE 19968.

5.     The alleged discriminatory acts occurred [on] from [01-09-2003 to 07-01-2004] September 1, 2003 to January 7, 2004.

6.    The alleged discriminatory practice is not continuing.

7.    Plaintiff filed charges with the Department of Labor of the State of Delaware, Division of Industrial Affairs & EEOC, 4425 N. Market St., Wilmington, New Castle County, DE 19802, regarding defendant's alleged discriminatory conduct [on] from [01-09-2003 to 07-01-2004] September 1, 2003 to January 7, 2004.

8.    Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on [17-02-2004] February 17, 2004.

9.    The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which was received by plaintiff on [30-04-2005] June 9, 2006. See attached.

10.    The alleged discriminatory acts, in this suit, concern: termination of plaintiff's employment and other acts including but not limited to cancel health insurance without written notice and did not offer Cobra. Did not receive vacation, sick, and personal time. Deleted overtime hours and no pay out on bonus.

11.    Defendant's conduct is discriminatory with respect to the following: Plaintiff's sex.

12.    A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13.    If relief is not granted, plaintiff[s] will be irreparable denied rights secured by Title VII of the 1964 Civil Rights Act, as amended.

14.    Plaintiff['s] has no adequate remedy at law to redress the wrongs described above.


THEREFORE, Plaintiff prays as follows:

A.    That all fees, cost or security attendant to this litigation by hereby waived.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                    )
                                  )
              Plaintiff,          )
                                  )
      v.                          )        Civ. No. 05-495-JJF
                                  )        Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED LTD.              )
                                  )
                                  )
              Defendant.          )

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Third Amended

Complaint was sent by first-class United States mail, postage duly paid, on this 14th day of

August, 2008, to counsel of record as follows:

Margaret D. DiBianca
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801-0391

Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 8-14-08



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

Mailing Envelope
For Domestic and International Use

≡EMS≡

U.S. POSTAGE
$12.60

**EXTREMELY URGENT**    Please Rush To Addressee

RECEIVED
APR 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

When used internationally
affix customs declarations
(PS Form 2976, or 976A).





RECEIVED
APR 25 2008









**FROM** (PLEASE PRINT)   PHONE
58 Hickory Dr
North East MD 21901

**TO** (PLEASE PRINT)   PHONE
US District Court
Judge Joseph Farnan Jr.
J Caleb Boggs Federal building
844 North King St
Wilmington DE
1 9 8 0 1 +

FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call 1-800-222-1811

≡EMS≡

Cradle to Cradle Certification is awarded
to products that pursue an innovative
vision of ecologically-intelligent design that
eliminates the concept of waste.
This USPS® packaging has been certified
for its material content, recyclability and
manufacturing characteristics

Visit us at usps.com

RECIPIENT
The sender has requested notification upon delivery.
Immediately upon receipt, please telephone:
NAME:
Tel. No.:

PLEASE PRESS FIRMLY

Schedule package pickup right from your home or office at usps.com/pickup
Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY

**DuPont™ Tyvek®**
Protect What's Inside.™

PRESS HARD. YOU ARE MAKING 3 COPIES

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail.
Misuse may be a violation of federal law. This package is not for resale.

EP-13C May 2007
© 2007 USPS



Renee M. Butz
58 Hickory Dr
North East MD 21901



RECEIVED
AUG 15 2008

U.S. District Court
Judge Joseph Farnan Jr.
J. Caleb Boggs Federal Building
844 North King Street
Wilmington DE 19801