

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED

SEP - 4 2008

RENEE M. BUTZ,                          )
                                        )
                    Plaintiff,          )
                                        )
            v.                          )        Civ. No. 05-495-JJF
                                        )        Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED, LTD.                   )
                                        )
                    Defendant,          )

## APPENDIX TO PLAINTIFF'S AMENDED DAMAGES CLAIM

FILED

SEP - 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Renee M Butz*

Renee M. Butz
Pro Se
58 Hickory Drive
North East, MD  21901
410-441-4300

DATE:  September 2, 2008

## TABLE OF CONTENTS

2003.12.30 Medical Expense Claim Detail……………………….…………………….B:B13A

xxxx.xx.xx Health Insurance Comparison……………………………………….H1A:H9A

xxxx.xx.xx Medical Insurance Premium Detail……………………...…………...…I1A:I5A

xxxx.xx.xx Lost Wages Claim Detail……………………………………………..W:W30B

          Unemployment Compensation…………………………………….W1A:W2A

          Lawns Unlimited Pay Stub……...………………………………….…W3A

          Job Duties – Office Manager……………………………………….W4A:W5A

          2002 Lawns Unlimited Pay Records……………………….…...W8A:W31A

          2003 Lawns Unlimited Pay Records…………………………...W8B:W30B

2007.08.30 Excerpts from Fleming Deposition…………………………...W32A:W33A

xxxx.xx.xx Miscellaneous Expenses Claim Detail……………………….……..M:M15B

2007.09.13 Delaware Insurance Commissioner's Office Email………………….....S1A

xxxx.xx.xx Newborn Children Law………………………………………………….…S2A

2004.02.09 Certificate of Group Health Plan Coverage…………………………S3A:S4A

2007.11.09 Certification of Scott Butz……………………………………......S5A:S6A

2007.08.30 Excerpts of Fleming Deposition………………………………..……P1A

2004.01.07 Fleming to Butz Termination Letter……………………………………...P2A

2004.01.08 Fleming Fax to Howard: Termination Letter……………………………...P3A

2007.11.05 Certification of Michael Butz……………………………….……P4A:P5A

2008.07.30 Judge Joseph Farnan Jr. Order…………….………………………….…P6A

2007.10.17 Jointly Stipulated Uncontested Facts………………………………….…P7A

## MEDICAL EXPENSE CLAIM DETAIL

| Date | Vendor | Reference # | Description | Invoice Amount | Amount Paid by Insurance | Amount Written Off | Co-Pay/Deductible Amounts | Amount of Medical Claim (after co-pay) | For Whom |
|------|--------|-------------|-------------|----------------|--------------------------|--------------------|---------------------------|----------------------------------------|----------|
| 12/30/03–01/01/04 | Beebe Medical | B1A | Delivery | 6,464.95 | 6,114.95 | - | 100% coverage | 350.00 | Renée |
| 12/30/03–01/01/04 | Bayside Health OBGYN | B2A | Delivery | 3,500.00 | 1,960.00 | 1,300.00 | 100% coverage | 240.00 | Renée |
| 01/01/04 | Eckerd | B3A - B4A | Prescription | 3.54 | - | - | 15.00 | - | Renée |
| 01/01/04 | Eckerd | B3A-B5A | Prescription | 4.96 | - | - | 15.00 | - | Renée |
| 01/02/04 | William B Funk MD | B6A | Well Visit | 60.00 | - | - | 15.00 | 45.00 | Corrine |
| 01/04/04 | Christiana Care Health Services | B7A | Lab | 11.50 | - | - | 100% coverage | 11.50 | Corrine |
| 01/04/04–01/06/04 | Christiana Care VNA | B8A | Phototherapy | 363.00 | - | - | 100% coverage | 363.00 | Corrine |
| 01/05/04 | Christiana Care VNA | B9A | Nurse Visit | 150.00 | - | - | 100% coverage | 150.00 | Corrine |
| 01/06/04 | Christiana Care VNA | B9B | Nurse Visit | 150.00 | - | - | 100% coverage | 150.00 | Corrine |
| 01/08/04 | William B Funk MD | B10A | Well Visit | 60.00 | - | - | 15.00 | 45.00 | Corrine |
| 01/12/04 | William B Funk MD | B11A | Visit | 110.00 | - | - | 15.00 | 95.00 | Renée |
| 02/01/04 | Happy Harry's | B12A - B13A | Prescription | 30.75 | - | - | 15.00 | 15.75 | Renée |

**TOTAL MEDICAL EXPENSE CLAIM**                                                                      **1,465.25**

**Health Insurance Comparison**

| | |
|---|---|
| Lawns Unlimited's Optimum | H1A |
| Choice vs. Cecil County's Blue Cross/Blue Shield - Summary | H2A - H7A |
| Optimum Choice Detail | |
| Blue Cross/Blue Shield Detail | H8A - H9A |





## Beebe Medical Center

**424 SAVANNAH ROAD**
**LEWES, DE**
**19958**

| BEAUCHEMIN ,RENEE M | |
| --- | --- |
| Service Date: | 12/30/03 |
| Service End: | 01/01/04 |
| Last Statement Date: | 01/09/04 |
| Account Number: | 22622369 |

For Account Information, Please Call (302)645-3546

### Statement of Account   01/27/04

| Transaction Date | Description | Amount |
| --- | --- | --- |
| | PREVIOUS BALANCE | 6,464.95 |
| 01/23/04 | COMMERCIAL MANAGEDCA A05 MAMSI/OPTIMUM | 5,920.98- |
| 01/23/04 | COMMERCIAL MAN CARE  A05 MAMSI/OPTIMUM | 193.97- |

| imated Insurance Due: | .00 | Total Patient Credits: | .00 | Account Balance: | 350.00 |
| --- | --- | --- | --- | --- | --- |

**YOUR INSURANCE HAS PAID YOUR CLAIM AND DETERMINED THAT THE ACCOUNT BALANCE IS YOUR RESPONSIBILITY.**
**PLEASE PAY PROMPTLY.**

Please detach and return with your payment

B1A

P000044

| DIAG. CODE | SERVICE DATE | PROCEDURE REFERENCE | PATIENT NAME | LOC | DESCRIPTION | CHARGES/PAYMENTS/ADJ. | |
|---|---|---|---|---|---|---|---|
| | | | | | | PATIENT | INSURANCE |
| 633.1 | 08/05/02 | 59120 | RENEE | OH | TREATMENT OF ECTOPIC PREGNANCY | 1600.00 | |
| | 07/30/03 | SAR421 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 08/06/03 | SAR427 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 09/26/03 | SAR452 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 10/22/03 | SAR502 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 09/10/02 | SAR138 | | | PRIVATE CHECK PMT. | -20.00 | |
| | 10/05/02 | SAR149 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 11/21/02 | SAR301 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 12/18/02 | SAR313 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 01/17/03 | SAR324 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 03/04/03 | SAR344 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 03/12/03 | SAR350 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 04/09/03 | SAR364 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 05/21/03 | SAR389 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 06/20/03 | SAR405 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 11/14/03 | SAR514 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 12/12/03 | AS526 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 01/06/04 | BAM540 | | | PRIVATE CHECK PMT. | -15.00 | |
| | 01/20/04 | | | | MISC.CREDIT ADJUSTME | -210.00 | |
| | 01/28/04 | C#554 | | | PRIVATE CHECK PMT. | -15.00 | |
| | THANK YOU | FOR YOUR RECENT | PAYMENT ! | | | | |
| 641.01 | 12/30/03 | 59510 | RENEE | IH | C-SECTION | 3500.00 | |
| | 02/23/04 | BAM10764021 | | | MDIPA PAYMENT | -1960.00 | |
| | 02/23/04 | BAM10764021 | | | MDIPA WRITE-OFF | -1300.00 | |

