# Lawns Unlimited, Ltd.
## Pay Day Date
### Pay Period: January 1 thru December 31, 2003

EMPLOYEE 69    EMPLOYEE 70

| | Watson, Debra S | | | Westog, John T | | |
|---|---|---|---|---|---|---|
| | **Hours** | **Rate** | **Jan - Dec 03** | **Hours** | **Rate** | **Jan - Dec 03** |
| **Employee Wages, Taxes and Adjustments** | | | | | | |
| **Gross Pay** | | | | | | |
| Officer Salary | | | 0.00 | | | 0.00 |
| Paid Time Off-Salary | | | 0.00 | | | 0.00 |
| Performance Incentive | | | 108.28 | | | 0.00 |
| Salary | | | 0.00 | | | 0.00 |
| Hourly Rate 1 | 250.16 | 10.00 | 2,501.60 | 884.27 | 12.00 | 10,611.24 |
| Hourly Rate 2 | 3.05 | 15.00 | 45.75 | | 18.00 | 0.00 |
| Vacation Hourly Rate | | | 0.00 | | | 0.00 |
| Bonus | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 2,655.63 | | | 10,611.24 |
| **Deductions from Gross Pay** | | | | | | |
| Employee IRA | | | 0.00 | | | 0.00 |
| Time Off | | | 0.00 | | | 0.00 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | 0.00 |
| **Adjusted Gross Pay** | | | 2,655.63 | | | 10,611.24 |
| **Taxes Withheld** | | | | | | |
| Federal Tax Withholding | | | -92.50 | | | -683.00 |
| Medicare Employee | | | -38.51 | | | -153.86 |
| Social Security Employee | | | -164.65 | | | -657.90 |
| DE - Withholding | | | -28.70 | | | -62.71 |
| DE Division of Child Support | | | 0.00 | | | 0.00 |
| **Total Taxes Withheld** | | | -324.36 | | | -1,557.47 |
| **Deductions from Net Pay** | | | | | | |
| Medical Insurance | | | 0.00 | | | 0.00 |
| Wage Attachment | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 |
| **Additions to Net Pay** | | | | | | |
| Employee Advance | | | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 2,331.27 | | | 9,053.77 |
| **Employer Taxes and Contributions** | | | | | | |
| Federal Unemployment | | | 21.25 | | | 56.00 |
| Medicare Company | | | 38.51 | | | 153.86 |
| Social Security Company | | | 164.65 | | | 657.90 |
| DE - Unemployment Company | | | 7.97 | | | 25.50 |
| 401K | | | 0.00 | | | 0.00 |
| Performance Bonus | | | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | | | 232.38 | | | 893.26 |

W30B

D00192

59

1   letter?  After?  Was the letter written after
2   plaintiff left the message stating her daughter's
3   birth?

4       A.   I don't remember the exact date.  When it was
5   produced.  But I remember that we had to do something
6   because you did not correspond with us.  It was the
7   end of the year.  We had taxes.  We had a lot -- as
8   being the office manager, you know how important it is
9   to have everything taken care of before the end of the
10  year.  We had questions.  Jeanne had questions.  We
11  just buried her mom.  She was -- it was just a very
12  traumatic time for her.  And then, with this on top of
13  it, it was just a lot of things that needed to be done
14  that fell on Jeanne's shoulders because we couldn't
15  correspond with you.

16      Q.   Why was the termination letter sent to
17  plaintiff three weeks after the effective date of the
18  termination?

19      A.   Because that's the last day that you worked.

20      Q.   Did you call the plaintiff after writing the
21  termination letter?

22              MS. DiBIANCA:  We should probably say the
23  exhibit number so it's clear on the record, at least
24  just once.

$\cup 3 \partial A$

73

1   BY MS. BUTZ:

2   Q.   Okay.  How do you know she was not lying?

3   A.   About what?

4   Q.   About plaintiff not returning?

5   A.   To work?

6   Q.   Yes.

7   A.   Because we didn't get any correspondence back

8   from you.  You were the office manager.  We had

9   questions.  We had a business to run.  And you shut

10  everything down.  You shut us down, period.

11  Q.   Did this individual have anything to gain from

12  you firing plaintiff?

13              MS. DiBIANCA:  Who are we talking about.

14              MS. BUTZ:  Debby Watson.

15              MS. DiBIANCA:  I'm sorry.  You have to say

16  when you switch people.

17  A.   What was your question again?

18  BY MS. BUTZ:

19  Q.   Did Debby Watson have anything to gain from you

20  firing plaintiff?

21  A.   Not at all.  That wasn't our intent.

22  Q.   So Ms. Watson was not promoted to office

23  manager?

24              MS. DiBIANCA:  Again, you're stating

W 33A

## MISCELLANEOUS EXPENSE CLAIM DETAIL

| Vendor | Reference # | Description | Amount | For Who |
|---|---|---|---|---|
| Happy Harry's | M1A | Staples | 1.99 | Lawns Unlimited supplies |
| U.S. District Court | M1B | Copy Fees | 20.00 | copy fees |
| U.S. District Court | M1C | Civil Files | 250.00 | file fee |
| USPS | M2A | Postage | 3.03 | mail to Parcels |
| Parcels | M3A | Court summons | 100.00 | hand delivery to L.U. & Eric Howard |
| USPS | M4A | Postage | 5.12 | mail to Eric Howard |
| USPS | M4B | Postage | 14.40 | mail to U.S. District Court |
| USPS | M4C | Postage | 6.14 | mail to U.S. District Court & YCST |
| USPS | M5A | Postage | 14.40 | mail to U.S. District Court & YCST |
| USPS | M5B | Postage | 17.22 | mail to U.S. District Court & YCST |
| USPS | M6A | Postage | 7.24 | mail to U.S. District Court & YCST |
| Quiznos | M6B | Lunch | 18.35 | Renee & Mike Butz |
| Sugar Foot | M7A - M8A | Lunch | 17.00 | Renee & Mike Butz |
| USPS | M9A | Postage | 6.39 | mail to U.S. District Court & YCST |
| USPS | M9B | Postage | 16.25 | mail to PA Process Services |
| USPS | M10A | Postage | 5.25 | mail to U.S. District Court |
| USPS | M10B | Postage | 0.58 | mail to YCST |
| USPS | M11A | Postage | 6.93 | mail to U.S. District Court & YCST |
| Rominger | M12A | Subpeona | 100.00 | hand delivery to Embassy Suites |
| USPS | M13A | Postage | 5.83 | mail to U.S. District Court & YCST |
| Wilcox & Fetzer | M14A | Deposition | 468.72 | Ed Fleming |
| UPS | M15A | Postage | 35.04 | mail to U.S. District Court & YCST |
| USPS | M15B | Postage | 19.31 | mail to U.S. District Court & YCST |
| Colonial Parking | | 13 trips x $2 | 26.00 | Parking |
| Mileage | | 75 miles x 13 trips | 472.88 | trips YCST & court house |
| Renee | | Miscellaneous Costs | 600.00 | copying, filing, supplies, stamps |
| Tolls | | $10 x 13 trips | 130.00 | I95 tolls MD to DE and return |
| | | **TOTAL** | **2,368.07** | |



HAPPY HARRY'S LEWES
16864 SAVANNAH ROAD
LEWES, DE 19958
302-644-7840
130880 STAPLES 5000CT     1.99
TAX    0.00 DUE    1.99
       CREDIT        (1.99)

       CHANGE         0.00

VISAC: XXXXXXXXXXXX2213
APPR: 017239
I agree to pay above total amount
according to card issuer agreement.

