

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-495-JJF |
| ) | Judge Joseph J. Farnan Jr. |
| LAWNS UNLIMITED LTD. ) | |
| ) | |
| Defendant. ) | |

AFFIDAVIT OF SERVICE

I hereby affirm that a true and correct copy of the Plaintiff's Amended Damages Claim and Appendix to Plaintiff's Amended Damages Claim were sent by first-class United States mail, postage duly paid, on this 2nd of September, 2008, to the following:

Young Conaway Stargatt & Taylor, LLP
Margaret M. DiBianca
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801-0391
mdibianca@ycst.com

_____
Renee M. Butz
58 Hickory Drive
North East, MD 21901
(410) 441-4300
Plaintiff pro se

Dated: 9/2/08