IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE M. BUTZ,<br><br>                       Plaintiff,<br><br>          v.<br><br>LAWNS UNLIMITED, LTD., and<br>EDWARD FLEMING,<br><br>                       Defendants | )<br>)<br>)<br>)<br>)<br>)    C.A. NO.: 05-495-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED on this 28th day of January 2010, that the above-captioned matter is hereby dismissed with prejudice in full.

                                                                                    YOUNG CONAWAY STARGATT & TAYLOR,
                                                                                    LLP

/s/ Renee M. Butz                                                        /s/ Margaret M. DiBianca
Renee M. Butz                                                            Margaret M. DiBianca, Esq. (Bar I.D. 4539)
Plaintiff *Pro Se*                                                           The Brandywine Building
58 Hickory Drive                                                          1000 West Street, P.O. Box 391
North East, MD 21901                                                 Wilmington, Delaware 19899-0391
Telephone: (410) 441-4300                                         Telephone: (302) 571-6666
E-mail: RButz@ccgov.org                                         E-mail: mdibianca@ycst.com
                                                                                    *Attorneys for Defendants*

IT IS HEREBY ORDERED this __29__ day of __January__, 2010.

_____
UNITED STATES DISTRICT JUDGE