3/21    #15   chk #
5606

THANK YOU FOR KEEPING YOUR ACCOUNT CURRENT. BALANCES
ARE DUE WHEN BILLED.

| CURRENT | 30-60 | 60-90 | 90-120 | OVER 120 | | PATIENT | INSURANCE |
|---|---|---|---|---|---|---|---|
| 1355.00 | 0.00 | 0.00 | 0.00 | 0.00 | PLEASE PAY THIS AMOUNT > > > | $1355.00 | 0.00 |

| ANALYSIS OF PATIENT NEW BALANCE | | | | BAYSIDE HEALTH OBGYN | |
|---|---|---|---|---|---|
| 03/10/04 | 30.00 | | 82490 | | |
| STATEMENT DATE | PATIENT PAID YTD | | ACCOUNT NUMBER | | |

16466-MS95*16Q10RPPD000323

B2A



**Right there with you**™
STORE# 6377
701 GOVERNORS PLACE
BEAR, DE 19701
(302) 836-2966

YOUR CASHIER TODAY IS JACOB
ASSOC #05246      REG #005      DRAWER #1
TRANS #02524      TYPE #01      STORE #6377
NORMAL SALE

952820 RX 246925100          4.96
952820 RX 646925200          3.54
TOTAL                        8.50
DEBIT CARD                   8.50
DEBIT CARD#: XXXXXXXXXXXX5704

************************************
**    THANK YOU FOR SHOPPING AT ECKERD    **
**    1-800-ECKERDS    www.eckerd.com    **
************************************

          January 01, 2004      04:53 PM

B3A



Be Date: 01/01/04
(302)229-6853
DOB 01/01/XX

Rx#: 6469252-00

**Beauchemin, Renee**
Bear                                    $3.54
Bear, DE 19701          Tx#: 0843712
                              MDIPA

| Call | 01/04/04 | Call | 01/08/04 | Pull | 01/15/04 | |

## ECKERD
### at pharmacy. first.

# RxAdvisor

CHECK ✓ with ME

## Valuable Information Inside
## About Your
## Prescription Medication

Rx#: 6469252
Tx#: 0843712

**OBTAIN ACK**

Renee Beauchemin
01/01/04
Patient Pay: $3.54
Baker #0021

BYA



**Be** Date: 01/01/04/
(302)229-6853
DOB 01/01/XX
**Beauchemin, Renee**
Bear
Bear, DE 19701

Rx#: 2469251-00
$4.96
Tx#: 0843711
MDIPA

| Call | 01/04/04 | | Call | 01/08/04 | | Pull | 01/15/04 | |

## ECKERD
*A pharmacy. First.*

# Rx Advisor

## Valuable Information Inside About Your Prescription Medication

Rx#: 2469251
Tx#: 0843711

**OBTAIN ACK**

Renee Beauchemin
01/01/04
Patient Pay: $4.96

B5A

```
DRS. FUNK & METZGER & WALTON        08-01-06
665 CHURCHMANS ROAD
NEWARK DE 19702
5102492751(F)
TAX ID #: 510270242(N)
```

```
CORRINE BUTZ     010003
58 HICKORY DR
NORTH EAST MD 21901
```

| DATE | PROC | DESCRIPTION | DR | PL | DIAGNOSES | CHARGES |
|------|------|-------------|----|----|-----------|---------|
| 01-02-04 | 99213 | OV LEVEL 3 EST PT | WBF | O | 774.6 | 60.00 |
| | | TOTAL CHARGES | | | | 60.00 |
| | | VISA PAYMENT | | | | 60.00 |
| | | TOTAL BALANCE DUE | | | | .00 |

```
DIAGNOSES:
774.6    JAUNDICE, NEWBORN
```

B6A



## CHRISTIANA CARE
### HEALTH SERVICES

# STATEMENT OF ACCOUNT

51011627-001/A0

BUTZ, CORRINE
2 CYMBOL CT
NEWARK          DE 19702

> THESE CHARGES ARE FOR LABORATORY
> TESTING REQUESTED BY YOUR
> PHYSICIAN.  PLEASE PAY THE
> BALANCE IN FULL PROMPTLY.
> (302) 623-7000

| ACCOUNT NO. | PATIENT NAME | FROM DATE | THRU DATE |
|---|---|---|---|
| 51011627 | BUTZ, CORRINE | 01/04/04 | 01/04/04 |

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE FORWARD | 11.50 |
| | $11.50 |

*pd scott # 634 2/26*

B7A

Optimum Choice, Inc.
HEALTH PLAN

If you have any questions please contact the
Member Services Department at:
(301) 360-8040 or 1-800-331-2102

## Explanation of Benefits (EOB)

### *** THIS IS NOT A BILL ***

Member Number:
Member Name:

Page 2

C039849*01
RENEE M BEAUCHEMIN

| Reference Number | Check Number | Provider Number | Provider Name | Dates of Service From | Dates of Service To | Service Provided | Requested Charges | Allowable Charges | Plan Obligation | Par Dr. Savings | Copay | Deductible | Exp1 Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H04029028272 | | 247507 | VNA HOME MEDICAL EQUIPMEN | 01-04-04 | 01-06-04 | PHOTOTHERAPY LIGHT W/PHOTOM | $363.00 | $0.00 | $0.00 | $0.00 | $363.00 | $0.00 | 24 |
| | | | Totals: | | | | $363.00 | $0.00 | $0.00 | $0.00 | $363.00 | $0.00 | |

Member obligation is the sum of Copay and Deductible columns.

**Your total obligation to Vns Home Medical Equipment is $363.00.**

If you have other insurance coverage in addition to this Plan's coverage, and you need an explanation of the Plan's benefit determination
for submission to your other insurance coverage, please call the above telephone number.

Please see reverse side for the Explanation codes.

B8A

APPROVED OMB NO. 0938

ONE READS WAY  SUITE 100
NEW CASTLE, DE  19720
(302) 327-5200

00191118

| 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM | THROUGH | 7 COV D. | 8 N-C D. | 9 C-I D. | 10 L-R D. | 11 |
|---|---|---|---|---|---|---|---|
| 510064334 | 010104 | 013104 | | | | | |

**12 PATIENT NAME**

BUTZ, CORR E

2 CYMBAL COURT, NEWARK, DE 19702

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 DATE | ADMISSION 18 HR 19 TYPE 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | 24 | CONDITION CODES 26 28 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|
| 12302003 | F | S | 010504 | | 01 | | 00125814 | | | |

BEAUCHEMIN BUTZ, RENEE
2 CYMBAL COURT

NEWARK, DE  19702

| 39 CODE | VALUE CODES AMOUNT |
|---|---|
| a 61 | 9160.00 |

| 42 REV CD. | 43 DESCRIPTION | 44 HCPCS / RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 551 | SKILLED NURSING MCH HT | 150.00 | 010504 | 1 | 150.00 | B9A | |
| 551 | SKILLED NURSING MCH HT | 150.00 | 010604 | 1 | 150.00 | B9B | |
| 001 | TOTAL | 150.00 | | 2 | 300.00 | | |