Cashier:  Heather    854    # 186
          (REPRINT #1)
Register: REG1 Dec 22 2003 12:13 PM

       THANK YOU FOR SHOPPING
           HAPPY HARRY'S
Visit our Website www.happy.com



HAPPY HARRY'S  HAPPY HARRY'S  HAPPY HARRY'S  HAPPY HARRY'S  HAPPY HAR

**UNITED STATES**
**DISTRICT COURT**
District of Delaware
Wilm. Division

# 139972 — RE
July 15, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| COPY FEE 1-05-CV-495 | | 40 @ | 0.50 |
| | | | 20.00 CA |

Total—>              20.00

FROM: RENEE BUTTS

MIB

UNITED STATES
DISTRICT COURT
District of Delaware
Wilm. Division

# 142083 — ED
January 27, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| CIVIL FT 1-05-CV-495 | | 1 @ | 250.00 |
| | | | 250.00 CH |

Total—>             250.00

FROM: RENEE BUTZ
      CK 1118 THIOKOL ELKTON FEDERAL
      58 HICKORY DRIVE
      NORTH EAST MD 21901

MIC

```
                    NEWARK PO
                 NEWARK, Delaware
                    197119998
                 3379300711-0094
03/22/2006        (800)275-8777     02:30:25 PM

                  Sales Receipt
Product          Sale    Unit          Final
Description       Qty    Price         Price

EP 6x9 Env -       1     $0.39         $0.39
RP
DOVER DE 19904                         $0.63
First-Class
1.10 oz.
  Certified                            $2.40
  Label #:             70053110000336956973
                                       ========
                 Issue PVI:            $3.03

7.80 Ndn           1     $7.80         $7.80
Lib/Flag PS
Bk
                                       ========
Total:                                 $11.22

Paid by:
Cash                                   $50.00
Change Due:                           -$38.78
```

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#: 1000602924739
Clerk:  08

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
        Thank you for your business.
              Customer Copy

M 2 A



## *Parcels, Inc.*
### DELAWARE DOCUMENT RETRIEVAL

**Parcels, Inc.**
P.O. Box 27
4 East Seventh Street
Wilmington, DE 19899
302-658-9911
800-479-0075
302-658-9164 Fax

**Delaware Document Retrieval, Inc.**
4 East Seventh Street
Wilmington, DE 19801
302-658-9971
800-343-1742
302-658-9951 Fax

437 Chestnut Street
Lafayette Building
Suite 612
Philadelphia, PA 19106
215-829-0492
888-829-0492
215-829-0679 Fax

**Virtual Docket, LLC**
103 West Seventh Street
Wilmington, DE 19801
302-427-3908
800-998-2666
302-658-9165 Fax

**Copy Facility**
105 West Seventh Street
Wilmington, DE 19801
302-658-0900
302-658-6275 Fax

**First State Corporate Services, Inc.**
32 Loockerman Square
Suite 109
Dover, DE 19901
302-736-1777
888-736-6398
302-736-9883 Fax

ParcelsInc.com

VirtualDocket.com

Renee M Butz
58 Hickory Drive
North East MD 21901

This invoice states that we received a check in the amount of $100.00. Check number being 2197.

Thank you for your business.

Parcels, Inc.
32 Loockerman Street Suite 109
Dover DE 19904
302-736-1777

© LIBERTY ENTERPRISES, INC 2004

TAX DEDUCTIBLE ITEM - ☐

| Account Category: | Track Your Expenses. . . | |
|---|---|---|
| ☐ Primary Checking | ☐ Housing & Utilities | ☐ Educational & Recreational |
| ☐ Secondary Checking | ☐ Food | ☐ Contributions & Gifts |
| ☐ Money Market Checking | ☐ Transportation | ☐ Credit Payments |
| ☐ Line of Credit | ☐ Medical & Dental | ☐ Savings & Investments |
| ☐ Other _____ | ☐ Clothing & Personal | ☐ Other Expenses |

BAL. FOR'D
ITEM AMOUNT
BALANCE
DEPOSIT
FOR'D

Memo _____

For added security, personal information no longer appears on this copy.

**NON NEGOTIABLE**
♻ 20% post-consumer material



```
        North East Post Office
         NORTH EAST, Maryland
             219019998
          2303830534-0097
04/06/2006    (410)287-6644    02:33:15 PM

─────────── Sales Receipt ───────────
Product         Sale   Unit      Final
Description      Qty   Price      Price

EP 10x13 Env      1    $0.49      $0.49
 - RP
GEORGETOWN DE 19947               $0.87
First-Class
  2.80 oz.
  Return Rcpt (Green Card)        $1.85
  Certified                       $2.40
    Label #:    70051820000461519162
                               ========
            Issue PVI:            $5.12

7.80 Ndn Lv       1    $7.80      $7.80
TruBlu PSBk                       ──────

Total:                           $13.41

Paid by:
Cash                             $20.00
Change Due:                      -$6.59

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#:  1000301407143
Clerk:  10

— All sales final on stamps and postage. —
  Refunds for guaranteed services only.
     Thank you for your business.
           Customer Copy
```

M 4A



```
        Elkton Main Post Office
           Elkton, Maryland
             219219998
          2303830515 -0098
04/10/2007    (410)398-4040    01:31:27 PM

─────────── Sales Receipt ───────────
Product         Sale   Unit      Final
Description      Qty   Price      Price

WILMINGTON DE 19801              $4.05
Priority Mail
 11.30 oz.
  Delivery Confirmation          $0.50
  Label #:    03052710000120131451
                               ========
  Issue PVI:                     $4.55

WILMINGTON DE 19801              $1.59
First-Class
  5.80 oz.
                               ========
  Issue PVI:                     $1.59

Total:                           $6.14

Paid by:
Visa                             $6.14
  Account #:    XXXXXXXXXXXX5979
  Approval #:   806988
  Transaction #:  442
  23 902860501

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000203207823
Clerk: 18

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
     Thank you for your business.
```

M4C

EB300432415US  Copy
                 March 2004

**Post Office To Addressee**

UNITED STATES POSTAL SERVICE®

M4B

```
           Elkton Main Post Office
              Elkton, Maryland
                 219219998
              2303830515-0097
05/11/2006    (410)398-4040    12:55:29 PM

                 Sales Receipt
Product        Sale    Unit      Final
Description     Qty    Price      Price

63c Stamp        1    $0.63       $0.63
WILMINGTON DE 19801              $14.40
Express Mail PO-ADD
  4.40 oz.
  Label #:           EQ606554287US
  Next Day 3PM  / Normal
  Delivery
                                ========
               Issue PVI:        $14.40

  .80 Ndn        1    $7.80       $7.80
Lib/Flag PS
Bk
7.80 Ndn         1    $7.80        .80
Lib/Flag PS
Bk
                                ========
Total:                           $30.63

Paid by:
Visa                             $30.63
   Account #:      XXXXXXXXXXXX5979
   Approval #:         476779
   Transaction #:      756
   23 902860501

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to
USPS.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.
Bill#:  1000302421168
Clerk:  05

— All sales final on stamps and postage.
     Refunds for guaranteed services only.
         Thank you for your business.
                Customer Copy
```



```
           Elkton Main Post Office
              Elkton, Maryland
                 219219998
              2303830515 -0096
06/13/2007    (410)398-4040    01:14:50 PM

                 Sales Receipt
Product          Sale  Unit      Final
Description        Qty  Price     Price

WILMINGTON DE                     $0.97
19801-0391 Zone-1
First-Class Large Env
  1.10 oz.
                                ========
Issue PVI:                        $0.97

WILMINGTON DE 19801              $16.25
Zone-1 Express Mail
PO-Add Flat Rate
  3.40 oz.
  Label #:         EB479548605US
  Next Day 3PM  / Normal
  Delivery
                                ========
Issue PVI:                       $16.25

Total:                           $17.22

Paid by:
Visa                             $17.22
   Account #:     XXXXXXXXXXXX0814
   Approval #:        005510
   Transaction #:     311
   23 902860501

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000403266595
Clerk: 09

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
        Thank you for your business.
*****************************************
*****************************************
        HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

      TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

        YOUR OPINION COUNTS
*****************************************
*****************************************


               Customer Copy
```



```
**··  ·
          ˡ
     .37 W
 ᴸ    ⁻ . MD .
     0⁸ ·13/07
```