Paid $50
Chk# 590   61104

| 50 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| BEAUCHEMIN BUTZ   RENEE | | Y | | | | |

**DUE FROM PATIENT ▶**   300.00

| 67 PRIN. DIAG. CD | |
|---|---|
| 774.6 | |

| 82 ATTENDING PHYS. ID | D01020 |
|---|---|
| FUNK, WILLIAM B | |

REMARKS  FOR BILLING INQUIRIES PLEASE CALL:
302 327-5200

B9A : B9B

| 85 PROVIDER REPRESENTATIVE | 86 DATE |
|---|---|
| X CAROL GLASS | 052104 |

OCR/ORIGINAL   UB-92 HCFA-1450

4  BRIGGS, Des Moines IA 50306  (800) 247-2343

DRS. FUNK & METZGER & WALTON          08-01-06
665 CHURCHMANS ROAD
NEWARK DE 19702
510249275(F)
TAX ID #: 510270242(N)

CORRINE BUTZ     010083
59 HICKORY DR
NORTH EAST MD 21901

| DATE | PROC | DESCRIPTION | DR | PL | DIAGNOSES | CHARGES |
|------|------|-------------|----|----|-----------|---------|
| 01-08-04 | 99213 | OV LEVEL 3 EST PT | WBF | O | 774.6 | 60.00 |
|  |  | OC STATES WE ARE NOT PCP |  |  |  |  |
|  |  | TOTAL CHARGES |  |  |  | 60.00 |
|  |  | VISA PAYMENT |  |  |  | 60.00 |
|  |  | OPTIMUM CHOICE PYMT |  |  |  | .00 |
|  |  | TOTAL BALANCE DUE |  |  |  | .00 |

DIAGNOSES:
774.6    JAUNDICE, NEWBORN

B10A

LIAM B. FUNK, M.D., P.A.
CHURCHMANS ROAD
WARK, DE 19702-1918
2) 731-0900

**STATEMENT**

| STATEMENT DATE | PAGE |
|---|---|
| 02-17-04 | 1 |

TAX I.D. #51-0408155

| NSACTION DATE | INV. NO. | DESCRIPTION OF SERVICES | DOCTOR | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| -12-04 | 1 | OV, NEW PT, LEVEL 3        RENEE | WBF | 110.00 | | 110.00 |
| -12-04 | 1 | VISA PAYMENT | | | -15.00 | 95.00 |
| -20-04 | 1 | OPTIMUM CHOICE PYMT        011604 | | | .00 | 95.00 |
| -20-04 | 1 | OC STATES WE ARE NOT PCP | | | | |

| 95.00 | .00 | .00 | .00 | .00 | ◄ ACCOUNT AGE ANALYSIS | TOTAL AMOUNT DUE ► | 95.00 |
|---|---|---|---|---|---|---|---|
| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | | | |

CHECKS PAYABLE TO WILLIAM B. FUNK, M.D.

B11A



STAP
HE

02/01/04

**HAPPY HARRY'S**
1120 PULASKI HIGHWAY
BEAR, DE 19701
(302) 832-2300

AMOUNT $ 30.75

01011976

Rx: 6403864
BEAUCHEMIN-BUTZ, RENEE

BALANCE DUE $ 30.75

2 CYMBAL CT
...WARK, DE 19702

Rx Num: 6403864
Tx Num:                    Carri
Tq Num: 1958675            Patie
  Fill: 02/01/2004         Dr
Status: RECEIVED            F
  Paid: REJT              Refe
  Type: P5C                 C
Passwd:
PROCESS CLAIM WITH NEW I
For assistance to resolv
"For Pharmacists"



S **INSURANCE** t

## Card In Bag

68 :COVERAGE EXPIRED

B12A

```
       HₐPPY HARRY'S GLENDALE PLAZA
              1120 PULASKI HWY
              BEAR, DE  19701
               302-832-2300
         65 PHARMACEUTICAL       30.75
TAX      0.00  DUE       30.75
         CREDIT            (30.75)

         CHANGE            0.00

DEBIT: XXXXXXXXXXXX5704
APPR:
I agree to pay above total amount
according to card issuer agreement.

Cashier:  amyb        634      # 52
          (REPRINT #1)
Register: REG5 Feb  1 2004  3:13 PM


        THANK YOU FOR SHOPPING
            HAPPY HARRY'S
     Visit our Website www.happy.com
```

RY'S  HAPPY HARRY'S  HAPPY HARRY'S  HAPPY HARRY'S  HAPPY HA

B13A

**Health Insurance Comparison**
**Lawn's Unlimited Optimum Choice vs. Cecil County's Blue Cross / Blue Shield**

| | Lawns Unlimited Optimum Choice | Cecil County Blue Cross/Blue Shield |
|---|---|---|
| Annual Deductible | None | $300 In-Network<br>$300 Out-of-Network |
| Out of Pocket Maximum | N/A | $1,500 |
| Lifetime Maximum | Unlimited | $2,000,000 |
| Primary Care Physician | $10 Co-pay | $10 Co-pay |
| Specialty Care Physician | $15 Co-Pay | $20 Co-pay |
| Hospital Room & Board | Covered in Full | 90% After Deductible |
| Inpatient Physician Services | Covered in Full | 90% After Deductible |
| X-Ray & Lab Services | $15 Co-pay | 90% After Deductible |
| Emergency Room | $50 Co-pay | 90% After Deductible |
| Prescription - Retail<br>    Generic<br>    Formulary<br>    Brand | $15 Co-pay - 30 day supply<br>$25 Co-pay - 30 day supply<br>$45 Co-pay - 30 day supply | $10 Co-pay - 30 day supply<br>25% of cost up to $50 - 30 day supply<br>25% of cost up to $50 - 30 day supply |
| Prescription - Mail Order<br>    Generic<br>    Formulary<br>    Brand | Not Available<br>Not Available<br>Not Available | $10 Co-pay - 90 day supply<br>25% of cost up to $50 - 90 day supply<br>25% of cost up to $50 - 90 day supply |

HIA

D00390

# OPTIMUM CHOICE, INC. ℠

A MAMSI/UnitedHealthcare Company

# EVIDENCE
# OF
# COVERAGE

7A

0401166-1098DE

OPTIMUM CHOICE, INC.™
A MAMSI/UnitedHealthcare Company

4 Taft Court
Rockville, MD 20850

CW        10 02 06 228   0604

D00391

H3A

D00392

# INTRODUCTION

**OPTIMUM CHOICE, INC. (OCI) HEALTH PLAN EVIDENCE OF COVERAGE**

Welcome to OCI, your Quality Care Health Plan. We appreciate your participation with OCI, and look forward to providing you with comprehensive, coordinated health care.

This Evidence of Coverage was designed to provide you with a detailed explanation of the health care coverage provided through OCI for you and the members of your family.