Transaction N mber                    15
JSPS® ·'                        232988-9550


1. First-Class Mail® Flat         1.99
   Destination:      19801
   V·  t:         0 lb. 8.00 oz.
   .otal Cost:      1.99
   Base Rate:       1.99
·  Priority Mail® service         5.25
   Destination:      19801
   Weight:        0 lb. 13.80 oz.
   lotal Cost:      5.25
   Base Rate:       4.60
   Label #:
   0411 9503 2660 2802 2632
        SERVICES
   Delivery Confirmation™        .65

Subtotal                          7.24
lotal Charged                     7.24

VISA                              7.24

        <23-901860098-99>
VISA
ACCT. NUMBER       TRANS #   AUTH
XXXX XXXX XXXX 0814   572     007381

To check on the delivery status of
your Delivery Confirmation™ article,
visit our Track & Confirm websit₂ at
www.usps.com, use this Automated
Postal Center® (or any Automated
Postal Center® at other Postal
locations) or call 1-800-222-1811.

          Thanks.
   It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

*********************************
*    Your opinion matters to us.    *
*          Please visit             *
*                                   *
*     http://gx.gallup.com/apc      '
*************************   ·*********·
```

M 6A

EVERSE.

WIN CASH! SEE REVERSE.

WIN CASH! SEE REVERSE.

```
           QUIZNOS#5825
       TELL US HOW WE ARE !  Fᵢ!

  ORDER  #  01607

    RG TRKY RANCH              5.79
    RG PRIME CHZSTK            7.99
    BTL SODA                   1.69
    SOBE                       1.99
    CHIPS                      0.89

  EAT-IN

                        $    18.35
    TAX TOTAL           $     0.00
    TOTAL               $    18.35

    VISA                $    18.35
      CHARGE TIP        $     0.00
      ACCOUNT#   :
      AUTH#      :

  9259        COUNTER      AUG.30,2007
              REG1-AM          12:38

    GO TO WWW.TELLQUIZNOS.COM
    OR CALL(800)798 3989
    AND WIN CASH OR GIFT CARDS!
```

M 6B

Checking Account Detail



# Delaware National Bank

 You live in the real world. Your bank should,

| Accounts | Transfer Funds | Bill Pay | Stop Payments | Maintenance |
|---|---|---|---|---|
| | Account Summary · | Create Nicknames · | Charting · | Reports |

## Checking Account Detail
Click here for a printable version.

Account Details for ████████          Delaware National Bank - Checking  ·  [Go]

[CHART]

## Summary Information
| | | | |
|---|---|---|---|
| Ledger Balance | | Ledger Balance as of | 09/14/2007 |
| Available Balance | | Next Statement Date | 09/17/2007 |
| Balance as of Last Statement | | Last Statement Date | 08/17/2007 |
| Last Deposit (Excluding online transfers) | | Last Deposit On | 09/14/2007 |
| Interest Accrued this Statement | $0.00 | Interest Paid Year-To-Date | $0.00 |
| Interest Paid Last Year | $0.00 | | |
| Memo Credits | $0.00 | Memo Debits | $0.00 |

[ Edit Transactions ]   [ Advanced Search ]

Account History   Transactions from 06/19/2007 [🗓]   to 09/17/2007 [Go] [🗓]   Transactions for the last 90 [Go]

| Post Date | Check Number | Description | Category | Amount |
|---|---|---|---|---|
| 09/14/2007 | | ████████ | Balance | ████ |
| 09/14/2007 | | | Credit | ████ |
| 09/06/2007 | | ████████ | Balance | |
| 09/06/2007 | | | Bank Card Purchase | ████ |
| 09/05/2007 | | ████████ | Balance | |
| 09/05/2007 | | | Bank Card Purchase | ████ |
| 09/05/2007 | | | Bank Card Purchase | ████ |
| 09/05/2007 | | ████████ | Balance | |
| 09/04/2007 | | ████████ | Bank Card Purchase | ████ |
| 09/04/2007 | | | Bank Card Purchase | ████ |
| 09/04/2007 | | | Balance | ████ |
| 08/31/2007 | | ████████ | Credit | |
| 08/31/2007 | | ████████ | Balance | |
| 08/30/2007 | | D | | |



CHK CARD PUR 986759 SUGARFOOT SUGARFOOTD WILMINGTON DE

| Date | | Bank Card Purchase | -$17.00 |
|---|---|---|---|
| 08/30/2007 | | | |
| 08/17/2007 | | Balance | |
| 08/17/2007 | | Credit | |
| 08/13/2007 | | Balance | |
| 08/13/2007 | | Bank Card Purchase | |
| 08/06/2007 | | Balance | |
| 08/06/2007 | | Bank Card Purchase | |
| 08/03/2007 | | Balance | |
| 08/03/2007 | | Credit | |
| 07/31/2007 | | Balance | |
| 07/31/2007 | | Bank Card Purchase | |
| 07/30/2007 | | Balance | |
| 07/30/2007 | | Bank Card Purchase | |
| 07/20/2007 | | Balance | |
| 07/20/2007 | | Credit | |
| 07/06/2007 | | Balance | |
| 07/06/2007 | | Credit | |
| 06/29/2007 | | Balance | |
| 06/29/2007 | | Bank Card Purchase | |
| 06/28/2007 | | Balance | |
| 06/28/2007 | | Bank Card Purchase | |
| 06/25/2007 | | Balance | |
| 06/25/2007 | | Bank Card Purchase | |
| 06/25/2007 | | Bank Card Purchase | |
| 06/22/2007 | | Balance | |
| 06/22/2007 | | Credit | |

< < Back Page 1 of 1 Next >>

QIF        ·        [ Download ]

Home · Privacy Policy · SecureMark · Terms of Service · Security Policy · FAQ · Help · Bill Pay Application · Co
Copyright © 2007. All Rights Reserved.

Information on this site is a representation of your accounts and updates may occur more than once a day.