Your Primary Care Physician is responsible for providing or coordinating your medical care, including referrals for Specialty care and Hospital care, when Medically Necessary. **Please note that OCI may not pay for Medical Services which you obtain without prior approval by your Primary Care Physician (except in a Medical Emergency or an unforeseen illness or injury which occurs while you are outside of the OCI Service Area).**

To understand exactly what your participation entails, please read this booklet carefully and jot down any points you may not understand or want to have verified. The answers may be as close as your telephone, 24 hours a day, 7 days a week: (301) 360-8115, toll-free (800) 709-7604, or TTY (for the hearing impaired) (301) 309-1710; or feel free to visit our offices during normal business hours, Monday through Friday, 8:30 a.m. to 5:30 p.m. We are located at 4 Taft Court, Rockville, MD 20850 & 800 Oak Street, Frederick, MD 21703.

Sincerely,

*Thomas Barbera*

**Thomas Barbera**
**President**

H4A

HSA

## Your Health Benefits At a Glance

| Annual Deductible | | |
|---|---|---|
| Individual | | None |
| Family | | None |
| Lifetime Maximum Benefit | | Unlimited |
| **Outpatient Services** | | |
| Primary Care Physician Office Visits | | $10 Copayment |
| Specialty Care Physician Office Visits | | $15 Copayment |
| Adult Physicals and Well Child Care. | | $10 Copayment |
| Mammography Screening | | $15 Copayment |
| Allergy Testing/Treatment | | $25 Copayment |
| Annual GYN Exam | | $15 Copayment |
| Maternity Care | | $15 Copayment |
| Diagnostic Laboratory and X-Ray Services | | $15 Copayment |
| Chiropractic Services | | 50% Copayment |
| Norplant Services | | 50% Copayment |
| Infertility Services | | 50% Copayment |
| Physical, Occupation, Speech, Cognitive Therapy - 60 combined visits | | $15 Copayment |
| Emergency Room Services | | $50 Copayment |
| Urgent Care Services | | $15 Copayment |
| Outpatient Hospital Services | | $50 Copayment |
| Durable Medical Equipment | | 50% Copayment |
| Prosthetic Devices/Orthopedic Braces | | 50% Copayment |
| Home Health Care | | Covered in Full |
| **Inpatient Services** | | |
| Hospital Room & Board | | Covered in Full |
| Inpatient Physician's Services | | Covered in Full |
| Other Inpatient Services | | Covered in Full |
| Hospice Care | | Covered in Full |
| Skilled Nursing Facility Care (60 days/year.) | | Covered in Full |

D00393

D00394

| | Inpatient Admissions require Preauthorization | Primary Care Physician is Responsible |
|---|---|---|
| *Mental Health/Substance Abuse* | | |
| | Inpatient Mental Health Services (30 days/Contract Year.) | $50 Copayment |
| | Outpatient Mental Health Services (20 visits/Contract Year) | 50% Copayment |
| | Inpatient Substance Abuse Services (30 combined days/Contract Year & 90 day limit/lifetime) | OCI pays the first $80, the Member is responsible for the next $50, & OCI will pay remainder up to $130 per inpatient day |
| | Outpatient Substance Abuse Services (20 visits/Contract Year) | 50% Copayment |
| **Other Health Care Services** | | |
| | Organ Transplant Services | liver (for children under 18) kidney, bone marrow, cornea |
| | Whole Blood | Not a Covered Service |

*This chart outlines a summary of benefits only. For a detailed description of benefits, limitations and exclusions, please see Section III, Benefits Description, in this Evidence of Coverage Booklet.*

* PRESCRIPTION PLAN SUMMARY TO FOLLOW

H6A

# UnitedHealthcare®

A UnitedHealth Group Company

M.D.IPA·    OPTIMUM    MAMSI.
             CHOICE·

September 24, 2007

4 Taft Court, Rockville MD 20850
www.mamsiUnitedHealthcare.com

Renee Beauchemin
58 Hickory Dr.
North East, MD 21901

RE:    Customer Name:        Renee Beauchemin
       Customer Number:      C0398449*01
       Optimum Choice, Inc. ® (OCI)
       Reference Number:     M0726000470

Dear Ms. Beauchemin:

This letter is a follow up to your telephone conversation with a Customer Care Professional on September 17, 2007, regarding your prescription coverage while your Optimum Choice, Inc. ® (OCI) policy was active.

As discussed, medications could be filled for up to a maximum of a thirty-one (31) days supply at a time.  Your prescription copayments were as follows:

       Tier 1:         $15.00
       Tier 2:         $25.00
       Tier 3:         $45.00
       Injectables:    20% up to $50.00

If you have any questions, please contact our Customer Care Department by telephone at the number listed on your health plan identification card.  Please mention the above-noted reference number when inquiring about this matter.

Sincerely,

Tamara Eisenhart
Customer Care

## CECIL COUNTY EMPLOYEE BENEFIT PLAN
### Effective January 1, 2004

| PLAN DESIGN | Blue Cross and Blue Shield Standard Option PPO Plan | | Blue Cross and Blue Shield High Option PPO Plan | |
|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| Deductibles<br>• Individual<br>• Individual +1<br>• Family | $300<br>$600<br>$900 | $300<br>$600<br>$900 | $100<br>$200<br>$300 | $100<br>$200<br>$300 |
| Coinsurance | 75% | 65% | 90% | 75% |
| Copayment | $10 Primary Care Physician (PCP)<br>$20 Specialist | None | $10 Primary Care Physican (PCP)<br>$20 Specialist | None |
| Out of Pocket Maximum<br>• Individual<br>• Individual +1<br>• Family<br>Includes deductibles and coinsurance | $1,500<br>$3,000<br>$4,500 | | $1,100<br>$2,200<br>$3,300<br>*is you pay all deductibles & coinsurance - everything is 100%* | |
| Lifetime Maximum | $2,000,000 | | $2,000,000 | |
| **Preventive Care** | | | | |
| Routine Physical (1 per CY – employee and/or spouse only) | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| Routine GYN (1 per CY – employee and/or spouse only) | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| Well Child Care (through age 12) | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| Immunizations | 100% | 100% | 100% | 100% |
| Routine Mammogram | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| Prostate Cancer Screening | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| Osteoporosis Prevention | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |
| **Hospitalization** | | | | |
| Pre-Certification-Continued Stay Review | 25% penalty up to a maximum reduction of $500 for failure to pre-certify a hospital admission | | | |
| Room & Board and Inpatient Services | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| **Physician/Hospital Services** | | | | |
| Surgery | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| X-ray and Lab | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| 2nd Surgical Opinion Voluntary | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Emergency Room | 75% after deductible | 75% after deductible | 90% after deductible | 90% after deductible |
| Office Visits | 100% after copayment | 65% after deductible | 100% after copayment | 75% after deductible |



H8A

# CECIL COUNTY EMPLOYEE BENEFIT PLAN
## Effective January 1, 2004

| PLAN DESIGN | Blue Cross and Blue Shield Standard Option PPO Plan | | Blue Cross and Blue Shield High Option PPO Plan | |
|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| **Miscellaneous Services** | | | | |
| Physical, Occupational and Speech Therapy (60 visits each per 180 day period) | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Chemotherapy and Radiation | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Chiropractic Care ($1,500 max per CY) | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Durable Medical Equipment | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Skilled Nursing Facility | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Home Health Care (240 days per year) | 75% | 65% | 90% | 75% |
| Hospice Care ($10,000 lifetime maximum) | 100% | | 100% | |
| Ambulance | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Infertility Services Up to $12,000 maximum per CY | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Organ Transplants | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| **Mental Health and Substance Abuse** | | | | |
| Inpatient (30 days per CY) | 75% after deductible | 65% after deductible | 90% after deductible | 75% after deductible |
| Outpatient (45 visits per CY) | **1-20 visits**  60% after deductible<br>**21-45 visits**  50% | | **1-20 visits**  60% after deductible<br>**21-45 visits**  50% | |
| **Prescription Drug** Cecil County Pharmacy | | | | |
| **Retail**<br>  Generic<br>  Brand | $10 copayment per prescription or refill –30 days supply<br>25% of the drug cost to a maximum of $50 –30 days supply | | | |
| **Mail Order**<br>  Generic<br>  Brand | $10 copayment per prescription or refill –90 days supply<br>25% of the drug cost to a maximum of $50 –90 days supply | | | |