```
            Elkton Main Post Office
               Elkton, Maryland
                  219219998
               2303830515 -0096
09/11/2007     (410)398-4040    12:40:37 PM
                   Sales Receipt
Product          Sale  Unit          Final
Description      Qty   Price         Price

WILMINGTON DE 19801                  $4.60
Zone-1 Priority Mail
 4.40 oz.
Delivery Confirmation                $0.65
Label #:         03061070000322501312
                                   ========
Issue PVI:                           $5.25

WILMINGTON DE 19801                  $1.14
Zone-1 First-Class
Large Env
 2.40 oz.
                                   ========
Issue PVI:                           $1.14


Total:                               $6.39

Paid by:
Visa                                 $6.39
   Account #:       XXXXXXXXXXXX0814
   Approval #:      006058
   Transaction #:   274
   23 902860501

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000403375909
Clerk: 03

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
      Thank you for your business.
*****************************************
*****************************************
        HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

      TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

       YOUR OPINION COUNTS
***************************************
***************************************


           Customer Copy
```

M 9A

```
            Elkton Main Post Office
               Elkton, Maryland
                  219219998
               2303830515 -0097
09/13/2007     (410)398-4040    03:25:51 PM
                   Sales Receipt
Product          Sale  Unit          Final
Description      Qty   Price         Price

CARLISLE PA 17013                   $16.25
Zone-2 Express Mail
PO-Add Flat Rate
 2.30 oz.
Label #:          EB479583709US
Next Day 3PM  / Normal
Delivery
                                   ========
Issue PVI:                          $16.25


Total:                              $16.25

Paid by:
Visa                                $16.25
   Account #:       XXXXXXXXXXXX0814
   Approval #:      004447
   Transaction #:   495
   23 902860501

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000302870109
Clerk: 18

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
      Thank you for your business.
*****************************************
*****************************************
        HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

      TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

       YOUR OPINION COUNTS
*****************************************
*****************************************


           Customer Copy
```

M 9B

ELKTON
137 W MAIN ST
ELKTON, MD 21921-9998
09/17/07 01:17PM

Transaction Number                    23
USPS® #                      232988-9550


1. Priority Mail® service        5.25
   Destination:      19801
   Weight:           0 lb. 3.30 oz.
   Total Cost:       5.25
   Base Rate:        4.60
   Label #:
   0411 9503 2660 2802 3158
           SERVICES
   Delivery Confirmation™         .65

Subtotal                         5.25
Total Charged                    5.25

VISA                             5.25

            <23-901860098-99>

VISA
ACCT. NUMBER            TRANS #   AUTH
XXXX XXXX XXXX 5979     215       813173

To check on the delivery status of
your Delivery Confirmation™ article,
visit our Track & Confirm website at
www.usps.com, use this Automated
Postal Center® (or any Automated
Postal Center® at other Postal
locations) or call 1-800-222-1811.

            Thanks.
   It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

***********************************
*       Thanks for using the      *
*     Automated Postal Center®.    *
*                                  *
*    Enter today to win $10,000    *
*     or $250 in daily prizes!     *
*                                  *
*     Visit www.apcsweeps.com      *
*        and enter this code:      *
*                                  *
*        ##############            *
*        #  APCSWEEPS  #           *
*        ##############            *
*                                  *
*    See website for official rules*
*                                  *
*     No Purchase Necessary        *
*     Sweepstakes ends 10/31/07    *
***********************************

***********************************
*    Your opinion matters to us.   *
*           Please visit           *
*                                  *
*     http://gx.gallup.com/apc     *
***********************************

M 16A

ELKTON
137 W MAIN ST
ELKTON, MD 21921-9998
09/17/07 01:19PM

Transaction Number                    25
USPS® #                      232988-9550


1. First-Class Mail® Letter      .58
   Destination:      19801
   Weight:           0 lb. 1.50 oz.
   Total Cost:       .58
   Base Rate:        .58
2. 18 First-Class™ Stamps        7.38

Subtotal                         7.96
Total Charged                    7.96

VISA                             7.96

            <23-901860098-99>
VISA
ACCT. NUMBER            TRANS #   AUTH
XXXX XXXX XXXX 5979     216       969304

            Thanks.
   It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

***********************************
*       Thanks for using the      *
*     Automated Postal Center®.    *
*                                  *
*    Enter today to win $10,000    *
*     or $250 in daily prizes!     *
*                                  *
*     Visit www.apcsweeps.com      *
*        and enter this code:      *
*                                  *
*        ##############            *
*        #  APCSWEEPS  #           *
*        ##############            *
*                                  *
*    See website for official rules*
*                                  *
*     No Purchase Necessary        *
*     Sweepstakes ends 10/31/07    *
***********************************

***********************************
*    Your opinion matters to us.   *
*           Please visit           *
*                                  *
*     http://gx.gallup.com/apc     *
***********************************

M 10B

```
           Elkton Main Post Office
               Elkton, Maryland
                   219219998
               2303830515 -0098
09/18/2007       (410)398-4040      01:54:47 PM

                  Sales Receipt
Product           Sale  Unit           Final
Description       Qty   Price          Price

WILMINGTON DE 19801                    $2.33
Zone-1 First-Class
Large Env
 9.30 oz.
                                   ========
  Issue PVI:                           $2.33

WILMINGTON DE 19801                    $4.60
Zone-1 Priority Mail
1 lb.  3.30 oz.
                                   ========
  Issue PVI:                           $4.60

Total:                                 $6.93

Paid by:
Visa                                   $6.93
  Account #:         XXXXXXXXXXXX5979
  Approval #:        257270
  Transaction #:     269
  23 902860501

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknshi
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000203374409
Clerk: 03

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
       Thank you for your business.
********************************************
********************************************
       HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

      TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

        YOUR OPINION COUNTS
********************************************
********************************************


            Customer Copy
```



# Statement



**WILMINGTON TRUST**

SCOTT M BUTZ
RENEE M BUTZ



DATE OF THIS STATEMENT   09/28/07
DATE OF LAST STATEMENT   08/31/07

PAGE   2

ALL OTHER ACTIVITY

| DATE | CREDITS | DEBITS | DESCRIPTION | | |
|---|---|---|---|---|---|
| 09/11 | | | QUICKCHECK PURCHASE ON 09-09<br>WAL-MART #5450 | NORTH EAST | MD |
| 09/11 | | | QUICKCHECK PURCHASE ON 09-10<br>ROYAL SHINE CAR WASH | ELKTON | MD |
| 09/11 | | | QUICKCHECK PURCHASE ON 09-10<br>PATS PIZZERIA | 410-2875050 | MD |
| 09/11 | | | QUICKCHECK PURCHASE ON 09-09<br>CRITTER BEACH LTD | REHOBOTH BEAC | DE |
| 09/12 | | | QUICKCHECK PURCHASE ON 09-10<br>SUBWAY #32789 | ELKTON | MD |
| 09/12 | | | QUICKCHECK PURCHASE ON 09-11<br>USPS 2303830515 | ELKTON | MD |
| 09/12 | | | QUICKCHECK PURCHASE ON 09-11<br>MAIN STREET CAFE | ELKTON | MD |
| 09/12 | | | ON-LINE PAYMENT TO | DELMARVA POWER | |
| 09/13 | | | QUICKCHECK PURCHASE ON 09-12<br>COL PRKNG JSTCE CTR Q08 | WILMINGTON | DE |
| 09/13 | | | QUICKCHECK PURCHASE ON 09-12<br>NATIONAL MS SOCIETY | 212-486-3240 | NY |
| 09/13 | | | QUICKCHECK PURCHASE ON 09-12<br>XTREME GAS | ELKTON | MD |
| 09/14 | | | QUICKCHECK PURCHASE ON 09-13<br>MAIN STREET CAFE | ELKTON | MD |
| 09/14 | | | QUICKCHECK PURCHASE ON 09-12<br>MCDONALD'S F0225 | NEWARK | DE |
| 09/14 | | | QUICKCHECK PURCHASE ON 09-13<br>USPS 2303830515 | ELKTON | MD |
| 09/14 | | | QUICKCHECK PURCHASE ON 09-12<br>WAWA #0585 | NORTHEAST | MD |
| 09/14 | | | QUICKCHECK PURCHASE ON 09-12<br>CECIL COUNTY SPCA INC | CHESAPEAKE | MD |
| 09/17 | | | QUICKCHECK PURCHASE ON 09-13<br>ARBYS 6704        Q52 | GLASGOW | DE |
| 09/17 | | | QUICKCHECK PURCHASE ON 09-15<br>BURGER KING #1068  Q07 | NEWARK | DE |
| 09/17 | | | QUICKCHECK PURCHASE ON 09-14<br>WEAVERS DISCOUNT LIQUORS | NORTH EAST | MD |
| 09/17 | | | QUICKCHECK PURCHASE ON 09-14<br>DCMF OF CHRISTIANA CARE | NEWARK | DE |
| 09/17 | | | QUICKCHECK PURCHASE ON 09-14<br>PATS PIZZERIA | 410-2875050 | MD |
| 09/17 | | | QUICKCHECK PURCHASE ON 09-16<br>ROYAL FARMS #96    Q39 | NORTH EAST | MD |
| 09/17 | | | STAR WITHDRAWAL | *ROYAL FARM #96 | |
| | | | NORTHEAST        MD | | |
| | | | AMOUNT CONTAINS 2.00 FEE LEVIED BY ATM OWNER | | |
| 09/18 | | | QUICKCHECK PURCHASE ON 09-17<br>YAHOO  *SPORTS | 866-562-7228 | CA |
| | | | ATM DEPOSIT AT SUBURBAN PLZ 2WTC | | |
| | | | ON 09/19 AT 17:18 | | |
| 09/19 | | 100.00 | QUICKCHECK PURCHASE ON 09-17<br>ROMINGER INC | 717-9609260 | PA |
| 09/21 | | | DEPOSIT - LNH INC | PAYROLL | |
| 09/21 | | | ON-LINE PAYMENT TO | CINGULAR WIRELESS / A | |
| 09/21 | | | ON-LINE PAYMENT TO | CENTURY 21 MORTGAGE | |
| 09/24 | | | QUICKCHECK PURCHASE ON 09/22<br>FOOD LION #136 2500 W. PULAS NORTH EAST S | | MD |
| 09/24 | | | QUICKCHECK PURCHASE ON 09-21<br>PATS PIZZERIA | NORTH EAST | MD |
| 09/24 | | | QUICKCHECK PURCHASE ON 09/22<br>BJ'S WHOLESALE BJ's Wholsale Newark | | DE |
| 09/25 | | | QUICKCHECK PURCHASE ON 09-24<br>LYONS PHARMACY | ELKTON | MD |

------ CONTINUED ON PAGE    3 -------

M 12 A

```
            Elkton Main Post Office
                Elkton, Maryland
                  219219998
                2^03830515 -0096
09/21/2007      (410)398-4040      04:39:16 PM

               Sales Receipt
Product              Sale  Unit        Final
Description          Qty   Price       Price

WILMINGTON DE 19801                    $4.60
Zone-1 Priority Mail
3.60 oz.
Delivery Confirmation                  $0.65
Label #:         03061070000322502395
                                    ========
Issue PVI:                             $5.25

WILMINGTON DE 19801                    $0.58
Zone-1 First-Class
Letter
1.50 oz.
                                    ========
Issue PVI:                             $0.58


Total:                                 $5.83

Paid by:
Visa                                   $5.83
  Account #.         XXXXXXXXXXXX6516
  Approval #:        803146
  Transaction #:     402
  23 902860501

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicksip
to print shipping labels with postage.
For other information call 1-800-ASK-UPS.

Bill#: 1000403389645
Clerk: 09

   All sales final on stamps and poste.
   Refunds for guaranteed services on'.
      Thank you for your business.
***********************************
***********************************
      HELP US SERE YOU BETTER

   Go to: http://gx.gallup.com/po:

     TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

       YOUR OPINION COUNTS
***********************************
***********************************


           Customer Copy
```

M 13A

# Delaware National Bank



## You live in the real world. Your bank should,

| Accounts | Transfer Funds | Bill Pay | Stop Payments | Maintenance |
|---|---|---|---|---|
| | Account Summary · | Create Nicknames · | Charting · | Reports |

## Checking Account Detail
Click here for a printable version.

Delaware National Bank - Checking *  ·  [Go]

[CHART]

### Summary Information
Ledger Balance                             Ledger Balance as of
Available Balance                          Next Statement Date
Balance as of Last Statement               Last Statement Date
Last Deposit (Excluding online transfers)  Last Deposit On
Interest Accrued this Statement            Interest Paid Year-To-Date
Interest Paid Last Year
Memo Credits                               Memo Debits



[ Edit Transactions ]   [ Advanced Search ]

| Account History | Transactions from 09/25/2007 | to | 10/25/2007 | Transactions for the last 30 · [Go] |

| Post Date | Check Number | Description | Category | Amount |
|---|---|---|---|---|
| | | DAILY BALANCE | | |
| | | | 826 | |
| | | ...6242 LYONSP HAR... | | |
| 10/02/2007 | | CHK CARD PUR 932191 WILCOX&F WILCOX&FETZ WILMINGTON DE | Bank Card Purchase | -$468.72 |









< < Back  Page 1 of 1  Next >>

M 14A

The UPS Store - #1855
560 Peoples Plaza
Newark, DE 19702
(302) 834-1399

11/16/07  01:59 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

‖ ‖‖|‖‖‖|‖‖|‖‖‖|‖|‖‖|‖‖‖|‖‖‖|‖|‖‖‖‖|‖|‖‖|

001 001005 (001)            T0 $  28.78
    NDA
    Tracking# 1Z01771F0109202268
002 001040 (001)            T0 $   6.26
    Ground Commercial
    Tracking# 1Z01771F0375871168

                SubTotal  $  35.04
                Total     $  35.04

                VISA  $  35.04
ACCOUNT NUMBER *      ***********5979

Receipt ID 83367749285689888915 002 Items
CSH: Center        Tran: 9803 Reg: 001

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

M ISA

---

Elkton Main Post Office
Elkton, Maryland
219219998
2303830515 -0097
(410)398-4040       01:20:57 PM
4/2008

                Sales Receipt
                     Sale  Unit        Final
uct                  Qty   Price        Price
ription

                                        $2.02
.INGTON DE 19801
e-1 First-Class
cel
30 oz.                             ========
                                        $2.02
.sue PVI:
                                       $12.60
.MINGTON DE 19801
e-1 Express Mail
-Add
.70 oz.            EB499068687US
abel #:
ext Day 3PM   / Normal Delivery    ========
                                       $12.60
.ssue PVI:
                                        $1.34
UMMERVILLE SC 29485
one-4 First-Class
arcel
2.00 oz.                                $0.75
Delivery Confirmation
                 03073330000003183679
Label #:                                $2.60
Insurance             $200.00
Insurance Amount :
                 13072390000007818166
Label #:                           ========
                                        $4.69
Issue PVI:
                                   ========
                                       $19.31

Total:
                                       $19.31
Paid by:
Visa
  Account #:          XXXXXXXXXXXX0814
  Approval #:         007457
  Transaction #:      616
  23 902860501

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000303169881
Clerk: 23

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
     Thank you for your business.
************************************
 ************************************
           PICK UP A FREE
          RECYCLING ENVELOPE
  Take an envelope to recycle your inkjet
  cartridge, cell phone or small electronics
           free of charge!
  ************************************
 ************************************        M15B
 ************************************
 ************************************
      HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

      YOUR OPINION COUNTS

| From: | "Lockett Ann (DOI)" <Ann.Lockett@state.de.us> | Date: | Thursday, September 13, 2007 11:20 AM |
| To: | renee@scottbutz.com | | **HTML** \| Plain Text \| Header \| Raw Content |
| Subject: | RE: Case DE DOI # 293150 - Renee Butz | | |
| Attachments: | index.txt | | |

Dear Renee:

Please access our Delaware Insurance law below by clicking on the link. Once you access it the Title 18 Insurance code will appear. From this point click on "Chapter 33" which says "Health Insurance Contracts". Then it will bring you to all the regulations which are in "Chapter 33" from this point click on regulation # 3335 - Which is titled "Newborn Children". This is the regulation outlining coverage is mandatory from the moment of birth to the 30th day of life. At the employers expense even if they don't offer dependent care.

Thanks,

Ann
The message is ready to be sent with the following file or link attachments:

Shortcut to: http://delcode.delaware.gov/title18/c033/index.shtml#P394_41329


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.
<>

SIA

## § 3335. Newborn children.

(a) All individual and group health insurance policies providing coverage on an expense-incurred basis, and individual and group service or indemnity-type contracts issued by a nonprofit corporation, which provide coverage for a family member of the insured or subscriber, shall, as to such family members' coverage, also provide that the health insurance benefits applicable for children shall be payable with respect to a newly born child of the insured or subscriber from the moment of birth.

(b) The coverage for newly born children shall consist of coverage for injury or sickness, including the necessary care and treatment of medically diagnosed congenital defects and birth abnormalities as well as routine care furnished any infant from the moment of birth.

(c) If payment of a specific premium or subscription fee is required to provide coverage for a child, the policy or contract may require that notification of the birth of a newly born child, and payment of the required premium or fees, must be furnished to the insurer or nonprofit service or indemnity corporation within 31 days after the date of birth in order to have the coverage continued beyond such 31 day period. (59 Del. Laws, c. 529, § 1.)

## § 3336. Midwife services reimbursement.

(a) This section shall apply to every individual policy, contract or certificate issued thereunder, of health or sickness or accident insurance delivered or issued for delivery within the State which meets the requirements of subsection (d) of this section.

(b) This section shall apply to all such policies, contracts, certificates or programs issued, renewed, modified, altered, amended or reissued on or after September 9, 1988.

(c) This section shall apply to all private and public programs for health services and facilities reimbursement, including but not limited to any such reimbursement programs operated by the State.

(d) Whenever an insurance policy, contract or certificate or health services reimbursement program provides for reimbursement for any health care service which is within those areas of practice for which a midwife may be licensed pursuant to § 122 of Title 16 or pursuant to statute in the state where the service is delivered, or for the cost of birthing facilities, the insured or any other person covered by the policy, contract or certificate, or health services or facilities reimbursement program shall be entitled to reimbursement for such service or use of the facilities performed by a duly licensed certified nurse midwife practicing within those areas for which the certified nurse midwife is licensed in the state where the licensed certified nurse midwife is practicing. Whenever such service is performed by a licensed certified nurse midwife and reimbursed by a professional health services plan corporation, the licensed certified nurse midwife shall be granted such rights of participation, plan admission and registration as may be granted by the professional health services plan corporation, to a physician or osteopath performing such a service. When payment is made for health care services performed by a licensed certified nurse midwife, no payment or reimbursement shall be payable to a physician or osteopath for the services performed by the licensed certified nurse midwife.

(e) For the purposes of this section, "midwifery" shall only include those having the following qualifications:

(1) Age of 21 years or older;

Sa A

CERTIFICATE OF GROUP HEALTH PLAN COVERAGE

1.  Date of this Certificate:    02-09-2004

2.  Name of group health plan:    LAWNS UNLIMITED,LTD.021

3.  Name of participant           ID Number        Date Coverage        18 Months
                                                    Begun   Ended       of Creditable
                                                                        Coverage

    RENEE M BEAUCHEMIN            C03984 49*01      11-04-02  12-31-03       N

4.  Date waiting period or affiliation period (if any) began:    11-04-02

5.  Name and Address of plan administrator or issuer responsible for providing this certificate:

                    Optima Choice, Inc.
                    4 Taft Court
                    Rockville, MD  20850

6.  For further information, call Member Services at (301) 360-8040 or 1-800-331.2102

Statement of HIPAA Portability Rights

IMPORTANT - KEEP THIS CERTIFICATE.
This certificate is evidence of your coverage under this plan.  Under a federal law known
as the Health Insurance Portability and Accountability Act (HIPAA), you may need evidence
of your coverage to reduce a pre-existing condition exclusion period under another plan,
to help you get special enrollment in another plan, or to get certain types of individual
health coverage even if you have health problems.