H9A

**MEDICAL INSURANCE PREMIUM DETAIL**

| Periods | Reference # | Number of Biweekly Periods | Biweely Premium | Amount of Insurance Claim |
|---|---|---|---|---|
| March 04 - June 04 | I1A | 8 | 32.44 | 259.52 |
| July 04 - June 05 | I2A | 24 | 35.69 | 856.56 |
| July 05 - June 06 | No change | 24 | 35.69 | 856.56 |
| July 06 - June 07 | I3A | 24 | 36.58 | 877.92 |
| July 07 - June 08 | I4A | 24 | 37.68 | 904.32 |
| July 08 - August 08 | I5A | 4 | 39.56 | 158.24 |

**TOTAL MEDICAL INSURANCE CLAIM**  **3,913.12**

Note:  The 3rd pay of any month does not have insurance premium deductions



# CECIL COUNTY EMPLOYEE BENEFIT PLAN
## BIWEEKLY COST SHEET FOR 24 PAYS
### Effective July 1, 2003

## MEDICAL & PRESCRIPTION CARD COVERAGE

|  | EMPLOYEE | 2 PARTY | FAMILY |
|---|---|---|---|
| Standard Option | $25.89 | $56.05 | $64.58 |
| High Option | $32.44 | $70.44 | $81.10 |

## DENTAL COVERAGE

| EMPLOYEE | 2 PARTY | FAMILY |
|---|---|---|
| $2.18 | $4.48 | $4.48 |

## VISION COVERAGE

| EMPLOYEE | 2 PARTY | FAMILY |
|---|---|---|
| $0.38 | $0.59 | $0.59 |

## WORKSHEET

| | |
|---|---|
| Medical/Prescription Cost: | $ 81.10 |
| Dental | $ 4.48 |
| Vision | $ .59 |
| Total/pay | $ 86.17 |

I 1 A

# CECIL COUNTY EMPLOYEE BENEFIT PLAN

BI-WEEKLY COST SHEET

EFFECTIVE JULY 1, 2004

**STANDARD**                                          **HIGH**

| MEDICAL COVERAGE | 22 PAY | 24 PAY | 26 PAY | | 22 PAY | 24 PAY | 26 PAY |
|---|---|---|---|---|---|---|---|
| EMPLOYEE ONLY | $ 31.07 | $ 28.48 | $ 26.29 | | $ 38.93 | $ 35.69 | $ 32.94 |
| EMPLOYEE + ONE | $ 67.27 | $ 61.66 | $ 56.92 | | $ 84.52 | $ 77.48 | $ 71.52 |
| FAMILY | $ 77.50 | $ 71.04 | $ 65.58 | | $ 97.32 | $ 89.21 | $ 82.35 |

| DENTAL COVERAGE | 22 PAY | 24 PAY | 26 PAY |
|---|---|---|---|
| EMPLOYEE ONLY | $ 2.38 | $ 2.18 | $ 2.01 |
| EMPLOYEE + ONE | $ 4.89 | $ 4.48 | $ 4.14 |
| FAMILY | $ 4.89 | $ 4.48 | $ 4.14 |

| VISION COVERAGE | 22 PAY | 24 PAY | 26 PAY |
|---|---|---|---|
| EMPLOYEE ONLY | $ 0.41 | $ 0.38 | $ 0.35 |
| EMPLOYEE + ONE | $ 0.64 | $ 0.59 | $ 0.54 |
| FAMILY | $ 0.64 | $ 0.59 | $ 0.54 |

I2A

# CECIL COUNTY EMPLOYEE BENEFIT PLAN
Bi-Weekly Cost Sheet for 24 Payrolls
Effective July 1, 2008



## MEDICAL & PRESCRIPTION DRUG COVERAGE

|                 | *EMPLOYEE* | *2-PARTY* | *FAMILY* |
|-----------------|-----------|-----------|----------|
| Standard Option | $ 31.57   | $ 68.35   | $ 78.75  |
| High Option     | $ 39.56   | $ 85.89   | $ 98.89  |

## DENTAL COVERAGE

| *EMPLOYEE* | *2-PARTY* | *FAMILY* |
|-----------|-----------|----------|
| $ 2.30    | $ 4.73    | $ 4.73   |

## VISION CARE COVERAGE

| *EMPLOYEE* | *2-PARTY* | *FAMILY* |
|-----------|-----------|----------|
| $ .42     | $ .66     | $ .66    |

## COST WORKSHEET

| | |
|---|---|
| Medical & Prescription Care Cost | $_____ |
| Dental Cost | $_____ |
| Vision Care Cost | $_____ |
| TOTAL DEDUCTION/PAY | $_____ |

ISA

**LOST WAGES CLAIM DETAIL**

## 2003 Wages

| Description | Reference # | Calculation | Amount | Notes |
|---|---|---|---|---|
| Wages | W1A - W2A | $1122 - $726 | 396.00 | Difference between regular earnings and unemployment compensation. Regular earnings calculated: 11 days x 8 hours x $12.75/hour = $1,122.00 |
| Overtime Wages | W3A | 6 hours x $6.38 | 38.28 | Unpaid overtime hours actually worked (was paid at regular $12/Hour rate |
| Vacation | W4A - W5A | 40 hours x $12.75 | 510.00 | 2004 Vacation time earned in 2003 Unpaid Vacation Days (5 Accrued Days) |
| Personal | W4A - W5A | 24 hours x $12.75 | 306.00 | 2004 Personal/Sick time earned in 2003 Unpaid Personal Days (3 Accrued Days) |
| Christmas | W4A - W5A | 8 hours x $12.75 | 102.00 | 2003 Unpaid Holiday pay |
| New Year's | W4A - W5A | 8 hours x $12.75 | 102.00 | 2003 Unpaid Holiday pay |
| Wage Increase | W6A - W7A (Payroll Analysis Summary); W8A - W31A (2002 Payroll Detail); W8B - W30B (2003 Payroll Detail) | 82 days x 8 hours x $.75 | 492.00 | Anticipated wage increase to have begun on employment anniversary date of 09/01/03.  09/01/03 thru 12/23/03 = 82 days (Sept. 22 days, Oct. 23 days, Nov. 20 days, Dec. 17 days).  Calculation: 82 days x 8 hours x $.75 = $492 |
| Bonus/Performance Incentive | | Estimated | 500.00 | Anticipated 2003 Bonus (2002 Bonus was $379 only employed 2 months) |
| | | **TOTAL** | **2,446.28** | |



**DEPARTMENT OF**
## LABOR
**KEEPING**
**DELAWARE FIRST**

Division of Unemployment Insurance
Employer Contributions Operations
P. O. Box 9953
Wilmington, DE 19809-0953
(302) 761-8482