Pre-existing condition exclusions.
Some group health plans restrict coverage for medical conditions present before an individual's
enrollment.  These restrictions are known as "pre-existing condition exclusions."  A pre-existing condition
exclusion can apply only to conditions for which medical advice, diagnosis, care or treatment was
recommended or received within the six months before your enrollment date.  Your enrollment date is your
first day of coverage under the plan, or, if there is a waiting period, the first day of your waiting
period (typically, your first day of work).  In addition, a pre-existing condition exclusion cannot
last for more than 12 months after your enrollment date (18 months if you are a late enrollee).
Finally, a pre-existing condition exclusion cannot apply to pregnancy and cannot apply to a child
who is enrolled in health coverage within 30 days after birth, adoption or placement for adoption.

If a plan imposes a pre-existing condition exclusion, the length of the exclusion must be reduced by the
amount of your prior creditable coverage.  Most health coverage is creditable coverage, including group
health plan coverage, COBRA continuation coverage, coverage under an individual health policy,
Medicare, Medicaid, State Children's Health Insurance Program (SCHIP), and coverage through a high-risk
pool and the Peace Corps.  Not all forms of creditable coverage are required to provide certificates like
this one.  If you do not receive a certificate for past coverage, talk to your new plan administrator.

S3A

You can add up any creditable coverage you have, including the coverage shown on this certificate.
However, if at any time you went for 63 days or more without any coverage (called a break in coverage), a
plan may not have to count the coverage you had before the break.

> Therefore, once your coverage ends, you should try to obtain alternative coverage as soon as
> possible to avoid a 63-day break. You may use this certificate as evidence of your creditable
> coverage to reduce the length of any pre-existing exclusion if you enroll in another plan.

**Right to get special enrollment in another plan.**
Under HIPAA, if you lose your group health plan coverage, you may be able to get into another group
health plan for which you are eligible (such as a spouse's plan), even if the plan generally does
not accept late enrollees, if you request enrollment within 30 days. (Additional special enrollment
rights are triggered by marriage, birth, adoption and placement for adoption).

> Therefore, once your coverage ends, if you are eligible for coverage in another plan (such as a
> spouse's plan), you should request special enrollment as soon as possible.

**Prohibition against discrimination based on a health factor.**
Under HIPAA, a group health plan may not keep you (or your dependents) out of the plan based on
anything related to your health. Also, a group health plan may not charge you (or your dependents)
more for coverage, based on health, than the amount charged a similarly situated individual.

**Right to individual health coverage.**
Under HIPAA, if you are an eligible individual," you have a right to buy certain individual health
policies (or in some states, to buy coverage through a high-risk pool) without a pre-existing condition
exclusion." To be an eligible individual, you must meet the following requirements:

o   You have had coverage for at least 18 months without a break in coverage of 63 days or more;
o   Your most recent coverage was under a group health plan (which can be shown by this certificate);
o   Your group coverage was not terminated because of fraud or nonpayment of premiums;
o   You are not eligible for COBRA continuation coverage or you have exhausted your COBRA
    benefits (or continuation coverage under a similar state provision); and
o   You are not eligible for another group health plan, Medicare or Medicaid, and do not have
    any other health insurance coverage.

**The right to buy individual coverage is the same whether you are laid off, fired or quit your job.**

> Therefore, if you are interested in obtaining individual coverage and you meet the other
> criteria to be an eligible individual, you should apply for this coverage as soon as
> possible to avoid losing your eligible individual status due to a 63-day break."

**State flexibility.**
This certificate describes minimum HIPAA protection under federal law. States may
require insurers and HMOs to provide additional protections to individuals in that state.

**For more information.**
If you have questions about your HIPAA rights, you may contact your state insurance department
or the U.S. Department of Labor's (DOL) Employee Benefits Security Administration (EBSA)
toll-free at 1-866-444-3272 (for free HIPAA publications ask for publications concerning
changes in health care laws). You may also contact the Centers for Medicare and Medicaid
Services (CMS) publication hotline at 1-800-633-4227 (ask for "Protecting Your Health
Insurance Coverage"). These publications and other useful information are also available
on the Internet at: http://www.dol.gov/ebsa, the DOL's interactive web pages, Health Elaws, or
http://www.cms.hhs.gov/hipaa1.

S4A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civ. No. 05-495-JJF
                                        )        Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED, LTD. and               )
EDWARD FLEMING,                         )        Certification of
                                        )        Scott M. Butz
            Defendants,                 )

I, Scott M. Butz, of full age, certify as follows:

1.      I am the spouse of Plaintiff, Renee Butz, and am a citizen of the State of
        Maryland residing at 58 Hickory Drive, North East, MD 21901. I submit this
        Certification in support of Plaintiff's opposition to Defendant's Motion for
        Summary Judgment. I have personal knowledge of the facts set forth below.

2.      Renee Butz's pregnancy was high risk due to a low-lying placenta.

3.      I was asked by Ed Fleming to provide some technical support for Lawns
        Unlimited and set up a wireless network for all of the Fleming's family
        computers at Ed Fleming's home. I was not paid for any of these services that
        I provided; during a time when I was unemployed.

4.      Ed Fleming arranged for me to meet with a person with Intervet, but this was
        a meeting in the lobby to give him my resume so the resume could be passed
        on.

5.      On December 23, 2003 Renee called me while she was driving to work and
        told me she thought her water broke. I told her to drive to Beebe since she
        was five minutes away. She contacted me after meeting with the doctor and
        told me she lost her mucus plug and was dilated three centimeters. She then
        decided to drive to work and wait for me to pick her up there. I left work and
        picked up Renee's mother to drive to Lawns Unlimited to pick Renee and the
        car up. At approximately 2:00PM, when we arrived at Lawns Unlimited, Ed
        was leaving. We waived to him while he was on his radio. When we walked



SSA

in, Renee and Debbie were laughing. They told us that Ed radioed to Renee that her ambulance was here. Renee grabbed her toothbrush and toothpaste as we left.

6.   Ed Fleming called Renee that evening, I could hear him screaming at Renee and she began to cry. She kept telling Ed that she would return back to work after her maternity leave ended and kept denying Ed's accusations. When the phone call ended, Renee was visibly upset and needed to lie down.

7.   On December 24, 2003 Ed called and left a message. Renee called him back. Ed and Renee talked for a few minutes and then I heard Ed screaming at Renee and she started crying uncontrollably. I then grabbed the phone from Renee and tried to have a conversation with Ed. I could not get a word in for quite some time as Ed would not allow me to talk over his yelling. Ed kept yelling at me about what Debbie had told him. I finally had to firmly address Ed to calm down so I could talk about the accusations that he was making. I informed Ed that all information he was given could not be further from the truth. I told him that Renee did not have a job lined up and did not interview with anyone and that Renee would be returning to work for Lawns Unlimited after her maternity leave ended. Ed asked me to give him my word on this and I did. He then told me that he would take Renee's and my word on this and I thought everything was resolved. The conversation ended. Renee sent an email to Ed to confirm that she was officially on maternity leave.

I certify under penalty of perjury, in accordance with 28 U.S.C § 1746, that the forgoing is true and correct.

_Scott M. Butz_
Scott M. Butz

Date   11-9-07

Dated:      November 9, 2007

S6A

70

1    blank.

2       Q.    Did you indicate that your insurance premium

3    was much higher due to pregnancy medical bills?

4       A.    Actually the lawyer wrote the letter and I

5    signed it.

6       Q.    So you signed something without reading it?

7       A.    I guess I didn't read it carefully enough, but

8    I did sign it.

9       Q.    So you did not write the termination letter?

10      A.    No.

11      Q.    I'm sorry?

12      A.    No.

13      Q.    How would he have gotten the dates?

14            MS. DiBIANCA:   How would who have gotten

15   the dates?

16      Q.    How would his attorney have gotten the date of

17   the termination for --

18      A.    We gave him the dates.  I gave him the dates.

19      Q.    And how could he come up with a $23,000 figure?

20      A.    I don't know.  Maybe I called Beebe hospital on

21   a C-section.  I don't know.

22      Q.    Did plaintiff's spouse promise you on December

23   24 that plaintiff would be returning to work after

24   maternity leave?



PIA