R M BUTZ

2 CYMBAL CT
NEWARK          DE 19702

| **DELAWARE DEPARTMENT OF LABOR**<br>**DIVISION OF UNEMPLOYMENT INSURANCE**<br>P.O. BOX 9953<br>WILMINGTON, DELAWARE 19809-0953<br><br>FED E.I. #51-6000279 | Type or print<br>PAYER's<br>name, address,<br>Zip code and<br>Federal<br>Identifying<br>Number | Statement for **2004**<br>Recipients of<br>**Unemployment**<br>**Compensation**<br>**Payments**<br>**Copy B For Recipient** |
|---|---|---|
| Recipient's identifying number | 1 Total unemployment compensation payments<br><br>726.00 | 4 Federal tax withheld<br><br>132.00 |
| Type or print RECIPIENT'S name, address and Zip code below.<br><br>R M BUTZ<br>2 CYMBAL CT<br>NEWARK          DE 19702 | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

**Form 1099G**                                        Department of the Treasury-Internal Revenue Service

## Notice to Recipient

The Revenue Act of 1978 requires payers to report unemployment compensation payments of $10 or more. Payers must file Copy A of Form 1099-G with the Internal Revenue Service and must furnish Copy B of the form to the person receiving the payments, by January 31 of the year following the calendar year of the payments.

Box 1 shows the total unemployment compensation paid to you this year by the Delaware Department of Labor, Division of Unemployment Insurance. Box 4 shows the amount of federal income tax withheld at your request from your unemployment compensation benefits. This information is to be used on your Federal income tax return. For more information and instructions on figuring the amount to be included on your Federal income tax return, see the instructions for your Federal income tax return and Publication 905, Tax Information on Unemployment Compensation.

726/66 = 11 days

WIA

*PLEASE RETAIN FOR YOUR RECORDS*

FORM UC-101

**DELAWARE DEPARTMENT OF LABOR**  **MONETARY DETERMINATION**  DOC NO. 60-06/97/02/02

| | | BEGINS | ENDS | NAME AND SOCIAL SECURITY NUMBER | | |
|---|---|---|---|---|---|---|
| YOUR BASE PERIOD | | 10-01-02 BEGINS | 09-30-03 ENDS | L.O. 2 | F.C. 10 | 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 |
| YOUR BENEFIT YEAR | | 01-25-04 | 01-23-05 | R M BUTZ | | |

| BASE PERIOD QUARTERS AND WAGES | | | | EMPLOYER NAME AND NUMBER |
|---|---|---|---|---|

| QRT 4 | YR 02 | QRT 1 | YR 03 | QRT 2 | YR 03 | QRT 3 | YR 03 | |
|---|---|---|---|---|---|---|---|---|
| 1496.00 | | | | | | | | 0000026539 |
| | | | | | | | | CAREER ASSOCIATES INC |
| 6367.63 | | 6328.68 | | 7936.38 | | 5077.70 | | 0000070120 |
| | | | | | | | | LAWNS UNLIMITED LIMITED |

| TOTAL WAGES | MAX BENEFITS | WBA | DURATION | | CLAIMANT ADDRESS |
|---|---|---|---|---|---|
| 28206.39 | 8,580.00 | 330.00 | 26 WEEKS 330 LAST WK | | R M BUTZ 2 CYMBAL CT |

MESSAGE

NEWARK          DE 19703

PROCESS DATE      REDET      CLAIM DATE
01-29-04                      01-25-04

$330 / 5 = \$66 / day$

W2A

## LAWNS UNLIMITED, LTD

14698

| | | 12/12/2003 | YTD |
|---|---|---|---|
| Renee M Butz | | | |
| 2 Cymbal Court | Hourly Rate 1 (86.00@$12.00) | 1,032.00 | 23,286.36 |
| Newark, DE 19702 | Employee IRA | -50.00 | -1,200.00 |
| | Federal Tax Withholding | -74.00 | -2,958.00 |
| 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 | Social Security Employee | -63.99 | -1,693.14 |
| | Medicare Employee | -14.97 | -395.98 |
| Used / Available | DE - Withholding | -26.71 | -871.53 |
| Sick 0.00 / 0.00 | Hourly Rate 2 | 0.00 | 3,617.28 |
| Vac 33.75 / 0.00 | Vacation Hourly Rate | 0.00 | 405.00 |

11/24/2003 - 12/07/2003 Pay Period                    802.33





**LAWNS UNLIMITED**
Professional Lawn & Tree Care
P.O. BOX 616    LEWES, DE 19958
302-645-LAWN

<u>JOB DUTIES - OFFICE MANAGER</u>

1. Motorola radio dispatch
2. Domestic tidying of office - cleaning of office or seeing that it is done, water plants, etc.
3. Completion of day, all files and work put away, desk cleaned off.
4. Completion and start of day, turn all machines on and off, lights, air conditioning, heat, answering machine, copier, time clock.
5. Keep up to date Gross receipts journal.
6. Make deposits daily, collect mail at post office, run small errands, office supplies, etc. with use of personal car
7. Pay all Lawns Unlimited bills accurately and <u>on time</u>.
8. Keep general journal sheets categorized, totalled, balanced and reconciled as each sheet is completed.
9. Answer phone, dispatch messages to employees.
10. Take work orders, estimates on phone & enter in computer.
11. Handle all estimates, work orders, invoices, statements, reports, etc. everything on computer.
12. Handle purchase orders, inventories.
13. Responsible for all computer work, bookkeeping, accounts payable/receivable, quarterly reports, Y/E tax accounting for CPA, W-2's, bank reconciliations.
14. Typing all proposals, letters, correspondence, etc.
15. Keep up rolodex to date (typed cards)
16. Balance and keep up petty cash.
17. Responsible for going over Daily Work Sheets with employees at end of day organizing and recording and billing chargeable time from them and organizing for Ed for payroll by Wednesday of each week.
18. Figuring and writing payroll checks weekly.
19. Going over time cards.
20. Abide by company policy.
21. Neat, clean appearance, no jeans or shorts in office.
22. Keep Ed and Jeanne abreast daily and weekly before leaving office of any message, daily accomplishments, etc.
23. Implement use of payroll, general ledger, accounts payable and inventories on computer.

D00502



**Professional Lawn & Tree Care**
P.O. BOX 818   LEWES, DE  19958
302-645-LAWN

<u>JOB DUTIES - OFFICE MANAGER - CON'T.</u>

24. Periodically or as necessary maintenance and clean all office equipment, copiers, typewriters, etc.

25. Assist Ed in keeping his desk organized and files.

26. Filing

27. Work up monthly minutes for corporate book.

28. Open mail, distribute, organize, answer any necessary correspondence.

29. Assist walk-in customers, sales reps, employees etc.

30. Enter payments and billings in computer.

31. Word processing, type letters

*Pension plan offered after 1 year of full time employment*

BENEFITS:

6 Paid Holidays:   Memorial Day
4th of July
Labor Day
Thanksgiving
Christmas
New Years

Medical Insurance & Life Insurance:
50% paid by Employer
50% paid by Employee

*paid on employee*

Vacation:  one week after 1 year of service
"          2 years of service
two weeks after 3 years of service

or Unpaid vacation by approval

Preferrably vacations taken during slack time or off season.