**Lawn & Tree Health Care Specialists**
15089 COASTAL HWY. MILTON, DE 19968
(302) 645-5296   (302) 629-8873   (302) 678-5296
FAX (302) 645-5276

January 7, 2004

Renée Beauchemin Butz
2 Cymbal Court                                    **Via Cert. w/ Return Receipt**
Newark, De 19702

                        RE: Leave of Absence

Dear Renée;

    I am writing in regards to your sudden leave of absence wherein you indicated you would be on maternity leave for six (6) weeks. I have several concerns regarding this issue.

    First, you are well aware of our company policy that requires you to have prior written authorization signed by myself before any time off from your duties is permissible. For absences in excess of three (3) days, all employees are required to submit a request at least four (4) weeks prior to your intended date of leave. In accordance with the law, you must provide us with a written doctor's notice indicating that you require such time off. As of this date, you have not provided us with either of the above.

    Our greater concern is that you told fellow co-workers, whom are willing to testify, that you never had any intentions of returning at all from your maternity leave. In fact you have sought and apparently accepted employment elsewhere. At this point, I feel I must make a professional employment decision based on information that I have. I have determined that you have terminated your employment with Lawns Unlimited, effective December 23, 2003, when you left the premises cleaning out your desk and taking all of your belongings.

    Per conversation with our health insurance representative, your coverage disenrollment date is December 23, 2003. However, provided the insurance company will allow, Lawns Unlimited will extend your health insurance coverage through December 31, 2003. We will pay the premium for that extension on your behalf. I believe your main concern was covering the delivery of the baby. Having had your baby on December 30, 2003, this extension will allow those costs to be covered. Lawns Unlimited has now incurred a much higher premium as a result of your working for us for one (1) year and using the insurance to pay bills estimated to be in excess of $23,000.00, then leaving the company. Lawns Unlimited has never been in the practice of denying benefits to any employee. However, it is our belief that an employee will do as they say and stay long term with our company. We are disappointed when we see an employee, such as yourself, take advantage of the benefits, hours and overtime, etc. that we offer and abuse those privileges.

    We wish you well with your new baby. If you have any questions or concerns, please feel free to contact me.

                                        Respectfully Submitted,

                                        *Edward Fleming*

                                        Edward Fleming

P2A

D00024

01/08/2004 10:48 FAX 3026455276        CANNON        ☒001/002

*file*

15089 Coastal Highway  Milton, DE 19968
(302) 645-5296 (302) 629-8873 (302) 678-5296
FAX (302) 645-5276

**Lawns Unlimited** Ltd
Lawn & Tree Health Care Specialists

# Fax

| To: Eric Howard | From: Ed / Jeanne Fleming |
|---|---|
| Fax: 856-7217 | Pages: 2 |
| Phone: | Date: 1-8-04 |
| Re: | CC: |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Attached, please find a final draft of
the little note to René Beauchemin Butz. Please
approve + ok for any liability
reasons etc. Also we found out
after talking to you that she did
have her baby Dec. 30th. The
ins. agent was all for us disenrolling
her on Dec. 23rd until we told him she
thought she was on maternity leave
(unapproved, of course) then it gets into
a gray area + they told us to call
the labor dept. Pls. advise. Jea...

P3A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE M. BUTZ,                         )
                                       )
                Plaintiff,             )
                                       )
        v.                             )        Civ. No. 05-495-JJF
                                       )        Judge Joseph J. Farnan Jr.
LAWNS UNLIMITED, LTD. and              )
EDWARD FLEMING,                        )        Certification of
                                       )        Michael L. Butz
                Defendants,            )

I, Michael L. Butz, of full age, certify as follows:

1.      I am the Father-in-Law of Plaintiff, Renee Butz, and am a citizen of the State
        of Delaware residing at 408 Creek Bend Drive, Newark, DE 19711. I submit
        this Certification in support of Plaintiff's opposition to Defendant's Motion
        for Summary Judgment. I have personal knowledge of the facts set forth
        below.

2.      After Plaintiff, Renee Butz, had received the Termination Letter, I tried three
        times to reach Defendant, Mr. Fleming, to discuss Renee's termination of
        employment with him, leaving voicemails for him each time. These phone
        calls were made on January 15, 2004 & two calls on January 19, 2004.

3.      After the two calls, Mr. Fleming returned my call and I asked Mr. Fleming if
        he realized that he was violating the Pregnancy Discrimination Act by firing
        Renee, a pregnant employee. Mr. Fleming told me that it was his Company
        and he could do whatever he wanted.

4.      I asked Mr. Fleming to reinstate Renee's job and he said he would, but only
        reinstate her under one condition. I asked him what that condition was and he
        said that Renee would have to sign an Employment Contract. He said that the
        Employment Contract would guarantee that Renee would work a certain
        number of years. I said that I doubted that Renee would sign an Employment
        Contract and I asked Mr. Fleming if any of his other employees had ever
        signed Employment Contracts. He said "No".

P4A

5.    I asked again if this was the only way Renee's employment would be reinstated and Mr. Fleming told me yes.

6.    I told Mr. Fleming that I would present this to Renee and if she was willing to sign an Employment Contract she would call him.

7.    Mr. Fleming did not share with me any of his feelings regarding these events or make any statement regarding how devastated he and his wife were from these events either.

8.    The entire call did not last more than 5 minutes.

I certify under penalty of perjury, in accordance with 28 U.S.C § 1746, that the forgoing is true and correct.

_____
Michael L. Butz

Date

Dated:    November 5, 2007

PSA

502, 511 (1993)). If Defendants meet this burden, Plaintiff must then show that the legitimate reasons offered by Defendants are merely a pretext for discrimination. Id. (citations omitted).

To show pretext, Plaintiff must submit evidence which (1) casts doubt upon the legitimate reason proffered by the employer such that a fact-finder could reasonably conclude that the reason was a fabrication; or (2) would allow the fact-finder to infer that discrimination was more likely than not a motivating or determinative cause of the employee's termination. Id. (citations omitted). Accordingly, to avoid summary judgment, Plaintiff's evidence rebutting the employer's proffered legitimate reasons must allow a fact-finder reasonably to infer that the employer's proffered non-discriminatory reasons was either a post hoc fabrication or otherwise did not actually motivate the employment action (that is, that the proffered reason is a pretext). Id. (citations omitted). It is important to remember that the prima facie case and pretext inquiries often overlap. Id.

Defendants maintain that Plaintiff was terminated because she abandoned her job. Defendants specifically argue that on December 23, 2003, Plaintiff packed her personal belongings and left without telling Mr. or Mrs. Fleming she was going to begin her planned maternity leave. They argue that Plaintiff did not leave her office keys or any instructions for Watson during her

-21-

P6A

7.     Mr. Fleming, who holds the title of President of Lawns, works hands-on in the Field. He also shares the responsibilities for Office employees with his wife.

8.     Defendants hired Plaintiff in September 2002 to replace the previous Office Manager.

9.     Plaintiff held the position of Office Manager for her entire period of employment.

10.    Dina Alderucci was hired after Ms. Schatz left in June 2003.

11.    Debbie Watson replaced Ms. Alderucci in November 2003.

12.    In the Field, the Foremen are key employees.

13.    Mauricio Miranda and Hugo Sanchez have been Lawns' two Foreman.

14.    Plaintiff began working at Lawns on September 4, 2002, as a temporary employee with permanent employment as the final goal.

15.    Plaintiff became a full-time Lawns employee on October 16, 2002.

16.    Defendant terminated Plaintiff effective December 23, 2003.

17.    Beginning in approximately October 2003 until the time of her termination, Plaintiff commuted to Defendants' office in Milton from her home in Newark, Delaware.

18.    Plaintiff began her new job as a Junior Accountant for the Cecil County Government on March 1, 2004.

19.    Plaintiff received a bonus in 2002.

20.    Plaintiff did not receive a bonus in 2003.

21.    Plaintiff did not receive a pay increase on or after her first anniversary date.

22.    Plaintiff received unemployment compensation after her termination from Lawns.

23.    There are two full-time Office positions, Office Manager and Office Assistant.

24.    Plaintiff announced her pregnancy in approximately April 2003.



     

**UNITED STATES POSTAL SERVICE**

58 Hickory Dr
NE MD 21901

## Mailing Envelope
***For Domestic and International Use***

*Visit us at usps.com*

·US District Court
Judge Farnan JR
844 N. King St
Wilmington DE 19801



58 Hickory Dr
North East MD 21901



PRIORITY MAIL
WWW.USPS.COM

U.S. District Court
Attn, Judge Joseph Farnan Jr
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801