Sick Days:  3 Paid Sick Days

WSA

D00503

## Lawns Unlimited Payroll Analysis

| Employee Name | 2002 Total Hours | 2002 Regular Pay Rate | 2002 Bonus / Pay Incentive | 2002 Paid Time Off or Vacation | 2003 Total Hours | 2003 Regular Pay Rate | 2003 Bonus / Pay Incentive | 2003 Paid Time Off or Vacation | Increase Amt | Increase % | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee 1 | 2,283 | $ 10.00 | $ 541 | | 644 | $ 10.00 | $ - | | | | Left LU in 2003 |
| **Employee 2** | 1,331 | $ 8.00 | $ 217 | | 1,771 | $ 9.00 | | | $ 1.00 | 12.5% | |
| Employee 3 | | | | | 263 | $ 10.00 | | | | | Started & left LU in 2003 |
| Employee 4 | | | | | 1,114 | $ 8.00 | 217 | | | | Started LU in 2003 |
| Employee 5 | | | | | 1,058 | $ 8.00 | 217 | | | | Started LU in 2003 |
| Employee 6 | 121 | $ 7.00 | | | | | | | | | Did not work at LU in 2003 |
| **Plaintiff** | 469 | $ 12.00 | $ 379 | | 2,224 | $ 12.00 | | 34 hrs $405 | $ - | 0.0% | |
| Employee 8 | 787 | $ 7.50 | | | 38 | $ 7.50 | | | | | Left LU in 2003 |
| **Employee 9** | 2,435 | $ 11.00 | $ 1,083 | | 2,458 | $ 12.00 | $ 1,624 | | $ 1.00 | 9.1% | Started LU in 2003 |
| Employee 10 | | | | | 1,357 | $ 9.00 | 217 | | | | Started LU in 2003 |
| Employee 11 | | | | | 1,046 | $ 8.00 | | | | | Started LU in 2003 |
| Employee 12 | 53 | $ 7.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 13 | 281 | $ 8.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 14 | 33 | $ 10.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 15 | 165 | $ 7.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 16 | 520 | $ 8.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 17 | 2,613 | $ 9.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 18 | 12 / Salary | $ 6.15 / $ 7,800 | | | Salary | $ 6.15 / $ 10,400 | | | | | Family Payroll |
| Employee 19 | Salary | $ 52,000 | | | - | $ 52,000 | | | | | Owner |
| Employee 20 | 5 / Salary | $ 6.15 / $ 7,800 | | | Salary | $ 6.15 / $ 10,400 | | | | | Family Payroll |
| Employee 21 | Salary | $ 7,600 | | | Salary | $ 9,225 | | | | | Owner |
| Employee 22 | 96 / Salary | $ 7.00 / $ 7,800 | | | 8 / Salary | $ 7.00 / $ 2,400 | | | | | Family Payroll |
| Employee 23 | 162 / Salary | $ 12.00 / $ 7,800 | | | - / Salary | $ 12.00 / $ 2,400 | | | | | Family Payroll |
| Employee 24 | | | | | Salary | $ 5,400 | | | | | Family Payroll |
| Employee 25 | 744 | $ 8.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 26 | 1,875 | $ 14.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 27 | 1,103 | $ 9.50 | $ 108 | | 853 | $ 10.50 | | | $ 1.00 | 10.5% | |
| Employee 28 | 222 | $ 8.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 29 | | | | | 220 | $ 10.00 | | | | | Started LU in 2003 |
| Employee 30 | 91 | $ 14.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 31 | | | | | 224 | $ 7.00 | | | | | Started LU in 2003 |
| Employee 32 | 137 | $ 7.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 33 | 24 | $ 9.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 34 | 220 | $ 7.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 35 | | | | | 848 | $ 8.50 | | | | | Started LU in 2003 |

LU6A

# Lawns Unlimited Payroll Analysis

| Employee Name | 2002 Total Hours | 2002 Regular Pay Rate | 2002 Bonus / Pay Incentive | 2002 Paid Time Off or Vacation | 2003 Total Hours | 2003 Regular Pay Rate | 2003 Bonus / Pay Incentive | 2003 Paid Time Off or Vacation | Increase Amt | Increase % | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee 36 | 0 | $ 10.00 | | | | | | | | | Did not work at LU oin O2 or O3 |
| Employee 37 | 252 | $ 8.00 | | | 1,146 | $ 8.50 | | | $ 0.50 | 6.3% | |
| Employee 38 | 353 | $ 7.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 39 | 686 (Salary) | $ 14.50 / $ 29,871 | $ 3,249 | 71 hrs $ 945 | 696 (Salary) | $ 15.50 / $ 30,875 | $ 8,121 | 104 hrs $ 1,331 | $ 1.00 | 6.9% | |
| Employee 40 | 402 | $ 7.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 41 | | | | | 249 | $ 9.00 | | | | | Began LU in 2003 |
| Employee 42 | 262 | $ 7.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 43 | 322 | $ 7.00 | | | 108 | $ 7.00 | | | | | Left LU in 2003 |
| Employee 44 | | | | | 704 | $ 8.00 | | | | | Began LU in 2003 |
| Employee 45 | 683 | $ 7.00 | | | 317 | $ 7.50 | | | $ 0.50 | 7.1% | |
| Employee 46 | 84 (Salary) | $ 13.00 / $ 14,180 | | 69 hrs $ 861 | | | | | | | Did not work at LU in 2003 |
| Employee 47 | | | | | 1,398 | $ 10.50 | 379 | | | | Began LU in 2003 |
| Employee 48 | | | | | 2,112 | $ 7.75 | 217 | | | | Began LU in 2003 |
| Employee 49 | 719 | $ 8.00 | | | 1,828 | $ 9.00 | | | $ 1.00 | 12.5% | |
| Employee 50 | 427 | $ 8.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 51 | 28 | $ 7.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 52 | 629 (Salary) | $ 12.50 / $ 25,179 | $ 1,624 | 72 hrs $ 732 | 644 (Salary) | $ 13.00 / $ 26,067 | $ 1,624 | 104 hrs $ 1,193 | $ 0.50 | 4.0% | |
| Employee 53 | 35 | $ 6.50 | | | | | | | | | Did not work at LU in 2003 |
| Employee 54 | 1,594 | $ 10.00 | $ 541 | | 2,721 | $ 12.00 | $ 541 | | $ 2.00 | 20.0% | |
| Employee 55 | 104 | $ 10.00 | | | 975 | $ 12.00 | | 24 hrs $288 | $ 2.00 | 20.0% | Left LU in 2003 |
| Employee 56 | 232 | $ 9.00 | | | 19 | $ 9.00 | | | | | Did not work at LU in 2003 |
| Employee 57 | | | | | 1,748 | $ 8.50 | | | | | Started LU in 2003 |
| Employee 58 | 2,135 | $ 8.00 | | | | | | | | | Did not work at LU in 2003 |
| Employee 59 | 795 | $ 7.50 | | | 159 | $ 9.00 | | | | | Left LU in 2003 |
| Employee 60 | 2,089 | $ 9.00 | | | 1,868 | $ 8.50 | | | | | |
| Employee 61 | | | | | | $ 9.00 | | | | | Started LU in 2003 |
| Employee 62 | 1,205 | $ 15.00 | $ 541 | | 0 | $ 15.00 | | | | | Did not work at LU in 2003 |
| Employee 63 | | | | | 1,517 | $ 13.00 | 379 | | | | Started LU in 2003 |
| Employee 64 | | | | | 133 | $ 14.50 | | | | | Stated LU in 2003 |
| Employee 65 | | | | | 1,111 | $ 12.00 | | | | | Started LU in 2003 |
| Employee 66 | | | | | 1,811 | $ 12.00 | 217 | | | | Started LU in 2003 |
| Employee 67 | | | | | 2,012 | $ 9.00 | 217 | | | | Started LU in 2003 |
| Employee 68 | | | | | 2,264 | $ 10.00 | 217 | | | | Started LU in 2003 |
| Employee 69 | | | | | 253 | $ 10.00 | 108 | | | | Started LU in 2003 |
| Employee 70 | 1,110 | $ 12.00 | | | 884 | $ 12.00 | | | | | Left LU in 2003 |

37A

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

|  | EMPLOYEE 1 Alcaraz, Natividad | | | EMPLOYEE 2 Alcaraz, Ricardo | | |
|---|---|---|---|---|---|---|
|  | Hours | Rate | Jan - Dec 02 | Hours | Rate | Jan - Dec 02 |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 1,854.71 | 10.00 | 17,279.62 | 1,026.36 | 8.00 | 7,970.88 |
| Hourly Rate 2 | 428.75 | 15.00 | 6,042.40 | 304.69 | 12.00 | 3,525.24 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 541.42 | | | 216.57 |
| **Total Gross Pay** | | | 23,863.44 | | | 11,712.69 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 23,863.44 | | | 11,712.69 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -249.00 | | | -24.00 |
| Medicare Employee | | | -346.02 | | | -169.83 |
| Social Security Employee | | | -1,479.53 | | | -726.19 |
| DE - Withholding | | | -115.04 | | | -10.99 |
| **Total Taxes Withheld** | | | -2,189.59 | | | -931.01 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 21,673.85 | | | 10,781.68 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 56.00 | | | 56.00 |
| Medicare Company | | | 346.02 | | | 169.83 |
| Social Security Company | | | 1,479.53 | | | 726.19 |
| DE - Unemployment Company | | | 25.50 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 1,907.05 | | | 977.52 |

W8A

D00194

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 6
Bak, Leszek B

PLAINTIFF
Butz, Renee M

| | Hours | Rate | Jan - Dec 02 | Hours | Rate | Jan - Dec 02 |
|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 106.5 | 7.00 | 745.50 | 407.67 | 12.00 | 5,020.29 |
| Hourly Rate 2 | 14.5 | 10.50 | 152.25 | 61.13 | 18.00 | 1,100.34 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 379.00 |
| **Total Gross Pay** | | | 897.75 | | | 6,499.63 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 897.75 | | | 6,499.63 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -88.00 | | | -773.00 |
| Medicare Employee | | | 0.00 | | | -94.24 |
| Social Security Employee | | | 0.00 | | | -402.98 |
| DE - Withholding | | | -19.77 | | | -205.45 |
| **Total Taxes Withheld** | | | -107.77 | | | -1,475.67 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 789.98 | | | 5,023.96 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 0.00 | | | 52.00 |
| Medicare Company | | | 0.00 | | | 94.24 |
| Social Security Company | | | 0.00 | | | 402.98 |
| DE - Unemployment Company | | | 2.69 | | | 19.50 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 2.69 | | | 568.72 |

W9A

D0019

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

| | EMPLOYEE 8 Camper, John M | | | EMPLOYEE 9 Cantu, Cesar A | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | Jan – Dec 02 | Hours | Rate | Jan – Dec 02 |
| Employee Wages, Taxes and Adjustments | | | | | | |
| Gross Pay | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 787.43 | 7.50 | 5,905.77 | 1,993.3 | 11.00 | 20,877.55 |
| Hourly Rate 2 | | 11.25 | 0.00 | 441.7 | 16.50 | 6,964.84 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 1,082.84 |
| **Total Gross Pay** | | | 5,905.77 | | | 28,925.23 |
| Deductions from Gross Pay | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 5,905.77 | | | 28,925.23 |
| Taxes Withheld | | | | | | |
| Federal Tax Withholding | | | -787.00 | | | -462.00 |
| Medicare Employee | | | -85.63 | | | -419.42 |
| Social Security Employee | | | -366.16 | | | -1,793.36 |
| DE - Withholding | | | -249.09 | | | -222.38 |
| **Total Taxes Withheld** | | | -1,487.88 | | | -2,897.16 |
| Deductions from Net Pay | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| Additions to Net Pay | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 4,417.89 | | | 26,028.07 |
| Employer Taxes and Contributions | | | | | | |
| Federal Unemployment | | | 47.25 | | | 56.00 |
| Medicare Company | | | 85.63 | | | 419.42 |
| Social Security Company | | | 366.16 | | | 1,793.36 |
| DE - Unemployment Company | | | 17.72 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 516.76 | | | 2,294.28 |

WIOA

D00196

## Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

EMPLOYEE 12
EMPLOYEE 13

| | Dailey, Donald L | | | Davis, Melissa L | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | Jan - Dec 02 | Hours | Rate | Jan - Dec 02 |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 52 | 7.50 | 390.00 | 280.5 | 8.00 | 2,244.00 |
| Hourly Rate 2 | 0.75 | 11.25 | 8.44 | | 12.00 | 0.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 398.44 | | | 2,244.00 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 398.44 | | | 2,244.00 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -18.00 | | | -31.00 |
| Medicare Employee | | | -5.78 | | | -32.54 |
| Social Security Employee | | | -24.70 | | | -139.13 |
| DE - Withholding | | | -1.47 | | | 0.00 |
| **Total Taxes Withheld** | | | -49.95 | | | -202.67 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 348.49 | | | 2,041.33 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 3.19 | | | 17.95 |
| Medicare Company | | | 5.78 | | | 32.54 |
| Social Security Company | | | 24.70 | | | 139.13 |
| DE - Unemployment Company | | | 1.20 | | | 6.73 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 34.87 | | | 196.35 |

W11A

D00197

# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2002

| | EMPLOYEE 14 Davis, Richard D | | | EMPLOYEE 15 Dimitrov, Dimitar P | | |
|---|---|---|---|---|---|---|
| | Hours | Rate | Jan - Dec 02 | Hours | Rate | Jan - Dec 02 |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 32.75 | 10.00 | 327.50 | 164.75 | 7.00 | 1,153.25 |
| Hourly Rate 2 | | 15.00 | 0.00 | | 10.50 | 0.00 |
| Office Hourly Rate 2 | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 327.50 | | | 1,153.25 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 327.50 | | | 1,153.25 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | 0.00 | | | -54.00 |
| Medicare Employee | | | -4.75 | | | 0.00 |
| Social Security Employee | | | -20.31 | | | 0.00 |
| DE - Withholding | | | 0.00 | | | -5.66 |
| **Total Taxes Withheld** | | | -25.06 | | | -59.66 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 302.44 | | | 1,093.59 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 2.62 | | | 6.72 |
| Medicare Company | | | 4.75 | | | 12.18 |
| Social Security Company | | | 20.31 | | | 52.08 |
| DE - Unemployment Company | | | 0.98 | | | 3.46 |
| 401K | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 28.66 | | | 74.44 |

W12A

D00198